**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **MATCH GROUP, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No.  6:21-cv-147** |
| | § | |
| **MUZMATCH LIMITED** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | |
| | § | |
| | § | |

**PLAINTIFF MATCH GROUP, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Match Group, LLC makes this corporate disclosure statement.

Match Group, LLC is a limited liability company organized and existing under the laws of the state of Delaware. It is an indirect subsidiary of Match Group Inc., a publicly held company, also organized and existing under the laws of the state of Delaware.

Dated:  February 12, 2021                    Respectfully submitted,

                                             */s/ Robert Greeson*
                                             Robert Greeson (*pro hac pending*)
                                             Texas Bar No. 24045979
                                             robert.greeson@nortonrosefulbright.com
                                             Brett C. Govett
                                             Texas Bar No. 08235900
                                             brett.govett@nortonrosefulbright.com
                                             James Stephen Renard
                                             Texas Bar No. 16768500
                                             james.renard@nortonrosefulbright.com
                                             Jacqueline G. Baker
                                             Texas Bar No. 24109609
                                             jackie.baker@nortonrosefulbright.com
                                             2200 Ross Avenue, Suite 3600
                                             Dallas, Texas 75201-2784
                                             Telephone: (214) 855-8000
                                             Facsimile:  (214) 855-8200


                                             Erik Janitens (*admission pending*)
                                             Texas Bar No. 24097878
                                             erik.janitens@nortonrosefulbright.com
                                             1301 McKinney, Suite 5100
                                             Houston, Texas 77010-3095
                                             Telephone: (713) 651-5151
                                             Facsimile:  (713) 651-5246


                                             Stephanie Schmidt
                                             Texas Bar No. 24106406
                                             stephanie.schmidt@nortonrosefulbright.com
                                             98 San Jacinto Boulevard, Suite 1100
                                             Austin, Texas 78701-4255
                                             Telephone: (512) 536-3051
                                             Facsimile:  (512) 536-4598

                                             **NORTON ROSE FULBRIGHT US LLP**

                                             *Attorneys for Plaintiff Match Group, LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel registered as Filing Users on this 12th day of February, 2021

*/s/ Robert Greeson*
Robert Greeson