IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| MATCH GROUP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 6:21-cv-00147-ADA |
| | § | |
| MUZMATCH LIMITED | § | |
| | § | |
| Defendant. | § | |

### DECLARATION OF ERIK JANITENS IN SUPPORT OF PLAINTIFF MATCH GROUP, LLC'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

I, Erik Janitens, hereby declare as follows:

1. I am an attorney at the law firm of Norton Rose Fulbright in Houston, Texas. I am admitted to practice in the State of Texas and in the Western District of Texas, *pro hac vice*. I submit this declaration based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could and would competently testify to the truth of each statement herein.

2. The document attached as Exhibit A is a true and correct copy of U.S. Patent No. 9,733,811 entitled "Matching Process System and Method," dated August 15, 2017.

3. The document attached as Exhibit B is a true and correct copy of U.S. Patent No. 9,959,023 entitled "Matching Process System and Method," dated May 1, 2018.

4. The document attached as Exhibit C is a true and correct copy of U.S. Patent No. 10,203,854 entitled "Matching Process System and Method," dated February 12, 2019.

5. The document attached as Exhibit D is a true and correct copy of Provisional Patent Application No. 61/015,099, dated December 19, 2007.

6. The document attached as Exhibit E is a true and correct copy of U.S. Patent No. 8,566,327 entitled "Matching Process System and Method," dated October 22, 2013.

7. The document attached as Exhibit F is a true and correct copy of U.S. Patent No. 9,733,811 prosecution file history.

8. The document attached as Exhibit G is a true and correct copy of U.S. Patent No. 9,959,023 prosecution file history.

9. The document attached as Exhibit H is a true and correct copy of U.S. Patent No. 10,203,854 prosecution file history.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2021

*/s/ Erik Janitens*
Erik Janitens