# **EXHIBIT D**

# APPLICATION FOR PATENT UNDER 37 C.F.R. §1.53(c)
## TRANSMITTAL FORM

COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, VA 22313-1450

Attorney Docket No. **076533.0130**

Dear Sir:

Enclosed application parts are:
| | | | |
|---|---|---|---|
| X | Transmittal Form | Total number of Pages | 1 |
| X | Spec w/Claims | Total number of Pages | 41 |
| X | Drawings | Total number of Pages | 4 |

Inventor(s):

| LAST NAME | FIRST NAME | MIDDLE INITIAL | RESIDENCE (CITY, STATE OR FOREIGN COUNTRY) |
|---|---|---|---|
| Waeschenfelder | Robert | | Dallas, Texas |
| Ibarrola | Germinal | | Fairview, Texas |
| Roberts | Anna | M. | Dallas, Texas |
| Carrico | Todd | M. | Sachse, Texas |
| Stone | James | C. | Addison, Texas |
| Van Sligtenhorst | Anna | L. | Murphy, Texas |
| | | | |

TITLE OF INVENTION: **MATCHING PROCESS SYSTEM AND METHOD**

CORRESPONDENCE ADDRESS:   Chad C. Walters

PHONE: (214) 953.6511  FAX: (214) 661.4511

___X___ Customer Number  **05073**

Was this invention made under a Government contract?   __X__ No   ____ Yes
Identify contract and the Government agency: N/A

The Commissioner is hereby authorized to charge the Provisional Application Filing Fee in the amount of $105.00 for a small entity filing fee to the Deposit Account No. 02-0384 of Baker Botts L.L.P.  The Commissioner is also authorized to charge any extra fees or credit any overpayment to Deposit Account No. 02-0384 of Baker Botts L.L.P.

Respectfully submitted,

Date: _____ December 19, 2007 _____

Chad C. Walters
Registration No.  48,022

# PROVISIONAL APPLICATION FOR PATENT ONLY
# SMALL ENTITY

ATTORNEY'S DOCKET
076533.0130

PATENT APPLICATION

1

# MATCHING PROCESS SYSTEM AND METHOD

## TECHNICAL FIELD

5          This invention relates generally to computer systems and more particularly to a matching process system and method.

10

ATTORNEY'S DOCKET                         PATENT APPLICATION
076533.0130

2

BACKGROUND

          Networking    architectures    have    grown    increasingly
complex in communications environments.    In recent years,
a    series    of    protocols    and    configurations    have    been
5         developed in order to accommodate a diverse group of end
users  having  various  networking  needs.    Many  of  these
architectures have gained significant notoriety because
they can offer the benefits of automation, convenience,
management, and enhanced consumer selections.

10         Certain network protocols may be used in order to
allow  an  end  user  to  conduct  an  on-line  search  of
candidates to fill a given vacancy.    These protocols may
relate  to  job  searches,  person  finding  services,  real
estate searches, or on-line dating.    While some believe
15        that on-line dating is simply a matter of matching supply
and demand, there is statistical and empirical evidence
to  suggest  that  successful  on-line  dating  entails  far
more.

          For example, people having similar and/or compatible
20        character traits and values should be matched together.
However,  effectively  linking  two  participants  together
can prove to be a challenging endeavor.    Coordinating a
relationship between two like-minded individuals can be a
significant chore, as there are a number of obstacles and
25        barriers that must be overcome.

          One   problem   that   has   arisen   is   that   matching
services are limited to searching for matches only within
their  own  platform.    Thus,  only  people  who  have  gone
through the process of signing up for the service are
30        searched for a match.    One solution to this problem is to
have   users   register   in   multiple   services.      This   is
problematic   because   it   can   be   expensive   and   time

ATTORNEY'S DOCKET                                   PATENT APPLICATION
076533.0130

3

consuming for users.    Further, the user must then visit
all of the services to monitor the search progress:    this
inefficiency may cause users to give up on the search
process.

5         Another problem is that the search results of these
services    contain    many    irrelevant    entities    to    the
searcher.    This costs the user of the service time and
may deter them from continuing through all of the search
results.

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0130

4

SUMMARY

          In one embodiment, a matching method comprises
     generating a pool of entities and applying at least one
     scoring algorithm to the pool of entities.   It also
5    comprises tabulating the at least one score from the at
     least one scoring algorithm and applying an ordering
     algorithm to the at least one score.    It further
     comprises presenting a list of matches which are ordered
     based on the results of the ordering algorithm.

10        Generating a pool may comprise choosing at least one
     seed entity and generating a score by comparing the at
     least one seed entity with other entities.   It may
     further comprise setting a threshold score and adding
     entities to the pool whose score is above the threshold
15   score.

          The matching method may further comprise presenting
     a list of matches, which are associated with a first
     user, to a second user.  Further, it may comprise the
     second user indicating a preference for at least one
20   entity in the list of matches associated with the first
     user.  It also may comprise presenting the at least one
     preference of the second user to the first user.

          In another embodiment, a matching system comprises a
     first platform configured to store a first set of user
25   profiles.   It further comprises a second platform
     configured to store a second set of user profiles.  The
     second platform is further configured to search through
     both the first set and second set of user profiles.  It
     is also configured to, within the second platform,
30   present to the second platform search results from the
     first set of profiles.  Further, it is configured to,

ATTORNEY'S DOCKET                                PATENT APPLICATION
076533.0130

5

within the first platform, present to the first platform
search results from the second set of user profiles.

Depending on the specific features implemented,
particular embodiments may exhibit some, none, or all of
5    the following technical advantages.  Various embodiments
may be capable of searching for matches on multiple
platforms.  Some embodiments may be capable of adjusting
the search algorithms based on the sex of the user
requesting the search for a match.  Various embodiments
10   may be capable of updating returned search results based
on activities communicated to the system.  Other
technical advantages will be readily apparent to one
skilled in the art from the following figures,
description and claims.
15

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0130

6

BRIEF DESCRIPTION OF THE DRAWINGS

Reference is now made to the following description taken in conjunction with the accompanying drawings, wherein like reference numbers represent like parts, and which:

FIGURE 1A is an overview of one embodiment of the matching system.

FIGURE 1B shows the contents of the terminal from FIGURE 1A.

FIGURE 1C shows the contents of the matching server from FIGURE 1A.

FIGURE 1D is a diagram of a database from FIGURE 1C showing one embodiment of how a matching server stores a pool.

FIGURE 1E is a diagram of the display from FIGURE 1B showing one embodiment of the presentation of search results to a user.

FIGURE 1F is a diagram of the display from FIGURE 1B showing one embodiment of the presentation of details of a match result entity to a user.

FIGURE 2 is a diagram depicting how a user may recommend an entity to another user, in accordance with a particular embodiment.

FIGURE 3 is a diagram of the display from FIGURE 1B depicting how the user may be made aware of fate characteristics the user shares with a match result entity, in accordance with a particular embodiment.

FIGURE 4 is a diagram depicting how two platforms may be searched for a match, in accordance with a particular embodiment.

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0130

                                    7


    FIGURE 5 is a flow chart indicating how a result
list may be generated, in accordance with a particular
embodiment.

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0130

8

DETAILED DESCRIPTION

Referring to FIGURE 1A, one embodiment of a matching
system is shown.  FIGURE 1A is a simplified block diagram
of a system 100 for facilitating an on-line dating
5    scenario in a network environment.  In other embodiments,
system 100 can be leveraged to identify and to evaluate
suitable      candidates      in      other      areas      (e.g.
hiring/employment,   recruiting,   real   estate,   general
person  searches,  etc.).    Users  14  interact  with  a
10   matching server 20 through terminals 10.  FIGURE 1B is a
diagram  showing,  in  one  embodiment,  the  contents  of
terminal 10.  Terminal 10 comprises interface 16 (so that
user 14 may be able to interact with terminal 10) and
display 12.   FIGURE 1C is a diagram showing, in one
15   embodiment, the contents of matching server 20.  Matching
server 20 comprises memory 26 and at least one CPU 28.
Memory 26 may store multiple databases, such as databases
26a and 26b.   Terminal 10 and matching server 20 are
communicatively coupled via network connections 22 and
20   network 24.

Users   14   are   clients,   customers,   prospective
customers, or entities wishing to participate in an on-
line  dating  scenario  and/or  to  view  information
associated with other participants in the system.  Users
25   14 may also seek to access or to initiate a communication
with other users that may be delivered via network 24.
Users 14 may review data (such as profiles, for example)
associated with other users in order to make matching
decisions or elections.  Data, as used herein, refers to
30   any type of numeric, voice, video, text, or script data,
or any other suitable information in any appropriate

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0130

9

format that may be communicated from one point to
another.

In one embodiment, terminal 10 represents (and is
inclusive of) a personal computer that may be used to
5    access network 24. Alternatively, terminal 10 may be
representative of a cellular telephone, an electronic
notebook, a laptop, a personal digital assistant (PDA),
or any other suitable device (wireless or otherwise: some
of which can perform web browsing), component, or element
10   capable of accessing one or more elements within system
100. Interface 16, which may be provided in conjunction
with the items listed above, may further comprise any
suitable interface for a human user such as a video
camera, a microphone, a keyboard, a mouse, or any other
15   appropriate equipment according to particular
configurations and arrangements. In addition, interface
16 may be a unique element designed specifically for
communications involving system 100. Such an element may
be fabricated or produced specifically for matching
20   applications involving a user.

Display 12, in one embodiment, is a computer
monitor. Alternatively, display 12 may be a projector,
speaker, or other device that allows user 14 to
appreciate information that system 100 transmits.

25   Network 24 is a communicative platform operable to
exchange data or information emanating from user 14.
Network 24 could be a plain old telephone system (POTS).
Transmission of information emanating from the user may
be assisted by management associated with matching server
30   20 or manually keyed into a telephone or other suitable
electronic equipment. In other embodiments, network 24
could be any packet data network offering a

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0130

10

communications interface or exchange between any two
nodes in system 100. Network 24 may alternatively be any
local area network (LAN), metropolitan area network
(MAN), wide area network (WAN), wireless local area
5   network (WLAN), virtual private network (VPN), intranet,
or any other appropriate architecture or system that
facilitates communications in a network or telephonic
environment, including a combination of any networks or
systems described above. In various embodiments, network
10  connections 22 may include, but are not limited to, wired
and/or wireless mediums which may be provisioned with
routers and firewalls.

In some embodiments, matching server 20 is operable to receive and to
communicate information to terminal 10. In some
15  embodiments, matching server 20 may comprise a plurality
of servers or other equipment, each performing different
or the same functions in order to receive and communicate
information to terminal 10. Matching server 20 may
include software and/or algorithms to achieve the
20  operations for processing, communicating, delivering,
gathering, uploading, maintaining, and/or generally
managing data, as described herein. Alternatively, such
operations and techniques may be achieved by any suitable
hardware, component, device, application specific
25  integrated circuit (ASIC), additional software, field
programmable gate array (FPGA), server, processor,
algorithm, erasable programmable ROM (EPROM),
electrically erasable programmable ROM (EEPROM), or any
other suitable object that is operable to facilitate such
30  operations.

In some embodiments, user 14, using terminal 10,
registers with matching server 20. Registration may

ATTORNEY'S DOCKET                           PATENT APPLICATION
076533.0130

11

include user 14 submitting information to matching server
20 about user 14 as well as characteristics user 14 is
seeking to be matched with.   Such information may include
a user handle, which may be a combination of characters
5     that uniquely identifies user 14 to matching server 20.
In   various   embodiments,   matching   server   20   may   be
configured   to   collect   this   information;   for   example,
matching server 20 may be configured to ask user 14 to
respond to a series of questions.   Matching server 20 may
10    be  configured  to  receive  the  information  submitted  by
user 14 and create a profile for user 14 based on that
information, storing the profile in memory 26.

As an example only, consider a case where user 14 is
interested   in   participating   in   an   on-line   dating
15    scenario.   User 14 can access the Internet via terminal
10,  travel  to  a  web  site  managed  by  matching  server  20,
and  begin  the  registration  process.    As  part  of  the
registration  process,  matching  server  20  may  ask  user  14
a   series   of   questions   which   identifies   characteristics
20    about  user  14.    Thus,  matching  server  20  may  ask  about
the  height,  weight,  age,  location,  and  ethnicity  of  user
14.     It  may  also  ask  about  the  birthplace,  parents,
eating   habits,   activities,   and   goals   of   user   14.
Matching   server   20   may   further   use   the   registration
25    process  to  discover  what  user  14  may  be  looking  for  in  a
match,  such  as  age,  weight,  height,  location,  ethnicity,
diet,  education,  etc.    Further,  matching  server  20  may
ask user 14 to indicate how important certain factors are
when  looking  for  a  match.    For  example,  matching  server
30    20  may  allow  the  user  to  indicate  which  characteristics
in   a   potential   match   are   a   necessity.     In   another
example, matching server 20 may ask, "How important is it

12

that your match does not smoke?"  Matching server 20 may
also   allow   the   user   to   indicate   that   certain
characteristics are not important search criteria.   For
example, when asking user 14 about what height or weight
5      user 14 is seeking in a match, matching server 20 may be
configured to receive "not important" as a response.   In
yet another example, matching server 20 may allow user 14
to rate which factors are important on a numerical scale.
For  example,  matching  server  20  may  ask  user  14  the
10     following:   "On a scale of 1 - 10, how important is it
that your match has the same education level as you?"   In
some embodiments, matching server 20 may specify that any
number   of   questions   or   requested   descriptions   are
necessary before registration may be concluded.   As an
15     example only, matching server 20 may require that user 14
communicate the sex of user 14 and the sex user 14
prefers  to  be  matched  with.     After  concluding  the
registration process, matching server 20 may store the
responses of user 14 as a profile.   This same process may
20     be  repeated  by  several  different  users  14,  causing
matching server 20 to contain a plurality of profiles.

FIGURE 1D depicts an embodiment in which matching
server 20 has a database 26a which contains a pool 30.
Each entry in database 26a has a pool entity 30a along
25     with   information   concerning   that   entity.      In   one
embodiment, each pool entity 30a-e represents a user and
their profile.   In some embodiments, not all registered
users  are  in  pool  30.    As  discussed  further  below,
matching  server  20  may  use  a  selection  process  for
30     including stored profiles in pool 30.   As depicted in
FIGURE 1D, in this embodiment, the collection of users
and profiles forms pool 30 through which matching server

ATTORNEY'S DOCKET                    PATENT APPLICATION
076533.0130

13

20 may perform various functions such as searches for
matches.

　　Matching server 20 may be configured to search
through pool 30 and present matches to user 14. In
5   FIGURE 1E, one embodiment of this presentation is
depicted as occurring through display 12. In this
embodiment, a result list 31 is presented to user 14. A
match result entity 31a in a result list 31 may be
associated with a view button 33. Using interface 16,
10  user 14 may request that matching server 20 provide more
information about an entity in result list 31 by pressing
the associated view button 33. Matching server 20 may
then communicate to user 14 more information about that
entity by retrieving the information from memory 26. In
15  FIGURE 1F, one embodiment of information that matching
server 20 provides for user 14 is shown. Using display
12, user 14 views an entity from result list 31.
Matching server 20 may also provide user 14 with the
ability to contact the entity through a contact button
20  35. In one embodiment, when contact button 35 is
utilized by user 14, matching server 20 may provide user
14 with contact information of the entity such as a
telephone number or an e-mail address; in another
embodiment, matching server 20 may provide user 14 with a
25  way to directly contact the entity, such as sending a
message or providing voice or video communication between
user 14 and the entity. Even further, matching server 20
may be configured to allow user 14 to express a negative
preference for the entity through dislike button 36. In
30  one embodiment, when, for example, dislike button 36 is
utilized by user 14, matching server 20 may remove the
entity from result list 31; in another embodiment, the

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0130

14

entity may be removed from pool 30 of users from which
matches are identified.

As an example only, consider that user 14 has
submitted a search request to matching server 20.
5   Matching server 20 may search through pool 30, identify
results, and communicate result list 31 to user 14 which
would contain other users for whom matching server 20 had
created a profile and who were identified through a
search and selection process. Next, user 14 may be
10  interested in learning more about Jane Doe, entity 31a;
thus, user 14 would click view button 33 associated with
Jane Doe. Matching server 20 would receive this request
and respond by displaying Jane Doe's profile (stored in
memory 26), as depicted in FIGURE 1F. Next, after
15  reading the profile, user 14 may be interested in
contacting Jane Doe; hence, user 14 would click contact
button 35. Matching server 20 would respond by allowing
user 14 enter a message that matching server 20 would
then communicate to Jane Doe.

20  Matching server 20 may even further be configured to
allow user 14 to store a match result entity; in one
embodiment, the system may be configured to allow user 14
to utilize favorite button 34 that will add the desired
match result entity into another list. In another
25  embodiment, utilizing favorite button 34 will remove the
associated match result entity from result list 31.

As an example only, user 14 may decide that he would
like to save Jane Doe's profile so that he can review it
later. User 14 may click favorite button 34, and
30  matching server 20 may respond by placing Jane Doe's
profile into a separate list. Further, matching server
20 may also remove Jane Doe from user's 14 result list

ATTORNEY'S DOCKET                           PATENT APPLICATION
076533.0130

15

31.   As a result, user 14 may see another match result
entity populate result list 31.    This is beneficial
because it may focus user 14 on evaluating new entities
rather   than   reevaluating   previously-known   entities
5    because the entities still appear in result list 31.

      In   some   embodiments,   matching   server   20   may   be
configured to generate pool 30 by default according to
various characteristics and preferences of user 14 and
other users of the system.    Matching server 20 may also
10   restrict entities from being included in pool 30 based on
the status of the profile, or if user 14 has rejected or
blocked an entity.    Matching server 20 may also restrict
entities from the pool that have blocked or rejected user
14.    For   example,   matching   server   20   may   not   allow
15   profiles that are not in good standing to be included in
pool 30.    In other embodiments, matching server 20 may be
configured to generate pool 30 by first choosing seeds.
Seeds include, but are not limited to, profiles that user
14 has sent a message to or profiles that user 14 has
20   expressed a preference for.    Each seed is then compared
to other entities to determine which entities will be
included in pool 30.    Any suitable method can be used to
determine which entities are included in pool 30.    For
example,   any   characteristics   or   algorithms   described
25   herein may form the basis of such a determination.    As
another example, a commonality score may be generated
based on the comparison between each entity and the seed.
In   some   embodiments,   this   commonality   score   can   be   a
measure of how physically similar the users are to each
30   other.    This score may be generated based on the number
of users that have expressed a positive preference for
both the seed and the entity being compared.    This score

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0130

16

may also be generated based on whether the seed and
entity have been viewed together in one session; further,
the more times the seed and entity have been viewed
together, the larger the commonality score.   The law of
5      large   numbers   may   allow   for   a   vast   amount   of   such
commonalities to be established over a few days.   Testing
has revealed that using such commonality scoring methods
has yielded at least one physical match for 80% of users
whose profile has been viewed at least once, and between
10     6   and   1000   physical   matches   for   60%   of   users   whose
profile has been viewed at least once.   Matching server
20 may be further configured to allow entities that have
a commonality score above a certain threshold to become a
part of pool 30.   Matching server 20 may further be
15     configured   to   update   pool   30.     In   some   embodiments,
matching   server   20   may   do   so   by   creating   new   seed
entities based on activity by user 14, such as indicating
a preference for that entity.   Further, matching server
20 may then compare the chosen seed entity with other
20     profiles   stored   in   matching   server   20   and   determine
whether those profiles will be included in pool 30 using
a   threshold   score   as   described   above.     At   least   one
advantage realized by this embodiment is that user 14 is
presented with updated potential matches which increases
25     the   likelihood   of   user   14   finding   a   suitable   match.
Another advantage present in certain embodiments is that
these updated potential matches have a greater likelihood
of compatibility with user 14 since they are chosen based
on their commonality with entities user 14 has expressed
30     a preference for.

As an example only, consider the case in which user
14 has registered, requested a search, and received from

17

matching server 20 results list 31.   Then, user 14
decides to contact Jane Doe and presses contact button
35.   Aside from providing user 14 with the ability to
contact Jane Doe, matching server 20 will designate Jane

5    Doe's profile as a seed.   Matching server 20 will then
compare Jane Doe's profile to other profiles stored in
memory 26 in order to identify other users who may be
similar to Jane Doe and thus be a good match for user 14.
In this example, matching server 20 will generate a

10   commonality score for each of these comparisons and
compare these scores to a preset threshold.   If the
commonality score is lower than the threshold, that
profile will not be added to pool 30.   However, if the
commonality score is higher than the threshold, matching

15   server 20 will add this profile to pool 30.   As an
example, further assume that the seed, Jane Doe, is being
compared to another entity, Susan Smith.   Based on the
fact that both Susan and Jane have three users (Tom,
Dick, and Harry) who have expressed a positive preference

20   for their profiles, matching server 20 generates a
commonality score of 100 for the comparison.   In
contrast, matching server 20 generated a commonality
score of 50 for the comparison between the seed (Jane
Doe) and yet another entity, Lucy Goosey.   This was

25   because only one user (Bob) had indicated a positive
preference toward both Lucy and Jane.   Continuing the
example, matching server 20 is using a commonality
threshold score of 70, which results in including Susan's
profile (whose commonality score was greater than the

30   threshold score) in pool 30 and excluding Lucy's (whose
commonality score was less than the threshold score).

ATTORNEY'S DOCKET                    PATENT APPLICATION
076533.0130

18

Thus, user 14 gets the benefit of having more entities identified that may be good matches.

In some embodiments, matching server 20 may be configured to include behavioral scales. These may include multi-item scales for materialism and gender-role traditionalism. Such scales may provide the advantage of improved matching through deeper appreciation for the personality of entities in the system.

In some embodiments, matching server 20 may be configured to analyze profile text for categories. It may search for a number of text strings and then associate the profile with any number of categories. As an example only, matching server 20 may add any profile to the Cat category whose text contains any of the following strings:

"cat" "cats" "cat." "cats." "cat," "cats,"

Matching server 20 may be configured to make it more likely that a profile will be in a result list if categories associated with the profile are also categories found in the user's profile who submitted the search request.

Matching server 20 may be configured to analyze one or more portions of the text of an entity's profile and generate a readability score that may be used in various ways, such as in the process of searching for matches for user 14. In some embodiments, matching server 20 may analyze factors such as, but not limited to: average number of words per sentence, total number of words with greater than three syllables, and total number of words in the profile. Matching server 20 may also concatenate

19

all of the collected responses with a single space between them. It may further break the text into sentences, words, and syllables. From these statistics, matching server 20 may also be configured to generate a readability score by, in one embodiment, taking the average of the Flesch Kincaid Reading Ease test, the Flesch Kincaid Grade Level test, and the Gunning Fox score. Other embodiments may utilize any other combination of these or other tests to determine a readability score. In some embodiments, analyses may be used to determine the IQ of an entity, the grade level of the writing, or how nervous the entity generally is. An advantage of this embodiment may be that the system provides user 14 with a metric for determining approximate intelligence of other users. The readability score may be used, for example, in the matching process to identify potential matches.

As an example only, the Flesch Kincaid Reading Ease score may be generated by first computing the following intermediate score:

$$206.835 - (1.015 * [\text{Average Words per Sentence}]) - (84.6 * [\text{Average Syllables per Word}])$$

Then, the Flesch Kincaid Reading Ease score is determined by using the following table:

| Intermediate Score Condition | Flesh Kincaid Reading Ease Score |
|------------------------------|----------------------------------|
| < 100                        | 4                                |
| < 91                         | 5                                |

ATTORNEY'S DOCKET                        PATENT APPLICATION
076533.0130

20

| < 81  | 6  |
|-------|----|
| < 71  | 7  |
| < 66  | 8  |
| < 61  | 9  |
| < 51  | 10 |
| < 31  | 13 |
| < 0   | 14 |
| Else  | 15 |

The Flesch Kincaid Grade Level may be computed according to the following:

5        (0.39 * [Average Words Per Sentence]) + (11.8 * [Average Syllables Per Word]) - 15.59

The Gunning Fox score may be computed according to the following:

10

([Average Words Per Sentence] + (([Number Of Words With More Than 3 Syllables] / [Number of Words In Entire Text]) + 100)) * 0.4

15       As indicated, any suitable tests may be utilized in any suitable manner to determine a readability score.

In some embodiments, matching server 20 may be configured to allow a user to interact with the result list of another user. Matching server 20 may be
20       configured to allow a user to express a preference for entities within a result list of another user, and to indicate to the other user of this preference. Thus, a user may be able to get advice from a friend regarding

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0130

21

what other users may constitute good matches for the user
and thus be able to find a better match.

As an example only, consider FIGURES 1A and FIGURE
2. Two users 14, Harry and Sally, are connected to
matching server 20 via terminals 10. Display 12a is used
by Harry while display 12b is used by Sally. Matching
server 20 allows Sally to view Harry's result list 31 on
her terminal in display 12b. By pressing recommend
button 37, Sally may indicate a preference for one or
more of the entities in result list 31. Assume Sally
presses recommend button 37 associated with Jane Loe.
After doing so, matching server 20 will notify Harry of
Sally's preference. On Harry's display 12a, matching
server 20 will cause notification 39 to appear,
associating it with Jane Loe. Notification 39 will
indicate to Harry that Sally has recommended Jane Loe as
a potential match. Harry may find Sally's preference
helpful in determining which entities he should pursue
further if, for example, he believes Sally understands
the type of person he is looking for.

In one embodiment, matching server 20 may be
configured to analyze the profiles of both user 14 and
the entities in pool 30 for keywords. Matching server 20
may be configured to search through the profile of user
14 for keywords that relate to things such as activities
and interests. Matching server 20 may generate a score
for each entity in pool 30 based on a comparison between
the list of keywords found in user's 14 profile and a
similarly-generated list of keywords of each entity in
pool 30. In one embodiment, this is accomplished by
storing a list of words in memory 26, and using it to
identify keywords in the searched profiles. In some

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0130

22

embodiments, identified keywords may be used as a means
of weighting various scores. As an example only, a
profile that contains the word "God" may be weighted much
differently than a profile which has merely indicated
5      that their religious preference is Christian. In various
embodiments, this may provide an advantage to user 14 in
that user 14 is able to determine how similar he/she is
with a potential match. In addition, the keyword
analysis may be used by the system when searching and
10     identifying matches for a user.

As an example only, consider two registered users,
Harry and Sally, both of whom have profiles stored in
matching server 20. Matching server 20 then analyzes
each of these profiles by comparing it to a list of
15     predefined keywords. Matching server 20 then associates
each word that matched the list of keywords with each
profile. Now assume that Harry performs a search. While
fulfilling Harry's query, matching server 20 evaluates
Sally's profile for inclusion in Harry's result list 31.
20     This evaluation includes comparing the list of keywords
found in Harry's profile to the keywords found in Sally's
profile. The more keywords that Harry and Sally have in
common, the more likely it will be that matching server
20 will include Sally's profile in Harry's result list
25     31.

In some embodiments, matching server 20 may be
configured to impute a level of physical attractiveness
to an entity in pool 30. Matching server 20 may be
configured to monitor how frequent an entity in pool 30
30     has been viewed as well as how many times that entity has
been part of a result list in order to impute the level
of physical attractiveness. Matching server 20 may

ATTORNEY'S DOCKET                                PATENT APPLICATION
076533.0130

23

further be configured to generate a score based on this
data.  Further, in some embodiments, matching server 20
may impute physical attractiveness to an entity based on
the imputed physical attractiveness scores of other
5     entities.  Matching server 20 may compute an average of
the imputed physical attractiveness scores of the other
entities weighted by the commonality score between each
of the other entities and the present entity.  Empirical
data indicates that people are more likely to match with
10    people of similar attractiveness.  Thus, in many
embodiments, a user may obtain an advantage in that they
are able to be presented with potential matches that,
according to one measurement, are as attractive as the
user.

15        As an example only, consider a registered user,
Sally, whose profile was created by matching server 20 in
January.  Since that time, matching server 20 has
recorded the number of times Sally's profile has appeared
in any user's result list 31; assume that this has
20    occurred 10 times.  Further, matching server 20 has also
recorded the number of times a user has viewed Sally's
profile by clicking view button 33 associated with
Sally's profile; assume that this has happened 5 times.
In this manner, matching server 20 has constructed a
25    ratio that represents the imputed physical attractiveness
of Sally's profile.  Still further, assume that Harry, a
registered user, now submits a query.  Matching server 20
has evaluated the imputed physical attractiveness ratio
of Harry's profile.  When evaluating Sally's profile for
30    inclusion in result list 31 returned to Harry, matching
server 20 will compare the imputed physical
attractiveness of Sally's profile and Harry's profile.

ATTORNEY'S DOCKET                              PATENT APPLICATION
076533.0130

24

The more similar the ratios associated with Harry and Sally's profiles are to each other, the more likely it is that Sally's profile will be selected by matching server 20 to be in Harry's result list 31. In another example,

5   assume that Sally's profile has not been registered long enough to generate a meaningful imputed physical attractiveness ratio. Matching server 20 may then generate an imputed physical attractiveness score based on entities that Sally does have commonality scores with.

10  This computed average may be weighted by the strength of the commonality score between Sally and each entity with whom she has a commonality score. Continuing the example, assume that Sally has a commonality score of 5 with Lucy and 10 with Julia. When matching server 20

15  computes the Sally's average, it will give twice as much weight to Julia's imputed physical attractiveness score than to Lucy's.

In some embodiments, matching server 20 may be configured to make an entity in result list 31 more

20  appealing to user 14 by pointing out coincidences in the profile data that give user 14 a sense of fate with the entity. In one embodiment, matching server 20 may be configured to search for similar initials, birthplaces, birth dates, birth month, birth year, university, first

25  names, last names, user handles, parental occupations, and keywords to identify users who may give another user a sense of fate. In other embodiments, matching server 20 may use the fate characteristics as a metric in the matching process.

30  As an example only, assume that Harry is a registered user who has performed a search. After matching server 20 returns a result list, Harry chooses

ATTORNEY'S DOCKET                                    PATENT APPLICATION
076533.0130

25

to learn more about one of the entities in the result
list and clicks view button 33.  Consider FIGURE 3, which
is only an example of information that matching server 20
may return to Harry after clicking view button 33.   In
5    Harry's display 12, matching server 20 presents certain
details about the profile.   In particular, matching
server 20 presents to Harry a fate notification 32 which
points out specific similarities between the profile of
the entity and Harry's profile.   Reading fate
10   notification 32 gives Harry a sense of familiarity which
enhances his appreciation for the profile.

In another example, fate characteristics may be used
to decide whether a profile in pool 30 is included in
user's 14 result list 31.   Assume that Harry is a
15   registered user who has submitted a matching query to
matching server 20.   While determining which entities to
include in Harry's result list, matching server 20
considers two profiles: Sally and Roxy.   Sally and Harry
both have the same birth date, initials, and have parents
20   that work in the same profession.   In contrast, Roxy and
Harry only share the same birth place.   Matching server
20 may be configured to award more points to Sally than
to Roxy based on these comparisons, making it more likely
that Sally's profile will be included in Harry's result
25   list.

In some embodiments, matching server 20 may be
configured to evaluate the likelihood of contact between
user 14 and an entity in pool 30.   Matching server 20 may
be configured to compare demographic data between user 14
30   and pool entity 30a.   In another embodiment, matching
server 20 may be configured to weigh the demographic
similarities and differences based on the sex of user 14.

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0130

26

The demographic data may include, but is not limited to, age, education, ethnicity, income, and location.

As an example only, assume that Harry and Sally are registered users who have profiles in matching server 20. Harry has submitted a search request to matching server 20. While fulfilling this request, matching server 20 evaluates Sally's profile since her profile is in pool 30. As part of the evaluation, matching server 20 looks at the differences between Harry and Sally's stated age, income, education, ethnicity, and location. In this example, Harry is 10 years older than Sally, makes $10,000 more per year, and has a Master's degree while Sally has a bachelor's degree. Even with these disparities, matching server 20 will give Sally's profile a high score which makes it more likely that Sally's profile will appear in Harry's result list. However, if it was Sally who submitted the search, and matching server 20 was evaluating Harry's profile, a different score is possible. So, if it were Sally who was 10 years older, made $10,000 more per year, and had a Master's degree while Harry had a Bachelor's degree, matching server 20 would give a low score to Harry's profile, making it less likely that his profile would appear in Sally's result list. Matching server 20 may be configured this way because empirical data has shown that these demographic differences do not have an equivalent effect on the choices men and women make regarding matches.

In another embodiment, matching server 20 may be configured to compare the locations of user 14 and pool entity 30a in increments of ten miles. In yet another embodiment, matching server 20 may be configured to score

ATTORNEY'S DOCKET                                    PATENT APPLICATION
076533.0130

27

the location comparison in light of other factors; as an
example, matching system 20 may be configured to return a
score consistent with a 10 mile difference in location
even though there is a 50 mile difference between user 14
5    and pool entity 30a if user 14 and pool entity 30a have
the same income, education, and age.   An advantage
realized in several embodiments is that it better
approximates how a user evaluates entities.   Entities
that live further away are generally less appealing to a
10   user; but, users may still be interested if the entity
matches their preferences in other categories.

As an example only, consider a registered user,
Harry, who submits a search request.   While fulfilling
this request, matching server 20 examines Sally's profile
15   in pool 30, and determines that the stated locations of
Harry's and Sally's profiles are 13 miles apart.
Matching server 20 will give Sally's profile a score as
if the distance between them were only 10 miles.
However, in yet another example, Sally's profile may
20   indicate that she lives 50 miles away from Harry.   Yet,
matching server 20 also notes that both Harry and Sally
make $100,000 per year, have Master's degrees, and that
Harry and Sally are one year apart in age (Harry is
older).   Given these similarities, matching server 20
25   will give a score to Sally's profile that is consistent
with a 20 mile difference in location even though they
are actually 50 miles apart.   In this manner, matching
server 20 takes into account empirical data that shows
that people searching for matches who indicate that they
30   want to see matches who live close to them are still
willing to pursue a potential match that lives far away

28

if the potential match fits very closely with the other
search criteria.

In another embodiment, matching server 20 may be
configured to evaluate the age difference between user 14
5    and pool entity 30a using ranges as well as a sliding
scale.  By way of example only, matching server 20 may be
configured to assign a high value to an age difference
between 0 and -5, while assigning a lower value to an age
difference between +2 and 0.  An even lower value may be
10   assigned to an age difference between -6 and -8.  Even
lower values would be assigned incrementally as the age
difference increases outside of the ranges discussed.
The higher the assigned value is, the more likely it will
be that pool entity 30a will be included in result list
15   31.  Yet another embodiment may apply this combination of
ranges and a sliding scale but use different values and
ranges depending on the sex of user 14.

As an example only, consider a situation in which a
registered user, Harry, requests a search to be
20   performed.  While fulfilling this request, matching
server 20 evaluates Sally's profile, which was in pool
30.  As part of the evaluation, matching server 20
compares the ages of Harry and Sally, and determines that
Harry is two years older than Sally; this determination
25   leads to matching server 20 assigning, in this example,
50 points to Sally's profile.  Matching server 20 may
also be configured to assign 50 points to Sally's profile
had she been five years younger than Harry; but, if she
had been up to two years older than Harry, matching
30   server 20 may have been configured to assign 40 points to
her profile.  Matching server 20 may be further
configured to assign 30 points to Sally's profile if she

29

was 6 to 8 years younger than Harry.  However, if Sally
were more than 8 years younger than Harry, matching
server 20 may be configured to further decrease the
number of points assigned to her profile:  if she was 9
years younger, then 25 points; if she was 10 years
younger, 20 points; if she was 11 years younger, 15
points; etc.  The more points assigned to Sally's
profile, the more likely it is that her profile will
appear in Harry's result list.  Thus, matching server 20
may be configured to assign a score based on age
difference using a combination of ranges and a sliding
scale.

In another example, matching server 20 may assign
scores differently if it was Sally who was searching and
if it was Harry's profile that was being evaluated.  In
this example, matching server 20 may be configured to
assign Harry's profile 50 points if he were between 1 and
5 years older than her.  If he were 6 to 8 years older
than her, matching server 20 may assign 45 points.  If he
were greater than 8 years older than her, matching server
20 may assign points in the following fashion: if he was
9 years older, 40 points would be assigned; if he was 10
years older, 35 points would be assigned; etc.  However,
if he was up to two years younger than Sally, matching
server 20 may assign 50 points to his profile.  If he
were more than two years younger, matching server 20 may
assign less points on a sliding scale:  45 points if he
were 3 years younger, 40 points if he were 4 years
younger, etc.  The more points assigned to Harry's
profile, the more like it is that his profile will appear
in Sally's result list.  This example illustrates how
matching server 20 may be configured to take the sex of

ATTORNEY'S DOCKET                         PATENT APPLICATION
076533.0130

30

user 14 into account when scoring based on age
differences.

In various embodiments, matching server 20 may be
configured to evaluate the attractiveness of an entity in
5   pool 30 through collected feedback from other users.   In
one embodiment, matching server 20 may present an entity
to user 14, prompting user 14 to rate the attractiveness
of the entity on a scale from 1 - 9.   This range gives
the advantage of having a midpoint.   Matching server 20
10  may further be configured to collect such responses and
store them; in one embodiment, matching server 20 may
store the data in memory 26, using a structure such as
database 26b.   Matching server 20 may further be
configured to compute the average of such responses for
15  the entity, and store this number as well.   In various
embodiments, these values may be used in order to help in
the matching process.   Empirical data indicates that
people are more likely to match with people of similar
attractiveness.   Thus, in various embodiments, users
20  whose attractiveness rating are similar will be more
likely to appear in each other's result list.   Further, a
user may indicate that they only want profiles in their
result list whose average attractiveness rating is higher
than an indicated threshold.

25  As an example only, assume registered user, Harry,
uses terminal 10, which in this example is Harry's
personal computer, and establishes communication with
matching server 20.   In this example, this communication
occurs by Harry using a Web browser to access a Web page
30  controlled by matching server 20.   Sometime after
visiting the Web page, matching server 20 may present
Harry with an option to rate the physical attractiveness

ATTORNEY'S DOCKET                         PATENT APPLICATION
076533.0130

31

of other users registered with matching server 20.  Using
display 12 and interface 16, Harry may view profiles of
registered users and rank them on a scale of 1 - 9 by
entering the values using interface 16; in this example,
5   interface 16 comprises a mouse and/or a keyboard.  After
submitting this rating, matching server 20 will associate
it with the profile and store it.  Matching server 20
will also allow other users to rate profiles, thereby
collecting a plurality of rankings for profiles.
10  Matching server 20 may use this data when trying to find
matches for users.  One example of this is that matching
server 20 may allow user 14 to specify that he/she is
searching for profiles which have an average rating of 6
or above. In turn, matching server 20 may populate user's
15  14 result list from the pool only with profiles whose
average rating is at 6 or above.  Another example of how
matching server 20 may use this data involves making it
more likely that an entity will appear in a user's result
list if the entity and that user have a similar average
20  attractiveness rating.  So, if a user has an average
rating of 6, then an entity with an average rating of 5
may be more likely to appear in the user's result list
than an entity with an average rating of 2.

In another example, assume that Harry is a
25  registered user and has requested a search.  While
fulfilling this request, matching server 20 evaluates
Sally's profile.  As part of this evaluation, matching
server 20 notices that Sally's profile contains feedback
from other users ranking the attractiveness of Sally's
30  profile.  Matching server 20, in this example, averages
that data; Sally's profile average is 6.  Matching server
20 may then examine Harry's profile to determine a

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0130

                                    32

similar average.   If Harry's profile has an average close
to 6, it will be more likely that matching server 20 will
include Sally's profile in Harry's result list.       If
Harry's profile average is lower than 6, it will be less
5    likely that Sally's profile will be included in Harry's
result list.   If Harry's profile average is greater than
6, it will be even less likely that Sally's profile will
be included in Harry's result list.      The more Harry's
profile average deviates from that of Sally's, the less
10   likely it will be that matching server 20 will present
Sally's profile in Harry's result list.

        In FIGURE 4, one embodiment is disclosed wherein
matching server 20, with pool 30, may be configured to
interact with another platform, such as social networking
15   platform 50, containing a set 52 of users.    Users 14 are
communicatively coupled to matching server 20 and social
networking platform 50.    Matching server 20 may further
be configured to provide users of social networking
platform 50 a service by which they may search for users
20   within set 52 or within pool 30 using the algorithms and
processing of matching server 20.    Matching server 20 may
even further be configured to allow users of matching
server 20 to search through pool 30 and set 52.    Matching
server 20 may be configured to parse the profiles of the
25   entities in set 52, collecting data and applying
algorithms.

        In another embodiment, matching server 20 may be
configured to allow users of social networking platform
50 to interact with matching server 20 using social
30   networking platform 50.    This level of integration
provides the advantage of users not having to learn and
sign up for a different platform.

33

Social networking platform 50, in one embodiment,
may be a service which stores profiles of its users.
This service may be further configured to provide access
to the stored profiles.  In one embodiment, social
5    networking platform 50 may also allow other services to
interact with users of social networking platform 50
through social networking platform 50.

In one embodiment, matching server 20 may be
configured to collect requests from users of social
10   networking platform 50 and perform a search through pool
30 and set 52.  Matching server 20 may further be
configured to present the results of this search from
within social networking platform 50.  Matching server 20
may further be configured to present entities in the
15   search result from pool 30 as if they were entities of
set 52; in one embodiment, matching server 20 may be
configured to generate profiles of entities from pool 30
into set 52.  Thus, users of social networking platform
50 may view all of the entities in the search result,
20   regardless of their source (either from pool 30 or set
52), within the environment of social networking platform
50.

As an example only, consider two users:  Harry, for
whom matching server 20 has created a profile, and Sally,
25   who has a profile stored in social networking platform
50.  From within social networking platform 50, matching
server 20 presents to Sally the ability to perform a
search which Sally uses.  The results of this search are
presented to Sally within social networking platform 50.
30   In this example, Harry's profile is displayed to Sally as
a search result along with other entities from set 52
though Harry's profile was from pool 30. In this example,

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0130

34

matching server 20 uses the algorithms discussed herein
and searches through the profiles stored in pool 30 and
set 52.    In order to display Harry's profile to Sally,
matching server 20 creates a profile in set 52 using the
5    data stored in Harry's profile in pool 30.   Sally is then
able to interact with this newly created profile from
within social networking platform 50 in the same manner
as she is other entities in set 52.

In another embodiment, matching server 20 may be
10   configured to allow its users to interact with social
networking platform 50 through matching server 20.    In
one embodiment, matching server 20 supplements pool 30
with set 52.   In yet another embodiment, entities from
set 52 appear as entities of pool 30 to the user in their
15   list of search results.    In one embodiment, matching
server 20 may be configured to generate profiles within
pool 30 from entities of set 52; the system may be
configured to do so through capabilities provided by
social networking platform 50, such as an application
20   programming interface.

As an example only, consider two users:    Harry,
whose profile is stored in matching server 20, and Sally,
whose profile is stored in social networking platform 50.
Harry submits a search request to matching server 20.
25   Matching server 20 may return result list 31 to Harry,
which, in this example, contains an entity representing
Sally's profile.   Matching server 20 may accomplish this
by creating profiles in pool 30 that correspond to the
profiles found in set 52.   Once these profiles have been
30   imported into pool 30, matching server 20 may then search
through pool 30.    While doing so, matching server 20
applies the algorithms and scores discussed herein.

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0130

35

Thus, in this example, matching server 20 has been
configured to both search and apply scoring algorithms to
entities in pool 30 and set 52. Further, in one example,
Harry is not able to distinguish that Sally's profile was
5    originally stored in social networking platform 50.
Rather, matching server 20 presents Sally's profile in
the same manner as other profiles stored in pool 30.
Thus, in this example, Harry may use favorite button 34,
view button 33, and contact button 35 when interacting
10   with Sally's profile in the same manner as described
above.

One advantage present in various embodiments is that
a user has a wider pool of entities to search through.
Another advantage is that a user does not have to sign up
15   with several platforms to search through the users on
those platforms.

FIGURE 5 is a flowchart illustrating one embodiment
of how result list 31 may be generated. At step 62,
matching server 20 generates pool 30, as described above.
20   At step 64, matching server 20 applies a filter to pool
30, removing certain entities; in various embodiments,
this filter is based on user's 14 own sex and the sex
user 14 desires to be matched with. At step 66, matching
server 20 may be configured to apply algorithms to pool
25   30 that will generate a plurality of scores for each
entity in pool 30. In one embodiment, these algorithms
may include analyzing the text of the profiles of the
entities in pool 30 to generate a readability score,
determining how attractive an entity of pool 30 is, or
30   measuring how likely it is that user 14 will contact an
entity of pool 30. At step 68, matching server 20 may be
configured to collect all of the scores from step 66; in

ATTORNEY'S DOCKET
076533.0130                                    PATENT APPLICATION

                                    36

one embodiment, matching server 20 may use database 26b
to store all of these scores.   At step 70, matching
server 20 may be configured to apply an ordering
algorithm which will determine the order in which
entities in result list 31 are presented to user 14.   In
one embodiment, this ordering algorithm is based, in
part, on the scoring algorithms applied at step 66.   The
ordering algorithm assigns points to each entity and
orders them based on these values, constructing result
list 31.   An embodiment of this ordering algorithm is
summarized in the following table:

| Condition | Number of Points for Ordering |
|---|---|
| Readability score 1 point higher than user | +33554432 |
| Match result entity has expressed a preference for the user | +16777216 |
| Match result entity has been recommended by a friend of the user | +8388608 |
| User has viewed the details of match result entity | +2097152 |
| Match result entity has commonality with an entity user has expressed a preference for | +1048576 |
| Both have the same ambition | +128 |
| Both have the same beliefs | +16384 |
| Same answer for Build | +64 |
| Same answer for Car | +1 |
| Both have the same diet | +4 |
| Both have the same preference for drinking alcohol | +131072 |
| Same answer for Ethnicity | +1024 |
| Same answer for Fear | +256 |
| Same answer for Hair | +2 |
| Same answer for Number of children | +524288 |
| Same answer for morning | +32 |

ATTORNEY'S DOCKET
076533.0130

PATENT APPLICATION

37

| Same answer for "must have" | +32768 |
|---|---|
| Same answer for "night out" | +16 |
| Same answer for "pets" | +65536 |
| Same answer for politics | +8192 |
| Same answer for relationship status | +0 |
| Same answer for "romance" | +512 |
| Same answer for smoking preferences | +262144 |
| Same answer for sports interests | +8 |
| Same answer for "system" | +4096 |

As an example only, consider a registered user, Harry, who desires to perform a search. Before processing the request, matching server 20 may ask Harry what sex he is and what sex does he desire to be matched with; in this example, Harry responds that he is a male seeking a female. After doing so, matching server 20 will generate pool 30 as described above. Next, matching server 20 will apply a filter to remove certain entities from pool 30. In this example, all males will be removed from pool 30 since Harry is seeking a female. Further, all females seeking females will be removed from pool 30 since Harry is a male. In other examples, other entities that are removed from pool 30 include entities that Harry has expressed a negative preference for before, or entities that have expressed a negative preference for Harry. After pool 30 has been filtered, matching server 20 applies a variety of scoring algorithms to the entities remaining in pool 30. These algorithms may account for various comparisons such as those based on readability, likelihood to contact, fate, and keywords described above. Matching server 20 will then tabulate these scores, storing them, in this example, in database

ATTORNEY'S DOCKET                           PATENT APPLICATION
076533.0130

                                    38

     26b.   Matching server 20 will then determine what order
these entities are presented to Harry by applying an
ordering algorithm.  Here, matching server 20 assigns one
ordering score to each entity by examining the results of
5    the scoring algorithms.   After doing so, matching server
will present result list 31 to Harry, where the order of
the entities that appear in the result list is based on
the ordering algorithm.   In this example, it is possible
for result list 31 to change.   Consider another user,
10   Sally, who appears in Harry's result list.    If Harry
decides to add her into a separate list by using favorite
button 34, Sally will be removed from result list 31 (as
described above).  However, Sally will also become a seed
entity from which entities may be added to pool 30 (as
15   described above).  Hence, matching server 20 will update
the pool, apply the filters, apply the scoring
algorithms, tabulate the results, apply the ordering
algorithm, and update result list 31.   As another
example, an entity may update their profile which can
20   change result list 31.   For example, assume Sally's
profile had an ordering algorithm score that placed her
within the top 20 entities in result list 31.   Sally then
changes her profile which results in keywords that match
Harry's profile being added to her profile.   Matching
25   server 20 will then update her scoring algorithms.   In
this example, the change in Sally's profile and resulting
increase in keyword matches with Harry's profile
significantly increased her score.   This was then
reflected in the ordering algorithm as it was also
30   applied to the updated profile.   Afterwards, Sally's
profile is now placed within the top 5 entities in result
list 31.

39

In some embodiments, matching server 20 may be
configured to receive required characteristics from user
14 regarding a match.  User 14 may be allowed to specify
such restrictions based upon any number of
5   characteristics, including those described herein.  For
example, matching server 20 may allow user 14 to specify
that entities that indicate they have children should not
be displayed.  In another example, user 14 may specify
that only entities between the ages of 20 and 30 should
10  be present in result list 31.  In some embodiments,
matching server 20 may implement these restrictions in
step 64 of FIGURE 5.  In other embodiments, however,
matching server 20 may refuse to apply these restrictions
to certain entities based on the characteristics of the
15  entities.  Any number of characteristics, including those
described herein, may form the basis upon which matching
server 20 decides not to apply the restrictions submitted
by user 14.  As an example only, matching server 20 may
ignore the restrictions if the entity has a high enough
20  attractiveness rating.  In another example, though user
14 has requested that no profiles which are located more
than 50 miles away should be present in result list 31,
matching server 20 may include such profiles because
those profiles have over 5 matching keywords, a high
25  attractiveness rating, and have specified the same life
goals as user 14.  Thus, in some embodiments, matching
server 20 may refuse to apply restrictions submitted by
user 14 based on any combination of characteristics or
algorithms.

30   An advantage present in many embodiments is that
through taking into account various factors when scoring
potential matches and using only very few strict filters,

ATTORNEY'S DOCKET                           PATENT APPLICATION
076533.0130

                                  40

a large amount of result entities may be returned to the
user.  A further advantage is that the ordering algorithm
will put the most relevant search results first, saving
the user time.

5          Although several embodiments have been illustrated
and described in detail, it will be recognized that
substitutions and alterations are possible without
departing from the spirit and scope of the appended
claims.

10

ATTORNEY'S DOCKET                        PATENT APPLICATION
076533.0130

                           41


WHAT IS CLAIMED IS:

      1.   A matching method, comprising:

         generating a pool of entities;

         applying at least one scoring algorithm to the
5   pool of entities;

         tabulating at least one score from the at least
one scoring algorithm;

         applying an ordering algorithm to the at least
one score; and
10            presenting a list of matches ordered based on
the results of the ordering algorithm.


      2.   The method of Claim 1 wherein generating a pool
comprises:
15            choosing at least one seed entity;

         generating a score by comparing the at least
one seed entity with other entities;

         setting a threshold score;

         adding entities to the pool whose score is
20   above the threshold score.


      3.   A matching system comprising:

         a first platform configured to store a first
set of user profiles;
25            a second platform configured to store a second
set of user profiles, search through both the first set
and second set of user profiles, present to the second
platform search results from the first set of profiles
within the second platform, and present to the first
30   platform search results from the second set of user
profiles within the first platform.

*Matching Process System and Method*
Inventors: Waeschenfelder et al.
Atty Docket No. 076533.0130
Page 1 of 4

1/4



FIG. 1A



FIG. 1B

FIG. 1C

*Matching Process System and Method*
Inventors: Waeschenfelder et al.
Atty Docket No. 076533.0130
Page 2 of 4

2/4

| | NAME | PROPERTY 1 | PROPERTY 2 | ○ ○ ○ |
|---|---|---|---|---|
| 30 { | Jane Doe ⟋ 30a | | | |
| | Jane Roe ⟋ 30b | | | |
| | Jane Boe ⟋ 30c | | | ○ ○ ○ |
| | Jane Loe ⟍ 30d | | | |
| | Jane Snoe ⟍ 30e | | | |
| | ○ ○ ○ | | | |

—26a

## FIG. 1D



## FIG. 1E



## FIG. 1F

*Matching Process System and Method*
Inventors: Waeschenfelder et al.
Atty Docket No. 076533.0130
Page 3 of 4

*3/4*



*FIG. 2*



*FIG. 3*

*Matching Process System and Method*
Inventors:  Waeschenfelder et al.
Atty Docket No. 076533.0130
Page 4 of 4

4/4



FIG. 4



FIG. 5