# EXHIBIT F
# Part 2 of 4

# BuzzFeed

News   Videos   Quizzes   Tasty   DIY   More ⌄    Get Our News App    🔍  👤

       



TECH

# Cracking The Tinder Code: Love In The Age Of Algorithms

I swapped Tinder accounts with a female co-worker. Then Tinder's data team reviewed our performance. Here's what we learned.

posted on Sept. 23, 2016, at 3:52 p.m.



**Alex Kantrowitz**
BuzzFeed News Reporter



Atraun2014 / Getty Images

I used to be terrible at Tinder — but for a few weeks this summer, I was pretty good.
Women responded to my messages. Our chats went deeper than usual. Previously stalled
discussions were suddenly revived and I was right-swiped with increasing frequency. I
began to understand my matches in a way I hadn't previously, but not because of anything
I'd done. My Tinder messages were being composed by a woman who also set up my
profile. And I was using Tinder's on-staff sociologist's input to refine my approach.

I handed over my account to my colleague, Jessica Misener, on a hunch (correct) that I
wasn't doing things right on Tinder. And while Jessica didn't really need the help, I took
over her account as well. We embarked on our great switcheroo in an attempt to get to the
bottom of what makes Tinder tick, customizing each other's profiles to what we thought
people of our gender wanted, releasing those accounts into the wild, and then comparing
the results to our past luck.

We swapped accounts on the condition that no message could be sent without the explicit
approval of its real owner — this was a quest to understand the inner workings of the
platform, not dupe people. And, when we were done, we brought our findings to Tinder,
which reviewed them and — based on its own research including some previously
unreleased data — told us what we'd done right and wrong. Spoiler: I had a lot to learn.
And judging from the Tinder profiles we saw, you probably do too.

Downloaded by more than 100 million people, Tinder is responsible for some 1.5 million in-person dates each week, according to its creators. It's helped to normalize "meeting online." Tinder did this with an ingeniously simple swipe "right for like"/ "swipe left for dislike" vetting process, connecting people only when there is mutual interest. Its soaring popularity has helped revolutionize modern dating, shifting us from finding love via chance to finding it via algorithm.

# Wearing a hat in your Tinder profile pic? That'll hurt your chances by 12%.

The secrets of Tinder's code lie in the hands of people like Jess Carbino, a Tinder employee with a sociology PhD from UCLA. She has a lot of insight into what works on Tinder and what doesn't. For instance: Wearing glasses in your profile picture, whether for vision or sun, decreases your chances of being right-swiped by 15%. And a hat? That'll hurt your chances by 12%.

"It's really important for people to able to glean a great deal about your face, which indicates things beyond attractiveness," Carbino explained in a phone interview from Tinder's Los Angeles headquarters last week. Tinder is willing to share a good deal of this data because, at the end of the day, it wants people to find satisfying matches. And, if you use Tinder, you probably want more matches too. So take your damn hat off. And, while you're at it, those shades need to go too.

## In Trusted Hands



Stock_colors / Getty Images

Looking through the men showing up on Jessica's Tinder account, I saw many dudes presenting themselves with blurry pictures, mirror selfies, hats, nowhere-looking gazes, and other off-the-charts terrible selfies. When I saw a guy with a clear picture, smiling and looking toward the camera, I instantly swiped right.

When Jessica set up my profile, she chose a picture of me looking sideways to start, and then followed with a few looking straight at the camera. A week in, thinking about that man with the straightforward smile, I suggested we switch up my own profile. We chose a photo I didn't love, but where I looked straight at the camera and smiled. It worked significantly better than my previous profile pic.

## "Individuals who are front facing are 20% more likely to be swiped right on."

The forward-facing smile was the right move, according to Tinder's Carbino. "Individuals who are front facing are 20% more likely to be swiped right on, relative to their counterparts who are facing sideways or not showing themselves," Carbino said. Even though I felt the smiling picture was worse than any other, it made a big difference: You are 14% more likely to be swiped right on if you smile on Tinder, Carbino said.

After Jessica landed a few matches on my behalf, I watched in amazement as she crafted thoughtful, personalized messages to each. My opening message is perhaps best described as "How's it going?" Jessica describes hers as "Not just, 'Oh cool you're from North Carolina? I like Asheville a lot,' but: 'Oh you're from North Carolina? I've always wondered if the Carolinas have a rivalry about which is better. like South Carolina is OBVIOUSLY cooler but North Carolina is literally on top of it, which seems significant to me.'"

Jessica's method proved effective. Conversations kicked off with thoughtful messages that were far richer than my usual "Hey," "Sup," "Nm, U?" variety. And Tinder's data seems to bear this out. Carbino said Tinder is conducting a messaging analysis study, and its initial results indicate more thoughtful messages are more likely to generate responses. You can also always send a GIF, which is 30% more likely to get a response, according to Carbino.

Viewing Tinder from my colleague Jessica's vantage point, I didn't need any special conversational tactics. If anything, the biggest challenge was weeding people out.

### Stampede



Xavier Arnau / Getty Images

Running Jessica's account felt like watching dozens of men attempting to run through the same tiny door at once. It was overwhelming. As I swiped right, a pattern emerged: Match. Match. Match. Match. Message. Message. Message. Message. These guys meant business. *They were relentless.*

Watching them in action, I began to rethink one of my core Tinder principals: Never double-text. Sending a message, waiting, and sending another message despite no response had long been no-go territory for me. It felt needy, and a bit delusional. If someone was interested, they'd respond. If not, they wouldn't. But as I witnessed the volume and pace of messages hitting Jessica's Tinder, I very quickly saw the folly of my ways.

Double-texting works, said Carbino, who calls it re-engagement. "The idea of re-engagement, if done in a way that's appropriate, can be quite effective," she told me. "You can say something along the lines of, 'Hey, it's time to step up your Tinder text game' and make a joke out of it to re-engage them and to try to further the conversation along in a way that's more meaningful."

On Tinder, you can also use a "Super Like" button once every 24 hours to signal more interest than the ordinary like, but the people using this feature felt a bit off to me, so I started swiping left and rejecting them all out of habit. That wasn't a normal behavior. Super Likers, according to Tinder, are three times more likely to match, and their conversations typically last 70% longer than those of non–Super Likers.

Super Like or not, you may want to go for the real-world encounter as early as possible. People who meet in person via Tinder typically do so within two to seven days of matching, according to Carbino.

**Tinder God Emerges**



*Siphotography / Getty Images*

When you first sign up for Tinder, a text overlay appears on the app urging you to "Swipe more to help us learn your preferences. The more you swipe, the better our recommendations!" The prompt is subtle, and it's also the most prominent indicator that Tinder sorts the profiles it shows you via an algorithm — a mathematical formula that pulls in a number of data points and makes decisions about who comes next.

## "I always said great advertising should be like dating."

The keys to Tinder's algorithm are held by Dan Gould, a former advertising technology executive who spent the early part of his career attempting to match the right ad to the right person at the right time — now he's doing it with people. That a former ad-tech exec now holds a power position at a dating company says a lot about the role of algorithms in romance today. "I always said great advertising should be like dating," Gould told me. "If advertising works perfectly, it would be like finding that great partner for you. It would find the right thing, at the right time, at the right price, and maybe something you didn't even know."

According to Gould, Tinder's algorithm gives a lot of weight to the choices you make while setting preferences. Distance ranges, gender, and age preferences — all these things need to match up before Tinder will show you a potential match. Two other critical factors are distance and recency. Distance is straightforward: Being closer gives you an edge. But "active time," i.e., recency, is more intriguing. "People who have been active recently are more likely to come back soon and interact with other people." Gould said. "While I probably shouldn't say how you can game the system, the one thing that a person can really do to appear to a lot more people and get more matches is to be active recently. If I were trying to get more matches I would open the app every hour and just swipe a little bit."

**Swipe Life**



*Demaerre / Getty Images*

In their book *Modern Romance: An Investigation*, the comedian Aziz Ansari and New York University sociology professor Eric Klinenberg describe asking a woman to project her OkCupid inbox on a screen in an LA comedy club. "The moment we put her inbox up on the screen, you could see every man in the room just deflate," Klinenberg said in a recent phone interview. "They suddenly realized what they were up against."

The draw of that choice is so powerful that Seattle-based Ricky Burnett, founder of a company called Project Attraction, a dating coaching service that promises to help men "become the confident, bad ass guy that women obsess over," said he sees a lot less competition when trying to meet someone in real life. "I consider it to be a lost art these days," he said. "You kind of put people in awe when you just walk up to them and say 'hi.'"

Proliferation of choice can have negative consequences as well. With so many potential matches to swipe on, they all become a bit more...disposable. "Go back to [the pre-Tinder] era," said relationship psychologist Karen Sherman. "If you didn't meet somebody in college then what the hell were you going to do? Because then you were pretty much out of possibilities. Now, so what?

For Carbino, algorithmically assisted courtship is a clear net positive. "There's so much data out there that suggests that individuals who meet their partners online have more satisfactory relationships and are more likely to get married faster, relative to individuals who meet offline," she said.

Klinenberg is of a similar opinion. He likes to tell a story of how he and Ansari once asked a "pretty average looking" guy for a look at his dating inbox. The guy, Klinenberg said, had messages from women who "30 years ago, if he had gone to a bar and they had given him their phone number, he would've gone crazy, it would've been the greatest night of his

life." There's a lesson in that inbox: "There's a lot of volume. Even if that guy was striking out 95% of the time, it's a whole lot easier to start flirting with someone and ask them out online, than it is in person."

For me, the week I swapped Tinder accounts with Jessica helped answer a question I'd long struggled with when using the app: "What did I do wrong?" Now, I know, and knowledge *is* power.

Now if you'll excuse me, I have some swiping to do.

**Watch the video here:**



How To Get More Matches On Tinder

*BuzzFeedVideo / Via youtube.com*

Alex Kantrowitz is a senior technology reporter for BuzzFeed News and is based in San Francisco. He reports on social and communications.
Contact Alex Kantrowitz at alex.kantrowitz@buzzfeed.com.

More ▾



NEXT ON NEWS›
**Dee Dee Wanted Her Daughter To Be Sick, Gypsy Wanted...**

**Fun Boston Activities That Will Cost You $0**
Have a blast in Beantown without spending a penny!


PROMOTED BY
Capital One® Boston — Banking Reimagined℠



**The "Voice" Coaches Are Basically You And Your Siblings**
PROMOTED BY



Tagged,tinder, algorithims, love, online dating, romance, livingwithalgorithms

NBCU + BuzzFeed Partnership

# BuzzFeedNEWS

**In The News Today**

- "Bad hombres," puppets, and quite a few debunks: Here's what went down in that fiery final presidential debate

- Ivanka Trump says her father's lewd comments about women caught on a leaked Access Hollywood tape were "crude" and "a bit jarring."

- Argentinian women took to the streets after a 16-year-old was raped and killed, part of a rise of violence against women in the region.

- The Cleveland Indians beat the Toronto Blue Jays and are going to the World Series for the first time since 1997

Download the BuzzFeed News app



These 5 Points Show Just How Hard It Is To Rig An Election

by Sheera Frenkel

**Connect With BuzzFeed Tech**

Like Us On Facebook

Follow Us On Twitter

Follow Us On Apple News

Subscribe to our RSS feed



News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address                    Sign Up

## More News



Your Self-Driving Tesla Is Coming



A Teen's Brutal Murder Led Thousands Of Women To Protest Against Gender Violence



Former Teacher Slits His Throat In Court After Being Convicted Of Raping Girl



Former Wells Fargo Banker Says He Was Pressured To Sign Mexicans Up For Unneeded Accounts



Putin Aide Allowed To Enter Germany Despite Sanctions



Jury Clears NBA Star Derrick Rose And Two Friends In Civil Rape Case



Apple To Announce New Macs At
October 27 Event



Mark Zuckerberg Defends Peter Thiel
In Leaked Facebook Post

More News ❯

## Now Buzzing



Here's Trump's Full Winding Answer On
Syria And Assad



How Unpopular Is Your Chipotle Order?



13 Questions About Cheating That'll
Really Make You Think



Donald Trump Said Putin Isn't His BFF
During The Debate And Twitter Lost I

More Buzz ❯



People Are Freaking Out About Hillary Clinton's All-White Pantsuit



What Historical White House Pet Are You Based On Your Zodiac Sign?



The Barrier Reef's Health Has Been Given A "D" For The Fifth Year In A Row



What % Wednesday Addams Are You?



People Are Trolling The Hell Out Of Donald Trump After He Said "Bad Hombres"



Which Mindy Lahiri Quote Perfectly Describes Your Love Life?



26 Troubling Images That Prove The Last Debate Was RIGGED



While You Were Watching The Debate,
Trump Just Launched Trump TV



Women Are Reclaiming Their
"Nastiness" After Trump Called Clinton
Nasty During The Debate

# APPENDIX 7



We know your time is valuable, so tell us your preferences and we'll handle the scouting—and the vetting—for you.

So you want to date someone who shares your education level and ambition? And maybe, just maybe, you'd like them to be in your same neighborhood, attractive enough to at least look good in black-and-white photos, with a height that meets your way-too-restrictive height preferences. Perhaps you also want them to share your religion as well. While your mother may call you picky, we call you self-aware. It's about to be happy hour, so go get 'em. #amiapicky #neverscitile









YOU CAN ALSO SCOUT
LEAGUE EVENTS AND
JOIN LEAGUE GROUPS



## ARE YOU IN?

We do the scouting and the vetting,
you do the matching and the petting.
Text yourself the app now.

Enter phone Number | Submit

BACK TO TOP

PRIVACY & TERMS    JOBS    CONTACT    *the* **league**

Send press inquiries to areyal@theleague.com

# APPENDIX 8

  

Increase Efficiency with Smarter Controls — PHOENIX CONTACT — Learn More

## We got inside the 'Tinder for elites' — here's what it's like to use

Maya Kosoff  ·  Sep. 15, 2015, 6:37 AM  ·  2,590,013  ·  15

Save $50 on a freelancer
Upwork gives you fast access to top designers, developers, writers and other freelancers



The League, an elitist and highly selective dating app for successful singles, is clearly not for everyone.

Calling itself the "Tinder for elites," the app launched in San Francisco earlier this year, and a few months ago it launched in ... raised $2.1 million with the goal of matching up highly motivated single professionals.

The League is hard to get into — the only way to get inside the app is by applying to a long waiting list or by snagging a VIP pass from someone who's already a member and cutting the line. Someone in San Francisco has even tried selling their VIP pass for $100 on Craigslist.

At least one Business Insider employee has made the cut on The League, so we went inside to find out for ourselves what the app is really like to use.



The League's founder, Amanda Bradford.



View As: One Page    Slides

This is Amanda Bradford. She founded The League with the goal of making power couples by matching up highly motivated single professionals.

The League's founder, Amanda Bradford.

The League launched in San Francisco earlier this year, and a few months ago it launched in New York City, too.



Right now the app is still in private beta in New York, but we were able to get a peek inside.





Before you can get into The League, you have to sign up. You'll be put on a waiting list until you're approved ...







**Keep it Classy** We help your profile from friends, business contacts & coworkers – the whole office doesn't have to know you're on the prowl.

**You Deserve the Best** Aren't you saying Tinder doesn't have its uses (hello Vegas!) but why not spend your time a little more... intelligently?

**Your Time is Valuable** We get it. You're super picky and constantly overcommitted. Tell us your preferences and we'll do the scouting.

**Skip the Vetting** Let's admit it - we all do 'research' via social media. We'll know you they lock up here, so that when you swipe right, you mean it.

**Download the League** to get on our waitlist for a chance to be part of our private beta. We'll prioritize launch cities based on our waitlist signups so get your friends to join!

**Android user?** Sign up below to be part of our upcoming private roll out.

Submit

Once you're finally in and load the app, here's the first screen you see.



Loading ...

●●●○○ AT&T 📶 ⚡   9:53 AM   72% 🔋





**Airbrushing Out Your Blemishes**



Every day, you're shown only five potential matches to whom you can say yes or no.

●●○○○ AT&T 📶 ⚡   9:57 AM   70% 🔋







26 · Harlem · 5'2"

**About Me** Southern girl living it up in NYC! Working hard and loving life! 💋

**Education**

**Profession**

**Interests** Happy hours · Reading · Painting · Movies · My dog 🖤

**Religion** Christian

Like Tinder and Hinge, you can swipe right to indicate you're interested in someone or swipe left if you'd like to pass. Tap the icon on the top right corner to see your matches.



●●●○○ AT&T 📶    9:53 AM    71% 🔋

*THE* league

27 · SoHo · 5'2"

Education

Profession

Interests    Lorde · The Black Keys · Lana Del Rey
· Arctic Monkeys · Florence + The
Machine · The xx · doNYC · The
Governors Ball Music Festival

The League puts all your matches in one place. But unlike other dating apps, your matches on The League have an expiration date. If you don't respond within three weeks, your match will disappear. You can also sort your matches by "best match," "recent," "popular," and "least flaky."



Matches expire after 21 days.



Every user on The League has a "concierge" who answers your questions about the app and lets you know about in-app updates.



ensure you won't get errors 😊.
Until we've fixed our load issues we won't be putting more people 😀😀😀😀😀😀😀😀 🌚 into The League 🏨 - so tell your wait listed 📋 friends it's not them its us!!

📷 I want to encourage you to update 🔄 to the latest version of the app on App Store 📱 (it's not automatic) - we tweaked the matching algorithm to increase match rate ✅ so you should see more matches! 🎰

That's all I got from corporate! 🎰 Have fun tonight and remember: cool confident folks always make the first move ....
😏



Users set their preferences for matches. The League's big promise is that you're only shown other users who fit your specific criteria, and your profile will only be shown to others that fit your criteria, too. That criteria, apparently, includes gender, age, height, distance, education, and ethnicity.

●●●○○ AT&T 🔋 ⁙  9:55 AM          71% ▬▭



Here's Business Insider producer Sam Rega's profile. You can see where he's based (New York), his age and height, and his education, profession, and interests. Tap on the icon on the top left corner, and you'll be shown the app's menu.





**Sam R.**
29 · New York · 5' 5"

| | |
|---|---|
| Education | University of Miami |
| Profession | Producer @ Business Insider |
| | Freelance Video Editor @ SJR Productions |
| | Editor/Producer @ Valdes-Iga |
| Interests | Comedians in Cars Getting Coffee  ·  The Adventures of Pete & Pete  ·  Douglas And The Goodharts  ·  ReSolute  ·  Cityfox NY |

cirro

**SWITCH TODAY AND GET A $200 BILL CREDIT**



Here's Sam's profile. You can add pictures of yourself, along with as much or as little biographical information as you'd like.



●○○○○ AT&T 🤶    9:57 AM    70% 🔋

< **About You**

Photos

  
  

Tap to replace, hold to reorder

About Me

Height        5' 5"

Ethnicity     White / Caucasian

Zip        11222

Religion    Jewish



Other users are shown where you work and your interests, too.



Here's the full menu. You can look at your potential matches for the day, check out the
people you've been matched with already, look at your own profile, and more.

 SCOUT

 MATCHES

 PROFILE

 PREFERENCES

 PRIVACY

 INVITE FRIENDS

 SEND FEEDBACK

 SETTINGS



Educatio

Professio

Interest



THE EASY CHOICE FOR PEOPLE
*who like easy choices.*

☑ LOW PRICES    ☑ EASY SERVICE

eZZo

Under "settings," you can see information like how many of your friends are on The League, how many VIP tickets you have (VIP tickets let you invite friends to "jump the line" and get into The League), and when you joined.

 ●●●○○ AT&T 🛜    9:55 AM    70% 🔋    

**SETTINGS**

Current Version: 1.2.05



Account: Regular

VIP tickets remaining: 0

Friends in The League: 24

Number of Referrals: 0

Date Joined: 06.16.15

Push Notifications          >

5pm Push Notifications      >

Match & Message Notifications

**LOGOUT**

When you've exhausted the five people you've been shown that day, here's the message you're shown. You're shown a new batch of people each day at 5 p.m. Also note the blue dot in the upper right corner — that means you have an alert in your matches (either a new match or new message).



●○○○○ AT&T 🖕        9:59 AM        69% 🔋

That's game for today.

Check back at happy hour (5pm) tomorrow for your next batch of prospects.

**INVITE FRIENDS**

Invite friends and see more prospects each day.





When you match with someone, you can choose to chat with them, or keep swiping through your potential matches.







See the clock symbol in the upper right corner? You can use it to make a match expire, or to essentially unmatch someone. This is the pop-up that appears when you tap the clock symbol.



In terms of app design, The League isn't all that different from the dating apps you're probably already familiar with. Bradford's ultimate goal is to match tons of power couples

probably already familiar with. Bradford's ultimate goal is to match tons of power couples, and that sets it apart.



Matches expire after 21 days

SEE ALSO: Here's what it takes to join the 'Tinder for elites' »

# APPENDIX 9

**The New York Times** | http://nyti.ms/1pBVQbC

FASHION & STYLE

# Hinge, a Dating App, Introduces Friends of Friends

By KRISTIN TICE STUDEMAN    MARCH 28, 2014

Mobile dating apps may be all the rage these days, but they're not for everyone.

Blendr, a location-based app for straight people, was created by the same folks as Grindr and retains much of its hookup focus. And Tinder, another hugely popular app, puts a premium on superficial looks, as users swipe through an endless photo carousel of potential mates.

What happened to finding love the old-fashioned way: through mutual friends?

That is the premise behind **Hinge**, the next mobile matchmaking app that is catching on with urban millennials. At first glance, it looks very much like Tinder. But instead of random strangers, Hinge matches only users who share Facebook friends.

For some, that makes the whole thing feel less creepy.

"I've met up with someone on Hinge because you have mutual friends, so you can be 80 percent sure they're not a full-on wacko," said Tibby Iz, 28, a digital content strategist who lives in the East Village.

The app was released last year by Justin McLeod, a 29-year-old tech entrepreneur from Louisville, Ky., and has gained momentum in recent months as it expands to more cities. (It is currently in seven cities: New York, Chicago, Washington, Boston, San Francisco, Philadelphia and Atlanta. Dallas and Los Angeles are next.)

To get started, users sign in using Facebook and select their preferences, including location, sexual orientation and age (it caps at 35). Every day at noon, the app sends a list of potential matches culled from one's Facebook network.

"I use it every day," said Melissa Ellard, 23, who runs Fashion Force, an online trade show based in Washington. "Once the clock hits noon, I can't wait to see my batch of potential new matches."

"I have found that on other dating sites, such as Tinder, all men want to do is use cheesy pickup lines and they are looking for one-night stands," she added.

Male users who were interviewed said that the app encourages more socially accountable behavior.

"Hinge cuts through the randomness of Tinder," said Daniel Matz, a 29-year-old real estate finance analyst in New York, who said he uses the app daily. "I can take some comfort that she knows some of the same people I do."

Mr. McLeod said his app has made more than a million matches, including one that resulted in an engagement. He himself is a user, though he is not sure how to describe his current relationship status. "It's complicated," he said.

A version of this article appears in print on March 30, 2014, on page ST17 of the New York edition with the headline: An App Introduces Friends of Friends.

© 2016 The New York Times Company

# APPENDIX 10



Got a tip? Let us know.

Follow Us  f  ⚏  ⅴ  ⚏  F  in  ⅷ  ⅷ

News ▾   Video ▾   Events ▾   Crunchbase

Message Us    Search

Send better email.
Sell more stuff.    Learn More

AdChoices [▷

DISRUPT LONDON  Prices increase for Disrupt London in just 5 Days  Save £250 On Tickets Now ▶

**Popular Posts**


First look at Microsoft's Surface that can


Microsoft offers Apple users $650 off to trade a MacBook for a Surface


Founders comment on why shutting down? "Don't sell your company"


23andMe reportedly laid off nearly half a dozen staff working on next-gen sequencing


Magic Leap goes to Finland in pursuit of Nordic VR and AR talent


Musk on Tesla Network: "It's not Tesla vs. Uber it's one people vs. none"


Tesla's Powerwall 2 packs over twice the energy storage


Amazon's female employee representation slows since last diversity report


How to watch Tesla's solar roof unveiling live

How to encrypt your Facebook Messages

# If Tinder Is For Hookups, Hinge Is For Relationships And It Just Raised $4M

*Posted ... by ...* Josh Constine ·@joshconstine

🔗 f ⅴ in 8⁺ ⚏ ⚏ ⚏ ⚏ ▣





Jamie Smith



Hinge wants to be Match.com for mobile. You can find nearby strangers nearby on Tinder, but Hinge uses its "romance graph" to pair you with friends of friends that fit your style. And now Hinge has a raised a $4 million Series A from Great Oaks, Social + Capital, and more to bring its relationships app beyond DC, New York, and Boston. You're still swiping yes or no, but to find your soulmate.

Tinder's success has brought a swell of clones to the seas of mobile dating. But Hinge founder Justin McLeod believes romance comes in many forms, and there's plenty of room for its iOS and Android apps. In fact, he sees people using both Tinder and Hinge, but with distinct intentions.

At first glance, they look quite similar. Both give you the potential match at a time that you can swipe right to approve or swipe left to dismiss. If two people approve each other, they're allowed to chat within Hinge.

But McLeod explains "When we use our users, they say they use them differently. I use Tinder when I'm out and about or bored or want to mess around, and Hinge is where I meet the people I want to date." Hinge only shows you matches that are friends of friends, so you have a trusted connection that implies your date isn't a psychopath, and you get to see info about their work and education upfront.

   

## The Romance Graph

"We're the next generation of dating site" McLeod says, likening Hinge to Match.com, eHarmony, and OkCupid but mobile-first, just like those desktop giants. Hinge uses a matching algorithm to intelligently show people mates they're likely to be compatible with.

For example, Hinge pulls your Facebook information to present you with people who went to the same kind of college (ivy league, state school), or similar type of job (tech, finance, politics). But it also goes deeper and connects people across these boundaries if it notices female lawyers dig male bankers, or that Harvard guys seem to hit it off with Boston University girls.

While Facebook maps the social graph of friendships, and Twitter lays out of the interest graph of what people care about, Hinge wants identify the hidden threads the pull us towards people we want to date. This "Romance Graph" as I call it, gives Hinge a better success rate and a stunning retention rate.

Since expanding beyond its home city of DC on August to New York and Boston, Hinge has doubled its user count to 50,000 yet maintained its stickiness. McLeod says it still see about 85% of people who download Hinge as active a week later, and 75% a month later.

Those metrics helped it score this new $4 million Series A led by Great Oaks and joined The Social+Capital Partnership, Red Swan, 500 Startups, SnapHub founder Jeff Fluhr, former Facebook Director of Business Development David



## Crunchbase

Tinder

...



AdChoices [▷

## NEWSLETTER SUBSCRIPTIONS

☐ **The Daily Crunch**
Get the top tech stories of the day, delivered to your inbox.

☐ **TC Weekly Roundup**
A handpicked message of the week's top stories.

☑ **Crunchbase Daily**
The latest funding, fundings, acquisitions, and more.

Enter your email    **SUBSCRIBE**

## LATEST CRUNCH REPORT




Foch, Graph Ventures, Envia: Ventures, Fortify VC, MadeSolono Capital, Massela Capital, former Facebook engineering lead Prashant Malik, founder of DC coworking space 1776 Evan Burfield, and one of the founders of LivingSocial.





Watch More Episodes ▶

Hinge still has a long uphill battle. First of all, Tinder may not be as easy to write off as a hookup app as McLeod says. While Tinder doesn't reveal user counts, its founder Sean Rad said on stage at TechCrunch Disrupt Berlin that his app sees 350 million swipes and makes 3.5 million matches per day. Communicating that a similar looking app is for something different could be tough, and people may look for true love on Tinder even if that's not what it's best at.

Hinge will need traction to make good on its new investment. That means fighting for users in a crowded dating app market that includes newly revamped and rebranded Down (formerly Bang With Friends), as well as mobile efforts from stalwarts like OkCupid.

Finally, mobile is built for instant gratification. Tinder delivers that by optimizing to show you people who were recently online and might be ready to meet soon. Hinge wants to make the most accurate matches possible, but that means it might take a while for your crush to sign back on and rate you back.

As avid (and single) female dating app user Haymatz tells me after she said Hinge has some problems:



> **Josh Constine** 🔵
> @JoshConstine
> @haymatz tell me more about why Hinge fails?
>
> 4 Nov 13

> **Renae Soundara**
> @Haymatz                    ✔ Follow
>
> @JoshConstine Hinge doesn't provide users with instant gratification as much as Tinder does. with real-time or instant matches
> 10:12 AM - 4 Nov 2013
> ← 13 ♡ 1

However, she also notes that Tinder "is full of fucking weirdos"

With 14 million, Hinge has some ammunition to fight off competitors and pay for growth. The money will help the startup break into new cities, and revamp its apps. McLeod concludes "Dating sites used to take the old newspaper classified models and put it online. We're taking the really old model of meeting through friends and modernizing it for mobile."

*Hinge is available for iOS and Android, but has only officially launched in Washington D.C., New York, and Boston so you won't get matches if you're outside those cities.*

f t in g+ [] [] F ✉

## Recommended For You


Apple says no fun allowed on the Touch Bar


These are Tesla's stunning new solar roof tiles for...


Hands-on with the Surface Dial


Asana co-founder discusses Thiel's donation to Trump


Twitter lays off 9% of its workforce as it posts a...


Microsoft is all about augmented reality

### From the Web

Sponsored Links by Taboola ▷


Get the Complete Guide to Drip Marketing

5 Reasons IT is Better Off Choosing a Collaboration Suite


Now You Can Track Your Car Using Your Smartphone


Trusted by Fortune 500 companies


**Apple Unveils New MacBook Pro | Crunch Report**





**UP NEXT**
BlackBerry Shares Sink After Ailing Smartphone Maker Reveals Its New Direction

**UP NEXT**
BlackBerry Shares Sink After Ailing Smartphone Maker Reveals Its New Direction

Powered by

UP NEXT

BlackBerry Shares Sink After Ailing Smartphone Maker Reveals Its New Direction

## CrunchBoard
Job Listings

Platform Engineer @ Pantheon at The Sourcery (San Francisco, CA, United States)

Installation Specialist at Softwarea (Baltimore, MD, United States)

Full Stack Web Engineer @ Shift at The Sourcery (San Francisco, CA, United States)

Backend Generalist Engineer @ Shift at The Sourcery (San Francisco, CA, United States)

C++ Software Developer with Juce Experience, Full Time at AudioWorks Inc. (Toronto, ON, Canada)

More from CrunchBoard

Trusted by
Fortune 500 companies
redhat
AdChoices

TC

Crunch Network
News
Video
Events
Crunchbase
TechCrunch Store

About
Staff
Contact Us
Advertise With Us
Send Us A Tip

International
China
Europe
Japan

Follow TechCrunch

TechCrunch Apps

Subscribe to The Daily Crunch
Latest headlines delivered to you daily
SUBSCRIBE

© 2013-2015 AOL Inc. All rights reserved. Aol Tech Privacy Policy About Our Ads Anti Harassment Policy Terms of Service Powered by WordPress.com VIP Fonts by Webtype

# APPENDIX 11

# THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

http://www.wsj.com/articles/why-millennials-swipe-right-on-swiping-1478187319

LIFE | IDEAS | WORD ON THE STREET

# Why Millennials Swipe Right On 'Swiping'

A TV show capitalizes on an older generation's incomprehension



PHOTO: ISTOCK

By **BEN ZIMMER**
Nov. 3, 2016 11:35 a.m. ET

In the new CBS comedy "The Great Indoors," 20-somethings and 40-somethings face off across a divide so stark that it can seem like the two generations are speaking entirely different languages.

Take this week's episode, in which the show's older protagonist Jack (played by Joel McHale) tries to navigate the uncertain terrain of online dating, with the help of his millennial office-mates.

Jack's crash course in using dating apps begins with the basics: "If you like someone, swipe right. If you don't, swipe left."

For the millennial generation, the lingo of "swiping" is painfully obvious. But it didn't even exist until 2013, when the Tinder app introduced the finger-flicking gesture into its interface for choosing a date. When looking at the profile photo of a potential match, a dismissive swipe to the left moves on to the next prospect, while a swipe to the right indicates interest. And if the right-swipe is mutual, dating rituals can commence via instant messaging.

Tinder's massive success, with users making more than a billion swipes a day, has led to an array of other apps adopting the swipe-to-like approach. "Swiping" has even permeated the language, with "swipe left" used as a general metaphor for rejection and "swipe right" for acceptance and openness.

In an issue of the online magazine Rookie, editor in chief Tavi Gevinson, now 20, wrote about the need for taking bold steps: "swipe right, be vulnerable and set ambitious goals." And in a recent comic book, the character Deadpool says, "I'm just gonna swipe left on this whole fight if that's cool."

Like much of the millennial lexicon, "swiping" is born out of interactions with new communication technology. Mike Gibbons, the creator and executive producer of "The Great Indoors," told me that the idea for the show came about when he tried to understand the tech-driven world of the young staffers he worked with on "The Late Late Show With James Corden," where he was the head writer.

When it comes to innovative language, Mr. Gibbons, who is in his late 40s, observed that the churn is faster than ever before. "Even people in their late 20s may feel old, like they're not speaking the same language as the new wave coming in," he said.

That presents a challenge when writing for "The Great Indoors," as he finds that slang terms that are new to him—like "turnt" for "intoxicated" or "woke" for "socially aware"—may already be considered passé among the millennial set.

"The Great Indoors" has left some critics outdoors: Earlier this week on the review aggregator Metacritic, the show had a 51% rating. As for "swiping," it may already be on

its way out. Consider the case of Hinge, once a Tinder-like app for finding dates, which has moved away from the swiping model and now markets itself as a "relationship app."

As Hinge's FAQ page explains, "We scrapped our old app because we realized the world of mindless swiping was ruining romance." Or as an email to users succinctly put it, "We've swiped left on swiping."

---

MORE FROM WORD ON THE STREET

---

- Talk of 'Wave Election' Rises—But What Is It? Oct. 27, 2016
- How 'Special Sauce' Moved From Big Macs to Everywhere Oct. 21, 2016
- 'Pixel': From a 1925 Lab to a Google Smartphone Oct. 12, 2016
- 'Present' Regains Its Meaning as a State of Mind Oct. 7, 2016
- Wild Cards—in Politics, Postseason Sports and Poker Sept. 30, 2016

Copyright 2014 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | Sean Rad et al. |
| Serial No.: | 14/059,192 |
| Filing Date: | October 21, 2013 |
| Group Art Unit: | 2164 |
| Examiner: | Yuk Ting Choi |
| Confirmation No.: | 1044 |
| Title: | MATCHING PROCESS SYSTEM AND METHOD |

Commissioner for Patents
PO Box 1450
Alexandria, VA 22313-1450

Dear Sir:

### DECLARATION PURSUANT TO 37 C.F.R. § 1.131

I, the undersigned, declare and state that:

1.    I am over the age of 21 years, of sound mind, and competent in all respects to make this Declaration.

2.    I am an inventor of the subject matter of the above-referenced application (the "Application").

3.    Prior to August 6, 2012 (the "Effective Date"), I gained a full understanding of the subject matter of at least the current version of the claims of the Application (attached as Exhibit A).

4.    Attached as Exhibit B are screenshots and accompanying descriptions of a working application developed prior to the Effective Date.  The application presented potential matches to a candidate and could use geographic proximity to determine which potential matches to present.  The application enabled text-based communication between two users once they both expressed approval for each other and notified the users of the

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
083523.0118                                                        14/059,192

match and possibility of communicating.  If one user did not express approval (or expressed disapproval) for another user, the application would prevent communication between the users.   The application was tested, prior to the Effective Date, to confirm that the functionality discussed above worked.

5.     Prior to the Effective Date, I developed code that implemented using swiping gestures to express approval and disapproval of a potential match.  Attached as Exhibit C are portions of that source code.

6.     All of the work in conceiving and reducing to practice the subject matter of the current version of the claims in the Application occurred in the United States.

7.     I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true.  Further, I declare that these statements are made with the knowledge that willful false statements, and the like so made, are punishable by fine or imprisonment, or both, under Section 1001, Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the Application or any patent issuing thereon.

Signed this   30th   day of     January, 2017   , 2016.

_____
Jonathan Badeen

ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192

# Exhibit A

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
083523.0118                                                      14/059,192

**Currently Pending Claims:**

1.-22.        (Canceled)

23. (Previously Presented) A computer implemented method of profile matching, comprising:

electronically receiving a first request for matching, the first request electronically submitted by a first user using a first electronic device;

determining a set of potential matches for the first user in response to receiving the first request;

causing the display of a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determining that the first user expressed a positive preference indication regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

in response to determining that the first user expressed the positive preference indication regarding the first potential match, automatically causing the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match;

determining that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match;

determining to enable initial communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to determining to enable initial communication between the first user and the second user, causing the graphical user interface to display to the first user the graphical representation of the first potential match;

determining that the first user expressed a negative preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the third potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the third potential match corresponding to a third user;

preventing communication between the first user and the third user after determining that the first user has expressed the negative preference indication regarding the third user;

determining that the first user expressed a positive preference indication regarding a fourth potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the fourth potential match on the graphical user interface, the fourth potential match corresponding to a fourth user; and

preventing communication between the first user and the fourth user after determining that the fourth user has expressed a negative preference indication regarding the first user.


24. (Canceled)


25. (Previously Presented)  The method of Claim 23, further comprising:

in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, causing the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling a text area to be presented to the first user.

ATTORNEY DOCKET NO.:                              PATENT APPLICATION
083523.0118                                              14/059,192

26. (Previously Presented)  The method of Claim 23, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

27. (Canceled)

28. (Canceled)

29. (Canceled)

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
083523.0118                                                           14/059,192

30. (Previously Presented)   A non-transitory computer-readable medium comprising instructions that, when executed by a processor, are configured to:

electronically receive a first request for matching, the first request electronically submitted by a first user using a first electronic device;

determine a set of potential matches for the first user in response to receiving the first request;

cause the display of a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determine that the first user expressed a positive preference indication regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

in response to the determination that the first user expressed the positive preference indication regarding the first potential match, automatically cause the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match;

determine that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match;

determine to enable initial communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to the determination to enable initial communication between the first user and the second user, cause the graphical user interface to display to the first user the graphical representation of the first potential match;

determine that the first user expressed a negative preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the third

ATTORNEY DOCKET NO.:                                          PATENT APPLICATION
083523.0118                                                              14/059,192

potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the third potential match corresponding to a third user;

prevent communication between the first user and the third user after determining that the first user has expressed the negative preference indication regarding the third user;

determine that the first user expressed a positive preference indication regarding a fourth potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the fourth potential match on the graphical user interface, the fourth potential match corresponding to a fourth user; and

prevent communication between the first user and the fourth user after determining that the fourth user has expressed a negative preference indication regarding the first user.


31. (Canceled)


32. (Previously Presented)   The medium of Claim 30, further comprising instructions configured to, in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, cause the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling a text area to be presented to the first user.


33. (Previously Presented)  The medium of Claim 30, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.


34. (Canceled)


35. (Canceled)

ATTORNEY DOCKET NO.:                          PATENT APPLICATION
083523.0118                                                14/059,192

36. (Canceled)

ATTORNEY DOCKET NO.:                   PATENT APPLICATION
083523.0118                                 14/059,192

37. (Previously Presented)  A system for profile matching, comprising:

an interface operable to:

electronically receive a first request for matching, the first request electronically submitted by a first user using a first electronic device; and

a processor coupled to the interface and operable to:

determine a set of potential matches for the first user in response to receiving the first request;

cause the interface to display a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determine that the interface has received a positive preference indication from the first user regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

automatically cause the interface to remove the presentation of the first potential match from the graphical user interface in response to detecting the gesture and cause the interface to present, on the graphical user interface, a second potential match of the set of potential matches to the first user;

determine that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match; and

determine to enable initial communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to the determination to enable initial communication between the first user and the second user, cause the graphical user interface to display to the first user the graphical representation of the first potential match;

determine that the first user expressed a negative preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the third

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
083523.0118                                                          14/059,192

potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the third potential match corresponding to a third user;

prevent communication between the first user and the third user after determining that the first user has expressed the negative preference indication regarding the third user;

determine that the first user expressed a positive preference indication regarding a fourth potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the fourth potential match on the graphical user interface, the fourth potential match corresponding to a fourth user; and

prevent communication between the first user and the fourth user after determining that the fourth user has expressed a negative preference indication regarding the first user.

38. (Canceled)

39. (Previously Presented)  The system of Claim 37, the processor further operable to, in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, cause the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling a text area to be presented to the first user.

40. (Previously Presented)  The system of Claim 37, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

41. (Canceled)

42. (Canceled)

ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192

43. (Canceled)

ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192

# Exhibit B

ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192



ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192



ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192



ATTORNEY DOCKET NO.:                                PATENT APPLICATION
083523.0118                                                      14/059,192














ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192



ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192



**Block this User**

July 17, 2012 5:16 PM

Hey! Nice meeting you. We should go out sometime

For sure...it seems like we have a lot in common. How about some organic coffee?. I know a great place!

Sounds great! See you soon



ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192



ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192

# Exhibit C

```
                           MBGameViewController ABRIDGED
//
//  MBGameViewController.m
//  matchbox
//
//  Created by Jonathan Badeen on 6/6/12.
//  Copyright (c) 2012 Hatch Labs. All rights reserved.
//

...

@implementation MBGameViewController

#pragma mark - Game & Cards

- (void)updateGame
{
    ...

    for (UIGestureRecognizer *gestureRecognizer in
self.currentCard.gestureRecognizers) {
        gestureRecognizer.enabled = gameButtonsEnabled;
    }
}

- (MBCardView *)dequeueReusableCard
{
    MBCardView *card = [self.reusableCards lastObject];
    if (!card) {
        card = [[MBCardView alloc] init];
        ...
        [card addGestureRecognizer:[[UIPanGestureRecognizer alloc]
initWithTarget:self action:@selector(cardPanned:)]];
    } ...

    for (UIGestureRecognizer *gestureRecognizer in card.gestureRecognizers) {
        gestureRecognizer.enabled = NO;
    }

    return card;
}

- (void)cardPanned:(UIPanGestureRecognizer *)gestureRecognizer
{
    static CGPoint startLocation;
    static UIImageView *dislikeImageView;
    static UIImageView *likeImageView;

    CGFloat confirmedXTranslation = 100.0;
    CGFloat minConfirmedVelocity = 2000.0;
    CGPoint translation = [gestureRecognizer translationInView:self.currentCard];

    switch (gestureRecognizer.state) {
        case UIGestureRecognizerStatePossible:

            break;
        case UIGestureRecognizerStateBegan:
            startLocation = [gestureRecognizer locationInView:self.currentCard];
            likeImageView = [[UIImageView alloc] initWithImage:[UIImage
imageNamed:@"MBLikedStamp"]];
            likeImageView.transform = CGAffineTransformMakeRotation(M_PI_4 / 2.0 *
-1);
            likeImageView.center =
CGPointMake(CGRectGetMidX(self.currentCard.bounds) - 45.0,
                                    Page 1
```

```
                         MBGameViewController ABRIDGED
CGRectGetMidY(self.currentCard.bounds) - 85.0);
        likeImageView.alpha = 0;
        [self.currentCard addSubview:likeImageView];

        dislikeImageView = [[UIImageView alloc] initWithImage:[UIImage
imageNamed:@"MBNopeStamp"]];
        dislikeImageView.transform = CGAffineTransformMakeRotation(M_PI_4 / 2.0
* 1);
        dislikeImageView.center =
CGPointMake(CGRectGetMidX(self.currentCard.bounds) + 45.0,
CGRectGetMidY(self.currentCard.bounds) - 85.0);
        dislikeImageView.alpha = 0;
        [self.currentCard addSubview:dislikeImageView];

        self.nextCard.hidden = NO;
      case UIGestureRecognizerStateChanged:
      {
        CGFloat rotationDirection = startLocation.y /
CGRectGetHeight(self.currentCard.bounds) < 0.5 ? 1 : -1;
        CATransform3D translationTransform =
CATransform3DMakeTranslation(translation.x, translation.y, 0);
        CATransform3D rotationTransform = CATransform3DMakeRotation((M_PI * 2) *
(translation.x / 5000.0), 0, 0, rotationDirection);
        CATransform3D transform = CATransform3DConcat(translationTransform,
rotationTransform);
        self.currentCard.layer.transform = transform;

        CGFloat startStampShowX = 30.0;
        likeImageView.alpha = (translation.x - startStampShowX) /
(confirmedXTranslation - startStampShowX);
        dislikeImageView.alpha = (translation.x + startStampShowX) /
(-confirmedXTranslation + startStampShowX);
      }
        break;
      case UIGestureRecognizerStateEnded:
      case UIGestureRecognizerStateCancelled:
        if (fabsf(translation.x) < confirmedXTranslation && [gestureRecognizer
velocityInView:self.currentCard].x < minConfirmedVelocity) {
          [UIView animateWithDuration:0.2 delay:0
options:UIViewAnimationCurveEaseOut animations:^{
            self.currentCard.transform = CGAffineTransformIdentity;
            likeImageView.alpha = 0;
            dislikeImageView.alpha = 0;
          } completion:^(BOOL finished) {
            self.nextCard.hidden = YES;
            [likeImageView removeFromSuperview];
            [dislikeImageView removeFromSuperview];
          }];
        } else {
          NSTimeInterval maxDuration = 0.2;
          NSTimeInterval adjustedDuration = maxDuration;
          [UIView animateWithDuration:adjustedDuration delay:0
options:UIViewAnimationCurveEaseOut animations:^{
            CGFloat direction = 1.0;
            if (translation.x > 0) {

            } else {
              direction = -1.0;
            }
            //CGFloat rotationDirection = startLocation.y /
CGRectGetHeight(self.currentCard.bounds) < 0.5 ? -1 : 1;
            CGFloat xPos = 400.0;
            CGAffineTransform translationTransform =
                              Page 2
```

```
                        MBGameViewController ABRIDGED
CGAffineTransformMakeTranslation(xPos * direction, [(NSNumber
*)[self.currentCard.layer valueForKeyPath:@"transform.translation.y"] floatValue]);
                    //CGAffineTransform rotationTransform =
CGAffineTransformMakeRotation((M_PI * 2) * (xPos / 5000.0) * rotationDirection);
                    self.currentCard.transform = translationTransform;
//CGAffineTransformConcat(translationTransform, rotationTransform);
                } completion:^(BOOL finished) {
                    [likeImageView removeFromSuperview];
                    [dislikeImageView removeFromSuperview];

                    MBUser *user = self.currentCard.user;
                    [self updateGame];
                    if (translation.x < 0) {
                        [[MBMatchboxAPI sharedMatchboxAPI] dislikeUser:user];
                    } else {
                        [[MBMatchboxAPI sharedMatchboxAPI] likeUser:user
completion:^(BOOL success, MBUser *user, BOOL isMatch) {
                            if (success && isMatch) {
                                MBNewMatchViewController *vc =
[[MBNewMatchViewController alloc] init];
                                vc.matchedUser = user;
                                vc.backgroundScreenshot = [UIImage
imageWithView:self.view];
                                [self presentViewController:vc animated:NO
completion:^{

                                }];
                            }
                        }];
                    }
                }];
            }
            break;
        case UIGestureRecognizerStateFailed:

            break;
        default:
            break;
    }

}

...

@end
```

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 14059192 |
| **Filing Date:** | 21-Oct-2013 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean Rad |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Attorney Docket Number:** | 083523.0118 |

Filed as Large Entity

**Filing Fees for   Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Extension - 3 months with $0 paid | 1253 | 1 | 1400 | 1400 |
| **Miscellaneous:** | | | | |
| RCE- 2ND AND SUBSEQUENT REQUEST | 1820 | 1 | 1700 | 1700 |
| **Total in USD ($)** | | | | **3100** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 28215502 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean  Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Filer Authorized By:** | Roshan Suresh Mansinghani |
| **Attorney Docket Number:** | 083523.0118 |
| **Receipt Date:** | 31-JAN-2017 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 11:44:47 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | DA |
| Payment was successfully received in RAM | $3100 |
| RAM confirmation Number | 013117INTEFSW00010615020384 |
| Deposit Account | 020384 |
| Authorized User | Laurie Scott |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| 37 CFR 1.16 (National application filing, search, and examination fees) | |
| 37 CFR 1.17 (Patent application and reexamination processing fees) | |

37 CFR 1.19 (Document supply fees)

37 CFR 1.20 (Post Issuance fees)

37 CFR 1.21 (Miscellaneous fees and charges)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Request for Continued Examination (RCE) | 0835230118RCETrans013117. PDF | 87503<br>ce55cd30156b98bafae718d1700b6b221aa385cf | no | 1 |

**Warnings:**

This is not a USPTO supplied RCE SB30 form.

**Information:**

| 2 | | 0835230118RCEAmend013117. PDF | 9424992<br>bf75b0850c9e8d4697d6a468d8b983cadac7ebca | yes | 88 |

| | Multipart Description/PDF files in .zip description | | | | |
|---|---|---|---|---|---|
| | Document Description | | Start | End | |
| | Amendment Submitted/Entered with Filing of CPA/RCE | | 1 | 1 | |
| | Claims | | 2 | 10 | |
| | Applicant Arguments/Remarks Made in an Amendment | | 11 | 88 | |

**Warnings:**

**Information:**

| 3 | Affidavit-Rule 131-pre-AIA (FTI) ONLY | 0835230118Declaration013117 .PDF | 1606106<br>1f783b9be80970e8843ad0eac5736ed89519e2ce | no | 24 |

**Warnings:**

**Information:**

| 4 | Fee Worksheet (SB06) | fee-info.pdf | 32159<br>5665ca10a6553c316381bc318cc4355e336c17e8 | no | 2 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 11150760 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | ~~076533-0146~~ 083523.0118 |
|---|---|---|
| | Application Number | 14/059,192 |

| Title of Invention | Matching Process System And Method |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2  (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | | | | Remove |
|---|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Sean | | Rad | |

| Residence Information (Select One) | ● US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

| City | Los Angeles | State/Province | CA | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 2341 Weybridge Lane | |
|---|---|---|
| Address 2 | | |
| City | Los Angeles | State/Province | CA |
| Postal Code | 90077 | Country i | US |

| Inventor | 2 | | | | Remove |
|---|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Todd | M. | Carrico | |

| Residence Information (Select One) | ● US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

| City | Melissa | State/Province | TX | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 2 Shadywood Lane | |
|---|---|---|
| Address 2 | | |
| City | Melissa | State/Province | TX |
| Postal Code | 75454 | Country i | US |

| Inventor | 3 | | | | Remove |
|---|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Kenneth | B. | Hoskins | |

| Residence Information (Select One) | ● US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | ~~076533.0146~~ 083523.0118 |
|---|---|---|
| | Application Number | 14/059,192 |

| Title of Invention | Matching Process System And Method |
|---|---|

| City | Plano | | State/Province | TX | Country of Residence | US |
|---|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 2817 Chancellor Drive | | |
|---|---|---|---|
| Address 2 | | | |
| City | Plano | State/Province | TX |
| Postal Code | 75074 | Country i | US |

**Inventor    4**                                          [ Remove ]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | James | C. | Stone | |

| Residence Information (Select One) | ● US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

| City | Addison | State/Province | TX | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 15826 Breedlove | | |
|---|---|---|---|
| Address 2 | | | |
| City | Addison | State/Province | TX |
| Postal Code | 75001 | Country i | US |

**Inventor    5**                                          [ Remove ]

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Jonathan | | Badeen | |

| Residence Information (Select One) | ● US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

| City | North Hollywood | State/Province | CA | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 11201 Otsego St. #400 | | |
|---|---|---|---|
| Address 2 | | | |
| City | North Hollywood | State/Province | CA |
| Postal Code | 91601 | Country i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.                [ Add ]

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).

☐   **An Address is being provided for the correspondence Information of this application.**

EFS Web 2.2.11

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | ~~076533.0146~~ 083523.0118 |
|---|---|---|
| | Application Number | 14/059,192 |
| Title of Invention | Matching Process System And Method | |

| **Customer Number** | 05073 | | |
|---|---|---|---|
| **Email Address** | PTOmail1@bakerbotts.com | Add Email | Remove Email |

## Application Information:

| **Title of the Invention** | Matching Process System And Method | | | |
|---|---|---|---|---|
| **Attorney Docket Number** | ~~076533.0146~~ 083523.0118 | | **Small Entity Status Claimed** | ☐ |
| **Application Type** | Nonprovisional | | | |
| **Subject Matter** | Utility | | | |
| **Total Number of Drawing Sheets (if any)** | 11 | | **Suggested Figure for Publication (if any)** | |

## Filing By Reference :

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a).  Do not complete this section if application papers including a specification and any drawings are being filed.  Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

| ☐ | Request Early Publication (Fee required at time of Request 37 CFR 1.219) |
|---|---|
| ☐ | **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify  that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a  multilateral international agreement, that requires publication at eighteen months after filing. |

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 05073 | | |

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | ~~076533.0146~~ 083523.0118 |
| | Application Number | 14/059,192 |
| Title of Invention | Matching Process System And Method | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | | | Remove |
| --- | --- | --- | --- |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Claims benefit of provisional | 61/793866 | 2013-03-15 |
| Prior Application Status | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Continuation in part of | 12/339301 | 2008-12-19 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
| --- | --- | --- | --- |
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | ~~076533.0146~~ 083523.0118 |
|---|---|---|
| | Application Number | 14/059,192 |
| Title of Invention | Matching Process System And Method | |

# Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

> ☒ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
> NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

# Authorization to Permit Access:

> ☒   Authorization to Permit Access to the Instant Application by the Participating Offices
>
> If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.
>
> In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.
>
> In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

# Applicant Information:

> Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | ~~076533.0146~~ 083523.0118 |
|---|---|---|
| | Application Number | 14/059,192 |

| Title of Invention | Matching Process System And Method |
|---|---|

---

**Applicant    1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

<div align="right">

| Clear |
|---|

</div>

| ◉ Applicant | ○ Legal Representative under 35 U.S.C. 117 | ○ Joint Inventor |
|---|---|---|
| ○ Person to whom the inventor is obligated to assign. | | ○ Person who shows sufficient proprietary interest |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here.   ☒

| Organization Name | TINDER, INC. |
|---|---|

**Mailing Address Information For Applicant:**

| **Address 1** | 8833 W. Sunset Blvd., 4th Floor | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | West Hollywood | **State/Province** | CA |
| **Country** | US | Postal Code | 90069 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

---

# Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee    1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

If the Assignee or Non-Applicant Assignee is an Organization check here.   ☐

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | ~~076533.0146~~ 083523.0118 |
|---|---|---|
| | Application Number | 14/059,192 |

| Title of Invention | Matching Process System And Method |
|---|---|

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| **Address 1** | |
|---|---|
| Address 2 | |

| **City** | | **State/Province** | |
|---|---|---|---|
| **Country** i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

## Signature:

NOTE:  This form must be signed in accordance with 37 CFR 1.33.  See 37 CFR 1.4 for signature requirements and certifications.

| **Signature** | *[signature]* | Date  (YYYY-MM-DD) | 2016-12-09 |
|---|---|---|---|
| First Name | Roshan S. | Last Name | Mansinghani | Registration Number | 62429 |

Additional Signature may be generated within this form by selecting the Add button.

This collection of information is required by 37 CFR 1.76.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that:  (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ATTORNEY DOCKET NO.                                    DECLARATION AND
083523.0118                                            POWER OF ATTORNEY

1

DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare:

that my residence and post office address, are as stated below next to my name;

that I believe I am the original and sole inventor (if only one name is listed below) or an original and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention, design or discovery in an application entitled **MATCHING PROCESS SYSTEM AND METHOD,** of which (check one):

_____ is attached hereto; or

___✓___ was filed on **October 21, 2013** as Application **Serial No. 14/059,192;**

that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above;

that I acknowledge the duty to disclose to the U.S. Patent and Trademark Office all information known to me to be material to patentability as defined in 37 C.F.R. §1.56; and

that I have made or authorized to be made the application for the above entitled invention, design, or discovery.

I hereby appoint:

Practitioners at Customer Number  **05073**

all of the firm of BAKER BOTTS L.L.P., my attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith, and to file and prosecute any international patent applications filed thereon before any international authorities.

Send Correspondence To:                    Direct Telephone Calls To:

Chad C. Walters                            Chad C. Walters

Customer Number 05073                      at 214.953.6511

30725831

ATTORNEY DOCKET NO.                          DECLARATION AND
083523.0118                                  POWER OF ATTORNEY

2

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment of not more than five years, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

30725831

ATTORNEY DOCKET NO.
083523.0118

DECLARATION AND
POWER OF ATTORNEY

3

Title of Invention:                    MATCHING PROCESS SYSTEM AND METHOD

Full name of inventor:               Jonathan Badeen

Inventor's signature:

Date:                                12-1-16

Residence (City, State):             North Hollywood, California
Post Office Address:                 11201 Otsego St. #400
                                     North Hollywood, California 91601

30725831

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 27740805 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Filer Authorized By:** | Roshan Suresh Mansinghani |
| **Attorney Docket Number:** | 083523.0118 |
| **Receipt Date:** | 09-DEC-2016 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 08:50:03 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 0835230118CorADS120916. PDF | 521557<br>4d4d8a81e5167532cb8c80012a20285b099c29dc | no | 8 |

**Warnings:**

| Information: | | | | | |
|---|---|---|---|---|---|
| This is not an USPTO supplied ADS fillable form | | | | | |
| 2 | Oath or Declaration filed | 0835230118Decl120916.PDF | 70833 ed198688ba227339e0ac1b52c11e021870c 262dd | no | 3 |
| Warnings: | | | | | |
| Information: | | | | | |
| | | **Total Files Size (in bytes):** | 592390 | | |

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**



Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Pᴀᴛᴇɴᴛ ᴀɴᴅ Tʀᴀᴅᴇᴍᴀʀᴋ Oꜰꜰɪᴄᴇ

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 083523.0118 | 1044 |

5073          7590          12/07/2016
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

| EXAMINER |
|---|
| CHOI, YUK TING |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2153 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 12/07/2016 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ptomail1@bakerbotts.com
ptomail2@bakerbotts.com

UNITED STATES DEPARTMENT OF COMMERCE
**U.S. Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR / PATENT IN REEXAMINATION | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 14/059,192 | 21 October, 2013 | RAD ET AL. | 083523.0118 |

| | | |
|---|---|---|
| BAKER BOTTS L.L.P.<br>2001 ROSS AVENUE<br>SUITE 600<br>DALLAS, TX 75201-2980 | **EXAMINER** | |
| | YUK TING CHOI | |
| | **ART UNIT** | **PAPER** |
| | 2153 | 20161203 |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner for Patents

This communication is generated to reply to the Affidavit traversing rejections filed on 11/09/2016. The Examiner has reviewed and considered the objective evidence Applicant has filed to demonstrate that the claims are not obvious. After careful examination, also consulted with a specialist and my supervisor, the Examiner found that the evident does not provide a proper nexus between the claimed invention and commercial success. See MPEP 716.03(a). Objective evidence of nonobviousness including commercial success must be commensurate in scope with the claims.

First the independent claim 23 recites "performing a first swiping gesture" and determining a positive or negative preference. The evidence Applicant provided, however, is about specifically swiping left and right.

Secondly, MPEP 716.06 indicates "…more than the mere fact of copying is necessary to make that action significant because copying may be attributable to other factors such as a lack of concern for patent property or contempt for the patentee's ability to enforce the patent. […] Evidence of copying was persuasive of nonobviousness when an alleged infringer tried for a substantial length of time to design a product or process similar to the claimed invention, but failed and then copied the claimed invention instead. […] copying is not persuasive of nonobviousness when the copy is not identical to the claimed product, and the other manufacturer had not expended great effort to develop its own solution."

Finally, the articles in question represent the opinions of journalists, and have neither the weight of factual evidence nor expert opinion.

For these reasons, the obviousness rejection of the claims are maintained. The Final Office action mailed on 08/29/2016 is still maintained.

| | |
|---|---|
| | /YUK TING CHOI/<br>Primary Examiner, Art Unit 2153 |



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 083523.0118 | 1044 |

5073        7590        11/09/2016
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

| EXAMINER |
|---|
| CHOI, YUK TING |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2153 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 11/09/2016 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ptomail1@bakerbotts.com
ptomail2@bakerbotts.com

| ***Advisory Action***<br>***Before the Filing of an Appeal Brief*** | **Application No.**<br>14/059,192 | **Applicants**<br>RAD ET AL. | |
|---|---|---|---|
| | **Examiner**<br>YUK TING CHOI | **Art Unit**<br>2153 | **AIA (First Inventor to File) Status**<br>No |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

THE REPLY FILED <u>31 October 2016</u> FAILS TO PLACE THIS APPLICATION IN CONDITION FOR ALLOWANCE.

<u>NO NOTICE OF APPEAL FILED</u>

1. ☒ The reply was filed after a final rejection. No Notice of Appeal has been filed. To avoid abandonment of this application, applicant must timely file one of the following replies: (1) an amendment, affidavit, or other evidence, which places the application in condition for allowance; (2) a Notice of Appeal (with appeal fee) in compliance with 37 CFR 41.31; or (3) a Request for Continued Examination (RCE) in compliance with 37 CFR 1.114 if this is a utility or plant application. Note that RCEs are not permitted in design applications. The reply must be filed within one of the following time periods:

   a) ☐ The period for reply expires _____ months from the mailing date of the final rejection.

   b) ☒ The period for reply expires on: (1) the mailing date of this Advisory Action; or (2) the date set forth in the final rejection, whichever is later. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the mailing date of the final rejection.

   c) ☐ A prior Advisory Action was mailed more than 3 months after the mailing date of the final rejection in response to a first after-final reply filed within 2 months of the mailing date of the final rejection. The current period for reply expires _____ months from the mailing date of the *prior Advisory Action* or SIX MONTHS from the mailing date of the final rejection, whichever is earlier.

      *Examiner Note: If box 1 is checked, check either box (a), (b) or (c). ONLY CHECK BOX (b) WHEN THIS ADVISORY ACTION IS THE <u>FIRST</u> RESPONSE TO APPLICANT's <u>FIRST</u> AFTER-FINAL REPLY WHICH WAS FILED WITHIN TWO MONTHS OF THE FINAL REJECTION. ONLY CHECK BOX (c) IN THE LIMITED SITUATION SET FORTH UNDER BOX (c). See MEP 706.07(f).*

Extensions of time may be obtained under 37 CFR 1.136(a). The date on which the petition under 37 CFR 1.136(a) and the appropriate extension fee have been filed is the date for purposes of determining the period of extension and the corresponding amount of the fee. The appropriate extension fee under 37 CFR 1.17(a) is calculated from: (1) the expiration date of the shortened statutory period for reply originally set in the final Office action; or (2) as set forth in (b) or (c) above, if checked. Any reply received by the Office later than three months after the mailing date of the final rejection, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

<u>NOTICE OF APPEAL</u>

2. ☐ The Notice of Appeal was filed on _____. A brief in compliance with 37 CFR 41.37 must be filed within two months of the date of filing the Notice of Appeal (37 CFR 41.37(a)), or any extension thereof (37 CFR 41.37(e)), to avoid dismissal of the appeal. Since a Notice of Appeal has been filed, any reply must be filed within the time period set forth in 37 CFR 41.37(a).

<u>AMENDMENTS</u>

3. ☐ The proposed amendments filed after a final rejection, but prior to the date of filing a brief, will <u>not</u> be entered because

   a) ☐ They raise new issues that would require further consideration and/or search (see NOTE below);

   b) ☐ They raise the issue of new matter (see NOTE below);

   c) ☐ They are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal; and/or

   d) ☐ They present additional claims without canceling a corresponding number of finally rejected claims.

      NOTE: _____. (See 37 CFR 1.116 and 41.33(a)).

4. ☐ The amendments are not in compliance with 37 CFR 1.121. See attached Notice of Non-Compliant Amendment (PTOL-324).

5. ☐ Applicant's reply has overcome the following rejection(s): _____.

6. ☐ Newly proposed or amended claim(s) _____ would be allowable if submitted in a separate, timely filed amendment canceling the non-allowable claim(s).

7. ☒ For purposes of appeal, the proposed amendment(s): (a) ☐ will not be entered, or (b) ☒ will be entered, and an explanation of how the new or amended claims would be rejected is provided below or appended.

<u>AFFIDAVIT OR OTHER EVIDENCE</u>

8. ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

9. ☐ The affidavit or other evidence filed after a final action, but before or on the date of filing a Notice of Appeal will <u>not</u> be entered because applicant failed to provide a showing of good and sufficient reasons why the affidavit or other evidence is necessary and was not earlier presented. See 37 CFR 1.116(e).

10. ☐ The affidavit or other evidence filed after the date of filing the Notice of Appeal, but prior to the date of filing a brief, will <u>not</u> be entered because the affidavit or other evidence failed to overcome <u>all</u> rejections under appeal and/or appellant fails to provide a showing of good and sufficient reasons why it is necessary and was not earlier presented. See 37 CFR 41.33(d)(1).

11. ☐ The affidavit or other evidence is entered. An explanation of the status of the claims after entry is below or attached.

<u>REQUEST FOR RECONSIDERATION/OTHER</u>

12. ☒ The request for reconsideration has been considered but does NOT place the application in condition for allowance because:
   <u>See Continuation Sheet.</u>

13. ☐ Note the attached Information *Disclosure Statement*(s). (PTO/SB/08) Paper No(s). _____

14. ☐ Other: _____.

<u>STATUS OF CLAIMS</u>

15. The status of the claim(s) is (or will be) as follows:
   Claim(s) allowed:   .
   Claim(s) objected to:   .
   Claim(s) rejected: 23,25,26,30,32,33,37,39 and 40.
   Claim(s) withdrawn from consideration:   .

/YUK TING CHOI/
Primary Examiner, Art Unit 2153

U.S. Patent and Trademark Office
PTOL-303 (Rev. 08-2013)        **Advisory Action Before the Filing of an Appeal Brief**        Part of Paper No. 20161104

Continuation of 12. does NOT place the application in condition for allowance because: This office action is in response to applicant's communication filed on 10/31/2016 in response to Final office action mailed on 08/29/2016. No claims are amended, canceled or added or canceled. Claims 23, 25, 26, 30, 32, 33, 37, 39 and 40 are pending in the application.


Applicant's argument with respect to claims 23, 30 and 37 states as "Janssens teaches away from determining to enable initial communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indicating regarding the first user".

In response to Applicant's argument, the Examiner has stated in the previous office action mailed on 08/29/2016 that the Janseens reference explicitly teach "enabling communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indicating regarding the first user" when the Janssens reference explicitly teach a bidirectional interaction or communication is created or enabled when two users indicate a "like" for the other. Both users can enable communication such as adding each other on their contact lists and/or they can sent a notification message, sound, graphic or the like (See Janseens, para. [0053], para. [0064] and para. [0065] and para. [0094]).   For instance, if user A "likes" user B, user B likes user A back, a link is created.  User A and user B can communicate with each other by adding each other to the contact list and the system would send a message to both users saying "you both link" (See Janseens para. [0064] and para. [0095]). User A and user B can start a bidirectional interaction or communication after both of them received a message "you both link".  However, the Janssens reference does not explicitly states whether the enabled communication is the first or the initial communication for the first and the second user after the system has determined that both users have expressed their positive preferences (e.g. the enabled communication can be the first communication or not the first communication) and only relied on the Benschop reference to teach enabling an initial communication between the first and the second user in response to determining that both users have expressed interest or approvals (See Benschop, para. [0060]). The Benschop reference discloses an approval module allows to establish or exchange a communication between a sender and an addressee only if both the sender and the addressee have signaled approval for the communication. Thus, it is reasonable for one of ordinary skill in the art at the time of invention was made to modify the enabling communication module of the Janseens's system to include an approval module, as taught by Benschop to filter out unwanted messages do not have mutual approval of establishing a communication (See Benschop, para. [0060] and abstract).

Applicant further argues that the Janssens reference disclose that users can communicate with each other prior to the "linking' as stated in paragraphs of 52-53 of Janssens.  In response to Applicant's argument, the Examiner disagrees because in view of the Janseens reference (para. [0052]-[0053]), the passages state that "a user can be interested in the user whose card is being displayed even when the other user does not indicate interest. The system triggers a series of actions, such as adding the user whose card is being displayed to the current user's contact list. A user who has been liked may be notified of the identity of the user who indicated the "like", maybe notified of the existence of the "like" without disclosure of the user, or not notified at all".  In these passages, the Examiner can only conclude there is a unidirectional communication may be taken place while user is searching for a perfect match, and wants to point out to Applicant that the Examiner has relied on para. [0053], para. [0064] and para. [0065] and para. [0094] of the Janseens reference to teach "enabling communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indicating regarding the first user", and the enabled communication between the first user and the second user is a bidirectional interaction or communication, when two users indicate a "like" for the other.

Applicant further argues that in paragraph 56 of Janssens discloses users setting preferences but otherwise allowing open communication between users of the system and paragraph 178 of Janssens addresses a "speed dating" situation where users who have expressed no preference for other users are forced to chat with another for a period of time.  In response to Applicant's argument, the Examiner disagrees because in view of the Janseens reference (para. [0056]), the chat sessions may or may not be conducted between users of the system, since users can specify rules not to receive any chat messages and may not have any bidirectional communication. Further, in view of para. [0178] of Janssens, the system would only paired with the users considered to be most likely to be interesting to the other user, and the system retrieves information if users have visited, liked or linked with each other through the normal card-feed system. No users are forced to chat with another users when there are not willing to in the speed dating situation.  In addition, In paragraph [0184] of Janseens, the system will inhibit communicating between the users during the session e.g. they will not be permitted to talk or chat to each other via the system when only one user liked the other one during the pairing process  (See Janseens Figure 16, item 1607 and item 1609).


Therefore for at least the reasons stated above, the final rejection office action mailed on 08/29/2016 rejecting all claims is still maintained..

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                        14/059,192

1

OK TO ENTER: /Y.C/

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Application of:          Sean Rad et al.

Serial No.:                        14/059,192

Filing Date:                      October 21, 2013

Group Art Unit:               2164

Examiner:                        Yuk Ting Choi

Confirmation No.:            1044

Title:                               MATCHING PROCESS SYSTEM AND METHOD

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

**RESPONSE TO OFFICE ACTION PURSUANT TO 37 C.F.R. § 1.111**

In response to the Office Action dated August 29, 2016 ("Office Action"), Applicants respectfully request the Examiner to reconsider the rejections of the claims in view of the following amendments and remarks.

ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192

1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | Sean Rad et al. |
| Serial No.: | 14/059,192 |
| Filing Date: | October 21, 2013 |
| Group Art Unit: | 2164 |
| Examiner: | Yuk Ting Choi |
| Confirmation No.: | 1044 |
| Title: | MATCHING PROCESS SYSTEM AND METHOD |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## SUPPLEMENTAL RESPONSE TO OFFICE ACTION

Applicant responded to the final Office Action dated August 29, 2016 ("Office Action") on October 31, 2016 ("Initial Response").  Since then, new evidence was published on November 3, 2016 by *The Wall Street Journal* supporting Applicant's position that its claims are not obvious.  Therefore, Applicant respectfully requests that the Examiner consider this supplemental response which discusses this new evidence in view of the Initial Response.

30294201

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
083523.0118                                                        14/059,192

2

**In the Claims**:

For the convenience of the Examiner, all pending claims are set forth below, whether or not an amendment is made.  Please amend the claims as follows:

1.-22.   (Canceled)

23.      (Previously Presented) A computer implemented method of profile matching, comprising:

electronically receiving a first request for matching, the first request electronically submitted by a first user using a first electronic device;

determining a set of potential matches for the first user in response to receiving the first request;

causing the display of a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determining that the first user expressed a positive preference indication regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

in response to determining that the first user expressed the positive preference indication regarding the first potential match, automatically causing the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match;

determining that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match;

determining to enable initial communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

30294201

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
083523.0118                                                            14/059,192

3

in response to determining to enable initial communication between the first user and the second user, causing the graphical user interface to display to the first user the graphical representation of the first potential match;

determining that the first user expressed a negative preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the third potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the third potential match corresponding to a third user;

preventing communication between the first user and the third user after determining that the first user has expressed the negative preference indication regarding the third user;

determining that the first user expressed a positive preference indication regarding a fourth potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the fourth potential match on the graphical user interface, the fourth potential match corresponding to a fourth user; and

preventing communication between the first user and the fourth user after determining that the fourth user has expressed a negative preference indication regarding the first user.

24.     (Canceled)

25.     (Previously Presented)  The method of Claim 23, further comprising:

in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, causing the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling a text area to be presented to the first user.

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
083523.0118                                                       14/059,192

4

26.      (Previously Presented)  The method of Claim 23, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

27.      (Canceled)

28.      (Canceled)

29.      (Canceled)

ATTORNEY DOCKET NO.:                                   PATENT APPLICATION
083523.0118                                                        14/059,192

5

30.    (Previously Presented)    A non-transitory computer-readable medium comprising instructions that, when executed by a processor, are configured to:

electronically receive a first request for matching, the first request electronically submitted by a first user using a first electronic device;

determine a set of potential matches for the first user in response to receiving the first request;

cause the display of a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determine that the first user expressed a positive preference indication regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

in response to the determination that the first user expressed the positive preference indication regarding the first potential match, automatically cause the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match;

determine that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match;

determine to enable initial communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to the determination to enable initial communication between the first user and the second user, cause the graphical user interface to display to the first user the graphical representation of the first potential match;

determine that the first user expressed a negative preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the third

ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192

6

potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the third potential match corresponding to a third user;

prevent communication between the first user and the third user after determining that the first user has expressed the negative preference indication regarding the third user;

determine that the first user expressed a positive preference indication regarding a fourth potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the fourth potential match on the graphical user interface, the fourth potential match corresponding to a fourth user; and

prevent communication between the first user and the fourth user after determining that the fourth user has expressed a negative preference indication regarding the first user.

31.     (Canceled)

32.     (Previously Presented)   The medium of Claim 30, further comprising instructions configured to, in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, cause the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling a text area to be presented to the first user.

33.     (Previously Presented)  The medium of Claim 30, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

34.     (Canceled)

35.     (Canceled)

ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192

7

36.    (Canceled)

ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192

8

37.     (Previously Presented)  A system for profile matching, comprising:

an interface operable to:

electronically receive a first request for matching, the first request electronically submitted by a first user using a first electronic device; and

a processor coupled to the interface and operable to:

determine a set of potential matches for the first user in response to receiving the first request;

cause the interface to display a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determine that the interface has received a positive preference indication from the first user regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

automatically cause the interface to remove the presentation of the first potential match from the graphical user interface in response to detecting the gesture and cause the interface to present, on the graphical user interface, a second potential match of the set of potential matches to the first user;

determine that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match; and

determine to enable initial communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to the determination to enable initial communication between the first user and the second user, cause the graphical user interface to display to the first user the graphical representation of the first potential match;

determine that the first user expressed a negative preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the third

ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192

9

potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the third potential match corresponding to a third user;

   prevent communication between the first user and the third user after determining that the first user has expressed the negative preference indication regarding the third user;

   determine that the first user expressed a positive preference indication regarding a fourth potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the fourth potential match on the graphical user interface, the fourth potential match corresponding to a fourth user; and

   prevent communication between the first user and the fourth user after determining that the fourth user has expressed a negative preference indication regarding the first user.


   38.    (Canceled)


   39.    (Previously Presented)   The system of Claim 37, the processor further operable to, in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, cause the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling a text area to be presented to the first user.


   40.    (Previously Presented)  The system of Claim 37, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.


   41.    (Canceled)


   42.    (Canceled)

ATTORNEY DOCKET NO.:
083523.0118

10

43.    (Canceled)

ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192

11

## REMARKS

In the Initial Response, Applicant traversed the Section 103 rejections of the pending claims by, in part, discussing objective evidence demonstrating that the claims are not obvious.   Initial Response at 13-16.   In particular, Applicant provided evidence that embodiments of the claims were commercially successful and copied by others.   *Id.* Applicant respectfully requests that the Examiner consider the new evidence discussed below that also demonstrates that the claims are commercially successful and copied by others.

On November 3, 2016, *The Wall Street Journal* published an article that discusses embodiments of Applicant's claims. *The Wall Street Journal* stated:

> For the millennial generation, the lingo of "swiping" is painfully obvious. But it didn't even exist until 2013, when the Tinder app introduced the finger-flicking gesture into its interface for choosing a date. When looking at the profile photo of a potential match, a dismissive swipe to the left moves on to the next prospect, while a swipe to the right indicates interest. And if the right-swipe is mutual, dating rituals can commence via instant messaging.
>
> Tinder's massive success, with users making more than a billion swipes a day, has led to an array of other apps adopting the swipe-to-like approach. "Swiping" has even permeated the language, with "swipe left" used as a general metaphor for rejection and "swipe right" for acceptance and openness.

Appendix 11 at 2.  Notably, the article attributes the commercial success and popularity of Applicant's product to the claimed features at issue in this patent application.  In addition, the article mentions that others have copied the claimed features embodied in Applicant's product.  This new article is in accord with the ***ten*** other references submitted by Applicant in the Initial Response; this overwhelming, objective evidence demonstrates that the claims are not obvious.  Therefore, Applicant respectfully requests that the pending claims be allowed.

ATTORNEY DOCKET NO.:
083523.0118

PATENT APPLICATION
14/059,192

12

## **CONCLUSION**

Applicant has made an earnest attempt to place this case in condition for allowance. For the foregoing reasons and for other reasons clearly apparent, Applicant respectfully request reconsideration and full allowance of all pending claims.

If the Examiner feels that a telephone conference would advance prosecution of this application in any manner, the Examiner is invited to contact Roshan Mansinghani, Attorney for Applicant, at the Examiner's convenience at (214) 953-6737.

Although Applicant believes no other fees are due, the Commissioner is authorized to charge any necessary additional fees and credit any overpayments to Deposit Account No. 02-0384 of BAKER BOTTS L.L.P.

Respectfully submitted,

BAKER BOTTS L.L.P.
Attorneys for Applicant

Roshan S. Mansinghani
Reg. No. 62,429
(214) 953-6737

Date: _11/9/2016_

**Correspondence Address:**
**Customer No:   05073**

30294201

# APPENDIX 11

# THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

http://www.wsj.com/articles/why-millennials-swipe-right-on-swiping-1478187319

LIFE | IDEAS | WORD ON THE STREET

# Why Millennials Swipe Right On 'Swiping'

A TV show capitalizes on an older generation's incomprehension



*PHOTO: ISTOCK*

By **BEN ZIMMER**
Nov. 3, 2016 11:35 a.m. ET

In the new CBS comedy "The Great Indoors," 20-somethings and 40-somethings face off across a divide so stark that it can seem like the two generations are speaking entirely different languages.

Take this week's episode, in which the show's older protagonist Jack (played by Joel McHale) tries to navigate the uncertain terrain of online dating, with the help of his millennial office-mates.

Jack's crash course in using dating apps begins with the basics: "If you like someone, swipe right. If you don't, swipe left."

For the millennial generation, the lingo of "swiping" is painfully obvious. But it didn't even exist until 2013, when the Tinder app introduced the finger-flicking gesture into its interface for choosing a date. When looking at the profile photo of a potential match, a dismissive swipe to the left moves on to the next prospect, while a swipe to the right indicates interest. And if the right-swipe is mutual, dating rituals can commence via instant messaging.

Tinder's massive success, with users making more than a billion swipes a day, has led to an array of other apps adopting the swipe-to-like approach. "Swiping" has even permeated the language, with "swipe left" used as a general metaphor for rejection and "swipe right" for acceptance and openness.

In an issue of the online magazine Rookie, editor in chief Tavi Gevinson, now 20, wrote about the need for taking bold steps: "swipe right, be vulnerable and set ambitious goals." And in a recent comic book, the character Deadpool says, "I'm just gonna swipe left on this whole fight if that's cool."

Like much of the millennial lexicon, "swiping" is born out of interactions with new communication technology. Mike Gibbons, the creator and executive producer of "The Great Indoors," told me that the idea for the show came about when he tried to understand the tech-driven world of the young staffers he worked with on "The Late Late Show With James Corden," where he was the head writer.

When it comes to innovative language, Mr. Gibbons, who is in his late 40s, observed that the churn is faster than ever before. "Even people in their late 20s may feel old, like they're not speaking the same language as the new wave coming in," he said.

That presents a challenge when writing for "The Great Indoors," as he finds that slang terms that are new to him—like "turnt" for "intoxicated" or "woke" for "socially aware"—may already be considered passé among the millennial set.

"The Great Indoors" has left some critics outdoors: Earlier this week on the review aggregator Metacritic, the show had a 51% rating. As for "swiping," it may already be on

its way out. Consider the case of Hinge, once a Tinder-like app for finding dates, which has moved away from the swiping model and now markets itself as a "relationship app."

As Hinge's FAQ page explains, "We scrapped our old app because we realized the world of mindless swiping was ruining romance." Or as an email to users succinctly put it, "We've swiped left on swiping."

---

MORE FROM WORD ON THE STREET

- Talk of 'Wave Election' Rises—But What Is It? Oct. 27, 2016
- How 'Special Sauce' Moved From Big Macs to Everywhere Oct. 21, 2016
- 'Pixel': From a 1925 Lab to a Google Smartphone Oct. 12, 2016
- 'Present' Regains Its Meaning as a State of Mind Oct. 7, 2016
- Wild Cards—in Politics, Postseason Sports and Poker Sept. 30, 2016

Copyright 2014 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

ATTORNEY DOCKET NUMBER
083523.0118

PATENT APPLICATION
USSN 14/059,192

1 of 2

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | Sean Rad et al. |
| Serial No.: | 14/059,192 |
| Filing Date: | October 21, 2013 |
| Group Art Unit: | 2164 |
| Examiner: | Yuk Ting Choi |
| Confirmation No.: | 1044 |
| Title: | MATCHING PROCESS SYSTEM AND METHOD |

## DECLARATION UNDER 37 C.F.R. §1.132

I, Roshan S. Mansinghani, hereby declare the following:

1.  I am an attorney for the Applicant, Tinder, Inc. ("Tinder").

2.  I understand that Tinder is the sole Assignee of United States Patent Application Serial No. 14/059,192 ("Application").

3.  Attached to Applicant's submission dated November 9, 2016 is Appendix 11.

4.  Appendix 11 is a printout performed on November 7, 2016 of the following webpage:

    http://www.wsj.com/articles/why-millennials-swipe-right-on-swiping-1478187319

5.  I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful statements may jeopardize the validity of the application or any patent issuing therefrom.

ATTORNEY DOCKET NUMBER
083523.0118

PATENT APPLICATION
USSN 14/059,192

2 of 2

By: _____
Roshan S. Mansinghani

Date: ___11/9/2016___

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 27461900 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Filer Authorized By:** | Roshan Suresh Mansinghani |
| **Attorney Docket Number:** | 083523.0118 |
| **Receipt Date:** | 09-NOV-2016 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 15:04:25 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 0835230118SuppResp.PDF | 734994 <br> efc3276602fb3a5131610fa017e2cf09a705a603 | yes | 16 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Supplemental Response or Supplemental Amendment | 1 | 1 |
| Claims | 2 | 10 |
| Applicant Arguments/Remarks Made in an Amendment | 11 | 16 |

| **Warnings:** | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |
| 2 | Affidavit-traversing rejectns or objectns rule 132 | 0835230118Dec132.PDF | 46601<br><br>a470bd9db1d18529d4aa6be6384768f4dce46e9c | no | 2 |

| **Warnings:** | |
|---|---|
| **Information:** | |

| **Total Files Size (in bytes):** | 781595 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>14/059,192 | Filing Date<br>10/21/2013 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE ☐ SMALL ☐ MICRO

## APPLICATION AS FILED – PART I

|  | (Column 1) | (Column 2) |  |  |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A |  |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A |  |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A |  |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | X $ = |  |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | X $ = |  |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). |  |  |  |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) |  |  |  |  |
| * If the difference in column 1 is less than zero, enter "0" in column 2. |  |  | TOTAL |  |

## APPLICATION AS AMENDED – PART II

|  |  | (Column 1) | (Column 2) | (Column 3) |  |  |
|---|---|---|---|---|---|---|
| **AMENDMENT** | **11/09/2016** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|  | Total (37 CFR 1.16(i)) | * 9 | Minus | ** 21 | = | X $ = |  |
|  | Independent (37 CFR 1.16(h)) | * 3 | Minus | *** 3 | = | X $ = |  |
|  | ☐ Application Size Fee (37 CFR 1.16(s)) |  |  |  |  |  |
|  | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) |  |  |  |  |  |
|  |  |  |  |  | TOTAL ADD'L FEE |  |

|  |  | (Column 1) | (Column 2) | (Column 3) |  |  |
|---|---|---|---|---|---|---|
| **AMENDMENT** |  | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|  | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = |  |
|  | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = |  |
|  | ☐ Application Size Fee (37 CFR 1.16(s)) |  |  |  |  |  |
|  | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) |  |  |  |  |  |
|  |  |  |  |  | TOTAL ADD'L FEE |  |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
KATRINA . TURNER

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**<br>*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

1

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| In re Application of: | Sean Rad et al. |
| Serial No.: | 14/059,192 |
| Filing Date: | October 21, 2013 |
| Group Art Unit: | 2164 |
| Examiner: | Yuk Ting Choi |
| Confirmation No.: | 1044 |
| Title: | MATCHING PROCESS SYSTEM AND METHOD |

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

**RESPONSE TO OFFICE ACTION PURSUANT TO 37 C.F.R. § 1.111**

In response to the Office Action dated August 29, 2016 ("Office Action"), Applicants respectfully request the Examiner to reconsider the rejections of the claims in view of the following amendments and remarks.

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                          14/059,192

2

**In the Claims**:

For the convenience of the Examiner, all pending claims are set forth below, whether or not an amendment is made.  Please amend the claims as follows:

1.-22.  (Canceled)

23.     (Previously Presented) A computer implemented method of profile matching, comprising:

electronically receiving a first request for matching, the first request electronically submitted by a first user using a first electronic device;

determining a set of potential matches for the first user in response to receiving the first request;

causing the display of a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determining that the first user expressed a positive preference indication regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

in response to determining that the first user expressed the positive preference indication regarding the first potential match, automatically causing the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match;

determining that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match;

determining to enable initial communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

3

in response to determining to enable initial communication between the first user and the second user, causing the graphical user interface to display to the first user the graphical representation of the first potential match;

determining that the first user expressed a negative preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the third potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the third potential match corresponding to a third user;

preventing communication between the first user and the third user after determining that the first user has expressed the negative preference indication regarding the third user;

determining that the first user expressed a positive preference indication regarding a fourth potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the fourth potential match on the graphical user interface, the fourth potential match corresponding to a fourth user; and

preventing communication between the first user and the fourth user after determining that the fourth user has expressed a negative preference indication regarding the first user.

24.    (Canceled)

25.    (Previously Presented)  The method of Claim 23, further comprising:

in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, causing the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling a text area to be presented to the first user.

ATTORNEY DOCKET NO.:                                              PATENT APPLICATION
076533.0146                                                                              14/059,192

4

26.      (Previously Presented)  The method of Claim 23, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

27.      (Canceled)

28.      (Canceled)

29.      (Canceled)

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

5

30.     (Previously   Presented)      A  non-transitory  computer-readable  medium comprising instructions that, when executed by a processor, are configured to:

electronically receive a first request for matching, the first request electronically submitted by a first user using a first electronic device;

determine a set of potential matches for the first user in response to receiving the first request;

cause the display of a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determine that the first user expressed a positive preference indication regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

in response to the determination that the first user expressed the positive preference indication regarding the first potential match, automatically cause the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match;

determine that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match;

determine to enable initial communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to the determination to enable initial communication between the first user and the second user, cause the graphical user interface to display to the first user the graphical representation of the first potential match;

determine that the first user expressed a negative preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the third

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

6

potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the third potential match corresponding to a third user;

prevent communication between the first user and the third user after determining that the first user has expressed the negative preference indication regarding the third user;

determine that the first user expressed a positive preference indication regarding a fourth potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the fourth potential match on the graphical user interface, the fourth potential match corresponding to a fourth user; and

prevent communication between the first user and the fourth user after determining that the fourth user has expressed a negative preference indication regarding the first user.

31.    (Canceled)

32.    (Previously Presented)    The medium of Claim 30, further comprising instructions configured to, in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, cause the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling a text area to be presented to the first user.

33.    (Previously Presented)  The medium of Claim 30, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

34.    (Canceled)

35.    (Canceled)

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

7

36.    (Canceled)

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

8

37.    (Previously Presented)  A system for profile matching, comprising:

an interface operable to:

electronically receive a first request for matching, the first request electronically submitted by a first user using a first electronic device; and

a processor coupled to the interface and operable to:

determine a set of potential matches for the first user in response to receiving the first request;

cause the interface to display a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determine that the interface has received a positive preference indication from the first user regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

automatically cause the interface to remove the presentation of the first potential match from the graphical user interface in response to detecting the gesture and cause the interface to present, on the graphical user interface, a second potential match of the set of potential matches to the first user;

determine that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match; and

determine to enable initial communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to the determination to enable initial communication between the first user and the second user, cause the graphical user interface to display to the first user the graphical representation of the first potential match;

determine that the first user expressed a negative preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the third

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                           14/059,192

9

potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the third potential match corresponding to a third user;

prevent communication between the first user and the third user after determining that the first user has expressed the negative preference indication regarding the third user;

determine that the first user expressed a positive preference indication regarding a fourth potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the fourth potential match on the graphical user interface, the fourth potential match corresponding to a fourth user; and

prevent communication between the first user and the fourth user after determining that the fourth user has expressed a negative preference indication regarding the first user.

38.     (Canceled)

39.     (Previously Presented)   The system of Claim 37, the processor further operable to, in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, cause the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling a text area to be presented to the first user.

40.     (Previously Presented)  The system of Claim 37, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

41.     (Canceled)

42.     (Canceled)

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

10

43.    (Canceled)

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

11

## REMARKS

This Application has been carefully reviewed in light of the Office Action.  Applicant appreciates the Examiner's consideration of the Application.  In order to advance prosecution of this Application, Applicant has responded to each notation by the Examiner.  Applicant respectfully requests reconsideration and favorable action in this case.

### 35 U.S.C. § 103 Rejections

The Examiner rejects Claims 23, 25, 26, 30, 32, 33, 35, 37, 39, and 40 under 35 U.S.C. § 103 as allegedly being unpatentable over U.S. Patent Publication No. 2014/0040368 A1 by Janssens ("*Janssens*") and in view of U.S. Patent Publication No. 2008/0196094 A1 by Benschop et al. ("*Benschop*").  Applicant respectfully traverses these rejections because (1) the Office Action has not established a prima facie case of obviousness; and (2) objective evidence demonstrates that the claims are not obvious.

### *The claims are not anticipated nor rendered obvious in view of* **Janssens.**

In the "Response to Arguments" section, the Examiner contends that *Janssens* discloses the following limitations of the independent claims:

- determining to enable initial communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user (Claim 23);

- determine to enable initial communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user (Claim 30); and

- determine to enable initial communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user (Claim 37).

Applicant disagrees that *Janssens* discloses these limitations.  Not only that, *Janssens* **teaches away** from these limitations.  This is significant because "[a] Prima Facie case of obviousness may also be rebutted by showing that the art, in any material respect, teaches away from the claimed invention." *In re Geisler*, 116 F.3d 1465, 1471 (Fed. Cir. 1997); *see also* MPEP 2145(X.D.2).

ATTORNEY DOCKET NO.:                              PATENT APPLICATION
076533.0146                                                      14/059,192

12

*Janssens* discloses that users can communicate with each other prior to the "linking" cited by the Examiner. *See, e.g., Janssens* at ¶ 95. Paragraphs 52-53 of *Janssens* suggests that users can freely communicate unless they are prevented upon request by a user. This **teaches away** from the claimed manner of enabling initial communication as users are prevented from communicating until the conditions specified in the claim are met. *See also id.* at ¶ 5. Paragraph 56 of *Janssens* merely discloses users setting preferences but otherwise allowing open communication between users of the system. Paragraph 178 of *Janssens* addresses a "speed dating" situation where users who have expressed no preference for other users are forced to chat with another for a specified period of time. This again **teaches away** from the claimed manner of enabling initial communication which require a particular set of factors to allow for communication between users. Thus, not only has the Examiner failed to identify one passage of *Janssens* that explicitly teaches enabling initial communication in the manner claimed, numerous passages in *Janssens* **teach the opposite** and allow users to communicate before the "linking" feature discussed by the Examiner.

### *The claims are not obvious in view of* Janssens *and* Benschop.

In the alternative, the Office Action rejects the independent claims as obvious by attempting to remedy the deficiencies of *Janssens* noted above with portions of *Benschop*. Office Action at 8. But this rejection suffers from two legal deficiencies. First, obviousness rejections are inappropriate when a reference teaches away from the claims. *In re Geisler*, 116 F.3d 1465, 1471 (Fed. Cir. 1997); *see also* MPEP 2145(X)(D)(2). Second, obviousness rejections are improper where a proposed modification would render the prior art being modified unsatisfactory for its intended purpose. MPEP 2143.01(V).

*Janssens* teaches away from being combined with *Benschop*. The cited portions of *Benschop* are directed to an e-mail system wherein users can only e-mail each other if they are in each other's address books. *Benschop* at ¶ 60. *Benschop* seeks to allow messaging **between users that already know each other.** *Id.* at ¶ 58. But, as detailed above, *Janssens* **teaches away** from enabling initial communication in the manner claimed because *Janssens* is directed to facilitating communication **between users who do not know each other.**

Incorporating the teachings of *Benschop* would frustrate the purpose of *Janssens*. As explained above, the cited portions *Benschop* is directed to an e-mail system that reduces

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

13

spam by allowing messaging between users that already know each other. *See Benschop* at ¶¶ 57 & 60. But *Janssens* teaches an electronic dating platform where users **do not know each other** and are using the platform to get acquainted. Thus, combining *Benschop* and *Janssens* in the manner suggested by the Office Action would lead to a system **inoperable for its intended purpose**.

***Objective evidence demonstrates that the claims are not obvious.***

The law establishes that secondary considerations based on objective evidence can rebut that the claims are not obvious. MPEP 2145. One such consideration is the commercial success of an embodiment of the claims; another is whether the claimed invention was copied by others. *Id.* A third consideration is whether the claimed invention has received industry praise. *Id.*; *Vulcan Engineering Co. v. Fata Aluminum Inc.*, 278 F.3d 1366, 1373 (Fed. Cir. 2002) ("Appreciation by contemporaries skilled in the field of the invention is a useful indicator of whether the invention would have been obvious"). The claimed inventions of the present application have been commercially successful, copied by others, and have received industry praise as the objective evidence discussed below demonstrates. Therefore, the obviousness rejection of the claims should be withdrawn.

Multiple articles from different publications attest to the overwhelming success of Applicant's system that embodies the independent claims and specifically cite the claimed manner of enabling initial communication as the reason for that success. One publication attributes the commercial success to:

> "the double opt-in": You can only message someone after you've both signaled that you'd be down to talk to the other. Due to this feature, Tinder is succeeding with women turned off by traditional dating sites.

Appendix 1 at 2. Another publication notes Applicant's success in accruing "millions and millions of users" in less than a year noting "the idea of the double opt-in—some establishment of mutual interest that precedes interaction." Appendix 2 at 2-3. Yet another publication highlights that Applicant's system has "over 1.5 billion swipes and 26 million matches per day" and attributed the "success" to the "double opt-in connections[.]" Appendix 3 at 2. In an article titled "How Tinder Solved Online Dating for Women," yet another publication describes the Applicant's system in terms of the claimed functionality after noting its success with users:

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                      14/059,192

14

> You're served a succession of photos of people who meet your age, gender,
> and location criteria. You swipe right if you want to meet someone, and swipe
> left if you don't. If you both swipe right, you can message each other.

Appendix 4 at 1.  A fifth publication concurs, noting both the success of Applicant's system
and the claimed technology:

> It's the fastest-growing dating application in America, and the flirting device
> is becoming ubiquitous in Australia among young urban singles.  Tinder –
> more than any other app or website – has managed to suck the stigma out of
> meeting online. The smartphone app works a little like speed dating, but it's
> even more rapid-fire.  Profiles, which consist of five photos taken from users'
> Facebook pages and a short description, are stacked on the app like a deck of
> cards. If someone likes what they see, they swipe right to indicate they're
> interested. If they don't, they swipe left. If two people swipe right on each
> other, they're a "match" and can start messaging inside the app. This way, the
> potential for unwanted attention is eliminated.

Appendix 5 at 1.  Finally, a sixth publication provides the same attestation succinctly:

> Downloaded by more than 100 million people, Tinder is responsible for some
> 1.5 million in-person dates each week, according to its creators. It's helped to
> normalize "meeting online." Tinder did this with an ingeniously simple swipe
> "right for like"/ "swipe left for dislike" vetting process, connecting people
> only when there is mutual interest. Its soaring popularity has helped
> revolutionize modern dating, shifting us from finding love via chance to
> finding it via algorithm.

Appendix 6 at 3.  Thus, overwhelming objective evidence demonstrates the commercial
success of Applicant's inventions.

   Further, multiple competitors arising after the Applicant's system incorporated the
claimed features, and publications have attested to this type of copying.  A product called
"The League" "[c]alls itself the 'Tinder for elites[.]'"  Appendix 8 at 1.  "Like Tinder and
Hinge, you can swipe right to indicate you're interested in someone or swipe left if you'd like
to pass." *Id.* at 5.  And like Applicant's system, you can communicate once you match. *Id.* at
13.  These same features are touted by "The League" itself.  Appendix 7 at 1.  "Hinge" is
another application that "looks very much like Tinder" (Appendix 9 at 1) and "borrows most
of its interface from Tinder" (Appendix 1 at 3).  This application also works like Applicant's
system:

> At first glance, they [Tinder and Hinge] look quite similar. Both give you one
> potential mate at a time that you can swipe right to approve or swipe left to

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

15

> dismiss. If two people approve each other, they're allowed to chat within
> Hinge.

Appendix 10 at 1.   Indeed, another article notes that Applicant's interface is "widely copied[.]"   Appendix 3 at 2.   Thus, objective evidence demonstrates Applicant's claimed inventions have been copied by others.

In addition, multiple publications have praised Applicant's system based on the technology claimed in the present application.  One publication stated:

> Tinder . . . found another way to cut down on the creep factor, through what its
> founders call "the double opt-in": You can only message someone after you've
> both signaled that you'd be down to talk to the other. Due to this feature,
> Tinder is succeeding with women turned off by traditional dating sites.

Appendix 1 at 2.  Another publication claimed that Tinder has "cracked the code" and has won the "race" of applications in its field.  Appendix 2 at 1; *see id.* at 2-3 (identifying the claimed features as reasons for the system's success).  In an article titled "How Tinder Solved Online Dating for Women," yet another publication praised Applicant's system in terms of the claimed functionality:

> You're served a succession of photos of people who meet your age, gender,
> and location criteria. You swipe right if you want to meet someone, and swipe
> left if you don't. If you both swipe right, you can message each other.

Appendix 4 at 1.  A fifth publication concurs, praising the Applicant's system and the claimed technology:

> Tinder – more than any other app or website – has managed to suck the stigma
> out of meeting online. The smartphone app works a little like speed dating, but
> it's even more rapid-fire.  Profiles, which consist of five photos taken from
> users' Facebook pages and a short description, are stacked on the app like a
> deck of cards. If someone likes what they see, they swipe right to indicate
> they're interested. If they don't, they swipe left. If two people swipe right on
> each other, they're a "match" and can start messaging inside the app. This
> way, the potential for unwanted attention is eliminated.

Appendix 5 at 1.  A sixth publication praises Applicant's system as "ingenious":

> It's helped to normalize "meeting online." Tinder did this with an ingeniously
> simple swipe "right for like"/ "swipe left for dislike" vetting process,
> connecting people only when there is mutual interest. Its soaring popularity
> has helped revolutionize modern dating, shifting us from finding love via
> chance to finding it via algorithm.

ATTORNEY DOCKET NO.:                                              PATENT APPLICATION
076533.0146                                                                      14/059,192

16

Appendix 6 at 3.  Thus, overwhelming objective evidence demonstrates industry praise of Applicant's inventions.

  For at least these reasons, Claims 23, 30, and 37, as well as each of their respective dependent claims are in condition for allowance.  Favorable action is requested.

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                         14/059,192

17

## CONCLUSION

Applicants have made an earnest attempt to place this case in condition for allowance. For the foregoing reasons and for other reasons clearly apparent, Applicants respectfully request reconsideration and full allowance of all pending claims.

If the Examiner feels that a telephone conference would advance prosecution of this application in any manner, the Examiner is invited to contact Roshan Mansinghani, Attorney for Applicants, at the Examiner's convenience at (214) 953-6737.

Although Applicants believe no other fees are due, the Commissioner is authorized to charge any necessary additional fees and credit any overpayments to Deposit Account No. 02-0384 of BAKER BOTTS L.L.P.

Respectfully submitted,

BAKER BOTTS L.L.P.
Attorneys for Applicants

Roshan S. Mansinghani
Reg. No. 62,429
(214) 953-6737

Date:   _10 - 31 - 16_

**Correspondence Address:**
**Customer No:    05073**

28090902

# APPENDIX 1



 People

NEWS    WATCH PEN    PHOTOS    STYLE    ROYALS    FOOD    PREMIUM    SHOP

SUBSCRIBE NOW

CELEBRITY

# From Tinder to Lulu: A Guide to the Modern World of Dating Apps

### BY NATE JONES

POSTED ON MARCH 31, 2015 AT 04:00AM EDT



SHARE    TWEET    EMAIL



PETER/IMAGES/GETTY



TIFFANY & CO.
NEW YORK SINCE 1837

Tiffany CT60™

## most popular

1.  Rob Kardashian Ditches Blac Chyna and His Sisters, Then Blocks Them as He Goes Reclusive Again



2.  Michael Douglas Says Val Kilmer Is Battling Cancer: 'Things Don't Look Too Good for Him'



3.  Amal Clooney Rocks a Lacy Black Crop Top for Dinner with George



4.  Hilary Duff Apologizes for Controversial Halloween Costume: 'It Was Not Properly Thought Through'



Dating is, perhaps, the only activity you get a reputation for being good at by being bad at it. (Paradoxically, someone who was great at dating would not need to go on many first dates.) Fortunately for the rest of us, a new generation of internet entrepreneurs has arisen to make finding love – or at least, finding someone to make out with – as easy as firing off a Snapchat.

Like other dating sites, the new phone-based dating apps are their own individual world, with their own subtle rules and social mores. Whether you're an OKCupid addict who can't help writing 5,000-word explanations of your favorite books, or a Tinderholic who swipes left with the unsparing air of a French revolutionary, join us in exploring this brave new world of phone-based seduction.

### Normal Dating Sites

 

AN OKCUPID DATING PROFILE

When people say "online dating," this is what they mean. The setup of traditional dating sites remains fairly similar across all platforms. Users add their most flattering pictures, fill out profiles they hope fall in the sweet spot between "creative" and "boring," and then answer questionnaires to find people who are similar. Stereotypes remain: OKCupid is for grad students, eHarmony is for people who want to get married, FarmersOnly is for, well, you get it. There are downsides – creepy messages for women, the possibility of obsessing over strangers you will never meet – but there's a reason these sites haven't changed much over the years. (They basically help people find dates.)

There's plenty of advice online on how to "hack" these sites for your own benefit, and you'll likely not have to set up a massive data-mining enterprise to do so. One *Wired* article narrowed it down to a few simple tips. If you're a gay man, pose outdoors. If

you're a straight woman, shoot selfies. Everyone should take up – or at least, *be seen* taking up – surfing and yoga.

If changing your interests to become more datable sounds strange and inhuman to you, don't worry. Another school of thought, backed up by OKCupid research, says that you really DON'T want *everyone* to like you. Instead, it suggests finding the things that are most distinctive about yourself, whether or not they're considered "conventionally" attractive, and playing them up. A look at *New York* magazine's interviews with the most-



messaged New Yorkers would seem to bear this out: Better to have half the population think you're a 1 and half think you're a 10 than *for everyone to agree* you're a 6.

Now, what if you don't want to spend hours painstakingly customizing a profile? Then you might need ...

**Tinder**



THE TINDER BROWSING SCREEN

Inspired by the tech industry's continued failure to invent "the straight Grindr," in 2011 the writer Anne Friedman came up with a list of suggestions for making a hookup app that would be popular with women. The main rule? Allow only ladies to search, which would supposedly eliminate the flood of messages that awaits any woman who signals she's interested in casual sex. Tinder doesn't do this exactly, but it found another way to cut down on the creep factor, through what its founders call "the double opt-in": You can only message someone after you've both signaled that you'd be down to talk to the other. Due to this feature, Tinder is succeeding with women turned off by traditional dating sites.

The mechanics are simple: Sign in with Facebook (no need to invent a witty username), upload some cute pictures and choose your location settings – just as those spammy banner ads promise, you'll be greeted with an endless array of sexy singles in your area. If you like the look of someone, all you need to do is swipe right on your smartphone (or left if you're not interested) to get matching. This is another reason Tinder is popular with women: It lets them be just as shallow about online dating as men have traditionally have been.

Like Snapchat, Tinder has a reputation for being all about sexting – which is quickly disproven by using it. While a recent *GQ* article detailed all the ways people are using the app for casual sex, the first Tinder date this reporter went on was a perfectly G-rated evening with hot chocolate in a park.

The lack of profiles on Tinder turns out to be its most salient feature. It means there isn't a lot to distract you from your mission of swiping through as many suitors as possible, but it also means when you do get a match, attempts at conversation can prove unfruitful. A brief sampling of the typical first messages on Tinder:

*Hey!*
*How's it going?*
*Hey, how's it going?*
*Hey there, how are you?*

To find any lasting chemistry on Tinder, we have three suggestions. The first two: Message lots of people, and try your darndest to ask interesting questions. The third, born of anecdotal data, is to be one of those users who swipes right on *everyone*. According to the *Jew's Tinder glossary*, these people are known as "indiscriminate narcissists," but you can't argue with results. Yes, Tinder is all about chemistry, but it turns out chemistry is a volume business.



5.  The '90s Are Back! Beyoncé and Blue Ivy Dress Up as Salt-N-Pepa for Halloween

**see also**



The sweatshirt designed by an Apple engineer that's bringing manufacturing back to America.



$125K Global Mobile Data Bill Drops to $120 – Thanks mindWireless



Halle Berry Slams Instagram Troll Who Criticized Photo of Her Kids: 'I'm Not at All Ashamed' of My Children



Rehab Addict Host Nicole Curtis Is Pregnant

But what if you're intimidated by the thought of all those strangers? Then you might need

**Hinge**



THE HINGE BROWSING SCREEN

Like many apps, Tinder verifies your identity through Facebook, and you can see how many friends you have in common with each of your prospective matches. Hinge, which borrows most of its interface from Tinder, takes this one step further – you can *only* see people with whom you share a mutual friend. Another difference: Instead of an infinite stream of users, you only get a certain number per day. Once you've swiped through them all, you've got to wait another 24 hours for the next batch. (Like a pyramid scheme, you get better rewards – in this case, more matches per day – the more friends you have using the app.)

Born out of technological necessity (in the early stages, most users only had a few friends-of-friends using the app) this limiting factor goes against the general trend of dating apps – and of the infinite stream of the web itself. Whether on purpose or not, Hinge has eliminated one of the downsides of online dating, that sense that, in a bottomless ocean, there is always a better, prettier fish to be found.

Still, this reporter has not yet met anyone who has ever gone on a Hinge date. We have two theories as to why. The first has to do with the social minefield that comes from a dating pool only made up of one's friends-of-friends. It's hard to tell whose friends are off-limits. Are your ex's friends? Your high school crush's friends? Your brother's friends? The kids you haven't spoken to since high school? If someone is theoretically close to you in a network of friends and you haven't met them yet, there might be a good reason why.

The second has to do with Hinge's profile – or lack thereof. Like Tinder, Hinge connects through Facebook, but it takes this connection a step further. Your only pictures are your Facebook profile pictures. Your only interests are the Facebook pages you Like. This has the curious effect of making everyone less attractive: Most people's Facebook profiles, scrubbed by years of exposure to grandparents and employers, are flatter, less interesting than their online dating profiles. In general, everyone is less attractive. Hinge announced in February it would soon roll out greater profile customization, but as of mid-March these changes had not arrived. Once it does, maybe more Hinge users will be able to get their feet in the door.

But what if you want to use a dating app mostly to augment your IRL dating life? Then you might need ...

**Lulu**





A SAMPLING OF LULU REVIEWS

Lulu is not a dating app, per se. Instead, it's what creator Alexandra Chong calls "a Yelp for boys." Women can sign up to review their male Facebook friends, whether they're platonic BFFs, one-night stands or long-term boyfriends – and the whole thing is anonymous. (Until very recently, men had to opt out of being rated on the app; any dude with a Facebook profile was fair game. Now, because of privacy concerns, Lulu has changed to an opt-in system, wiping many reviews from the app.)

Reviews on Lulu don't take the form of Yelp's exquisitely critical essays, though. Instead, women rate the guys they know on a scale of 1-10, and then assign them labels from a word bank of hashtags, both positive (#RespectsWomen) and negative (#CantTakeAHint). The value for women is obvious, if a little creepy. Who can say no to more information? In its year or so of existence, there's been one pleasant surprise: Most reviewers spend more time recommending date-worthy dudes than anonymously excoriating their exes.

Men can download Lulu, too, though they can't see what's been written about them. (Not even if they spend months painstakingly creating a fake female Facebook account for that express purpose – but perhaps we've given away too much.) However, through Lulu's Sex Ed feature, guys can get their own secret glimpse of information about their female friends (spoiler: 56% say flowers and dinner are the perfect Valentine's Day gift). Men can also add their own voice to their Lulu review pages, adding positive hashtags to their profile (#MothersLoveMe), and describing their turn-ons (#FreakySide) and turn-offs (#GrannyPanties). The easiest way for a guy to get a date on Lulu is clear: Never fill out any of these forms.

Like us on Facebook for more stories like this!

*

see also

# APPENDIX 2



Open Showroom

GQ   Style   Grooming   Women   Entertainment   Culture   Video     🔍   ✉ Newsletter   Subscribe Now

▶ 0:15/2:10 ━━━━━━━━━━━━━━━━━━━━━━━━━ ◀)) ⚙ ⛶


News

## Love Me Tinder

BY EMILY NOTT
February 11, 2014

f  🐦



Until recently, hookup apps were straightforward but sleazy. Then along came Tinder, the dating-hookup hybrid that made things simpler, sexier, and particularly lady-friendly. In just fifteen months, it seems to have cracked the code and caught fire. Here's how Tinder won the sex-app arms race



Photo Tips: How to Make a Tinder Profile


9 Tales from the Tinderverse

That fall, his relationship of two and a half years finally ended, and Eli found himself single again. He was 27 years old, losing the vestigial greenness of his youth. He wanted to have sex with some women, and he wanted some stories to tell. He updated his dating profiles. He compiled his photos. He experimented with taglines. He downloaded all the apps. He knew the downsides—the perfidy of the deceptive head shot, the seductress with the intellect of a fence post—but he played anyway. He joined every free dating service demographically available to him.

Around the same time, somewhere across town, a woman named Katherine shut down her OkCupid account. She had approached Internet dating assertively, had checked the box that read Short-term dating and the one that read Casual sex. Then a casual encounter had turned menacing, and Katherine decided she no longer wanted to pursue sex with total strangers. But she had a problem: She liked the adventure, she had the usual human need for other humans, and she needed the convenience of meeting people online. Katherine was 37, newly single, with family obligations and a full-time job. Most of her friends were married. She needed something new.

When Katherine and Eli downloaded Tinder in October 2013, they joined millions of Americans interested in trying the fastest-growing mobile dating service in the country. Tinder does not give out statistics about the number of its users, but the app has grown from being the plaything of a few hundred Los Angeles party kids to a multinational phenomenon in less than a year. Unlike the robot yentas of yore (Match.com, OkCupid, eHarmony), which out-competed one another with claims of compatibility algorithms and secret love formulas, the only promise Tinder makes is to show you the other users in your immediate vicinity. Depending on your feelings for these people, you swipe them to the left (meaning no thanks) or to the right (yes, please). Two people who swipe each other to the right will match. Your matches accrue in a folder, and often that's the end of the story. Other times you start texting. The swiping phase is as lulling in its eye-glazing repetition as a casino slot machine, the chatting phase ideal for idle, noncommittal flirting. In terms of popularity, Tinder is a massive and undeniable success. Whether it works depends on your idea of working.

For Katherine, still wary from her bad encounter, Tinder offered another advantage. It uses your pre-existing

Facebook network and shows which friends, if any, you have in common with the person in the photo. On October 16, Eli appeared on her phone. He was cute. He could tell a joke. (His tagline made her laugh.) They had one friend in common, and they both liked Louis C.K. (Who *doesn't* like Louis C.K.? Eli says later. Oh, you *also* like the most popular comedian in America?) She swiped him to the right. Eli, who says he would hook up with anybody who isn't morbidly obese or in the middle of a self-destructive drug relapse, swipes everyone to the right. A match!

He messaged first. Sixty-nine miles away?? he asked.

I'm at a wedding in New Jersey, she replied.

*So,* Eli said to himself, *she's lonely at a wedding in New Jersey.*

TRENDING THIS VERY SECOND:

  

Eli: So why you on Tinder?

Katherine: To date. You?

Eli said it was an esteem thing. It had taught him that women find me more attractive than I think. Unfortunately for Katherine, he told her he didn't have a lot of time to date. He worked two jobs. They wanted different things. It therefore read as mock bravado when Eli wrote, But you ever just want to fuck please please holler at me cool??? He added his number.

Katherine waited an hour to respond. Then: Ha. And then, one minute later, I will. And: I kinda do.

Eli: Please please do. :)

Katherine liked that he was younger. He was funny. He did not, like one guy, start the conversation with Don't you want to touch my abs? He said please. Eli liked that Katherine was older. Katherine wrote: You can't be psycho or I will tell [name of mutual friend]. He sympathized with that, too.

The parameters were clear. They arranged to meet.

I first signed up for Tinder in May but found it skewed too young. (I'm 32.) When I looked again in mid-October, everything had changed. I swiped through people I knew from college, people I might've recognized from the train. I saw it had gone global when a friend in England posted a Tinder-inspired poem on her Facebook page (and here are we, He and Me, our flat-screen selves rendered 3D). I started to check it regularly. The more I used it, the more I considered how much it would have helped me at other times in my life—to make friends in grad school, to meet people after moving to a new city. It seemed possible that one need never be isolated again.

In December, I flew out to Los Angeles, where Tinder is based, to visit the company's offices and meet two of its founders, Sean Rad and Justin Mateen, both 27. (The third is Jonathan Badeen, the engineer who built the app.) Rad is the chief executive officer. Mateen is chief marketing officer. They are also best friends, share a resemblance to David Schwimmer, and have been known to show up for work in the same outfit. I was staying only a mile from Tinder's offices in West Hollywood, and within forty-eight hours both founders showed up on my Tinder feed. Other memorable appearances on my feed in Los Angeles included a guy holding a koala bear, a guy and his Yorkshire terrier, in matching sweaters, and a pipe-smoking dandy with a Rasputin beard, horn-rimmed glasses, and a gold ring the exact shape and size of a cicada.

Rad and Mateen are local boys. They both grew up in Beverly Hills, although they attended different private schools. They first encountered each other at 14, when Sean made a play for Justin's girlfriend. (We met because we both liked the same girl—but the girl was my girlfriend, says Justin.) They reconnected at USC, and then both started independent companies. Justin's was a social network for celebrities. Sean's was Adly, a platform that allows companies to advertise via celebrities' social networks. He sold the majority of his stake in 2012. I didn't want to be in the ad business, he says. He also didn't want to make things for computers. Computers are going extinct, he says. Computers are just work devices. For people his age, the primary way to interface with the technical world was through a mobile device.

Rad and Mateen have shared business ideas with each other for years, and every idea begins with a problem. The key to solving the problem that interested Tinder: I noticed that no matter who you are, you feel more comfortable approaching somebody if you know they want you to approach them, says Sean. They had both experienced the frustration of sending smoke signals through social media. There are people that want to get to know you who don't know you, so they're resorting to Facebook, explains Justin. When these advances or friendings or followings are unwanted, they say, the overtures can seem a little creepy. (Consider, for example, the long-standing mystery of the Facebook poke.) Sean was interested in the idea of the double opt-in—some

establishment of mutual interest that precedes interaction.

And so Tinder entered a fossilizing industry. Most of the big players (including Match.com, Plenty of Fish, OkCupid, eHarmony, Manhunt, JDate, and Christian Mingle) established themselves before billions of humans carried miniature satellite-connected data processors in their pockets, before most people felt comfortable using their real names to seek companionship online, and before a billion people joined Facebook—before Facebook even existed. Tinder's major advantages come from exploiting each of these recent developments. The company also managed to accrue, in less than a year of existence, the only truly important asset of any dating site: millions and millions of users.



Nicole is 30, a willowy brunette with curly hair who describes herself on Tinder as Dancey, smiley, lovey, tall. Like 60 tall. Since joining Tinder last summer, she has chatted with dozens of guys but only gone on two Tinder

dates. In general, she thinks Tinder is hilarious.

Sometimes she'll start Tindering while on the train and will get so distracted she'll miss her stop. She finds she sometimes falls into a soothing swiping rhythm where she's not really looking at the men, just calming herself with a repetitive pattern of left-right swipes. Getting a match seems to activate some primal-gratification center in her mind. She likes that it's played like a game.

I'm definitely not the type of woman who walks around thinking that everyone thinks I'm hot, Nicole tells me. She does not feel like the people who want to date her are abundant and everywhere, so when a lot of matching happens, it comes as a real boost. It makes me look at my external world in a more favorable way, she says. When she's bored, she goes on Tinder. When she wants validation, she finds it on Tinder. She uses it when she's feeling down. (Tinder gets a slight uptick in use on Sundays, that day of hangovers, boredom, and planning.) Sending screenshots of the most ridiculous photos that come up has become a source of merriment for her and her friends. There seems to be a preponderance of men posing with tigers, she says.

Actually communicating with people is another story. I do a lot of not responding, which is probably horrible, politenesswise, she says. It takes an especially dynamic person to win her over at text messaging. The usual Hi, how are you? bores her. I'm a social worker, and I talk to people all day, she says. I'm not interested in someone's How are you? question. Her two dates both persuaded her to go out by being really solid text conversationalists.

The dates were fine. They did not end in sex, unlike many of her first dates on OkCupid. Part of this was simply that expectations are so much lower on Tinder; all you know about the people in your folder is that your advances are welcome. The lack of stated purpose in each profile can lead to some confusion. In fact, many of the people I interviewed asked me what the site is supposed to be for. Some people, used to reading between the lines in such matters, simply assume casual sex. Not Nicole. I ask how she makes that clear, and she says she does not respond to messages that arrive at 3 A.M.

She has used the site both in New York, where she lives, and in the Bay Area, where she is from. She observes a clear difference. When she signed on in the Bay, she felt a flood of recognition: These are my people! she said. They're on Tinder here? I ask what that means, and she says. More earthy, hipstery thirtysomething folks. She had more matches. They were all so cute and looked so friendly and warm and fun. But how does she distinguish that from people in New York? She describes a typical photo of a New Yorker as a selfie taken in a fancy lounge bathroom while wearing a suit.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

As a college student, co-founder Justin Mateen perfected a system of party promotion. He would strike an agreement with a club to ensure a minimum of drink sales. He would hire a performer. Then he would enlist representatives from the fraternities and sororities of USC and UCLA to recruit people, promising a free ticket for every ten tickets sold from their houses and a monetary prize if they brought one hundred partygoers. He took a cut of sales—the more money the bar made, the bigger his cut. It was a good little gig until his parents began to bother him about it: We don't want you to be a party thrower, they said.

But it helped, when Sean and Justin started Tinder, that Justin knew how to populate a party. They had disdain for traditional advertising; they wanted a new challenge. He wanted the app to catch on with the most difficult group of people—college students too young and socially active to need online dating, people who saw it as a stigmatized practice. He wanted people to join Tinder not because they saw an ad on Facebook but because they recognized its social value.

So Justin mined his contacts for models and sorority girls. Whitney Wolfe, Tinder's vice president of marketing, remembers going to the Apple store and telling the guy behind the counter about Tinder and watching his eyes pop out as he began swiping through; there may have been only 200 people, she remembers, but they were 200 of the prettiest girls you've ever seen.

In the beginning, Justin ran individual campaigns to encourage people to sign up. He would text each person personally. He targeted what he called social influencers: avoiding the awkward crowd of people probably most in need of a new way to make friends. Then he hit USC, enlisting the help of his younger brother and sister, who were students there. He launched Tinder on campus with a party for 500 USC students at his parents' house.

He shows me a photo of it from Instagram: a pool in the sunshine, shirtless partygoers, lanterns, an inflatable slide. To his mother's chagrin, he hung a giant Tinder banner from the roof. That was sixty-two weeks ago, he says, using Instagram's preferred metric of time. A year and ten weeks after the pool party, the company claims to have made a half billion matches and registers 450 million swipes a day.

Inspired in part by the path of Facebook, which launched first at elite colleges, Justin turned not just to the Ivy League but to schools known for their good parties. After seeding USC, Justin and Whitney traveled to schools like SMU in Dallas. Whitney might stand on a table in a fraternity and announce that there were 200 hot sorority girls on the app waiting for the men to sign up, then run to the sorority and tell them the reverse. They left a trail of stickers behind them—in the best campus bars, in the most exclusive nightclubs.

I was in a sorority, so I knew how to get into the brains of sorority girls, says Whitney, who is now 24. Justin knew how to get into the brains and the pants of sorority girls. For colleges they did not visit, Justin hired a

comper representative, around the younger, hiring, of someone he hires from Los Angeles; several of their actions, all of them the most social and charismatic people he could find.

My interviews with Tinder's employees took place half in their offices, half in the leather interiors of luxury cars or while descending in the elevator from brunch at Soho House or waiting for the valet in the gardenia-scented drive of the Beverly Hills Hotel. Justin and Sean grew up rich and popular in a city of surface and sheen. They have none of the affectations of Hollywood ecutives. (They wear flannel shirts and sneakers; their shared office is littered with Nerf gun darts.) Still, their acute understanding of the metrics of social status seems a product of their environment. Sean is the homebody of the two, preferring the company of his girlfriend of six months, Alexa, who is the daughter of Michael Dell, the founder and CEO of Dell. They met on Tinder, and her friends call her Tinderella. Things get awkward at family functions when Sean opines that computers are dead.

Justin is more raffish. If he is less interested in having a serious relationship than Sean, it is because what genuinely seems to make him happiest is going out in the world, making new friends, and persuading them to download Tinder. His home, a spacious bungalow on the border of Beverly Hills and West Hollywood, feels like a barely occupied hotel. (He selected his dining-room table because it reminded him of the lobby of the Delano South Beach in Miami.)

One day he had a lunch meeting with the producers of *The Mindy Project*, which will be putting Tinder in an

One day he had a lunch meeting with the producers of *The Mindy Project*, which will be putting Tinder in an upcoming episode, so I rode along with him. As I listened to him chat with his art consultant over Bluetooth in his black Mercedes SUV with its Tinder sticker on the spare tire, I wondered whether L.A.'s VIP-obsessed culture had something to do with the company's exponential growth. It's difficult to imagine Tinder coming from Silicon Valley. The key to Tinder—the double opt-in—is an idea born of real-world experience (this is what you want in a bar—to know that the person you want to hit on wants you to hit on him or her) as opposed to sophisticated computer metrics. For once in the tech world, the socially gifted are leading the socially stunted.

Ben messaged me first. He was interesting, because his tagline said, Tall, dominant man seeks submissive girl. Intelligence and humor a must. He agreed to be interviewed, then added, Will still put the moves on you, obviously. Good, I thought, staring with boredom and resentment at my phone. He turned out to be a gentleman, saying he has used the service to make friends as much as he has to facilitate his BDSM fetish. I am not into BDSM, but I did feel happy when Ben kissed me and then when he text-messaged me a week later and called me darling.

I talked to a European who uses Tinder while traveling for work. I noticed when I was in the Midwest that girls were far more approachable, he said. They returned messages more. I talked to a tech consultant in Los Angeles who uses Tinder to enliven a dull or overly male social situation—like the last bachelor party he went to in Las Vegas. The guys met some women on Tinder. People coupled off. People got naked. Mayhem ensued. I asked about the women—were they, er, *from* Las Vegas? They weren't locals, and they weren't hookers, he said. They didn't have to be: The above experience is what people are optimizing for when they're single in Vegas, he says. He said he has friends that start firing up the app as soon as they land at the airport.

One canard is that Tinder disproportionately favors the beautiful. I swiped one guy, David, to the right because his photo made me laugh. He had taken a common trope—the painfully serious selfie—and turned it into a joke.

He messaged me a few days later and turned out to be the most overtly sexual person I chatted with on Tinder. Like most heterosexuals, I have spent years watching my gay friends cruise apps like Grindr with muted fascination. How easy it was for willing men to have spontaneous sex with strangers! What was wrong with women like me, equally willing and desirous, at least in theory, but in practice so finicky and inhibited? The idea of a Grindr for straight people took hold in the heterosexual imagination, becoming a sort of holy grail. But it never seemed to work out. Blendr has a pretty sordid feeling to it. Bang With Friends was conceived drunkenly and ended in a lawsuit.

When Tinder appeared, its mimicry of Grindr's location-based approach seemed to indicate that Grindr for straight people had finally arrived. Sean and Justin insist that that's a mischaracterization. (Married people can use it to meet tennis partners!) But like most people, I know the difference between corporate skywriting and what humans are actually like. If Mormons in Utah are using Tinder to find husbands and wives, hedonists in New York are fulfilling their dreams of a futuristic mobile-phone-sex utopia.

I have already had what I would consider some pretty inappropriate thoughts concerning you so far, wrote David. He had used the service for casual sex before. My level of knowledge when it comes to sex, the psychology behind it all and lots of fun stuff is not something I hide. He said several women have taken advantage of his comfort and confidence to use me for sex and ask me to help them experience new things.

I told him I would be interested in meeting up...at some point. This was genuine. He wanted to meet up that night. When I said no, he asked why. I told him I had plans with friends. He offered to pick me up from the party I was going to, I wrote. No, I'm flattered but just want to hang out with friends tonight. He suggested we meet afterward. Not tonight, I wrote. He asked what the real reason was. I was guilty of making an overture I no longer wanted to keep, and things started feeling less like flirtation than unwanted pressure. After a certain point, I knew I would not be having casual sex with David.

I don't agree with the Tinder founders, who say there isn't a straight version of Grindr because girls aren't wired

that way—I know too many women who have used dating services for casual sex. Most mainstream dating companies downplay or ignore the use of their services for casual sex, the philosophy being that people who want that will find it. If casual sex is the main selling point, however, people who don't want it will be alienated.

But sometimes one wishes the geniuses of the tech world would address certain problems even more directly. Beyond proving that users are real because they have a Facebook account, how could a dating app help a sexually adventurous woman both pursue casual encounters and reliably vet potential partners? How could it help her minimize the risk of rape?

I thought also of the party I was headed to, of the problems of creepiness that Tinder purported to solve. There's creepiness, and then there's the stigma of everyday loneliness and desire. But isn't desperation one of the animating forces of life? I hoped my friends would not wait for the double opt-in, that they would creepily ask their crushes to be their Facebook friends, that they would stare at each other, and reveal their vulnerabilities, and make excruciating overtures that would be met with catastrophically embarrassing rejections. I went to my party, during which David texted twice—and once the next morning, and once the day after that, and twice the following Monday.

· · · · · · · · · · · ·

Sarah is the kind of person whose presence on an online dating site convinces everyone else that it's normal to use it. She is a native New Yorker, 28 years old, beautiful and stylish, with a job at a tech company and a large network of friends and family in the city, and she's immediately perceivable as a happy, well-rounded person. Like most people I interviewed, she has tried other dating sites—HowAboutWe, Grouper, OkCupid—but she was most drawn to Tinder because she doesn't have to provide any information. She found most people's self-presentation on OkCupid too calculated; also, you have to write so much. Tinder, she says, is just how you would go about things at a bar, and as easy as a Facebook like. You look at people, pick one who looks nice to you, then try to talk to him.

Sarah seems to prove the theory that Tinder's success has to do with its appeal to women. Rather than a total inundation with messages by strangers on OkCupid, Sarah gets to choose whom she likes. Going through potential dates does not take up all her time—she can easily cover a few dozen in a span of minutes.

She joined Tinder in the middle of September. She was about to switch jobs and was winding things down at a previous job, so she would spend tons of time playing on Tinder. She was the first person I interviewed, though not the only one, who referred to using Tinder with the verb play. Contrary to some opinions, Sarah found she could tell more from a person's photos than she could from a carefully thought-out website profile. A picture is something that's taken in the moment, she says. You can't change your smile. Her pet peeve is sorting photos. She always thinks they're some kind of fake stock photo and always says no to people who have them. She also finds it weird when a guy lists his height; I think they're lying to me.

She casts a broad net. If she feels indecisive, she swipes yes. She does not waste time trying to compose lyrical messages: Just say some bullshit. She also doesn't like prolonged messaging: Just go out or not. To do anything else is a waste of one's battery. (Tinder's location-based tech drains phone batteries.) On the casual-sex question, she's not interested. In the beginning, someone messaged her. So if you're on Tinder you're into stranger sex, when are we having stranger sex? Isn't Tinder for that? She replied. Not for me, and blocked him. It's not that she isn't into casual sex. I have people that I can use in that way if I want to, she said. I don't need to find five of them.

Sarah's first four Tinder dates were fine, but the fifth was one of those minor miracles of coincidence that sometimes manifest themselves amid the throngs of New York City. One weekend night, Sarah went to a bar and got very, very drunk. The next morning, her friends asked her about the guy whose number she got. What guy? she asked. Her memory was foggy. Her friends were appalled—only the best-looking guy in the bar! She had no memory of the event. She went on Tinder, swipes despondently. She resumed a chat she'd been having with a man whose photos were cute-ish, whom she had swiped to the right despite the presence of one weird artistic selfie that made the guy look like kind of a douchebag. They chatted with the usual banalities: Hey and How's your day? and How's your weekend? He asked for her number. She gave it to him. Then the magical moment: I have something weird to tell you, he said. He had not been sure until she gave him the proof—her number was already in his phone. It was the guy from the previous night. When I met her, they had gone out five times in two weeks.

· · · · · · · · · · · ·

Katherine and Eli, the older woman and the younger man, met at what he remembers as a weird, kind of fancy bar that's in some kind of labyrinth.

Despite the intensity of their texting, they did not start making out right away. Instead, they talked. They shared their recent sexual histories, their past sexual histories, their addiction problems. It seemed like a fair thing to do, says Eli. Maybe it wasn't sexy, but the theme of it was more intimate, like I need to know you better as, like, a safety thing.

They went to her place. They had sex. It was great. (Both parties confirmed this.) Then they had sex again. He left after midnight, because he had to work in the morning. That they haven't met again is more because they live in town evenently far from each other. I might not go out to Bushwick, where he lives with his roommates, says Katherine, but I think our paths will cross again in one way or another.

I ask Eli if he is looking for a girlfriend. He says he would like a partner, sure, but that he still wants to meet people, that he's interested in polyamory. He attributes his flexibility to how he was raised, in a home where acceptance of sexual diversity was seen as the enlightened political position. I'm definitely queer, in a sense, he says. In the sense of being way more open-minded to anything.

Eli is pursuing a sexual narrative that doesn't end in closure, that doesn't bear the expectations of gendered rituals. And whether it's for sex or just for meeting people, maybe Tinder will be the app for the never-ending present, for the idea of one's life not as culminating in a happy ending but a long series of encounters, sexual or otherwise. When I watched the founders of Tinder giving interviews, every reporter they spoke with seemed to ask how many marriages had resulted. After talking to people about their experiences, I realize that to think about marriage is to completely miss the point of Tinder. The app is about the world around you, the people in your immediate vicinity, and the desires of a particular moment.

Eli really likes Tinder. He considers it to be the most honest form of online dating. He loves the feeling of scoring, a high without consequences. When I met him, he had just had an encounter he called awful, but that was, in its own way, a kind of dream.

She messaged at 10 P.M. on Thanksgiving night. She was a woman with whom he had transitioned from Tinder to text messaging, but this posed a problem: He could not remember who she was, what she looked like, and worst of all, her name. He got on a train anyway. He arrived at a glossy doorman building in Lower Manhattan. She had not yet arrived home, which meant Eli called and got her voice mail, from which (with relief) he learned her identity before she arrived. It turned out she is one of the ones who are on Tinder, and I'm like, Why are you talking to me. I'm a chubby Jew, my teeth are yellow because I drink coffee, and you're very successful and pretty.

But the night went downhill from there. They undressed and kissed and got into bed together, but they didn't connect. He spent the night, though she didn't feel like having sex. She talked really fast and mentioned her intention to wean herself off Adderall. Eli felt like perhaps she was disappointed in him, that he failed to meet her expectations. He left in the morning. I ask if the encounter depressed him. He thinks for a minute, tilts his head to the side, then says no: At the end of the day, I got to see her naked.

1. *Obviously these people requested fake names.*

**Emily Witt's** (detailed) Future Sex, *a survey of female sexuality in America, will be published in 2015.*

Life      Lifestyle      Relationships      Sex      Women      Tinder      Technology

SPONSORED STORIES                                                                 Recommended by Outbrain



Dress To Impress: 5 Reasons To Customize Your Workday Wardrobe



The Story Behind MeUndies, a Viral Underwear Brand People Love



The Swedish Fish Theory from Radioklad may be a Reality



This L.A. Startup is Changing the Way People Buy Watches



This Man's Hoodie is University Flattering. We Tested



American Residents Born Between 1936 and 1966 Are In For A Big Surprise

MORE STORIES LIKE THIS ONE





  

Sarah Paulson's Career Advice? Don't Succeed So Early

Life On The Move: Look Book

## Magazine



Subscribe now and get a FREE weekender bag and the GQ Style Guide

Subscribe



FOLLOW US ON

## Instagram

Follow @GQ on Instagram and see their news + dare to wear to work and more.

Follow Us



Subscribe   GQ Report   Contact   Press Center   RSS Feeds

Find GQ.com Around the World

Resources

CONDÉ NAST

# APPENDIX 3



Get a tip? Let us know.

News ·  Video ·  Events ·  Crunchbase

Message Us   Search

DISRUPT LONDON  Prices increase for Disrupt London in just 5 days  Save £250 On Tickets Now ▶

Popular Posts




First look at
Microsoft's
Surface Duo


The new
MacBook Pro is
here


Apple co-
founder
discusses rivers
and ideas to
Trump


These are Tesla's
stunning new
solar roof tiles
for homes


It looks like
Apple killed its
cheapest laptop


Microsoft offers
Apple users $650
off to trade a
MacBook for a
Surface


Magic Leap goes
to Finland in
pursuit of Nordic
VR and AR drone


Founder's
comments on
slave owning
doesn't "don't set
your company?"


Airbnb's fennest
employee
representation
down pace last
quarterly report


How to encrypt
your Facebook
Messages

# Tinder's First Non-Dating Feature Is Speed Networking For Forbes' 30 Under 30

Posted by *Josh Constine* (@joshconstine)





Tinder is spreading into the friend zone and the work place. After years of saying "We want to overcome all the issues of meeting new people," not just dating them, today Tinder will announce its first explicitly non-romantic feature. But it won't be in Tinder's app. And it will only be available to the 2,000 or so young movers and shakers who've made Forbes' 30 Under 30 list.

Forbes is building a social networking app exclusively for these millennial leaders, which will launch at its 30 Under 30 Summit in Philadelphia on October 4. The goal is to stoke this community into somewhat of an alumni network that attracts more powerful youngsters to the Forbes empire. It will offer a directory of members, a feed where they can post social media stories or polls, and the option to message each other.

But to break the ice, Forbes worked with Tinder and its co-founder Sean Rad who made the 30 list in 2014 to build a speed networking feature. Members can swipe through profiles of fellow profiles of both crews, see their industry and description, and if both people swipe right, they'll be invited to chat.

The partnership came about because "Tinder was trying to get into the business networking space," says Forbes' Head of Mobile



Products Salah Zalatimo, who came in from its acquisition of his app Camerama.

He tells me Tinder's founders are "part of the family...it seemed like a mutually beneficial and symbiotic fit. Tinder gets to figure out and learn about getting into the business networking space and we can help our members."

That doesn't mean Tinder is rushing in to compete with LinkedIn. Rad tells me non-romantic networking is "not core to our strategy right now." Still, he admits "Will this serve be a nice experiment? Sure...We think about meeting people as sort of a general challenge. We don't want to solve it for just one [form of relationship]."



Crunchbase

Tinder  —



NEWSLETTER SUBSCRIPTIONS

The Daily Crunch

TC Weekly Roundup

Crunchbase Daily

SUBSCRIBE

LATEST CRUNCH REPORT





Apple Unveils New MacBook Pro | Crunch Report

Watch More Episodes ▶

Back on its own app, Bad says Tinder Plus, its new monetization feature that limits your right swipes unless you pay, is doing "incredibly well. We're pleasantly surprised." He also tells me that any backlash about changing the rules to prevent people from endlessly liking everyone has died down.

With over 1.5 billion swipes and 26 million matches per day, starting to earn money hasn't extinguished Tinder's wildfire growth. It's up from 10 million matches per day in June 2014. But with the success of double opt-in connections for romance, Tinder's widely copied interface could one day let it ignite new markets and use cases. What it learns from Forbes could fuel a way to eventually find friends, mentors, sales leads, or even co-founders on Tinder.



UP NEXT

Amplitude Raises $9M For A New Approach To Analytics And Pricing

## Recommended For You



Apple says no fun allowed on the Touch Bar



23andMe reportedly laid off nearly half a dozen staff...



Uber's Otto self-driving truck delivers its first...



Twitter lays off 9% of its workforce as it posts a...



Hands-on with the Surface Dial



Surface Studio is Microsoft's new all-in-one PC

## From the Web

Sponsored Links by Taboola



Unlock the Value of Data With the Right Flash Storage



How to Solve the Top 10 Mistakes when Handling Website Images



Get the Complete Guide to Drip Marketing

UP NEXT

Amplitude Raises $9M For A New Approach To Analytics And Pricing



Trusted by Fortune 500 companies

AdChoices ▷

---

0 Comments                    Sort by   Oldest ▾

Facebook Comments Plugin

UP NEXT

Amplitude Raises $9M For A New Approach To Analytics And Pricing

### CrunchBoard
Job Listings

Platform Engineer @ Pantheon at The Sourcery (San Francisco, CA, United States)

Installation Specialist at Softwarea (Baltimore, MD, United States)

Full Stack Web Engineer @ Shift at The Sourcery (San Francisco, CA, United States)

Backend Generalist Engineer @ Shift at The Sourcery (San Francisco, CA, United States)

C++ Software Developer with Juce
Experience, Full Time at
AudioWorks Inc. (Toronto, ON,
Canada)

More from CrunchBoard





**Crunch** Network

News
Video
Events
Crunchbase
TechCrunch Store

**About**

Staff
Contact Us
Advertise With Us
Send Us A Tip

**International**

China
Europe
Japan

**Follow TechCrunch**

**TechCrunch Apps**

**Subscribe to The Daily Crunch**

Latest headlines delivered to you daily

SUBSCRIBE

© 2013-2016 AOL Inc. All rights reserved. Aol Tech · Privacy Policy · About Our Ads · Anti Harassment Policy · Terms of Service · Powered by WordPress.com VIP · Fonts by Webtype

# APPENDIX 4



nymag.com/thecut/

October 10, 2013 10:01 a.m.

# How Tinder Solved Online Dating for Women

By **Ann Friedman**



In July, most of my single female friends weren't playing around with online dating at all. They were busy with work and friends and not looking to settle down immediately, so why put the time and effort into meticulously constructing a profile, screening dozens of messages, and going on dates with guys who look nothing like their pictures? By August, all they could talk about was Tinder. They were each meeting a couple of men a week. By September, two were exclusively dating guys they'd met via the app. My friend Jenny refers to her boyfriend as her **"Tinderoni** (http://www.dailymotion.com/video/x1vd1k_bobby-brown-tenderoni-live_music) ."

The **app** (http://nymag.com/thecut/2013/03/dating-app-that-truly-appeals-to-all-genders.html) is simple: You're served a succession of photos of people who meet your age, gender, and location criteria. You swipe right if you want to meet someone, and swipe left if you don't. If you both swipe right, you can message each other. It's fast and casual — a far cry from many dating sites' detailed filters for religion or hobbies. Tinder just pulls photos and basic data from Facebook, and in almost no time at all, users get to do exactly what we all do in social settings anyway: judge people based on appearance alone.

This is exactly the sort of scenario that we've been told women don't want. "I think that women more often than not will say that they're looking for something casual, and there's nothing wrong

with any of that. I think deep down, though, most women don't actually believe that," says **Amy Webb** (http://www.ted.com/talks/amy_webb_how_i_hacked_online_dating.html) , author of ***Data: A Love Story*** *(http://www.datalovestory.com/)* , summarizing the conventional wisdom. "Most women do want to be in a long-term relationship." But 45 percent of Tinder users are women — and they seem to be just as comfortable with the app's low-commitment objectification as its male users.

Before Tinder, hetero dating apps were something of a non-starter. Years after the hookup app Grindr had become fully ensconced in gay life, the online dating industry had yet to counter with a version that would **appeal to women** (http://www.newyorker.com/online/blogs/culture/2013/02/dating-app-for-women-that-isnt-awful.html) . Tinder has quickly surpassed previous efforts — like Blendr or OkCupid Locals — and is now the fastest-growing free dating app in the United States, facilitating more than 2 million matches per day. Of roughly 200 million ratings per day, both men and women swipe left about 70 percent the time, and swipe right about 30 percent. Women are using it, and in roughly the same way as men.

Pulling in data from Facebook profiles was once thought of as the third rail of dating sites, betraying the lingering shame users felt about connecting their "real life" with their online courtships. But women like the fact that with Facebook data comes social accountability. Even though a profile picture might still be five years out of date, Facebook is ruthless about cracking down on fake accounts, and Tinder shows you if you have mutual friends, who can offer further vetting.

Then there was the old trope that, unlike superficial men, women need detailed information on a guy before they decide they're interested. This, too, is disproved by Tinder. As a bonus, its non-profile profile circumvents the panic that comes with signing up for most dating sites and carefully answering dozens of questions designed to convey who you are and what you're looking for in a life partner. Webb, who recently gave a **TED Talk** (http://www.ted.com/talks/amy_webb_how_i_hacked_online_dating.html) about her strategic approach to online dating, has gotten 1,300 e-mails in the last week — 80 percent of which, she estimates, are from "people agonizing over what to put in their profile." When the profile goes away, so does much of the stress. "I wasn't really open to the idea of strangers (or even worse, friends) coming across an online profile with me describing in depth," says a 26-year-old woman who lives in Brooklyn. On Tinder, though, "I'm not embarrassed to know that they might have seen five pictures of me and a Simpsons quote, as opposed to my deepest, darkest desires."

Crucially, Tinder also solves the inbox onslaught problem women face on conventional dating sites, where some men send messages en masse, overwhelming female users with the same useless "Hi, what's up? ;)" On Tinder, users only get texts from people they've indicated an interest in. And Tinder doesn't allow people to message each other with photos. This is a perk that gay users have come to appreciate as well. "It's just way more mainstream" than Grindr, one friend told me. "The whole dick pic thing is not part of it."

Perhaps most important, Tinder is a far cry from the exercise in self-flagellation that online

dating has come to signify for many women. "It didn't feel like offering yourself on a plate to a collection of the world's 'lonelies,'" says Natasha Bird, who lives in London. "It also allowed for the more casual type of connection without seeming totally sleazy." Tinder is *fun*. People sign up because they're drunk and a friend dares them. Or their circle of friends gets to chatting about it at a party, and everyone signs up together. Several people they told me they call it "playing Tinder," and a few had even invented drinking games: Take one tequila shot for each bathroom-mirror selfie you come across, and two for each person you know IRL. (Or find your own meme. My friend Kenesha has a large collection of screenshots of men posing with tigers.) If you haven't sunk hours into meticulously creating a profile that you hope conveys the "real you," then you aren't as hurt when you're rejected.

"Tinder was just this funny but also kind of exciting and socially acceptable thing I could do, and with low expectations," says Erin, who lives in Minneapolis and met her boyfriend when they both swiped right. Even online dating veterans crave the serendipity of meeting a partner "organically," without the comparison-shopping pressure to determine whether he or she is soul-mate material. It's hard to feel romantic when you're running through the list of red flags you noticed on someone's profile, or if you've spent the past week obsessively Googling them.

Still, with less information and more spontaneity come a certain amount of confusion. One of the most common complaints I heard about Tinder, especially from men, was "I don't know what it's for." If pay-to-play sites like Match.com are for serious relationships, and free sites like OkCupid are for dating, then what about Tinder? Right now, the answer could be "casual hookups" or "last-minute coffee dates you feel free to flake on." But that may change as use of the app expands. Tinder co-founder Justin Mateen says they've heard of more than 100 marriage proposals among Tinder-matched couples.

Webb thinks most unhappy single people are dissatisfied with dating, online and off, because they rarely stop to think about what they really want. Tinder's popularity offers evidence that even thoughtful singles have no clue as to what's going to make them happy. Both men and women sent me dozens of stories about how they signed up as a joke and planned to use the site for casual hookups, then ended up having meaningful relationships or, in one case, a two-week romantic getaway to South America. Maybe, when it comes to online dating, ignorance leads to bliss.

© 2016, New York Media LLC. **View all trademarks**

# APPENDIX 5

NEWS   FASHION   BEAUTY   RUNWAY   CULTURE   WEDDINGS   ELLE DRIVE   HOROSCOPES   SPRING RACING

**subscribe**   ✉ Q

# ELLE
### A U S T R A L I A

Saving you money at the checkout



POP CULTURE

ELLE INTERVIEW
*Hot list*
TRAVEL
*Lifestyle*
ELLE BOOK CLUB
*Recipes*
WE ARE WOMEN

| CULTURE • HOT LIST

# Why Tinder Is Perfect For Women And How To Use It





OCT 11 2019
SHARE

*Your inside guide to the app everyone's talking about, from someone who's been there.*

It's the fastest-growing dating application in America, and the flirting device is becoming ubiquitous in Australia among young urban singles.

Tinder – more than any other app or website – has managed to suck the stigma out of meeting online. The smartphone app works a little like speed dating, but it's even more rapid-fire. Profiles, which consist of five photos taken from users' Facebook pages and a short description, are stacked on the app like a deck of cards. If someone likes what they see, they swipe right to indicate they're interested. If they don't, they swipe left. If two people swipe right on each other, they've a 'match' and can start messaging inside the app. This way, the potential for unwanted attention is eliminated.

The fact that no one can contact you unless you've specifically expressed them is what makes Tinder such a perfect app for women. In fact, **over 45% of Tinder's users are ladies**, and men and women use Tinder in much the same way. This is the holy grail for online dating, because men are typically hugely over represented. When you're a woman on an online dating platform, you also tend to be swamped with messages from men you're not interested in, which can be pretty stressful.

You'd assume something with such a low barrier to entry would be genuinely used for casual hook-ups, but Tinder are reporting that we had over 100 marriage proposals from app users, which seems like pretty speedy motion given it's been live for less than a year. Anecdotally, plenty of people have met serious romantic contenders using the app, and that very quietly, when I say "people" I mean me.

*Related links:*

TRENDING










INSTAGRAM







*Marriage is a man's game*
*How to date now*
*Kate Winslet to sue parental organisation*







In a lot of ways, Tinder feels like a high-tech return to its additional ways of meeting people. You're only shown users who are within a certain distance of you, and you can also see any mutual friends or interests you might have. Because it's plugged in to Facebook – which has a bit of inbuilt social accountability – it feels safer than creating a whole online profile. You don't have to write paragraphs of material explaining who you are and what you want from life, you can just download it and start playing within three minutes because a friend said you should try it.

The process of meeting on Tinder is like locking eyes across a bar, and striking up a conversation. It's immediate, organic and requires very little pre-prep. However, just like meeting in a bar, you need to have a reasonable set of social skills to make it work from there. Although a lot of women I know have signed up for Tinder, the biggest stumbling block they've encountered is knowing what to say when they do have a match. There are also some pretty basic rules things it's important to keep in mind, even if Tinder does have a few in-built measures to keep creeps in check.

**Ask open questions** – If you don't know what to say to someone, ask them what they did on the weekend. If the answer sounds fun, ask them more. Try and be a little more specific than 'What's up?' and if you really want to trace something out of them, say something like 'What's the weirdest thing you've seen this week?'

**Meet quickly** – Texting back and forth with a stranger starts to feel like work pretty fast, so arrange to meet somewhere casual and a bit crowded, so you can tell if their phone are accurate. If you have the same spark in person and can see they don't have a second head.

**Have a friend crash** – When you're going on a Tinder date, always arrange to have a friend stop by within the first half hour. That way, you can see how the guy reacts when they've put on the spot, you can tell whether they have the potential to get along with your friends, and it the date is going badly, it can work as a crutch mission.

**Don't get too drunk** – A calming glass of wine or two on the way is a good way to bond, but it you get anxiously pissed with someone the first time you go out, it'll be harder to gauge whether or not you actually like them. You also shouldn't go with your date to a second location until after your friend has spent enough time with them to competently pick them out in a police line-up.

**Eliminate at will** – If you weren't vibing on a first date, don't bother with a second. Just because you went to the effort of meeting once does not an obligation make. And as you will notice from the device you're carrying around in the palm of your hand, there are plenty of other potential suitors out there. If you actually like someone, you will know straight away. Pacing the issue is pointless.

**Have fun** – Tinder is basically a game, and doing it is meant to be fun. Yes, it's a little bit awkward, but in a butterflies and rollercoasters way, not in a giving a presentation you're not prepared for way. Don't take any of it too seriously, and if the whole thing is making you sad, you can stop at one time.

IN    ONLINE DATING, TINDER, RELATIONSHIPS, SEX

SHARE:    [f Share]   [Tweet]

# talk
## TO US ...





0 Comments

Sort by   Oldest ▾



SWITCH TODAY AND GET
A $200 BILL CREDIT

## YOU MAY ALSO LIKE



Every Celebrity Halloween Costume From 2016

ELLE



Wait ... Is Prince Harry Really Dating Meghan Markle?

ELLE



The Cutest Celebrity Kids' Halloween Costumes Of The Year

ELLE



The Eliminated Men From 'The Bachelorette' Seem So Different In Real Life

ELLE



Amy Sherman-Palladino Reveals 7 Minutes Of 'Gilmore Girls' Footage Ahead Of The Revival Release

ELLE



ELLE Interview: Let From 'The Bachelorette' On Being 'Head-Over-Heels In Love With This Gal'

ELLE



ELLE Road-Tests: Can One Product Fix Four Hair Woes?

ELLE



The Best Red Carpet Looks From The Weekend That Was

ELLE



### subscribe
+ Magazine
+ iPad
+ Android/Google Play
+ Facebook
+ Instagram
+ Twitter

### magazine
+ Contact us
+ Privacy Statement
+ Advertisers
+ Subscriptions

INNER CIRCLE
Stay in the know with
the latest news & offers
 JOIN NOW

Advertise with us   Website Terms

# APPENDIX 6

# BUZZFEED

News    Videos    Quizzes    Tasty    DIY    More ⌄    Get Our News App    🔍 👤



# Cracking The Tinder Code: Love In The Age Of Algorithms

I swapped Tinder accounts with a female co-worker. Then Tinder's data team reviewed our performance. Here's what we learned.

posted on Sept. 23, 2016, at 3:52 p.m.

**Alex Kantrowitz**
BuzzFeed News Reporter



Atraun2014 / Getty Images

I used to be terrible at Tinder — but for a few weeks this summer, I was pretty good. Women responded to my messages. Our chats went deeper than usual. Previously stalled discussions were suddenly revived and I was right-swiped with increasing frequency. I began to understand my matches in a way I hadn't previously, but not because of anything I'd done. My Tinder messages were being composed by a woman who also set up my profile. And I was using Tinder's on-staff sociologist's input to refine my approach.

I handed over my account to my colleague, Jessica Misener, on a hunch (correct) that I wasn't doing things right on Tinder. And while Jessica didn't really need the help, I took over her account as well. We embarked on our great switcheroo in an attempt to get to the bottom of what makes Tinder tick, customizing each other's profiles to what we thought people of our gender wanted, releasing those accounts into the wild, and then comparing the results to our past luck.

We swapped accounts on the condition that no message could be sent without the explicit approval of its real owner — this was a quest to understand the inner workings of the platform, not dupe people. And, when we were done, we brought our findings to Tinder, which reviewed them and — based on its own research including some previously unreleased data — told us what we'd done right and wrong. Spoiler: I had a lot to learn. And judging from the Tinder profiles we saw, you probably do too.

Downloaded by more than 100 million people, Tinder is responsible for some 1.5 million in-person dates each week, according to its creators. It's helped to normalize "meeting online." Tinder did this with an ingeniously simple swipe "right for like"/ "swipe left for dislike" vetting process, connecting people only when there is mutual interest. Its soaring popularity has helped revolutionize modern dating, shifting us from finding love via chance to finding it via algorithm.

# Wearing a hat in your Tinder profile pic? That'll hurt your chances by 12%.

The secrets of Tinder's code lie in the hands of people like Jess Carbino, a Tinder employee with a sociology PhD from UCLA. She has a lot of insight into what works on Tinder and what doesn't. For instance: Wearing glasses in your profile picture, whether for vision or sun, decreases your chances of being right-swiped by 15%. And a hat? That'll hurt your chances by 12%.

"It's really important for people to able to glean a great deal about your face, which indicates things beyond attractiveness," Carbino explained in a phone interview from Tinder's Los Angeles headquarters last week. Tinder is willing to share a good deal of this data because, at the end of the day, it wants people to find satisfying matches. And, if you use Tinder, you probably want more matches too. So take your damn hat off. And, while you're at it, those shades need to go too.

## In Trusted Hands



*Stock_colors / Getty Images*

Looking through the men showing up on Jessica's Tinder account, I saw many dudes presenting themselves with blurry pictures, mirror selfies, hats, nowhere-looking gazes, and other off-the-charts terrible selfies. When I saw a guy with a clear picture, smiling and looking toward the camera, I instantly swiped right.

When Jessica set up my profile, she chose a picture of me looking sideways to start, and then followed with a few looking straight at the camera. A week in, thinking about that man with the straightforward smile, I suggested we switch up my own profile. We chose a photo I didn't love, but where I looked straight at the camera and smiled. It worked significantly better than my previous profile pic.

## "Individuals who are front facing are 20% more likely to be swiped right on."

The forward-facing smile was the right move, according to Tinder's Carbino. "Individuals who are front facing are 20% more likely to be swiped right on, relative to their counterparts who are facing sideways or not showing themselves," Carbino said. Even though I felt the smiling picture was worse than any other, it made a big difference: You are 14% more likely to be swiped right on if you smile on Tinder, Carbino said.

After Jessica landed a few matches on my behalf, I watched in amazement as she crafted thoughtful, personalized messages to each. My opening message is perhaps best described as "How's it going?" Jessica describes hers as "Not just, 'Oh cool you're from North Carolina? I like Asheville a lot,' but: 'Oh you're from North Carolina? I've always wondered if the Carolinas have a rivalry about which is better. like South Carolina is OBVIOUSLY cooler but North Carolina is literally on top of it, which seems significant to me.'"

Jessica's method proved effective. Conversations kicked off with thoughtful messages that were far richer than my usual "Hey," "Sup," "Nm, U?" variety. And Tinder's data seems to bear this out. Carbino said Tinder is conducting a messaging analysis study, and its initial results indicate more thoughtful messages are more likely to generate responses. You can also always send a GIF, which is 30% more likely to get a response, according to Carbino.

Viewing Tinder from my colleague Jessica's vantage point, I didn't need any special conversational tactics. If anything, the biggest challenge was weeding people out.

## Stampede


*Xavier Arnau / Getty Images*

Running Jessica's account felt like watching dozens of men attempting to run through the same tiny door at once. It was overwhelming. As I swiped right, a pattern emerged: Match. Match. Match. Match. Message. Message. Message. Message. These guys meant business. *They were relentless.*

Watching them in action, I began to rethink one of my core Tinder principals: Never double-text. Sending a message, waiting, and sending another message despite no response had long been no-go territory for me. It felt needy, and a bit delusional. If someone was interested, they'd respond. If not, they wouldn't. But as I witnessed the volume and pace of messages hitting Jessica's Tinder, I very quickly saw the folly of my ways.

Double-texting works, said Carbino, who calls it re-engagement. "The idea of re-engagement, if done in a way that's appropriate, can be quite effective," she told me. "You can say something along the lines of, 'Hey, it's time to step up your Tinder text game' and make a joke out of it to re-engage them and to try to further the conversation along in a way that's more meaningful."

On Tinder, you can also use a "Super Like" button once every 24 hours to signal more interest than the ordinary like, but the people using this feature felt a bit off to me, so I started swiping left and rejecting them all out of habit. That wasn't a normal behavior. Super Likers, according to Tinder, are three times more likely to match, and their conversations typically last 70% longer than those of non–Super Likers.

Super Like or not, you may want to go for the real-world encounter as early as possible. People who meet in person via Tinder typically do so within two to seven days of matching, according to Carbino.

**Tinder God Emerges**



*Siphotography / Getty Images*

When you first sign up for Tinder, a text overlay appears on the app urging you to "Swipe more to help us learn your preferences. The more you swipe, the better our recommendations!" The prompt is subtle, and it's also the most prominent indicator that Tinder sorts the profiles it shows you via an algorithm — a mathematical formula that pulls in a number of data points and makes decisions about who comes next.

"I always said great advertising should be like dating."

The keys to Tinder's algorithm are held by Dan Gould, a former advertising technology executive who spent the early part of his career attempting to match the right ad to the right person at the right time — now he's doing it with people. That a former ad-tech exec now holds a power position at a dating company says a lot about the role of algorithms in romance today. "I always said great advertising should be like dating," Gould told me. "If advertising works perfectly, it would be like finding that great partner for you. It would find the right thing, at the right time, at the right price, and maybe something you didn't even know."

According to Gould, Tinder's algorithm gives a lot of weight to the choices you make while setting preferences. Distance ranges, gender, and age preferences — all these things need to match up before Tinder will show you a potential match. Two other critical factors are distance and recency. Distance is straightforward: Being closer gives you an edge. But "active time," i.e., recency, is more intriguing. "People who have been active recently are more likely to come back soon and interact with other people." Gould said. "While I probably shouldn't say how you can game the system, the one thing that a person can really do to appear to a lot more people and get more matches is to be active recently. If I were trying to get more matches I would open the app every hour and just swipe a little bit."

**Swipe Life**



*Demaerre / Getty Images*

In their book *Modern Romance: An Investigation*, the comedian Aziz Ansari and New York University sociology professor Eric Klinenberg describe asking a woman to project her OkCupid inbox on a screen in an LA comedy club. "The moment we put her inbox up on the screen, you could see every man in the room just deflate," Klinenberg said in a recent phone interview. "They suddenly realized what they were up against."

The draw of that choice is so powerful that Seattle-based Ricky Burnett, founder of a company called Project Attraction, a dating coaching service that promises to help men "become the confident, bad ass guy that women obsess over," said he sees a lot less competition when trying to meet someone in real life. "I consider it to be a lost art these days," he said. "You kind of put people in awe when you just walk up to them and say 'hi.'"

Proliferation of choice can have negative consequences as well. With so many potential matches to swipe on, they all become a bit more...disposable. "Go back to [the pre-Tinder] era," said relationship psychologist Karen Sherman. "If you didn't meet somebody in college then what the hell were you going to do? Because then you were pretty much out of possibilities. Now, so what?

For Carbino, algorithmically assisted courtship is a clear net positive. "There's so much data out there that suggests that individuals who meet their partners online have more satisfactory relationships and are more likely to get married faster, relative to individuals who meet offline," she said.

Klinenberg is of a similar opinion. He likes to tell a story of how he and Ansari once asked a "pretty average looking" guy for a look at his dating inbox. The guy, Klinenberg said, had messages from women who "30 years ago, if he had gone to a bar and they had given him their phone number, he would've gone crazy, it would've been the greatest night of his

life." There's a lesson in that inbox: "There's a lot of volume. Even if that guy was striking out 95% of the time, it's a whole lot easier to start flirting with someone and ask them out online, than it is in person."

For me, the week I swapped Tinder accounts with Jessica helped answer a question I'd long struggled with when using the app: "What did I do wrong?" Now, I know, and knowledge *is* power.

Now if you'll excuse me, I have some swiping to do.

## Watch the video here:



How To Get More Matches On Tinder

*BuzzFeedVideo / Via youtube.com*

Alex Kantrowitz is a senior technology reporter for BuzzFeed News and is based in San Francisco. He reports on social and communications.
Contact Alex Kantrowitz at alex.kantrowitz@buzzfeed.com.

More ▾



NEXT ON NEWS›

**Dee Dee Wanted Her Daughter To Be Sick, Gypsy Wanted...**

Fun Boston Activities That Will Cost You $0
Have a blast in Beantown without spending a penny!


Capital One® Boston — Banking Reimagined℠


The "Voice" Coaches Are Basically You And Your Siblings



Tagged,tinder, algorithims, love, online dating, romance, livingwithalgorithms

 NBCU + BuzzFeed Partnership

# BuzzFeedNEWS

### In The News Today

- "Bad hombres," puppets, and quite a few debunks: Here's what went down in that fiery final presidential debate

- Ivanka Trump says her father's lewd comments about women caught on a leaked Access Hollywood tape were "crude" and "a bit jarring."

- Argentinian women took to the streets after a 16-year-old was raped and killed, part of a rise of violence against women in the region.

- The Cleveland Indians beat the Toronto Blue Jays and are going to the World Series for the first time since 1997

Download the BuzzFeed News App



These 5 Points Show Just How Hard It Is To Rig An Election

by Sheera Frenkel

### Connect With BuzzFeed Tech

Like Us On Facebook

Follow Us On Twitter

Follow Us On Apple News

Subscribe to our RSS Feed



News moves fast. Keep up with the BuzzFeed News daily email.

Your Email Address          Sign up

## More News



Your Self-Driving Tesla Is Coming



A Teen's Brutal Murder Led Thousands Of Women To Protest Against Gender Violence



Former Teacher Slits His Throat In Court After Being Convicted Of Raping Girl



Former Wells Fargo Banker Says He Was Pressured To Sign Mexicans Up For Unneeded Accounts



Putin Aide Allowed To Enter Germany Despite Sanctions



Jury Clears NBA Star Derrick Rose And Two Friends In Civil Rape Case



Apple To Announce New Macs At
October 27 Event



Mark Zuckerberg Defends Peter Thiel
In Leaked Facebook Post

More News >

## Now Buzzing



Here's Trump's Full Winding Answer On
Syria And Assad



How Unpopular Is Your Chipotle Order?



13 Questions About Cheating That'll
Really Make You Think



Donald Trump Said Putin Isn't His BFF
During The Debate And Twitter Lost I

More Buzz >



People Are Freaking Out About Hillary
Clinton's All-White Pantsuit



What Historical White House Pet Are
You Based On Your Zodiac Sign?



The Barrier Reef's Health Has Been
Given A "D" For The Fifth Year In A Row



What % Wednesday Addams Are You?



People Are Trolling The Hell Out Of
Donald Trump After He Said "Bad
Hombres"



Which Mindy Lahiri Quote Perfectly
Describes Your Love Life?



26 Troubling Images That Prove The
Last Debate Was RIGGED



While You Were Watching The Debate,
Trump Just Launched Trump TV



Women Are Reclaiming Their
"Nastiness" After Trump Called Clinton
Nasty During The Debate

Advertise   Jobs   Mobile   Newsletter   Shop      🌐 US Edition ∨

About   Press   RSS   Privacy   User Terms   Ad Choices   Help   Contact                    © 2016 BuzzFeed, Inc

# APPENDIX 7



We know your time is valuable, so tell
us your preferences and we'll handle the
scouting  and the vetting  for you.

So you want to date someone who shares your education
level and ambition? And maybe, just maybe, you'd like them
to be in your same neighborhood, attractive enough to at
least look good in black-and-white photos, with a height that
meets your way-too-restrictive height preferences. Perhaps
you also want them to share your religion as well. While your
mother may call you picky, we call you selfaware. It's about
to be happy hour, so go get 'em. *amp;ldquot; *happersettle





### No Voyeurs
Your profile will only ever be seen by
those who meet your preferences
that everyone!

### No Randoms
An advanced screening algorithm
keeps our community exclusive and
and high-quality so that when you
swipe right, you mean it.

### No Games
Swipe right on everyone but don't
ever message? You're only texting
your self. Matches on The League
expire after 21 days.

### No Fakes
We'll never force to randoms that
ever

### No Noise
We let you set who you're like

### No Shame
We return both for single, so





YOU CAN ALSO SCOUT
LEAGUE EVENTS AND
JOIN LEAGUE GROUPS



ARE YOU IN?

We do the scouting and the vetting,
you do the matching and the petting.
Text yourself the app now.

PRIVACY & TERMS    JOBS    CONTACT

Send press inquiries to press@theleague.com

# APPENDIX 8

 

**BUSINESS INSIDER**    TECH INSIDER

## We got inside the 'Tinder for elites' — here's what it's like to use





The League, an elitist and highly selective dating app for successful singles, is clearly not for everyone.

Calling itself the "Tinder for elites," the app launched in San Francisco earlier this year, and a few months ago it launched in Bradford founded The League and raised $2.1 million with the goal of matching up highly motivated single professionals.



The League's founder, Amanda Bradford.



The League is hard to get into — the only way to get inside the app is by applying to a long waiting list or by snagging a VIP pass from someone who's already a member and cutting the line. Someone in San Francisco has even tried selling their VIP pass for $100 on Craigslist.

At least one Business Insider employee has made the cut on The League, so we went inside to find out for ourselves what the app is really like to use.

View As: One Page    Slides

**This is Amanda Bradford. She founded The League with the goal of making power couples by matching up highly motivated single professionals.**





The League's founder, Amanda Bradford.

The League launched in San Francisco earlier this year, and a few months ago it launched in New York City, too.



Right now the app is still in private beta in New York, but we were able to get a peek inside.



How will you guide your firm's vision for growth?

THOMSON REUTERS

Before you can get into The League, you have to sign up. You'll be put on a waiting list until you're approved ...



You're smart, busy & ambitious. You don't need a dating app to get a date - you're too popular for that. But you know it's an. The League - here's why.

Keep It Classy We filter your profile from friends, business contacts & coworkers - the whole of how doesn't need to know you're on The League.

You Deserve the Best We've never saying Tinder doesn't have its users (hello Vegas!) but we just don't spend your time a lot smarter - intelligently?



Once you're finally in and load the app, here's the first screen you see.







**Airbrushing Out Your Blemishes**



Every day, you're shown only five potential matches to whom you can say yes or no.





**About Me**  Southern girl living it up in NYC! Working hard and loving life! 💋

**Education**  F

**Profession**  3f

**Interests**  Happy hours · Reading · Painting · Movies · My dog 🖤

**Religion**  Christian

Like Tinder and Hinge, you can swipe right to indicate you're interested in someone or swipe left if you'd like to pass. Tap the icon on the top right corner to see your matches.



Education

Profession

Interests    Lorde · The Black Keys · Lana Del Rey
· Arctic Monkeys · Florence + The
Machine · The xx · doNYC · The
Governors Ball Music Festival

The League puts all your matches in one place. But unlike other dating apps, your matches on The League have an expiration date. If you don't respond within three weeks, your match will disappear. You can also sort your matches by "best match," "recent," "popular," and "least flaky."



Matches expire after 21 days.



Every user on The League has a "concierge" who answers your questions about the app and lets you know about in-app updates.



 ensure you won't get errors 😬.

Until we've fixed our load issues we won't be putting more people 😄😄😄😄😄😄😄😄😄 🙂 into The League 📵 - so tell your wait listed 📋 friends it's not them its us!!

📲 I want to encourage you to update 🔄 to the latest version of the app on App Store 📲 (it's not automatic) - we tweaked the matching algorithm to increase match rate ✅ so you should see more matches! 🎉

That's all I got from corporate! 📅 Have fun tonight and remember: cool confident folks always make the first move ....
😊





Users set their preferences for matches. The League's big promise is that you're only shown other users who fit your specific criteria, and your profile will only be shown to others that fit your criteria, apparently, includes gender, age, height, distance, education, and ethnicity.

●●●○○ AT&T 🔋 ⋆     9:55 AM          71% ▮▬▬▬



Here's Business Insider producer Sam Rega's profile. You can see where he's based (New York), his age and height, and his education, profession, and interests. Tap on the icon on the top left corner, and you'll be shown the app's menu.





Sam R.
29 · New York · 5' 5"

**Education**  University of Miami

**Profession**  Producer @ Business Insider
Freelance Video Editor @ SJR
Productions
Editor/Producer @ Valdes-Iga

**Interests**  Comedians in Cars Getting Coffee · The
Adventures of Pete & Pete · Douglas And
The Goodharts · ReSolute · Cityfox NY



Here's Sam's profile. You can add pictures of yourself, along with as much or as little
biographical information as you'd like.



# APPENDIX 9

**The New York Times**   http://nyti.ms/1pBVQbC

FASHION & STYLE

# Hinge, a Dating App, Introduces Friends of Friends

By KRISTIN TICE STUDEMAN   MARCH 28, 2014

Mobile dating apps may be all the rage these days, but they're not for everyone.

**Blendr**, a location-based app for straight people, was created by the same folks as Grindr and retains much of its hookup focus. And **Tinder**, another hugely popular app, puts a premium on superficial looks, as users swipe through an endless photo carousel of potential mates.

What happened to finding love the old-fashioned way: through mutual friends?

That is the premise behind **Hinge**, the next mobile matchmaking app that is catching on with urban millennials. At first glance, it looks very much like Tinder. But instead of random strangers, Hinge matches only users who share Facebook friends.

For some, that makes the whole thing feel less creepy.

"I've met up with someone on Hinge because you have mutual friends, so you can be 80 percent sure they're not a full-on wacko," said Tibby Iz, 28, a digital content strategist who lives in the East Village.

The app was released last year by Justin McLeod, a 29-year-old tech entrepreneur from Louisville, Ky., and has gained momentum in recent months as it expands to more cities. (It is currently in seven cities: New York, Chicago, Washington, Boston, San Francisco, Philadelphia and Atlanta. Dallas and Los Angeles are next.)

To get started, users sign in using Facebook and select their preferences, including location, sexual orientation and age (it caps at 35). Every day at noon, the app sends a list of potential matches culled from one's Facebook network.

"I use it every day," said Melissa Ellard, 23, who runs Fashion Force, an online trade show based in Washington. "Once the clock hits noon, I can't wait to see my batch of potential new matches."

"I have found that on other dating sites, such as Tinder, all men want to do is use cheesy pickup lines and they are looking for one-night stands," she added.

Male users who were interviewed said that the app encourages more socially accountable behavior.

"Hinge cuts through the randomness of Tinder," said Daniel Matz, a 29-year-old real estate finance analyst in New York, who said he uses the app daily. "I can take some comfort that she knows some of the same people I do."

Mr. McLeod said his app has made more than a million matches, including one that resulted in an engagement. He himself is a user, though he is not sure how to describe his current relationship status. "It's complicated," he said.

A version of this article appears in print on March 30, 2014, on page ST17 of the New York edition with the headline: An App Introduces Friends of Friends.

© 2016 The New York Times Company

# APPENDIX 10

TC

News ▾   Video ▾   Events ▾   Crunchbase



# If Tinder Is For Hookups, Hinge Is For Relationships And It Just Raised $4M






Hinge wants to be Match.com for mobile. You can find horny strangers nearby on Tinder, but Hinge uses its "romance graph" to pair you with friends of friends that fit your style. And now Hinge has raised a $4 million Series A from Great Oaks. Social + Capital, and more to bring its relationships app beyond DC, New York, and Boston. You're still swiping yes or no, but to find your soulmate.

Tinder's success has brought a flood of clones to the seas of mobile dating. But Hinge founder Justin McLeod believes romance comes in many forms, and there's plenty of room for its iOS and Android apps. In fact, he sees people using both Tinder and Hinge, but with distinct intentions.

At first glance, they look quite similar. Both give you one potential mate at a time that you can swipe right to approve or swipe left to dismiss. If two people approve each other, they're allowed to chat within Hinge.

But McLeod explains "When we ask our users, they say they use them differently, 'I use Tinder when I'm out and about or travel or want to mess around, and Hinge is where I meet the people I want to date.'" Hinge only shows you matches that are friends of friends, so you have a trusted connection that implies your date isn't a psychopath, and you get to see info about their work and education upfront.

     

## The Romance Graph

"We're the next generation of dating site" McLeod says, likening Hinge to Match.com, eHarmony, and OKCupid but mobile-first. Just like those desktop giants, Hinge uses a matching algorithm to intelligently show people mates they're likely to be compatible with.

For example, Hinge pulls your Facebook information to present you with people who went to the same kind of college (Ivy league, state school), or similar type of job (tech, finance, politics). But it also goes deeper and connects people across these boundaries if it notices female lawyers dig male bankers, or that Harvard guys seem to hit it off with Boston University girls.

While Facebook maps the social graph of friendships, and Twitter lays out the interest graph of what people care about, Hinge wants identify the hidden threads that pull us towards people we want to date. This "Romance Graph" as I called it, gives Hinge a better success rate and a stunning retention rate.

Since expanding beyond its home city of DC in August to New York and Boston, Hinge has doubled its user count to 60,000 yet maintained its stickiness. McLeod says it still sees about 85% of people who download Hinge as active a week later, and 75% a month later.

These metrics helped it score this new $4 million Series A led by Great Oaks and joined The Social+Capital Partnership, Red Swan, 500 Startups, ScrubHub founder Jeff Flohr, former Facebook Director of Business Development David





### Crunchbase

Tinder

### NEWSLETTER SUBSCRIPTIONS

The Daily Crunch

TC Weekly Roundup

Crunchbase Daily

[ SUBSCRIBE ]

### LATEST CRUNCH REPORT



Popular Posts



 First look at Microsoft's Surface One

 Microsoft offers Apple users $650 off to trade a MacBook for a Surface

 Founder's comment on Vine deleting Vine? Here's his your company?

 Sheryton reportedly laid off nearly half its Oculus staff working on next-gen headset

 Magic Leap goes to Finland in pursuit of Nokia VR and AR talent

 Musk on Tesla Autopilot: 'Let's not f*ck it up'. 'It's the people on Uber'

 Tesla's Powerwall 2 packs over twice the energy storage

 Airbnb's female employee representation down 9% since last diversity report

 How to watch Tesla's solar roof unveiling live

 How to encrypt your Facebook Messages

Fitch, Graph Ventures, Crois Ventures, Fortify VC, MiddleLand Capital, MilleniS Capital, former Facebook engineering lead Prashant Malik, founder of DC coworking space 1776 Evan Burfield, and one of the founders of LivingSocial.





Hinge still has a long upshill battle. First of all, Tinder may not be as easy to write off as a hookup app as McLeod says. While Tinder doesn't reveal user counts, its founder Sean Rad said on stage at TechCrunch Disrupt Berlin that his app sees 350 million swipes and makes 3.5 million matches per day. Communicating that a similar looking app is for something different could be tough, and people may look for true love on Tinder even if that's not what it's best at.

Hinge will need traction to make good on its new investment. That means fighting for users in a crowded dating app market that includes newly revamped and rebranded Down (formerly Bang With Friends), as well as mobile efforts from stalwarts like OkCupid.



Finally, mobile is built for instant gratification. Tinder delivers that by optimizing to show you people who were recently online and might be ready to meet soon. Hinge wants to make the most accurate matches possible, but that means it might take a while for your crush to sign back on and rate you back.

As avid (and single) female dating app user Rayne z tells me after she said Hinge has some problems:

Josh Constine 🔵
@JoshConstine
@rayne z tell me more about why Hinge fails?                4 Nov 12

Ranee Soundara
@Ray z rayz
                                                        ✔ Follow

@JoshConstine Hinge doesn't provide users with instant gratification as much as Tinder does. with real-time or instant matches.
1:51 PM - 4 Nov 2013
← ⇄ ♥ 2



However, she also notes that Tinder "is full of fucking weirdos".

With $4 million, Hinge has some ammunition to fight off competitors and pay for growth. The money will help the startup break into new cities, and revamp its apps. McLeod concludes "Dating sites used to take the old newspaper classified models and put it online. We're taking the really old model of meeting through friends and modernizing it for mobile."

*Hinge is available for iOS and Android, but has only officially launched in Washington DC, New York, and Boston so you won't get matches if you're outside those cities.*



## Recommended For You


Apple says no fun allowed on the Touch Bar


These are Tesla's stunning new solar roof tiles for...

Hands-on with the Surface Dial



Asana co-founder discusses Thiel's donation to Trump


Twitter lays off 9% of its workforce as it posts a...

Microsoft is all about augmented reality

### From the Web

Sponsored Links by Taboola


Get the Complete Guide to Drip Marketing
Marketo


5 Reasons It Is Better Off Choosing a Collaboration Suite
Marketo


Now You Can Track Your Car Using Your Smartphone
Trackr Store

Trusted by Fortune 500 companies
redbus
AdChoices ▷

UP NEXT
BlackBerry Shares Sink After Ailing Smartphone Maker Reveals Its New Direction

UP NEXT
BlackBerry Shares Sink After Ailing Smartphone Maker Reveals Its New Direction

Powered by Livefyr

UP NEXT

BlackBerry Shares Sink After Ailing
Smartphone Maker Reveals Its
New Direction

## CrunchBoard
Job Listings

Platform Engineer @ Pantheon at
The Sourcery (San Francisco, CA,
United States)

Installation Specialist at Software2
(Baltimore, MD, United States)

Full Stack Web Engineer @ Shift at
The Sourcery (San Francisco, CA,
United States)

Backend Generalist Engineer @
Shift at The Sourcery (San
Francisco, CA, United States)

C++ Software Developer with Juce
Experience, Full Time at
AudioWorks Inc. (Toronto, ON,
Canada)

More from CrunchBoard





© 2013-2016 AOL Inc. All rights reserved.   Ad Tech   Privacy Policy   About Our Ads   Ad Management Policy   Terms of Service   Powered by WordPress.com VIP   Fonts by «Webtype»

ATTORNEY DOCKET NUMBER
076533.0146

PATENT APPLICATION
USSN 14/059,192

1 of 2

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| In re Application of: | Sean Rad et al. |
| Serial No.: | 14/059,192 |
| Filing Date: | October 21, 2013 |
| Group Art Unit: | 2164 |
| Examiner: | Yuk Ting Choi |
| Confirmation No.: | 1044 |
| Title: | MATCHING PROCESS SYSTEM AND METHOD |

**<u>DECLARATION UNDER 37 C.F.R. §1.132</u>**

I, Roshan S. Mansinghani, hereby declare the following:

1.  I am an attorney for the Applicant, Tinder, Inc. ("Tinder").

2.  I understand that Tinder is the sole Assignee of United States Patent Application Serial No. 14/059,192 ("Application").

3.  Attached to Applicant's submission dated October 31, 2016 are Appendix 1 through Appendix 10.

4.  Appendix 1 is a printout performed on October 31, 2016 of the following webpage:

    http://people.com/celebrity/tinder-lulu-and-okcupid-your-guide-to-online-dating/

5.  Appendix 2 is a printout performed on October 31, 2016 of the following webpage:

    http://www.gq.com/story/tinder-online-dating-sex-app

6.  Appendix 3 is a printout performed on October 31, 2016 of the following webpage:

    https://techcrunch.com/2015/08/05/linkedtin/

ATTORNEY DOCKET NUMBER
076533.0146

PATENT APPLICATION
USSN 14/059,192

2 of 2

7.    Appendix 4 is a printout performed on October 10, 2016 of the following webpage:

http://nymag.com/thecut/2013/10/how-tinder-solved-online-dating-for-women.html

8.    Appendix 5 is a printout performed on October 31, 2016 of the following webpage:

http://www.elle.com.au/culture/hot-list/2013/10/how-to-use-tinder/

9.    Appendix 6 is a printout performed on October 20, 2016 of the following webpage:

https://www.buzzfeed.com/alexkantrowitz/cracking-the-tinder-code-love-in-the-age-of-algorithms

10.   Appendix 7 is a printout performed on October 31, 2016 of the following webpage:

http://www.theleague.com

11.   Appendix 8 is a printout performed on October 31, 2016 of the following webpage:

http://www.businessinsider.com/we-got-inside-the-tinder-for-elites-heres-what-its-like-to-use-2015-9/

12.   Appendix 9 is a printout performed on September 18, 2016 of the following webpage:

http://www.nytimes.com/2014/03/30/fashion/hinge-a-dating-app-introduces-friends-of-friends.html

13.   Appendix 10 is a printout performed on October 31, 2016 of the following webpage:

https://techcrunch.com/2013/11/04/if-tinder-is-for-hookups-hinge-is-for-relationships-and-it-just-raised-4m/

14.   I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful statements may jeopardize the validity of the application or any patent issuing therefrom.


By: _____          Date: __10 - 31 - 16__
      Roshan S. Mansinghani