# EXHIBIT F
## Part 3 of 4

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 27375526 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean  Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Filer Authorized By:** | Roshan Suresh Mansinghani |
| **Attorney Docket Number:** | 076533.0146 |
| **Receipt Date:** | 31-OCT-2016 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 17:43:46 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 0765330146RespOA103116. PDF | 8562275 <br><br> 0558a77b318ec882cc27faf2c1358a6c9b10 d067 | yes | 77 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Claims | 2 | 10 |
| Applicant Arguments/Remarks Made in an Amendment | 11 | 77 |

**Warnings:**

**Information:**

| 2 | Affidavit-traversing rejectns or objectns rule 132 | 0765330146Dec132103116.PDF | 79834 | no | 2 |
|---|---|---|---|---|---|
| | | | 652ff2c193663f46a3ea6571062bf1e5f1f9ffb9 | | |

**Warnings:**

**Information:**

| | Total Files Size (in bytes): | 8642109 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>14/059,192 | Filing Date<br>10/21/2013 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE  ☐ SMALL  ☐ MICRO

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| **AMENDMENT** | **10/31/2016** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 9 | Minus ** 21 | = 0 | x $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus *** 3 | = 0 | x $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| **AMENDMENT** | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | x $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

LIE
MYRTLE LEIGH

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | 2153 | 1820 | 076533.0146 | 21 | 3 |

**CONFIRMATION NO. 1044**
**CORRECTED FILING RECEIPT**

5073
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980


CC000000086424392

Date Mailed: 10/13/2016

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Sean Rad, Los Angeles, CA;
Todd M. Carrico, Melissa, TX;
Kenneth B Hoskins, Plano, TX;
James C. Stone, Addison, TX;

**Applicant(s)**

TINDER INC., West Hollywood, CA;

**Power of Attorney:** The patent practitioners associated with Customer Number 05073

**Domestic Priority data as claimed by applicant**
This appln claims benefit of 61/793,866 03/15/2013
and is a CIP of 12/339,301 12/19/2008 PAT 8566327

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** No

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 11/04/2013

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 14/059,192**

**Projected Publication Date:** Not Applicable

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

        Matching Process System And Method

**Preliminary Class**

        707

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** Yes

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

ATTORNEY DOCKET NUMBER
076533.0146

PATENT APPLICATION
14/059,192

1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

First Named Inventor:          Sean Rad

Serial No.:                    14/059,192

Filing Date:                   October 21, 2013

Confirmation No.:              1044

Title:                         *Matching Process System And Method*

Office of Initial Patent Examination's Customer Service Center
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

## REQUEST FOR CORRECTED OFFICIAL FILING RECEIPT

Attached is a copy of the Filing Receipt received from the U.S. Patent and Trademark Office in the above-identified patent application, for which issuance of a corrected filing receipt is respectfully requested.

The Applicant name is incorrect. Please delete "TINDERI INC." and insert --TINDER, INC.--. A copy of the Filing Receipt is attached for your reference. A corrected filing receipt is respectfully requested.

While it is believed that no fees are due, the Commissioner is hereby authorized to charge any amount required by this paper or credit any overpayment to Deposit Account No. 02-0384 of Baker Botts L.L.P.

BAKER BOTTS L.L.P.
Attorneys for Applicants

Chad C. Walters
Reg. No. 48,022

Date: October 7, 2016
Customer No.: **05073**

Active 29207378.1



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | 2164 | 1820 | 076533.0146 | 21 | 3 |

**CONFIRMATION NO. 1044**

5073
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

**CORRECTED FILING RECEIPT**


CC000000085835376

Date Mailed: 09/16/2016

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Sean Rad, Los Angeles, CA;
Todd M. Carrico, Melissa, TX;
Kenneth B Hoskins, Plano, TX;
James C. Stone, Addison, TX;

**Applicant(s)**

~~TINDER, INC.,~~ West Hollywood, CA;   *TINDER, INC.*

**Power of Attorney:** The patent practitioners associated with Customer Number 05073

**Domestic Priority data as claimed by applicant**

This appln claims benefit of 61/793,866 03/15/2013
and is a CIP of 12/339,301 12/19/2008 PAT 8566327

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** No

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

page 1 of 3

**If Required, Foreign Filing License Granted:** 11/04/2013

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 14/059,192**

**Projected Publication Date:** Not Applicable

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

   Matching Process System And Method

**Preliminary Class**

   707

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER
## Title 35, United States Code, Section 184
## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 27158375 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean  Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Bradley P Williams/Elody Tignor |
| **Filer Authorized By:** | Bradley P Williams |
| **Attorney Docket Number:** | 076533.0146 |
| **Receipt Date:** | 07-OCT-2016 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 16:48:19 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Request for Corrected Filing Receipt | 0146RCFRFiled.pdf | 285108 <br> 3a7562dbec67b5867b68c8b32dd4640f5ccd2727 | no | 4 |

**Warnings:**

| Information: | |
|---|---|
| **Total Files Size (in bytes):** | 285108 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 076533.0146 |

**CONFIRMATION NO. 1044**

5073
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

**POA ACCEPTANCE LETTER**


*OC000000085835548*

Date Mailed: 09/16/2016

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 09/08/2016.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/rmohamed/

_____

page 1 of 1



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | 2164 | 1820 | 076533.0146 | 21 | 3 |

**CONFIRMATION NO. 1044**

5073
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

**CORRECTED FILING RECEIPT**


CC000000085835578

Date Mailed: 09/16/2016

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Sean Rad, Los Angeles, CA;
Todd M. Carrico, Melissa, TX;
Kenneth B Hoskins, Plano, TX;
James C. Stone, Addison, TX;

**Applicant(s)**

TINDERI INC., West Hollywood, CA;

**Power of Attorney:** The patent practitioners associated with Customer Number 05073

**Domestic Priority data as claimed by applicant**

This appln claims benefit of 61/793,866 03/15/2013
and is a CIP of 12/339,301 12/19/2008 PAT 8566327

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** No

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 11/04/2013

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 14/059,192**

**Projected Publication Date:** Not Applicable

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

       Matching Process System And Method

**Preliminary Class**

       707

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

PTO/AIA/80 (07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## POWER OF ATTORNEY TO PROSECUTE APPLICATIONS BEFORE THE USPTO

I hereby revoke all previous powers of attorney given in the application identified in the attached statement under 37 CFR 3.73(c).

I hereby appoint:

☒ Practitioners associated with Customer Number: | 05073

**OR**

☐ Practitioner(s) named below (if more than ten patent practitioners are to be named, then a customer number must be used):

| Name | Registration Number | | Name | Registration Number |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

As attorney(s) or agent(s) to represent the undersigned before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned only to the undersigned according to the USPTO assignment records or assignments documents attached to this form in accordance with 37 CFR 3.73(c).

Please change the correspondence address for the application identified in the attached statement under 37 CFR 3.73(c) to:

☒ The address associated with Customer Number: | 05073

**OR**

| Firm or Individual Name | |
|---|---|
| Address | |

| City | | State | | Zip | |
|---|---|---|---|---|---|

| Country | |
|---|---|

| Telephone | | Email | |
|---|---|---|---|

Assignee Name and Address:   TINDER, INC.
8833 W. Sunset Blvd.
West Hollywood, CA 90069

A copy of this form, together with a statement under 37 CFR 3.73(c) (Form PTO/AIA/96 or equivalent) is required to be Filed in each application in which this form is used. The statement under 37 CFR 3.73(c) may be completed by one of The practitioners appointed in this form, and must identify the application in which this Power of Attorney is to be filed.

### SIGNATURE of Assignee of Record
The individual whose signature and title is supplied below is authorized to act on behalf of the assignee

| Signature | | Date | 8 - 25 - 2016 |
|---|---|---|---|
| Name | Brittany Perez | Telephone | 214-576-9406 |
| Title | Vice President | | |

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 26872420 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean  Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Filer Authorized By:** | Roshan Suresh Mansinghani |
| **Attorney Docket Number:** | 076533.0146 |
| **Receipt Date:** | 08-SEP-2016 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 17:18:43 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 0765330146CorADS090816. PDF | 551729<br>ce4493780660fb46dc25bda32aa8d9eae18ed8fb | no | 8 |

**Warnings:**

| Information: | | | | | |
|---|---|---|---|---|---|
| This is not a USPTO supplied ADS fillable form | | | | | |
| 2 | | 0765330146StmtPwrAtty090816.PDF | 324574<br>90e90713b3abe6b74117426153 6c47760e694028 | yes | 4 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Assignee showing of ownership per 37 CFR 3.73 | 1 | 3 |
| Power of Attorney | 4 | 4 |

| Warnings: |
|---|
| Information: |

| **Total Files Size (in bytes):** | 876303 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/AIA14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 076533.0146 |
|---|---|---|
| | Application Number | 14/059,192 |
| Title of Invention | Matching Process System And Method | |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | | | Remove |
|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Sean | | Rad | |

| **Residence Information (Select One)** | ● US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|
| City | Los Angeles | State/Province | CA | Country of Residence | US |

**Mailing Address of Inventor:**

| Address 1 | ~~10430 Wilshire Blvd.~~   2341 Weybridge Lane |
|---|---|
| Address 2 | ~~Unit 1403~~ |

| City | Los Angeles | | State/Province | CA |
|---|---|---|---|---|
| Postal Code | ~~90024~~ 90077 | Country i | US | |

| Inventor | 2 | | | Remove |
|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Todd | M. | Carrico | |

| **Residence Information (Select One)** | ● US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|
| City | ~~Sachse~~ Melissa | State/Province | TX | Country of Residence | US |

**Mailing Address of Inventor:**

| Address 1 | ~~1407 Sunrise Lane~~   2 Shadywood Lane |
|---|---|
| Address 2 | |

| City | ~~Sachse~~ Melissa | | State/Province | TX |
|---|---|---|---|---|
| Postal Code | ~~75048~~ 75454 | Country i | US | |

| Inventor | 3 | | | Remove |
|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Kenneth | B. | Hoskins | |

| **Residence Information (Select One)** | ● US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

EFS Web 2.2.11

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 076533.0146 |
|---|---|---|
| | Application Number | 14/059,192 |
| Title of Invention | Matching Process System And Method | |

| City | Plano | | State/Province | TX | Country of Residence | US |
|---|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 2817 Chancellor Drive | | |
|---|---|---|---|
| Address 2 | | | |
| City | Plano | State/Province | TX |
| Postal Code | 75074 | Country i | US |

**Inventor    4**

Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | James | C. | Stone | |

| Residence Information (Select One) | ● US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

| City | Addison | | State/Province | TX | Country of Residence | US |
|---|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 15826 Breedlove | | |
|---|---|---|---|
| Address 2 | | | |
| City | Addison | State/Province | TX |
| Postal Code | 75001 | Country i | US |

All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button.

Add

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).

| ☐ An Address is being provided for the correspondence Information of this application. | | |
|---|---|---|
| Customer Number | 05073 | |
| Email Address | PTOmail1@bakerbotts.com | Add Email   Remove Email |

## Application Information:

| Title of the Invention | Matching Process System And Method | | |
|---|---|---|---|
| Attorney Docket Number | 076533.0146 | Small Entity Status Claimed | ☐ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 11 | Suggested Figure for Publication (if any) | |

## Filing By Reference :

EFS Web 2.2.11

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 076533.0146 |
|---|---|---|
| | Application Number | 14/059,192 |
| Title of Invention | Matching Process System And Method | |

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

| ☐ | Request Early Publication (Fee required at time of Request 37 CFR 1.219) |
|---|---|
| ☐ | **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing. |

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 05073 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Claims benefit of provisional | 61/793866 | 2013-03-15 |
| Prior Application Status | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Continuation in part of | 12/339301 | 2008-12-19 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

EFS Web 2.2.11

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 076533.0146 |
|---|---|---|
| | Application Number | 14/059,192 |

| Title of Invention | Matching Process System And Method |
|---|---|

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
|---|---|---|---|
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

| | |
|---|---|
| ☒ | This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.<br>NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA. |

## Authorization to Permit Access:

| ☒ | Authorization to Permit Access to the Instant Application by the Participating Offices |
|---|---|

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 076533.0146 |
|---|---|---|
| | Application Number | 14/059,192 |
| Title of Invention | Matching Process System And Method | |

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

# Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Applicant   1**

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

Clear

| ◉ Assignee | ○ Legal Representative under 35 U.S.C. 117 | ○ Joint Inventor |
|---|---|---|
| ○ Person to whom the inventor is obligated to assign. | ○ Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here.   ☒

| Organization Name | TINDER, INC. |
|---|---|

**Mailing Address Information For Applicant:**

| **Address 1** | 8833 W. Sunset Blvd. | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | West Hollywood | **State/Province** | CA |
| **Country** | US | Postal Code | 90069 |
| Phone Number | | Fax Number | |

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 076533.0146 |
| | Application Number | 14/059,192 |
| Title of Invention | Matching Process System And Method | |

| Email Address | |
| --- | --- |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

**Assignee   1**

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

If the Assignee or Non-Applicant Assignee is an Organization check here.   ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
| --- | --- | --- | --- | --- |
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | |
| --- | --- |
| Address 2 | |

| City | | State/Province | |
| --- | --- | --- | --- |
| Country i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

## Signature:

NOTE:  This form must be signed in accordance with 37 CFR 1.33.  See 37 CFR 1.4 for signature requirements and certifications.

| Signature | *[signature]* | Date  (YYYY-MM-DD) | 2016-09-08 |
| --- | --- | --- | --- |
| First Name | Roshan S. | Last Name | Mansinghani | Registration Number | 62429 |

Additional Signature may be generated within this form by selecting the Add button.

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 076533.0146 |
| | Application Number | 14/059,192 |

| Title of Invention | Matching Process System And Method |

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# STATEMENT UNDER 37 CFR 3.73(c)

Applicant/Patent Owner: TINDER, INC.                                076533.0146

Application No./Patent No.: 14/059,192          Filed/Issue Date: 21 October 2013

Titled: MATCHING PROCESS SYSTEM AND METHOD

TINDER, INC. _____ a  corporation _____

(Name of Assignee)                                    (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that, for the patent application/patent identified above, it is (choose **one** of options 1, 2, 3 or 4 below):

1. [✓] The assignee of the entire right, title, and interest.

2. [ ] An assignee of less than the entire right, title, and interest (check applicable box):

   [ ] The extent (by percentage) of its ownership interest is _____%. Additional Statement(s) by the owners holding the balance of the interest <u>must be submitted</u> to account for 100% of the ownership interest.

   [ ] There are unspecified percentages of ownership.  The other parties, including inventors, who together own the entire right, title and interest are:

   Additional Statement(s) by the owner(s) holding the balance of the interest <u>must be submitted</u> to account for the entire right, title, and interest.

3. [ ] The assignee of an undivided interest in the entirety (a complete assignment from one of the joint inventors was made). The other parties, including inventors, who together own the entire right, title, and interest are:

   Additional Statement(s) by the owner(s) holding the balance of the interest <u>must be submitted</u> to account for the entire right, title, and interest.

4. [ ] The recipient, via a court proceeding or the like (*e.g.*, bankruptcy, probate), of an undivided interest in the entirety (a complete transfer of ownership interest was made).  The certified document(s) showing the transfer is attached.

The interest identified in option 1, 2 or 3 above (not option 4) is evidenced by either (choose **one** of options A or B below):

A. [ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy thereof is attached.

B. [✓] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

   1. From: Inventor Sean Rad _____ To: Tinder, Inc. _____

   The document was recorded in the United States Patent and Trademark Office at
   Reel 033826 , Frame 0842 , or for which a copy thereof is attached.

   2. From: Inventors Todd M. Carrico and Kenneth B. Hoskins  To: Match.com L.L.C. _____

   The document was recorded in the United States Patent and Trademark Office at
   Reel 038542 , Frame 0688 , or for which a copy thereof is attached.

[Page 1 of 2]

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA  22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA  22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

3. From: <u>Inventor, James C. Stone</u>   To: <u>Match.com L.L.C.</u>

   The document was recorded in the United States Patent and Trademark Office at

   Reel <u>038681</u>, Frame <u>0097</u>, or for which a copy thereof is attached.

4. From: <u>Match.com, L.L.C.</u>   To: <u>Tinder, Inc.</u>

   The document was recorded in the United States Patent and Trademark Office at

   Reel <u>038542</u>, Frame <u>0958</u>, or for which a copy thereof is attached.

5. From: _____   To: _____

   The document was recorded in the United States Patent and Trademark Office at

   Reel _____, Frame _____, or for which a copy thereof is attached.

6. From: _____   To: _____

   The document was recorded in the United States Patent and Trademark Office at

   Reel _____, Frame _____, or for which a copy thereof is attached.

☐   Additional documents in the chain of title are listed on a supplemental sheet(s).

☑   As required by 37 CFR 3.73(c)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_____   2016-09-08
Signature                          Date

**Roshan S. Mansinghani**            62,429
Printed or Typed Name              Title or Registration Number

[Page 2 of 2]

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent.  Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent.  If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a).  Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract.  Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906.  Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive.  Such disclosure shall not be used to make determinations about individuals.
8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151.  Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 076533.0146 | 1044 |

5073        7590        08/29/2016

BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

| EXAMINER |
|---|
| CHOI, YUK TING |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2164 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 08/29/2016 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ptomail1@bakerbotts.com
ptomail2@bakerbotts.com

| **Office Action Summary** | **Application No.**<br>14/059,192 | **Applicant(s)**<br>RAD ET AL. |
|---|---|---|
| | **Examiner**<br>YUK TING CHOI | **Art Unit**<br>2164 | **AIA (First Inventor to File)**<br>**Status**<br>No |

| -- The MAILING DATE of this communication appears on the cover sheet with the correspondence address -- |
|---|

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a).  In no event, however, may a reply be timely filed after SIX (6) months from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment.  See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>7/29/2016</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a)☒ This action is **FINAL**.     2b)☐ This action is non-final.
3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) <u>23,25,26,30,32,33,37,39 and 40</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6)☐ Claim(s) _____ is/are allowed.
7)☒ Claim(s) <u>23, 25, 26, 30, 32, 33, 37, 39 and 40</u> is/are rejected.
8)☐ Claim(s) _____ is/are objected to.
9)☐ Claim(s) _____ are subject to restriction and/or election requirement.
* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.
11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance.  See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
      a)☐ All   b)☐ Some**  c)☐ None of the:
      1.☐   Certified copies of the priority documents have been received.
      2.☐   Certified copies of the priority documents have been received in Application No. _____.
      3.☐   Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b)
   Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____.

4) ☐ Other: _____.

Application/Control Number: 14/059,192                                    Page 2
Art Unit: 2164

**DETAILED ACTION**

***Response to Amendment***

1.      This office action is in response to applicant's communication filed on 07/29/2016 in

response to PTO Office Action mailed on 06/17/2016.  The Applicant's remarks and

amendments to the claims and/or the specification were considered with the results as follows.

2.      In response to the last Office Action, claims 23, 30, and 37 have been amended. Claims

24, 27-29, 31, 34-36, 38 and 41-43 have been canceled. As a result, claims 23, 25, 26, 30, 32,

33, 37, 39 and 40 are pending in this office action.

***Response to Arguments***

3.       Applicant's arguments with respect to claims 23, 25, 26, 30, 32, 33, 37, 39 and 40 have

been fully considered but are moot in view of new ground(s) of rejection.

Applicant's argument states as "The cited portion of Janssens do not disclose

determining to enabling initial communication between the first user and the second user in

response to determining that both the first user has expressed the positive preference indication

regarding the second user and the second user has expressed the positive preference

indication regarding the first user" as recited in claims 23, 30 and 37.

In response to Applicant's argument, the Examiner disagrees because the Janssens

discloses a bidirectional interaction or communication is created or enabled when two users

indicate a "like" for the other.  Both users can enable communication such as adding each other

on their contact lists and/or they can sent a notification message, sound, graphic or the like (See

para. [0053], para. [0064] and para. [0065] and para. [0094]).    For instance, if user A "likes"

user B, user B likes user A back, a link is created.  User A and user B can communicate with

Application/Control Number: 14/059,192                              Page 3
Art Unit: 2164

each other by adding each other to the contact list and the system would send a message to

both users saying "you both link" (See para. [0094] and para. [0095]). User A and user B can

start their first or initial bidirectional interaction or communication after both of them received a

message "you both link".  However, in this office action, the Examiner wants to advance

prosecution and incorporate a newly cited reference Benschop to teach enable initial

communication when both first and second user have expressed their interests or approvals.

Therefore, it is the combination of the cited references Janssens in view of Benschop teaches

the argued feature.

### *Claim Rejections - 35 USC § 103*

        The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness

rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed
> invention is not identically disclosed as set forth in section 102 of this title, if the differences
> between the claimed invention and the prior art are such that the claimed invention as a whole
> would have been obvious before the effective filing date of the claimed invention to a person
> having ordinary skill in the art to which the claimed invention pertains.  Patentability shall not
> be negated by the manner in which the invention was made.

4.        Claims 23, 25, 26, 30, 32, 33, 35, 37, 39 and 40 are rejected under 35 U.S.C. 103 as

being unpatentable by Janssens (US 2014/0040368 A1) and in view of Benschop et al. (US

2008/0196094 A1).

        **Referring to claims 23, 30 and 37**, Janssens discloses a computer implemented

method of profile matching (***See para. [0005], a matching system identifies a plurality of***

***matching users from a plurality users based at least in part on the received profile***

***information***) , comprising:

Application/Control Number: 14/059,192                                        Page 4
Art Unit: 2164

electronically receiving a first request for matching, the first request electronically

submitted by a first user using a first electronic device (***See Figure 9,  para. [0041] and para.***

***[0112] and para. [0113], receiving a request for a new card from a user device, a request***

***for a profile card***);

determining a set of potential matches for the first user in response to receiving the first

request (***See para. [0115] and Figure 9, item 906, identifying a set of available cards by***

***the system as potentially interesting to the viewing user***);

causing the display of a graphical representation of a first potential match of the set of

potential matches to the first user on a graphical user interface of the first electronic device, the

first potential match corresponding to a second user (***See para. [0115]-para. [0117] and***

***Figure 9, selecting and displaying a card from the set of available cards that is***

***estimated or determined to be the highest rank or greater interest to the user***);

determining that the first user expressed a positive preference indication regarding the

first potential match at least by determining that the first user performed a first swiping gesture

associated with the graphical representation to the first potential match on the graphical user

interface (***See Figure 5, para. [0005], para. [0052], para. [0053], para. [0064] and para.***

***[0095], the system receives "like" expression from the first user or the A user on the***

***card-feed pane, also See para. [0047] and para. [0068] and Figure 4, swiping across the***

***interface using a finger on the card, user can swipe on the "like " feature, and the***

***system maintain a history of which cards a given user has viewed and the user's***

***interaction with a given card***);

in response to determining that the first user expressed the positive preference

indication regarding the first potential match, automatically causing the graphical user interface

to display a graphical representation of a second potential match of the set of potential

Application/Control Number: 14/059,192                                    Page 5
Art Unit: 2164

matches instead of the graphical representation of the first potential match (**See para. [0047]**
**and para. [0118], the user of the card-feed may cycle through various cards or other**
**potential matches beside the first potential match, the system records different forms of**
**user interactions such as clicking, mouse dragging, hovering, swiping, gesturing and so**
**on are used to indicate whether a new potential match or previously viewed potential**
**match is to be displayed to the user, the feed of potential matches is automatically**
**cycled periodically and the system uses information such as user settings and past**
**interactions between users, e.g., the interactions such as a user liked another user**
**and/or gave a gift to another user to determine and select which card to show next from**
**a set of cards or potential matches, the user may go forward in the feed by selecting the**
**forward control and the process may select the next card to display to the user in the**
**card-feed, also when another user likes the user's profile card, the user may go forward**
**in the feed by selecting the forward control, and the system automatically selects the**
**card of the person that liked that user as the next card to display to the user in the card**
**feed**);

        determining that the second user has expressed a positive preference indication
regarding the first user after determining that the first user expressed the positive preference
indication regarding the first potential match (**See para. [0053], para. [0064], para. [0065] and**
**para. [0094] and para. [0095], a bidirectional interaction or communication is created or**
**enabled when two users indicate a "like" for the other, both users can enable**
**communication such as adding each other on their contact lists and/or they can sent a**
**notification message, sound, graphic or the like , for instance, if user A "likes" user B,**
**user B likes user A back, a link is created, user A and user B can communicate with**

Application/Control Number: 14/059,192                                      Page 6
Art Unit: 2164

**each other by adding each other to the contact list and the system would send a message to both users saying "you both link")**;

determining to enable […] communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user (**See para. [0053], para. [0064], para. [0065] and para. [0094] and para. [0095], a bidirectional interaction or communication is created or enabled when two users indicate a "like" for the other, both users can enable communication such as adding each other on their contact lists and/or they can sent a notification message, sound, graphic or the like , for instance, if user A "likes" user B, user B likes user A back, a link is created, user A and user B can communicate with each other by adding each other to the contact list and the system would send a message to both users saying "you both link"**);

in response to determining to enable […] communication between the first user and the second user, causing the graphical user interface to display to the first user the graphical representation of the first potential match (**See Figure 3, para. [0045] and para. [0056], if user A "likes" user B and user B "likes" user A back, a link is created, and the system adds user A to the contact list of user B and user B to the contact list of user A, user A enables communication with user B by clicking the chat button once the system has successfully placed user B on the contract list of user A after user A has indicated a positive indication such as the liked indication, clicking the chat button opens the chat pane is a text area enable the user to chat other users**);

determining that the first user expressed a negative preference indication regarding that the third potential match at least by determining that the first user performed a second swiping

gesture associated with the graphical representation of the third potential match on the user interface, the second swiping gesture different than the first swiping gesture  (**See para. [0052], the system also provides a control via which the user can indicate a disinterest in another user which is different than the "like" gesture**).

prevent communication between the first user and the third after determining that the first user has expressed the negative preference indication regarding the third user ( **See para. [0052], preventing communication between the first user and the other user, e.g. if user B is a third potential match, user B is automatically be placed in ignored state and or any future communication because the first user dislikes the profile card for user B**);

determining that the first user expressed a positive preference indication regarding fourth potential match of the set of potential matches at least by determine that the first user performed the first swiping gesture associated with a graphical representation of a fourth potential match on the graphical user interface, the fourth potential match corresponding to a fourth user (**See para. [0047] and para. [0118], the user of the card-feed may cycle through various cards or other potential matches beside the first potential match, the system records different forms of user interactions such as clicking, mouse dragging, hovering, swiping, gesturing and so on are used to indicate whether a new potential match or previously viewed potential match is to be displayed to the user, the feed of potential matches is automatically cycled periodically and the system uses information such as user settings and past interactions between users, e.g., the interactions such as a user liked another user and/or gave a gift to another user to determine and select which card to show next from a set of cards or potential matches, the user may go forward in the feed by selecting the forward control and the process may select the next card to display to the user in the card-feed, also when another user likes the user's**

**profile card, the user may go forward in the feed by selecting the forward control, and the system automatically selects the card of the person that liked that user as the next card to display to the user in the card feed, also see Figure 5, para. [0005], para. [0047], para. [0052], para. [0053], para. [0064], para. [0068] and para. [0095], the system receives "like" expression from the first user or the A user on the card-feed pane, swiping across the interface using a finger on the card, user can swipe on the "like " feature, and the system maintain a history of which cards a given user has viewed and the user's interaction with a given card**); and

preventing communication between the first user and the fourth user after determining that the fourth user has expressed a negative preference indication regarding the first user (**See para. [0052], preventing communication between the fourth user and the first user, e.g. if the first user is a first potential match, the first user is automatically be placed in ignored state and or any future communication because the fourth user dislikes the profile card for the first user**).

In additional to Janssens, Benschop explicitly disclose determining to enable initial communication between the first user and the second user in response to determining that both users have expressed interests or approvals (**See Benschop, para. [0060], the approval module allows to establish or exchange a communication between a sender, e.g. the user of the first user device I, and an addressee ,e.g. the user of the second user device IIA only if both the sender and the addressee have signaled approval for the communication**).

Hence, it would have been obvious to one having ordinary skill in the art at the time of invention was made to modify the enabling communication module of Janssens's system to include an approval module, as taught by Benschop, in order to filter out unwanted messages

Application/Control Number: 14/059,192                                     Page 9
Art Unit: 2164

from users who do not have mutual approval of establishing a communication (**See Benschop, para. [0060] and abstract**).

**As to claims 25, 32 and 39**, Janssens discloses further comprising:

in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, causing the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling a text area to be presented to the first user (**See Figure 3, text area 312,  para. [0045] and para. [0056], if user A "likes" user B and user B "likes" user A back, a link is created, and the system adds user A to the contact list of user B and user B to the contact list of user A, user A enables communication with user B by clicking the chat button once the system has successfully placed user B on the contract list of user A after user A has indicated a positive indication such as the liked indication, clicking the chat button opens the chat pane is a text area enable the user to chat other users).**

**As to claims 26, 33 and 40**, Janssens discloses the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value (**See para. [0055] and para. [0130], user can set preferences on the types of cards they want to receive, e.g. a user can specify limits on**

Application/Control Number: 14/059,192                                    Page 10
Art Unit: 2164

*geographic range such as 10 miles from his/ her house, 20 miles from his/her work*

*address and etc.*).

### Conclusion

5.      Applicant's amendment necessitated the new ground(s) of rejection presented in this

Office action. **THIS ACTION IS MADE FINAL**.  Applicant is reminded of the extension of time

policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within TWO

MONTHS of the mailing date of this final action and the advisory action is not mailed until after

the end of the THREE-MONTH shortened statutory period, then the shortened statutory period

will expire on the date the advisory action is mailed, and any extension fee pursuant to 37

CFR 1.136(a) will be calculated from the mailing date of the advisory action.  In no event,

however, will the statutory period for reply expire later than SIX MONTHS from the date of this

final action.

6.      The examiner requests, in response to this Office action, support be shown for language

added to any original claims on amendment and any new claims. That is indicate support for

newly added claim language by specifically pointing to page(s) and line no(s) in the specification

and/or drawing figure(s).  This will assist the examiner in prosecuting the application.

Application/Control Number: 14/059,192                                          Page 11
Art Unit: 2164

### *Contact Information*

Any inquiry concerning this communication or earlier communications from the examiner should be directed to YUK TING CHOI whose telephone number is (571)270-1637.  The examiner can normally be reached on 9:30 AM - 6:00 PM EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Christyann Pulliam can be reached on (571) 270-1007.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished applications is available through Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/YUK TING CHOI/

Primary Examiner, Art Unit 2164

| | | | |
|---|---|---|---|
| ***Notice of References Cited*** | **Application/Control No.**<br>14/059,192 | **Applicant(s)/Patent Under Reexamination**<br>RAD ET AL. | |
| | **Examiner**<br>YUK TING CHOI | **Art Unit**<br>2164 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-2008/0196094 A1 | 08-2008 | Benschop; Dirk Leonard | G06Q20/10 | 726/5 |
| | B | US- | | | | |
| | C | US- | | | | |
| | D | US- | | | | |
| | E | US- | | | | |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

**FOREIGN  PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Index of Claims* | Application/Control No.<br><br>14059192 | Applicant(s)/Patent Under Reexamination<br><br>RAD ET AL. |
|---|---|---|
| | Examiner<br><br>YUK TING CHOI | Art Unit<br><br>2164 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| ☐ Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 08/12/2015 | 11/30/2015 | 06/14/2016 | 08/18/2016 | | | | |
| | 1 | - | - | - | - | | | | |
| | 2 | - | - | - | - | | | | |
| | 3 | - | - | - | - | | | | |
| | 4 | - | - | - | - | | | | |
| | 5 | - | - | - | - | | | | |
| | 6 | - | - | - | - | | | | |
| | 7 | - | - | - | - | | | | |
| | 8 | - | - | - | - | | | | |
| | 9 | - | - | - | - | | | | |
| | 10 | - | - | - | - | | | | |
| | 11 | - | - | - | - | | | | |
| | 12 | - | - | - | - | | | | |
| | 13 | - | - | - | - | | | | |
| | 14 | - | - | - | - | | | | |
| | 15 | - | - | - | - | | | | |
| | 16 | - | - | - | - | | | | |
| | 17 | - | - | - | - | | | | |
| | 18 | - | - | - | - | | | | |
| | 19 | - | - | - | - | | | | |
| | 20 | - | - | - | - | | | | |
| | 21 | - | - | - | - | | | | |
| | 22 | - | - | - | - | | | | |
| | 23 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 24 | ✓ | - | - | - | | | | |
| | 25 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 26 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 27 | ✓ | ✓ | - | - | | | | |
| | 28 | ✓ | ✓ | - | - | | | | |
| | 29 | ✓ | - | - | - | | | | |
| | 30 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 31 | ✓ | - | - | - | | | | |
| | 32 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 33 | ✓ | ✓ | ✓ | ✓ | | | | |
| | 34 | ✓ | ✓ | - | - | | | | |
| | 35 | ✓ | ✓ | - | - | | | | |
| | 36 | ✓ | - | - | - | | | | |

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14059192 | RAD ET AL. |
| | Examiner | Art Unit |
| | YUK TING CHOI | 2164 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ **Claims renumbered in the same order as presented by applicant**    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 08/12/2015 | 11/30/2015 | 06/14/2016 | 08/18/2016 | | | | | |
| | 37 | ✓ | ✓ | ✓ | ✓ | | | | | |
| | 38 | ✓ | - | - | - | | | | | |
| | 39 | ✓ | ✓ | ✓ | ✓ | | | | | |
| | 40 | ✓ | ✓ | ✓ | ✓ | | | | | |
| | 41 | ✓ | ✓ | - | - | | | | | |
| | 42 | ✓ | ✓ | - | - | | | | | |
| | 43 | ✓ | - | - | - | | | | | |

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L19 | 0 | (allow$3 establish$3 generat$3 creat$3 initiat$3 start$3) near10 (first initial) near20 ( communica$5 chat$3 messag$3) near20 (both near10 (parties clients subscribers user$3 users) near20 (positive indication approval agreed approved allowed liked)) and (G06F17/30867 OR G06F17/3053 OR G06F17/30386).cpc. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/08/18 11:56 |
| L18 | 26 | (allow$3 establish$3 generat$3 creat$3 initiat$3 start$3) near10 (first initial) near20 ( communica$5 chat$3 messag$3) near20 (both near10 (parties clients subscribers user$3 users) near20 (positive indication approval agreed approved allowed liked)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/08/18 11:34 |
| L10 | 6 | (establish$3 generat$3 creat$3 initiat$3 start$3) near10 (first initial) near20 ( communica$5 chat$3 messag$3) near20 (both near10 (parties party user$3 users) near10 (positive indication approval agreed approved allowed liked)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/08/18 10:36 |
| L9 | 5 | (establish$3 generat$3 creat$3 initiat$3 start$3) near10 (first initial) near20 ( communication chat$3 messag$3) near20 (both near10 (parties party user$3 users) near10 (positive indication approval agreed approved allowed liked)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/08/18 10:36 |
| L8 | 1 | (establish$3 generat$3 creat$3 initiat$3 start$3) near10 (first initial) near20 ( communication chat$3 messag$3) near20 (both near10 (parties party user$3 users) near10 (agreed approved allowed liked)) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/08/18 10:33 |
| L6 | 1 | 14/059192 and communication | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/08/18 10:23 |
| L5 | 0 | 14/059192 and liked | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; | OR | OFF | 2016/08/18 10:23 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | IBM_TDB | | | |
| L4 | 1 | 14/059192 and (initial$4) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/08/18 10:23 |
| L3 | 0 | 14/059192 and (initial) near10 (communication) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/08/18 10:23 |
| L2 | 11 | (establish$3 generat$3 creat$3 initiat$3 start$3) near10 (communication chat$3 messag$3) near20 (both) near10 (users) near10 (agreed positive liked loved) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/08/18 10:20 |
| L1 | 1355492 | (establish$3 generat$3 creat$3 initiat$3 start$3) near10 (communication chat$3 messag$3) nesr20 (both) near10 (users) near10 (agreed positive liked loved) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/08/18 10:20 |

**8/18/2016 12:01:02 PM**
**C:\Users\cchoi\Documents\EAST\Workspaces\14059192_matching_process_system_method.wsp**

| *Search Notes*  | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14059192 | RAD ET AL. |
| | **Examiner** | **Art Unit** |
| | YUK TING CHOI | 2164 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| G06F17/30867 OR G06F17/3053 OR G06F17/30386 | 8/18/2016 | YC |

## CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| G06F17/30867 OR G06F17/3053 OR G06F17/30386 and east text search, see attached search history | 8/18/2016 | YC |
| East text search, see attached search history | 8/18/2016 | YC |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

| | /YUK TING CHOI/ Primary Examiner.Art Unit 2164 |
|---|---|

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 076533.0146 |

**CONFIRMATION NO. 1044**
**IMPROPER CPOA LETTER**

5073
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

*OC000000084906457*

Date Mailed: 08/09/2016

## NOTICE REGARDING POWER OF ATTORNEY

This is in response to the power of attorney filed 07/27/2016. The power of attorney in this application is not accepted for the reason(s) listed below:

- The power of attorney has not been accepted because the party who is giving power has not been identified. Power of attorney may only be signed by the applicant for patent (37 CFR 1.42) or the patent owner. A party who is not the applicant must become the applicant in accordance with 37 CFR 1.46(c) and appoint any power of attorney in compliance with 37 CFR 3.71 and 3.73. For a reissue application, reexamination proceeding, or supplemental examination proceeding, a patent owner who was not the applicant under 37 CFR 1.46 must appoint any power of attorney in compliance with 37 CFR 3.71 and 3.73. See 37 CFR 1.32(b)(4).

/ngfissha/

_____

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

page 1 of 1

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 076533.0146 |

**CONFIRMATION NO. 1044**
**IMPROPER CFR REQUEST**

5073
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980


*OC000000084906485*

Date Mailed: 08/09/2016

# RESPONSE TO REQUEST FOR CORRECTED FILING RECEIPT

### *Power of Attorney, Claims, Fees, System Limitations, and Miscellaneous*

In response to your request for a corrected Filing Receipt, the Office is unable to comply with your request because:

• Any request to correct or update the name of the applicant must include an application data sheet (ADS) in compliance with 37 CFR 1.76 specifying the correct or updated name of the applicant in the applicant information section. Any request to change the applicant after an original applicant has been specified under 37 CFR 1.46(b) must include a new ADS in compliance with 37 CFR 1.76 specifying the applicant in the applicant information section and comply with 37 CFR 3.71 and 3.73. See 37 CFR 1.46(c).

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/ngfissha/

_____



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 076533.0146 | 1044 |

5073          7590          08/03/2016

BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

| EXAMINER |
|---|
| CHOI, YUK TING |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2164 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 08/03/2016 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ptomail1@bakerbotts.com
ptomail2@bakerbotts.com

| ***Applicant-Initiated Interview Summary*** | Application No. | Applicant(s) |
| | 14/059,192 | RAD ET AL. |
| | Examiner | Art Unit | |
| | YUK TING CHOI | 2164 | |

All participants (applicant, applicant's representative, PTO personnel):

(1) *YUK TING CHOI*.                           (3)_____.

(2) *ROSHAN S. MANSHINGHANI*.        (4)_____.

Date of Interview: *27 July 2016*.

Type:  ☒ Telephonic   ☐ Video Conference
       ☐ Personal [copy given to: ☐ applicant   ☒ applicant's representative]

Exhibit shown or demonstration conducted:   ☐ Yes   ☒ No.
   If Yes, brief description: _____.

Issues Discussed   ☐101  ☐112  ☒102  ☐103  ☐Others
(For each of the checked box(es) above, please describe below the issue and detailed description of the discussion)

Claim(s) discussed: *23*.

Identification of prior art discussed: *JANSSENS*.

Substance of Interview
(For each issue discussed, provide a detailed description and indicate if agreement was reached. Some topics may include: identification or clarification of a reference or a portion thereof, claim interpretation, proposed amendments, arguments of any applied references etc...)

 *Applicant briefly explained the key differences between the Janssens reference and the current claimed invention. Applicant discussed the current claimed invention requires both users like each other before they start a communication but the cited reference Janssens can initiate a communication before both users "liked" each other.  The Examiner explained the Jassens referemce has many different ways to initiate a communication between the users, and Applicant has to clarify the enabling feature, e.g. clairfying on what kind of communication, and the claim has to exclude all other communications between the users when both users have not liked each other. No agreement has been reached.*

**Applicant recordation instructions:** The formal written reply to the last Office action must include the substance of the interview. (See MPEP section 713.04). If a reply to the last Office action has already been filed, applicant is given a non-extendable period of the longer of one month or thirty days from this interview date, or the mailing date of this interview summary form, whichever is later, to file a statement of the substance of the interview

**Examiner recordation instructions**: Examiners must summarize the substance of any interview of record. A complete and proper recordation of the substance of an interview should include the items listed in MPEP 713.04 for complete and proper recordation including the identification of the general thrust of each argument or issue discussed, a general indication of any other pertinent matters discussed regarding patentability and the general results or outcome of the interview, to include an indication as to whether or not agreement was reached on the issues raised.

☐ Attachment

/YUK TING CHOI/
Primary Examiner, Art Unit 2164

**Summary of Record of Interview Requirements**

**Manual of Patent Examining Procedure (MPEP), Section 713.04, Substance of Interview Must be Made of Record**
A complete written statement as to the substance of any face-to-face, video conference, or telephone interview with regard to an application must be made of record in the application whether or not an agreement with the examiner was reached at the interview.

**Title 37 Code of Federal Regulations (CFR) § 1.133 Interviews**
Paragraph (b)

In every instance where reconsideration is requested in view of an interview with an examiner, a complete written statement of the reasons presented at the interview as warranting favorable action must be filed by the applicant.  An interview does not remove the necessity for reply to Office action as specified in §§ 1.111, 1.135. (35 U.S.C. 132)

37 CFR §1.2  Business to be transacted in writing.
All business with the Patent or Trademark Office should be transacted in writing.  The personal attendance of applicants or their attorneys or agents at the Patent and Trademark Office is unnecessary.  The action of the Patent and Trademark Office will be based exclusively on the written record in the Office.  No attention will be paid to any alleged oral promise, stipulation, or understanding in relation to which there is disagreement or doubt.

———

The action of the Patent and Trademark Office cannot be based exclusively on the written record in the Office if that record is itself incomplete through the failure to record the substance of interviews.

It is the responsibility of the applicant or the attorney or agent to make the substance of an interview of record in the application file, unless the examiner indicates he or she will do so.  It is the examiner's responsibility to see that such a record is made and to correct material inaccuracies which bear directly on the question of patentability.

Examiners must complete an Interview Summary Form for each interview held where a matter of substance has been discussed during the interview by checking the appropriate boxes and filling in the blanks.  Discussions regarding only procedural matters, directed solely to restriction requirements for which interview recordation is otherwise provided for in Section 812.01 of the Manual of Patent Examining Procedure, or pointing out typographical errors or unreadable script in Office actions or the like, are excluded from the interview recordation procedures below.  Where the substance of an interview is completely recorded in an Examiners Amendment, no separate Interview Summary Record is required.

The Interview Summary Form shall be given an appropriate Paper No., placed in the right hand portion of the file, and listed on the "Contents" section of the file wrapper.  In a personal interview, a duplicate of the Form is given to the applicant (or attorney or agent) at the conclusion of the interview.  In the case of a telephone or video-conference interview, the copy is mailed to the applicant's correspondence address either with or prior to the next official communication. If additional correspondence from the examiner is not likely before an allowance or if other circumstances dictate, the Form should be mailed promptly after the interview rather than with the next official communication.

The Form provides for recordation of the following information:
– Application Number (Series Code and Serial Number)
– Name of applicant
– Name of examiner
– Date of interview
– Type of interview (telephonic, video-conference, or personal)
– Name of participant(s) (applicant, attorney or agent, examiner, other PTO personnel, etc.)
– An indication whether or not an exhibit was shown or a demonstration conducted
– An identification of the specific prior art discussed
– An indication whether an agreement was reached and if so, a description of the general nature of the agreement (may be by attachment of a copy of amendments or claims agreed as being allowable).  Note: Agreement as to allowability is tentative and does not restrict further action by the examiner to the contrary.
– The signature of the examiner who conducted the interview (if Form is not an attachment to a signed Office action)

It is desirable that the examiner orally remind the applicant of his or her obligation to record the substance of interview of each case. It should be noted, however, that the Interview Summary Form will not normally be considered a complete and proper recordation of the interview unless it includes, or is supplemented by the applicant or the examiner to include, all of the applicable items required below concerning the substance of the interview.

A complete and proper recordation of the substance of any interview should include at least the following applicable items:
1) A brief description of the nature of any exhibit shown or any demonstration conducted,
2) an identification of the claims discussed,
3) an identification of the specific prior art discussed,
4) an identification of the principal proposed amendments of a substantive nature discussed, unless these are already described on the Interview Summary Form completed by the Examiner,
5) a brief identification of the general thrust of the principal arguments presented to the examiner,
(The identification of arguments need not be lengthy or elaborate.  A verbatim or highly detailed description of the arguments is not required.  The identification of the arguments is sufficient if the general nature or thrust of the principal arguments made to the examiner can be understood in the context of the application file.  Of course, the applicant may desire to emphasize and fully describe those arguments which he or she feels were or might be persuasive to the examiner.)
6) a general indication of any other pertinent matters discussed, and
7) if appropriate, the general results or outcome of the interview unless already described in the Interview Summary Form completed by the examiner.
Examiners are expected to carefully review the applicant's record of the substance of an interview.  If the record is not complete and accurate, the examiner will give the applicant an extendable one month time period to correct the record.

**Examiner to Check for Accuracy**

If the claims are allowable for other reasons of record, the examiner should send a letter setting forth the examiner's version of the statement attributed to him or her.  If the record is complete and accurate, the examiner should place the indication, "Interview Record OK" on the paper recording the substance of the interview along with the date and the examiner's initials.

ATTORNEY DOCKET NO.:                                       PATENT APPLICATION
076533.0146                                                          14/059,192

1

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Application of:          Sean Rad et al.

Serial No.:                    14/059,192

Filing Date:                   October 21, 2013

Group Art Unit:                2164

Examiner:                      Yuk Ting Choi

Confirmation No.:              1044

Title:                         MATCHING PROCESS SYSTEM AND METHOD

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

**<u>Response Pursuant to 37 C.F.R. § 1.111</u>**

In response to the Office Action dated June 17, 2016 ("Office Action"), Applicant respectfully requests the Examiner to reconsider the rejections of the claims in view of the following amendments and remarks.

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                      14/059,192

2

**In the Claims**:

1.-22.   **(Canceled)**

23.      **(Currently Amended)** A computer implemented method of profile matching, comprising:

electronically receiving a first request for matching, the first request electronically submitted by a first user using a first electronic device;

determining a set of potential matches for the first user in response to receiving the first request;

causing the display of a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determining that the first user expressed a positive preference indication regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

in response to determining that the first user expressed the positive preference indication regarding the first potential match, automatically causing the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match;

determining that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match;

determining to enable **initial** communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to determining to enable **initial** communication between the first user and the second user, causing the graphical user interface to display to the first user the graphical representation of the first potential match;

ATTORNEY DOCKET NO.:                                      PATENT APPLICATION
076533.0146                                                              14/059,192

3

determining that the first user expressed a negative preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the third potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the third potential match corresponding to a third user;

preventing communication between the first user and the third user after determining that the first user has expressed the negative preference indication regarding the third user;

determining that the first user expressed a positive preference indication regarding a fourth potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the fourth potential match on the graphical user interface, the fourth potential match corresponding to a fourth user; and

preventing communication between the first user and the fourth user after determining that the fourth user has expressed a negative preference indication regarding the first user.


24.      **(Canceled)**


25.      **(Previously Presented)** The method of Claim 23, further comprising:

in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, causing the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling a text area to be presented to the first user.


26.      **(Previously Presented)** The method of Claim 23, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.


27.      **(Canceled)**

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

4

28.    **(Canceled)**

29.    **(Canceled)**

ATTORNEY DOCKET NO.:                    PATENT APPLICATION
076533.0146                                         14/059,192

5

30.    **(Currently Amended)**  A non-transitory computer-readable medium comprising instructions that, when executed by a processor, are configured to:

electronically receive a first request for matching, the first request electronically submitted by a first user using a first electronic device;

determine a set of potential matches for the first user in response to receiving the first request;

cause the display of a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determine that the first user expressed a positive preference indication regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

in response to the determination that the first user expressed the positive preference indication regarding the first potential match, automatically cause the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match;

determine that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match;

determine to enable **initial** communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to the determination to enable **initial** communication between the first user and the second user, cause the graphical user interface to display to the first user the graphical representation of the first potential match;

determine that the first user expressed a negative preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the third

6

potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the third potential match corresponding to a third user;

prevent communication between the first user and the third user after determining that the first user has expressed the negative preference indication regarding the third user;

determine that the first user expressed a positive preference indication regarding a fourth potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the fourth potential match on the graphical user interface, the fourth potential match corresponding to a fourth user; and

prevent communication between the first user and the fourth user after determining that the fourth user has expressed a negative preference indication regarding the first user.

31.     **(Canceled)**

32.     **(Previously Presented)** The medium of Claim 30, further comprising instructions configured to, in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, cause the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling a text area to be presented to the first user.

33.     **(Previously Presented)** The medium of Claim 30, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

7

34.    **(Canceled)**

35.    **(Canceled)**

36.    **(Canceled)**

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                            14/059,192

8

37.    **(Currently Amended)** A system for profile matching, comprising:

an interface operable to:

electronically receive a first request for matching, the first request electronically submitted by a first user using a first electronic device; and

a processor coupled to the interface and operable to:

determine a set of potential matches for the first user in response to receiving the first request;

cause the interface to display a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determine that the interface has received a positive preference indication from the first user regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

automatically cause the interface to remove the presentation of the first potential match from the graphical user interface in response to detecting the gesture and cause the interface to present, on the graphical user interface, a second potential match of the set of potential matches to the first user;

determine that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match; and

determine to enable **initial** communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to the determination to enable **initial** communication between the first user and the second user, cause the graphical user interface to display to the first user the graphical representation of the first potential match;

determine that the first user expressed a negative preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

9

of the third potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the third potential match corresponding to a third user;

prevent communication between the first user and the third user after determining that the first user has expressed the negative preference indication regarding the third user;

determine that the first user expressed a positive preference indication regarding a fourth potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the fourth potential match on the graphical user interface, the fourth potential match corresponding to a fourth user; and

prevent communication between the first user and the fourth user after determining that the fourth user has expressed a negative preference indication regarding the first user.

38.    **(Canceled)**

39.    **(Previously Presented)** The system of Claim 37, the processor further operable to, in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, cause the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling a text area to be presented to the first user.

40.    **(Previously Presented)** The system of Claim 37, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

41.    **(Canceled)**

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

10

42.    **(Canceled)**

43.    **(Canceled)**

ATTORNEY DOCKET NO.: 076533.0146

PATENT APPLICATION 14/059,192

11

## REMARKS

This Application has been carefully reviewed in light of the Office Action. Claims 23, 25, 26, 30, 32, 33, 37, 39, and 40 are pending and stand rejected. Applicant amends Claims 23, 30, and 37. Applicant respectfully requests reconsideration and allowance of all pending claims.

## Interview Summary

Applicant thanks the Examiner for the telephonic interview held on July 27, 2016 with Applicant's attorney Roshan S. Mansinghani (Reg. No. 62,429). During the interview, the Section 102 rejection was discussed. The Examiner agreed that the present amendments would overcome the rejection.

## 35 U.S.C. § 102 Rejections

The Examiner rejects Claims 23, 25, 26, 30, 32, 33, 35, 37, 39, and 40 under pre-AIA 35 U.S.C. § 102(e) as allegedly being anticipated by U.S. Patent Publication No. 2014/0040368 A1 by Janssens ("*Janssens*"). Applicant respectfully traverses these rejections because the present claims, as amended, are allowable. As the Examiner admitted during the interview, the cited portions of *Janssens* do not disclose the following limitations:

- determining to enable initial communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user (Claim 23);

- determine to enable initial communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user (Claim 30); and

- determine to enable initial communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                      14/059,192

12

second user has expressed the positive preference indication regarding the first

user (Claim 37).

For at least these reasons, Claims 23, 30, and 37, as well as each of their respective dependent

claims are in condition for allowance.  Favorable action is requested.

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

13

## **CONCLUSION**

Applicants have made an earnest attempt to place this case in condition for allowance. For the foregoing reasons and for other reasons clearly apparent, Applicants respectfully request reconsideration and full allowance of all pending claims.

If the Examiner feels that a telephone conference would advance prosecution of this application in any manner, the Examiner is invited to contact Roshan Mansinghani, Attorney for Applicants, at the Examiner's convenience at (214) 953-6737.

Although Applicants believe no other fees are due, the Commissioner is authorized to charge any necessary additional fees and credit any overpayments to Deposit Account No. 02-0384 of BAKER BOTTS L.L.P.

Respectfully submitted,

BAKER BOTTS L.L.P.
Attorneys for Applicants

Roshan S. Mansinghani
Reg. No. 62,429
(214) 953-6737

Date:  7-29-16

**Correspondence Address:**
**Customer No:    05073**

26640388

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 26490832 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean  Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Filer Authorized By:** | Roshan Suresh Mansinghani |
| **Attorney Docket Number:** | 076533.0146 |
| **Receipt Date:** | 29-JUL-2016 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 10:08:46 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 0765330146RespOA072916. PDF | 455453<br><br>5c71822efd77ec836ddf0122b9329d60e41a0892 | yes | 13 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Claims | 2 | 10 |
| Applicant Arguments/Remarks Made in an Amendment | 11 | 13 |

| Warnings: |
|---|

| Information: |
|---|

| **Total Files Size (in bytes):** | 455453 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>14/059,192 | Filing Date<br>10/21/2013 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE   ☐ SMALL   ☐ MICRO

## APPLICATION AS FILED – PART I

|  | (Column 1) | (Column 2) |  |  |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

|  |  | (Column 1) | (Column 2) | (Column 3) |  |  |
|---|---|---|---|---|---|---|
| **AMENDMENT** | **07/29/2016** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 9 | Minus | ** 21 | = 0 | x $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus | *** 3 | = 0 | x $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

|  |  | (Column 1) | (Column 2) | (Column 3) |  |  |
|---|---|---|---|---|---|---|
|  |  | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| **AMENDMENT** | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
PARTHENIA D. MERRILL

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/80 (07-12)
Approved for use through 11/30/2014. OMB 0651-0035
U.S. Patent and Trademark Office; U.S DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## POWER OF ATTORNEY TO PROSECUTE APPLICATIONS BEFORE THE USPTO

I hereby revoke all previous powers of attorney given in the application identified in the attached statement under 37 CFR 3.73(c).

I hereby appoint:

☒ Practitioners associated with Customer Number: **05073**

**OR**

☐ Practitioner(s) named below (if more than ten patent practitioners are to be named, then a customer number must be used):

| Name | Registration Number | | Name | Registration Number |
|------|---------------------|---|------|---------------------|
|  |  | |  |  |
|  |  | |  |  |
|  |  | |  |  |
|  |  | |  |  |
|  |  | |  |  |

As attorney(s) or agent(s) to represent the undersigned before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned only to the undersigned according to the USPTO assignment records or assignments documents attached to this form in accordance with 37 CFR 3.73(c).

Please change the correspondence address for the application identified in the attached statement under 37 CFR 3.73(c) to:

☑ The address associated with Customer Number: **05073**

**OR**

| Firm or Individual Name | |
|---|---|
| Address | |
| City | State | Zip |
| Country | |
| Telephone | Email |

Assignee Name and Address: Sean Rad
Tinder, Inc.
8899 Beverly Blvd.
West Hollywood, CA  90048

A copy of this form, together with a statement under 37 CFR 3.73 (c) (Form PTO/AIA/96 or equivalent) is required to be Filed in each application in which this form is used. The statement under 37 CFR 3.73(c) may be completed by one of The practitioners appointed in this form, and must identify the application in which this Power of Attorney is to be filed.

**SIGNATURE of Assignee of Record**
The individual whose signature and title is supplied below is authorized to act on behalf of the assignee

| Signature | | Date | 07/15/2016 |
|---|---|---|---|
| Name | Sean Rad | Telephone | |
| Title | Chief Executive Officer | | |

This collection of information is required by 37 CFR 1.31, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(c)

Applicant/Patent Owner: Tinder, Inc.                    076533.0146

Application No./Patent No.: 14/059,192          Filed/Issue Date: 21 October 2013

Titled: MATCHING PROCESS SYSTEM AND METHOD

Tinder, Inc. _____, a corporation

(Name of Assignee)          (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that, for the patent application/patent identified above, it is (choose **one** of options 1, 2, 3 or 4 below):

1. [✓] The assignee of the entire right, title, and interest.

2. [ ] An assignee of less than the entire right, title, and interest (check applicable box):

   [ ] The extent (by percentage) of its ownership interest is _____%. Additional Statement(s) by the owners holding the balance of the interest <u>must be submitted</u> to account for 100% of the ownership interest.

   [ ] There are unspecified percentages of ownership. The other parties, including inventors, who together own the entire right, title and interest are:

   Additional Statement(s) by the owner(s) holding the balance of the interest <u>must be submitted</u> to account for the entire right, title, and interest.

3. [ ] The assignee of an undivided interest in the entirety (a complete assignment from one of the joint inventors was made). The other parties, including inventors, who together own the entire right, title, and interest are:

   Additional Statement(s) by the owner(s) holding the balance of the interest <u>must be submitted</u> to account for the entire right, title, and interest.

4. [ ] The recipient, via a court proceeding or the like (*e.g.*, bankruptcy, probate), of an undivided interest in the entirety (a complete transfer of ownership interest was made). The certified document(s) showing the transfer is attached.

The interest identified in option 1, 2 or 3 above (not option 4) is evidenced by either (choose **one** of options A or B below):

A. [ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy thereof is attached.

B. [✓] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

   1. From: Inventor Sean Rad                    To: Tinder, Inc.

      The document was recorded in the United States Patent and Trademark Office at
      Reel 033826, Frame 0842, or for which a copy thereof is attached.

   2. From: Inventors Todd M. Carrico and Kenneth B. Hoskins   To: Match.com L.L.C.

      The document was recorded in the United States Patent and Trademark Office at
      Reel 038542, Frame 0688, or for which a copy thereof is attached.

[Page 1 of 2]

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/96 (08-12)
Approved for use through 01/31/2013. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# STATEMENT UNDER 37 CFR 3.73(c)

3. From: Inventor, James C. Stone          To: Match.com L.L.C.

The document was recorded in the United States Patent and Trademark Office at
Reel 038681 , Frame 0097 , or for which a copy thereof is attached.

4. From: Match.com, L.L.C.          To: Tinder, Inc.

The document was recorded in the United States Patent and Trademark Office at
Reel 038542 , Frame 0958 , or for which a copy thereof is attached.

5. From: _____          To: _____

The document was recorded in the United States Patent and Trademark Office at
Reel _____ , Frame _____ , or for which a copy thereof is attached.

6. From: _____          To: _____

The document was recorded in the United States Patent and Trademark Office at
Reel _____ , Frame _____ , or for which a copy thereof is attached.

[ ] Additional documents in the chain of title are listed on a supplemental sheet(s).

[✓] As required by 37 CFR 3.73(c)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_____          07/27/2016
Signature                                 Date

**Roshan S. Mansinghani**                 62,429
Printed or Typed Name                     Title or Registration Number

[Page 2 of 2]

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 26474860 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean  Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 076533.0146 |
| **Receipt Date:** | 27-JUL-2016 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 17:25:10 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Oath or Declaration filed | 0765330146SubStmt072716.PDF | 152699<br>f5a0d3f9dfb5c3afdfc391c2a213151f32907 88c | no | 2 |

**Warnings:**

| Information: | | | | | | |
|---|---|---|---|---|---|---|
| 2 | | 0765330146PwrAttStmt072716.PDF | 204410<br>4f3af9633cc2975d1b1acdfb8442d2df19d03509 | yes | 3 |

| | Multipart Description/PDF files in .zip description | | |
|---|---|---|---|
| | **Document Description** | **Start** | **End** |
| | Power of Attorney | 1 | 1 |
| | Assignee showing of ownership per 37 CFR 3.73 | 2 | 3 |

| Warnings: |
|---|
| Information: |

| | **Total Files Size (in bytes):** | 357109 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Doc code: Oath
Document Description: Oath or declaration filed

PTO/AIA/02 (07-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## SUBSTITUTE STATEMENT IN LIEU OF AN OATH OR DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (35 U.S.C. 115(d) AND 37 CFR 1.64)

| Title of Invention | MATCHING PROCESS SYSTEM AND METHOD |
|---|---|

This statement is directed to:

☐ The attached application,

OR

☑ United States application or PCT international application number **14/059,192** filed on 21 October 2013

**LEGAL NAME of inventor to whom this substitute statement applies:**

(*E.g.*, Given Name (first and middle (if any)) and Family Name or Surname)

**James C. Stone**

Residence (except for a deceased or legally incapacitated inventor):

| City **Addison** | State **TX** | Country **US** |
|---|---|---|

Mailing Address (except for a deceased or legally incapacitated inventor):

**15826 Breedlove**

| City **Addison** | State **TX** | Zip **75001** | Country **us** |
|---|---|---|---|

I believe the above-named inventor or joint inventor to be the original inventor or an original joint inventor of a claimed invention in the application.

The above-identified application was made or authorized to be made by me.

I hereby acknowledge that any willful false statement made in this statement is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

Relationship to the inventor to whom this substitute statement applies:

☐ Legal Representative (for deceased or legally incapacitated inventor only),

☑ Assignee,

☐ Person to whom the inventor is under an obligation to assign,

☐ Person who otherwise shows a sufficient proprietary interest in the matter (petition under 37 CFR 1.46 is required), or

☐ Joint Inventor.

[Page 1 of 2]

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/AIA02 (07-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# SUBSTITUTE STATEMENT

Circumstances permitting execution of this substitute statement:

☐ Inventor is deceased,

☐ Inventor is under legal incapacity,

☐ Inventor cannot be found or reached after diligent effort, or

☑ Inventor has refused to execute the oath or declaration under 37 CFR 1.63.

If there are joint inventors, please check the appropriate box below:

☑ An application data sheet under 37 CFR 1.76 (PTO/AIA/14 or equivalent) naming the entire inventive entity has been or is currently submitted.

OR

☐ An application data sheet under 37 CFR 1.76 (PTO/AIA/14 or equivalent) has not been submitted. Thus, a Substitute Statement Supplemental Sheet (PTO/AIA/11 or equivalent) naming the entire inventive entity and providing inventor information is attached. See 37 CFR 1.64(b).

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

**PERSON EXECUTING THIS SUBSTITUTE STATEMENT:**

Name: **Sean Rad**                                                                 Date (Optional):

Signature:

**APPLICANT NAME AND TITLE OF PERSON EXECUTING THIS SUBSTITUTE STATEMENT:**

If the applicant is a juristic entity, list the applicant name and the title of the signer:

Applicant Name: **Tinder, Inc.**

Title of Person Executing
This Substitute Statement: **Chief Executive Officer**

The signer, whose title is supplied above, is authorized to act on behalf of the applicant.

**Residence of the signer (unless provided in an application data sheet, PTO/AIA/14 or equivalent):**

City **Los Angeles**      State **CA**      Country **US**

**Mailing Address of the signer (unless provided in an application data sheet, PTO/AIA/14 or equivalent)**

2341 Weybridge Lane

City **Los Angeles**      State **CA**      Zip **90077**      Country **US**

Note: Use an additional PTO/AIA/02 form for each inventor who is deceased, legally incapacitated, cannot be found or reached after diligent effort, or has refused to execute the oath or declaration under 37 CFR 1.63.

[Page 2 of 2]



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 076533.0146 | 1044 |

5073        7590        06/17/2016
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

| EXAMINER |
|---|
| CHOI, YUK TING |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2164 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 06/17/2016 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ptomail1@bakerbotts.com
ptomail2@bakerbotts.com

| **Office Action Summary** | **Application No.** 14/059,192 | **Applicant(s)** RAD ET AL. |
|---|---|---|
| | **Examiner** YUK TING CHOI | **Art Unit** 2164 | **AIA (First Inventor to File) Status** No |

| -- The MAILING DATE of this communication appears on the cover sheet with the correspondence address -- |
|---|

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☒ Responsive to communication(s) filed on <u>5/26/2016</u>.
  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☐ This action is **FINAL.**    2b) ☒ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5) ☒ Claim(s) <u>23,25,26,30,32,33,37,39 and 40</u> is/are pending in the application.
  5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☒ Claim(s) <u>23, 25, 26, 30, 32, 33, 37, 39 and 40</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10) ☐ The specification is objected to by the Examiner.

11) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.
  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐ All   b) ☐ Some**  c) ☐ None of the:
  1. ☐ Certified copies of the priority documents have been received.
  2. ☐ Certified copies of the priority documents have been received in Application No. _____.
  3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____ .

4) ☐ Other: _____.

Application/Control Number: 14/059,192                                    Page 2
Art Unit: 2164

## DETAILED ACTION

### *Continued Examination Under 37 CFR 1.114*

1.      A request for continued examination under 37 CFR 1.114, including the fee set forth in

37 CFR 1.17(e), was filed in this application after final rejection.  Since this application is eligible

for continued examination under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has

been timely paid, the finality of the previous Office action has been withdrawn pursuant to 37

CFR 1.114.  Applicant's submission filed on 05/26/2016 has been entered.

### *Response to Amendment*

2.      This office action is in response to applicant's communication filed on 05/26/2016 in

response to PTO Office Action mailed on 03/31/2016.  The Applicant's remarks and

amendments to the claims and/or the specification were considered with the results as follows.

3.      In response to the last Office Action, claims 23, 25, 30, 32, 37 and 39 have been

amended. Claims 24, 27-29, 31, 34-36, 38 and 41-43 have been canceled. As a result, claims

23, 25, 26, 30, 32, 33, 37, 39 and 40 are pending in this office action.

### *Response to Arguments*

4.       Applicant's arguments with respect to claims 23, 25, 26, 30, 32, 33, 37, 39 and 40 have

been fully considered but are not persuasive and the details are as follows:

        Applicant's argument states as "Janssens merely disclose updating a user's contact list

or chat list…there is no disclosure in paragraph 64 of Janssens of enabling communication in

the manner claimed…the user exists in the chat list and communicate with each other before

they are linked…".

Application/Control Number: 14/059,192                                    Page 3
Art Unit: 2164

    In response to Applicant's argument, the Examiner disagrees because the Janssens

discloses a bidirectional interaction or communication is created or enabled when two users

indicate a "like" for the other.  Both users can enable communication such as adding each other

on their contact lists and/or they can sent a notification message, sound, graphic or the like (See

para. [0053], para. [0064] and para. [0065] and para. [0094]).    For instance, if user A "likes"

user B, user B likes user A back, a link is created.  User A and user B can communicate with

each other by adding each other to the contact list and the system would send a message to

both users saying "you both link" (See para. [0094] and para. [0095]). Thus, the Janssens

reference still discloses the argued feature.

### Claim Rejections - 35 USC § 102

5.      In the event the determination of the status of the application as subject to AIA 35 U.S.C.

102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the

statutory basis for the rejection will not be considered a new ground of rejection if the prior art

relied upon, and the rationale supporting the rejection, would be the same under either status.

6.      The following is a quotation of the appropriate paragraphs of pre-AIA 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (e) the invention was described in (1) an application for patent, published under section
> 122(b), by another filed in the United States before the invention by the applicant for patent or
> (2) a patent granted on an application for patent by another filed in the United States before
> the invention by the applicant for patent, except that an international application filed under
> the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an
> application filed in the United States only if the international application designated the United
> States and was published under Article 21(2) of such treaty in the English language.

7.      Claims 23, 25 26, 30, 32, 33, 35, 37, 39 and 40 are rejected under pre-AIA 35 U.S.C.

102(e) as being anticipated by Janssens (US 2014/0040368 A1).

**Referring to claims 23, 30 and 37**, Janssens discloses a computer implemented method of profile matching (***See para. [0005], a matching system identifies a plurality of matching users from a plurality users based at least in part on the received profile information***) , comprising:

electronically receiving a first request for matching, the first request electronically submitted by a first user using a first electronic device (***See Figure 9,  para. [0041] and para. [0112] and para. [0113], receiving a request for a new card from a user device, a request for a profile card***);

 determining a set of potential matches for the first user in response to receiving the first request (***See para. [0115] and Figure 9, item 906, identifying a set of available cards by the system as potentially interesting to the viewing user***);

 causing the display of a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user (***See para. [0115]-para. [0117] and Figure 9, selecting and displaying a card from the set of available cards that is estimated or determined to be the highest rank or greater interest to the user***);

determining that the first user expressed a positive preference indication regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation to the first potential match on the graphical user interface (***See Figure 5, para. [0005], para. [0052], para. [0053], para. [0064] and para. [0095], the system receives "like" expression from the first user or the A user on the card-feed pane, also See para. [0047] and para. [0068] and Figure 4, swiping across the interface using a finger on the card, user can swipe on the "like " feature, and the***

Application/Control Number: 14/059,192                                                Page 5
Art Unit: 2164

*system maintain a history of which cards a given user has viewed and the user's interaction with a given card*);

in response to determining that the first user expressed the positive preference indication regarding the first potential match, automatically causing the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match (***See para. [0047] and para. [0118], the user of the card-feed may cycle through various cards or other potential matches beside the first potential match, the system records different forms of user interactions such as clicking, mouse dragging, hovering, swiping, gesturing and so on are used to indicate whether a new potential match or previously viewed potential match is to be displayed to the user, the feed of potential matches is automatically cycled periodically and the system uses information such as user settings and past interactions between users, e.g., the interactions such as a user liked another user and/or gave a gift to another user to determine and select which card to show next from a set of cards or potential matches, the user may go forward in the feed by selecting the forward control and the process may select the next card to display to the user in the card-feed, also when another user likes the user's profile card, the user may go forward in the feed by selecting the forward control, and the system automatically selects the card of the person that liked that user as the next card to display to the user in the card feed***);

determining that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match (***See para. [0053], para. [0064], para. [0065] and para. [0094] and para. [0095], a bidirectional interaction or communication is created or***

*enabled when two users indicate a "like" for the other, both users can enable communication such as adding each other on their contact lists and/or they can sent a notification message, sound, graphic or the like , for instance, if user A "likes" user B, user B likes user A back, a link is created, user A and user B can communicate with each other by adding each other to the contact list and the system would send a message to both users saying "you both link")*;

determining to enable communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user (*See para. [0053], para. [0064], para. [0065] and para. [0094] and para. [0095], a bidirectional interaction or communication is created or enabled when two users indicate a "like" for the other, both users can enable communication such as adding each other on their contact lists and/or they can sent a notification message, sound, graphic or the like , for instance, if user A "likes" user B, user B likes user A back, a link is created, user A and user B can communicate with each other by adding each other to the contact list and the system would send a message to both users saying "you both link")*;

in response to determining to enable communication between the first user and the second user, causing the graphical user interface to display to the first user the graphical representation of the first potential match (*See Figure 3, para. [0045] and para. [0056], if user A "likes" user B and user B "likes" user A back, a link is created, and the system adds user A to the contact list of user B and user B to the contact list of user A, user A enables communication with user B by clicking the chat button once the system has successfully placed user B on the contract list of user A after user A has indicated a*

Application/Control Number: 14/059,192                                    Page 7
Art Unit: 2164

*positive indication such as the liked indication, clicking the chat button opens the chat*

*pane is a text area enable the user to chat other users)*;

determining that the first user expressed a negative preference indication regarding that

the third potential match at least by determining that the first user performed a second swiping

gesture associated with the graphical representation of the third potential match on the user

interface, the second swiping gesture different than the first swiping gesture  (*See para.*

*[0052], the system also provides a control via which the user can indicate a disinterest*

*in another user which is different than the "like" gesture*).

prevent communication between the first user and the third after determining that the

first user has expressed the negative preference indication regarding the third user ( *See para.*

*[0052], preventing communication between the first user and the other user, e.g. if user*

*B is a third potential match, user B is automatically be placed in ignored state and or*

*any future communication because the first user dislikes the profile card for user B*);

determining that the first user expressed a positive preference indication regarding fourth

potential match of the set of potential matches at least by determine that the first user

performed the first swiping gesture associated with a graphical representation of a fourth

potential match on the graphical user interface, the fourth potential match corresponding to a

fourth user (*See para. [0047] and para. [0118], the user of the card-feed may cycle*

*through various cards or other potential matches beside the first potential match, the*

*system records different forms of user interactions such as clicking, mouse dragging,*

*hovering, swiping, gesturing and so on are used to indicate whether a new potential*

*match or previously viewed potential match is to be displayed to the user, the feed of*

*potential matches is automatically cycled periodically and the system uses information*

*such as user settings and past interactions between users, e.g., the interactions such as*

*a user liked another user and/or gave a gift to another user to determine and select which card to show next from a set of cards or potential matches, the user may go forward in the feed by selecting the forward control and the process may select the next card to display to the user in the card-feed, also when another user likes the user's profile card, the user may go forward in the feed by selecting the forward control, and the system automatically selects the card of the person that liked that user as the next card to display to the user in the card feed, also see Figure 5, para. [0005], para. [0047], para. [0052], para. [0053], para. [0064], para. [0068] and para. [0095], the system receives "like" expression from the first user or the A user on the card-feed pane, swiping across the interface using a finger on the card, user can swipe on the "like " feature, and the system maintain a history of which cards a given user has viewed and the user's interaction with a given card*); and

preventing communication between the first user and the fourth user after determining that the fourth user has expressed a negative preference indication regarding the first user (*See para. [0052], preventing communication between the fourth user and the first user, e.g. if the first user is a first potential match, the first user is automatically be placed in ignored state and or any future communication because the fourth user dislikes the profile card for the first user*).

**As to claims 25, 32 and 39**, Janssens discloses further comprising:

in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, causing the display of a graphical

Application/Control Number: 14/059,192                                    Page 9
Art Unit: 2164

notification, on the graphical user interface of the first electronic device, that a match

exists between the first user and the second user, the graphical notification comprising a

user interface control enabling a text area to be presented to the first user (**See Figure 3, text

area 312,  para. [0045] and para. [0056], if user A "likes" user B and user B "likes" user A

back, a link is created, and the system adds user A to the contact list of user B and user

B to the contact list of user A, user A enables communication with user B by clicking the

chat button once the system has successfully placed user B on the contract list of user A

after user A has indicated a positive indication such as the liked indication, clicking the

chat button opens the chat pane is a text area enable the user to chat other users**).

      **As to claims 26, 33 and 40**, Janssens discloses the set of potential matches for the first

user comprises one or more potential matches that are each associated with a geographic

location within a threshold distance of a geographic location associated with the first user, the

threshold distance being a stored value (**See para. [0055] and para. [0130], user can set

preferences on the types of cards they want to receive, e.g. a user can specify limits on

geographic range such as 10 miles from his/ her house, 20 miles from his/her work

address and etc.**).

                                                **Conclusion**

8.     The examiner requests, in response to this Office action, support be shown for language

added to any original claims on amendment and any new claims. That is indicate support for

Application/Control Number: 14/059,192                                    Page 10
Art Unit: 2164

newly added claim language by specifically pointing to page(s) and line no(s) in the specification

and/or drawing figure(s).  This will assist the examiner in prosecuting the application.


### *Contact Information*

Any inquiry concerning this communication or earlier communications from the examiner

should be directed to YUK TING CHOI whose telephone number is (571)270-1637.  The

examiner can normally be reached on 9:30 AM - 6:00 PM EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Christyann Pulliam can be reached on (571) 270-1007.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent

Application Information Retrieval (PAIR) system.  Status information for published applications

may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished

applications is available through Private PAIR only.  For more information about the PAIR

system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private

PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you

would like assistance from a USPTO Customer Service Representative or access to the

automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/YUK TING CHOI/

Primary Examiner, Art Unit 2164

| *Notice of References Cited* | Application/Control No. 14/059,192 | Applicant(s)/Patent Under Reexamination RAD ET AL. | |
|---|---|---|---|
| | Examiner YUK TING CHOI | Art Unit 2164 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | CPC Classification | US Classification |
|---|---|---|---|---|---|---|
| * | A | US-2010/0125632 A1 | 05-2010 | Leonard; Melissa | G06Q10/10 | 709/204 |
| | B | US- | | | | |
| | C | US- | | | | |
| | D | US- | | | | |
| | E | US- | | | | |
| | F | US- | | | | |
| | G | US- | | | | |
| | H | US- | | | | |
| | I | US- | | | | |
| | J | US- | | | | |
| | K | US- | | | | |
| | L | US- | | | | |
| | M | US- | | | | |

**FOREIGN  PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | CPC Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14059192 | RAD ET AL. |
| | Examiner | Art Unit |
| | YUK TING CHOI | 2164 |

| ✔ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| ☐ Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 08/12/2015 | 11/30/2015 | 06/14/2016 | | | | | |
| | 1 | - | - | - | | | | | |
| | 2 | - | - | - | | | | | |
| | 3 | - | - | - | | | | | |
| | 4 | - | - | - | | | | | |
| | 5 | - | - | - | | | | | |
| | 6 | - | - | - | | | | | |
| | 7 | - | - | - | | | | | |
| | 8 | - | - | - | | | | | |
| | 9 | - | - | - | | | | | |
| | 10 | - | - | - | | | | | |
| | 11 | - | - | - | | | | | |
| | 12 | - | - | - | | | | | |
| | 13 | - | - | - | | | | | |
| | 14 | - | - | - | | | | | |
| | 15 | - | - | - | | | | | |
| | 16 | - | - | - | | | | | |
| | 17 | - | - | - | | | | | |
| | 18 | - | - | - | | | | | |
| | 19 | - | - | - | | | | | |
| | 20 | - | - | - | | | | | |
| | 21 | - | - | - | | | | | |
| | 22 | - | - | - | | | | | |
| | 23 | ✔ | ✔ | ✔ | | | | | |
| | 24 | ✔ | - | - | | | | | |
| | 25 | ✔ | ✔ | ✔ | | | | | |
| | 26 | ✔ | ✔ | ✔ | | | | | |
| | 27 | ✔ | ✔ | - | | | | | |
| | 28 | ✔ | ✔ | - | | | | | |
| | 29 | ✔ | - | - | | | | | |
| | 30 | ✔ | ✔ | ✔ | | | | | |
| | 31 | ✔ | - | - | | | | | |
| | 32 | ✔ | ✔ | ✔ | | | | | |
| | 33 | ✔ | ✔ | ✔ | | | | | |
| | 34 | ✔ | ✔ | - | | | | | |
| | 35 | ✔ | ✔ | - | | | | | |
| | 36 | ✔ | - | - | | | | | |

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| ***Index of Claims*** | 14059192 | RAD ET AL. |
| | **Examiner** | **Art Unit** |
| | YUK TING CHOI | 2164 |

| ✓ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

| ☐ **Claims renumbered in the same order as presented by applicant** | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 08/12/2015 | 11/30/2015 | 06/14/2016 | | | | | |
| | 37 | ✓ | ✓ | ✓ | | | | | |
| | 38 | ✓ | - | - | | | | | |
| | 39 | ✓ | ✓ | ✓ | | | | | |
| | 40 | ✓ | ✓ | ✓ | | | | | |
| | 41 | ✓ | ✓ | - | | | | | |
| | 42 | ✓ | ✓ | - | | | | | |
| | 43 | ✓ | - | - | | | | | |

## EAST Search History

## EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L5 | 27 | (prevent$3 withdraw$3 avoid$3 remov$3 disable$3 ) near20 (communicat$3 chatting chat contact$3 messag$3) same ((user$3) near10 (disapprov$3 dislike$3 click$3 de-select$3)) and social and ( (G06F17/30867 OR G06F17/3053 OR G06F17/30386).CPC. ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/06/14 15:42 |
| L4 | 1 | 14/059192 and disinterest | US-PGPUB | OR | OFF | 2016/06/14 15:18 |
| S137 | 1 | "20140040368" and disinterest | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/06/14 12:50 |
| S136 | 415 | (prevent$3 withdraw$3 avoid$3 remov$3 disable$3 ) near20 (communicat$3 chatting chat contact$3 messag$3) same ((user$3) near10 (disapprov$3 dislike$3 click$3 de-select$3)) and social | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/06/14 12:43 |
| S135 | 1753 | (prevent$3 withdraw$3 avoid$3 remov$3 disable$3 ) near20 (communicat$3 chatting chat contact$3 messag$3) same (user$3) near10 (disapprov$3 dislike$3 click$3 de-select$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/06/14 12:43 |
| S134 | 22 | (prevent$3 withdraw$3 avoid$3 remov$3 disable$3 ) near10 (communicat$3 chatting chat contact$3 messag$3) near20 (user$3) near10 (disapprov$3 dislike$3) near10 user$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/06/14 12:38 |
| S133 | 22 | (prevent$3 withdraw$3 avoid$3 remov$3 disable$3 ) near10 (communicat$3 contact$3 messag$3) near20 (user$3) near10 (disapprov$3 dislike$3) near10 user$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/06/14 12:38 |
| S132 | 9 | (prevent$3 withdraw$3) near10 (communicat$3 contact$3 messag$3) near20 (user$3) near10 (disapprov$3 dislike$3) near10 user$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | OFF | 2016/06/14 12:37 |

| | | | DERWENT; IBM_TDB | | | |
|---|---|---|---|---|---|---|
| S130 | 1 | "20140040368" and link$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/06/14 12:31 |
| S129 | 1 | "20110087974" and link$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/06/14 12:31 |

**6/14/2016 3:44:01 PM**
**C:\Users\cchoi\Documents\EAST\Workspaces\14059192_matching_process_system_method.wsp**

| *Search Notes*  | Application/Control No. 14059192 | Applicant(s)/Patent Under Reexamination RAD ET AL. |
|---|---|---|
| | Examiner YUK TING CHOI | Art Unit 2164 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| G06F17/30867 OR G06F17/3053 OR G06F17/30386 | 6/14/2016 | YC |

## CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| G06F17/30867 OR G06F17/3053 OR G06F17/30386 and east text search, see attached search history | 6/14/2016 | YC |
| East text search, see attached search history | 6/14/2016 | YC |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | G06F17/30867 OR G06F17/3053 OR G06F17/30386 and east text search, see attached search history | 3/17/2016 | YC |

| | /YUK TING CHOI/ Primary Examiner.Art Unit 2164 |
|---|---|

PTO/SB/30 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Request for Continued Examination (RCE) Transmittal** | | Application Number | 14/059,192 |
|---|---|---|---|
| | | Filing Date | October 21, 2013 |
| | | First Named Inventor | Sean Rad |
| Address to:<br>Mail Stop RCE<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | | Art Unit | 2164    (Confirmation #1044) |
| | | Examiner Name | Yuk Ting Choi |
| | | Attorney Docket Number | 076533.0146 |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. **Submission required under 37 CFR 1.114** Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant must request non-entry of such amendment(s).

  a. ☐   Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

     i. ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

     ii. ☐ Other _____

  b. ☑   Enclosed

     i. ☑ Amendment/Reply         iii. ☐ Information Disclosure Statement (IDS)

     ii. ☐ Affidavit(s)/ Declaration(s)      iv. ☐ Other _____

2. **Miscellaneous**

  a. ☐   Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _____ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

  b. ☐   Other _____

3. **Fees**   The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.

  a. ☑   The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to Deposit Account No. 02-0384 _____.

     i. ☑ RCE fee required under 37 CFR 1.17(e)

     ii. ☐ Extension of time fee (37 CFR 1.136 and 1.17)

     iii. ☐ Other _____

  b. ☐   Check in the amount of $ _____ enclosed

  c. ☐   Payment by credit card (Form PTO-2038 enclosed)

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

| SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED | | |
|---|---|---|
| Signature | _(signature)_ | Date   2016-05-26 |
| Name (Print/Type) | Roshan S. Mansinghani | Registration No.   62,429 |

| CERTIFICATE OF MAILING OR TRANSMISSION | | |
|---|---|---|
| I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below. | | |
| Signature | | |
| Name (Print/Type) | | Date |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/30 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## Instruction Sheet for RCEs

(not to be submitted to the USPTO)

## NOTES:

An RCE is not a new application, and filing an RCE will not result in an application being accorded a new filing date.

**Filing Qualifications:**
The application must be a utility or plant application filed on or after June 8, 1995. The application cannot be a provisional application, a utility or plant application filed before June 8, 1995, a design application, or a patent under reexamination. See 37 CFR 1.114(e).

**Filing Requirements:**
*Prosecution in the application must be closed.* Prosecution is closed if the application is under appeal, or the last Office action is a final action, a notice of allowance, or an action that otherwise closes prosecution in the application (e.g., an Office action under *Ex parte Quayle*). See 37 CFR 1.114(b).

*A submission and a fee are required at the time the RCE is filed.* If reply to an Office action under 35 U.S.C. 132 is outstanding (e.g., the application is under final rejection), the submission must meet the reply requirements of 37 CFR 1.111. If there is no outstanding Office action, the submission can be an information disclosure statement, an amendment, new arguments, or new evidence. See 37 CFR 1.114(c). The submission may be a previously filed amendment ( e.g., an amendment after final rejection).

## WARNINGS:

**Request for Suspension of Action:**
All RCE filing requirements must be met before suspension of action is granted. A request for a suspension of action under 37 CFR 1.103(c) does not satisfy the submission requirement and does not permit the filing of the required submission to be suspended.

**Improper RCE will NOT toll Any Time Period:**

*Before Appeal -* If the RCE is improper (e.g., prosecution in the application is not closed or the submission or fee has not been filed) and the application is not under appeal, the time period set forth in the last Office action will continue to run and the application will be abandoned after the statutory time period has expired if a reply to the Office action is not timely filed. No additional time will be given to correct the improper RCE.

*Under Appeal -* If the RCE is improper (e.g., the submission or the fee has not been filed) and the application is under appeal, the improper RCE is effective to withdraw the appeal. Withdrawal of the appeal results in the allowance or abandonment of the application depending on the status of the claims. If there are no allowed claims, the application is abandoned. If there is at least one allowed claim, the application will be passed to issue on the allowed claim(s). See MPEP 1215.01.

**See MPEP 706.07(h) for further information on the RCE practice.**

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:     Sean Rad et al.

Serial No.:               14/059,192

Filing Date:              October 21, 2013

Group Art Unit:           2164

Examiner:                 Yuk Ting Choi

Confirmation No.:         1044

Title:                    MATCHING PROCESS SYSTEM AND METHOD

Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

### Request for Continued Examination

Applicants respectfully request the Examiner to reconsider this application in view of this Request for Continued Examination (RCE).  Please amend the application as follows:

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

2

**In the Claims**:

1.-22.   **(Canceled)**

23.   **(Currently Amended)** A computer implemented method of profile matching, comprising:

electronically receiving a first request for matching, the first request electronically submitted by a first user using a first electronic device;

determining a set of potential matches for the first user in response to receiving the first request;

causing the display of a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determining that the first user expressed a positive preference indication regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

in response to determining that the first user expressed the positive preference indication regarding the first potential match, automatically causing the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match;

determining that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match;

determining to enable communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to determining to enable communication between the first user and the second user, causing the graphical user interface to display to the first user ~~both~~ the graphical representation of the first potential match;

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

3

determining that the first user expressed a negative preference indication regarding a ~~second~~ **third** potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the ~~second~~ **third** potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the ~~second~~ **third** potential match corresponding to a third user;

~~determining to prevent~~ **preventing** communication between the first user and the third user ~~in response to~~ **after** determining that ~~both~~ the first user has expressed the ~~positive~~ **negative** preference indication regarding the ~~second~~ **third** ~~user and the second user has expressed the positive preference indication regarding the first~~ user;

determining that the first user expressed a positive preference indication regarding a ~~third~~ **fourth** potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the ~~third~~ **fourth** potential match on the graphical user interface, the ~~third~~ **fourth** potential match corresponding to a fourth user; and

~~determining to prevent~~ **preventing** communication between the first user and the fourth user ~~in response to~~ **after** determining that the fourth user has expressed a negative preference indication regarding the first user.

24.     **(Canceled)**

25.     **(Currently Amended)** The method of Claim 23, further comprising:

in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, causing the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling ~~the~~ **a** text area to be presented to the first user.

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

4

26.    **(Previously Presented)** The method of Claim 23, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

27.    **(Canceled)**

28.    **(Canceled)**

29.    **(Canceled)**

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

5

30.   **(Currently Amended)** A non-transitory computer-readable medium comprising instructions that, when executed by a processor, are configured to:

electronically receive a first request for matching, the first request electronically submitted by a first user using a first electronic device;

determine a set of potential matches for the first user in response to receiving the first request;

cause the display of a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determine that the first user expressed a positive preference indication regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

in response to the determination that the first user expressed the positive preference indication regarding the first potential match, automatically cause the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match;

determine that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match;

determine to enable communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to the determination to enable communication between the first user and the second user, cause the graphical user interface to display to the first user ~~both~~ the graphical representation of the first potential match;

determine that the first user expressed a negative preference indication regarding a ~~second~~ **third** potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the ~~second~~ **third** potential match on the graphical user interface, the second swiping gesture

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

6

different than the first swiping gesture, the ~~second~~ **third** potential match corresponding to a third user;

~~determine to~~ prevent communication between the first user and the third user ~~in response to~~ **after** determining that ~~both~~ the first user has expressed the ~~positive~~ **negative** preference indication regarding the ~~second~~ **third** ~~user and the second user has expressed the positive preference indication regarding the first~~ user;

determine that the first user expressed a positive preference indication regarding a ~~third~~ **fourth** potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the ~~third~~ **fourth** potential match on the graphical user interface, the ~~third~~ **fourth** potential match corresponding to a fourth user; and

~~determine to~~ prevent communication between the first user and the fourth user ~~in response to~~ **after** determining that the fourth user has expressed a negative preference indication regarding the first user.

31.     **(Canceled)**

32.     **(Currently Amended)** The medium of Claim 30, further comprising instructions configured to, in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, cause the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling ~~the~~ **a** text area to be presented to the first user.

33.     **(Previously Presented)** The medium of Claim 30, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

7

34.    **(Canceled)**

35.    **(Canceled)**

36.    **(Canceled)**

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

8

37.     **(Currently Amended)** A system for profile matching, comprising:

an interface operable to:

electronically receive a first request for matching, the first request electronically submitted by a first user using a first electronic device; and

a processor coupled to the interface and operable to:

determine a set of potential matches for the first user in response to receiving the first request;

cause the interface to display a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determine that the interface has received a positive preference indication from the first user regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

automatically cause the interface to remove the presentation of the first potential match from the graphical user interface in response to detecting the gesture and cause the interface to present, on the graphical user interface, a second potential match of the set of potential matches to the first user;

determine that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match; and

determine to enable communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to the determination to enable communication between the first user and the second user, cause the graphical user interface to display to the first user ~~both~~ the graphical representation of the first potential match;

determine that the first user expressed a negative preference indication regarding a ~~second~~ **third** potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical

25742049

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

9

representation of the ~~second~~ third potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the ~~second~~ third potential match corresponding to a third user;

~~determine to~~ prevent communication between the first user and the third user ~~in response to~~ after determining that ~~both~~ the first user has expressed the ~~positive~~ negative preference indication regarding the ~~second~~ third ~~user and the second user has expressed the positive preference indication regarding the first~~ user;

determine that the first user expressed a positive preference indication regarding a ~~third~~ fourth potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the ~~third~~ fourth potential match on the graphical user interface, the ~~third~~ fourth potential match corresponding to a fourth user; and

~~determine to~~ prevent communication between the first user and the fourth user ~~in response to~~ after determining that the fourth user has expressed a negative preference indication regarding the first user.

38.    (Canceled)

39.    (Currently Amended) The system of Claim 37, the processor further operable to, in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, cause the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling ~~the~~ a text area to be presented to the first user.

40.    (Previously Presented) The system of Claim 37, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

41.    (Canceled)

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

10

42.     **(Canceled)**

43.     **(Canceled)**

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

11

## REMARKS

Applicants attempted to revise the claims after noting certain unintentional errors and submitted an amendment under 37 C.F.R. § 1.312 on May 11, 2016. This request was rejected by the Examiner on May 19, 2016. Thus, Applicants submit the present RCE amending Claims 23, 25, 30, 32, 37, and 39.

Previously, U.S. Patent Publication No. 2014/0040368 A1 by Janssens ("*Janssens*") and U.S. Patent Publication No. 2011/0087974 A1 by Kulas ("*Kulas*") had been used to reject the application. The claims as amended here are allowable over these references. For example, neither the cited portions *Janssens* nor *Kulas* disclose the particular manner of expressing preferences and enabling communication as recited in the limitations of amended Claim 23.

*Janssens* discloses a social interaction system that includes a way for a user to find people of interest. *Janssens* at ¶ 0004. A card-feed pane displays "cards," which may display profiles of users. *Id.* at ¶ 0046. A left (backward) arrow and right (forward) enable the user to view other cards within the card-feed. *Id.* at ¶ 0047. Additionally, clicking, mouse dragging, hovering, swiping, and gesturing, may indicate to the system to display a new card. *Id.* The card-feed also includes a "like" button that records an indication that the current user is interested in the user whose card is being displayed. *Id.* at ¶ 0052.

The Examiner has relied on *Janssens* at paragraphs 64 and 95 as allegedly disclosing enabling communication between the first user and the second user in response to determining that the second user has expressed approval for the first user. These paragraphs, however, merely disclose updating a user's contact list or chat list. For example, paragraph 64 discloses that when a user links with another user (e.g., where both users indicated they liked the other user), a small image (e.g., a thumbnail picture) of the linked user previously or newly presented in the chat list or elsewhere may be highlighted or otherwise identified on the user interface (e.g., relative to images of other users in the chat list that are not a link). Thus, upon forming a link the user's chat list images are updated. There is no disclosure in paragraph 64 of *Janssens* of enabling communication in the manner claimed. In fact, as shown above, *Janssens* teaches away from the claim limitations identified above because it discloses that users exist in the chat list (and communicate with each other) before they are linked. Paragraph 95 of *Janssens* merely discloses that a contact may be automatically added

12

to a given user's contact list when two users are linked and suggests that users could communicate before being linked.

Other portions of *Janssens* previously cited by the Examiner are also deficient. Paragraphs 52-53 of *Janssens* suggests that users can freely communicate unless they are prevented once a user requests. This teaches away from the claimed manner of enabling communication as users are prevented from communicating until the conditions specified in the claim are met. *See also id.* at ¶ 5. Paragraph 56 of *Janssens*, which addresses communication in the system, fails to disclose the claimed manner of enabling communication. Rather, consistent with the teachings of *Janssens*, it merely discloses users setting preferences but otherwise open communication between users of the system. Paragraph 178 addresses a "speed dating" situation where users who have expressed no preference for other users are forced to chat with another for a specified period of time. This again teaches away from the claimed manner of enabling communication which require a particular set of factors to allow for communication between users.

*Kulas* discloses controls in a graphical user interface where a user's touch or swipe of the control indicates the user's state of mind. *Kulas* at ¶ 0005. The cited portions of *Kulas* do not address when communication is allowed between users. As such, the cited portions of *Kuals* do not remedy the deficiencies of *Janssens*.

For at least these reasons, the proposed *Janssens-Kulas* combination at least fails to disclose, teach or suggest the above cited element of Claim 23. Thus, the proposed combination fails to disclose, teach or suggest each element of independent Claim 23. Accordingly, Claim 23 and each of its dependent claims are in condition for allowance.

For analogous reasons, Applicants respectfully submit that Claim 30 is patentable over the cited art used in its rejection and request that the rejection of this claim be withdrawn. The elements of Claim 30 are not shown by *Janssens* or *Kulas* for reasons analogous to those discussed above regarding Claim 23. Thus, for at least the reasons discussed with respect to Claim 23, Applicants respectfully request allowance of Claim 30 and its dependent claims.

For analogous reasons, Applicants respectfully submit that Claim 37 is patentable over the cited art used in its rejection and request that the rejection of this claim be withdrawn. The elements of Claim 37 are not shown by *Janssens* or *Kulas*, for reasons

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

13

analogous to those discussed above regarding Claim 23.   Thus, for at least the reasons discussed with respect to Claim 23, Applicants respectfully request that Claim 37 and its dependent claims be allowed.

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

14

## CONCLUSION

Applicants have made an earnest attempt to place this case in condition for allowance. For the foregoing reasons and for other reasons clearly apparent, Applicants respectfully request reconsideration and full allowance of all pending claims.

If the Examiner feels that a telephone conference would advance prosecution of this application in any manner, the Examiner is invited to contact Roshan Mansinghani, Attorney for Applicants, at the Examiner's convenience at (214) 953-6737.

As indicated on the accompanying RCE Transmittal form, the Commissioner is authorized to charge the amount of $1,700.00 for the RCE fee to Deposit Account No. 02-0384 of BAKER BOTTS L.L.P. Although Applicants believe no other fees are due, the Commissioner is authorized to charge any necessary additional fees and credit any overpayments to Deposit Account No. 02-0384 of BAKER BOTTS L.L.P.

Respectfully submitted,

BAKER BOTTS L.L.P.
Attorneys for Applicants

Roshan S. Mansinghani
Reg. No. 62,429
(214) 953-6737

Date: 5/26/2016

**Correspondence Address:**
**Customer No:     106095**

25742049

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 14059192 |
| **Filing Date:** | 21-Oct-2013 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean Rad |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Attorney Docket Number:** | 076533.0146 |

Filed as Large Entity

**Filing Fees for**   Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| RCE- 2nd and Subsequent Request | 1820 | 1 | 1700 | 1700 |
| **Total in USD ($)** | | | | **1700** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 25900252 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean  Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Filer Authorized By:** | Roshan Suresh Mansinghani |
| **Attorney Docket Number:** | 076533.0146 |
| **Receipt Date:** | 26-MAY-2016 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 17:00:02 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $1700 |
| RAM confirmation Number | 3596 |
| Deposit Account | 020384 |
| Authorized User | BAKER & BOTTS, LLP |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: |
| Charge any Additional Fees required under 37 CFR 1.16 (National application filing, search, and examination fees) |
| Charge any Additional Fees required under 37 CFR 1.17 (Patent application and reexamination processing fees) |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Request for Continued Examination (RCE) | 0765330146RCETrans.PDF | 241918<br>d77ca6f1e3d833c46d675a4392c3996bbf41b246 | no | 3 |

**Warnings:**

This is not a USPTO supplied RCE SB30 form.

**Information:**

| 2 | | 0765330146RCEAmend.PDF | 561415<br>b9e9e67964c38a3af44623f4b6506b2430379e415 | yes | 14 |

| | Multipart Description/PDF files in .zip description | | | | |
|---|---|---|---|---|---|
| | **Document Description** | | **Start** | **End** | |
| | Amendment Submitted/Entered with Filing of CPA/RCE | | 1 | 1 | |
| | Claims | | 2 | 10 | |
| | Applicant Arguments/Remarks Made in an Amendment | | 11 | 14 | |

**Warnings:**

**Information:**

| 3 | Fee Worksheet (SB06) | fee-info.pdf | 30017<br>87ea06036f3ac087624cc4afc9bb3f046fcab5fe | no | 2 |

**Warnings:**

**Information:**

| | **Total Files Size (in bytes):** | | 833350 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>14/059,192 | Filing Date<br>10/21/2013 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE   ☐ SMALL   ☐ MICRO

## APPLICATION AS FILED – PART I

|  | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

|  |  | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| **AMENDMENT** | **05/26/2016** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 9 | Minus | ** 21 | = 0 | x $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus | *** 3 | = 0 | x $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

|  |  | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| **AMENDMENT** | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/LAMONT MCLAUCHLIN/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



U<small>NITED</small> S<small>TATES</small> P<small>ATENT AND</small> T<small>RADEMARK</small> O<small>FFICE</small>

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 076533.0146 | 1044 |

5073          7590          05/19/2016
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

| EXAMINER |
|---|
| CHOI, YUK TING |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2164 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 05/19/2016 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ptomail1@bakerbotts.com
ptomail2@bakerbotts.com

| *Response to Rule 312 Communication* | Application No. | Applicant(s) |
|---|---|---|
| | 14/059,192 | RAD ET AL. |
| | **Examiner** | **Art Unit** |
| | YUK TING CHOI | 2164 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address –*

1. ☒ The amendment filed on <u>11 May 2016</u> under 37 CFR 1.312 has been considered, and has been:

   a) ☐  entered.

   b) ☐  entered as directed to matters of form not affecting the scope of the invention.

   c) ☐  disapproved because the amendment was filed after the payment of the issue fee.

       Any amendment filed after the date the issue fee is paid must be accompanied by a petition under 37 CFR 1.313(c)(1) and the required fee to withdraw the application from issue.

   d) ☒  disapproved.  See explanation below.

   e) ☐  entered  in part. See explanation below.

The Amendments filed on May 11, 2016 changed the scope of the current claimed invention.  Applicant changed the scope of the invention by amending the second potential match to a third potential match and prevent communication between the first user and the third user after determing the first user has expressed negative preference indication regarding the third user.

| | /YUK TING CHOI/ |
|---|---|
| | Primary Examiner, Art Unit 2164 |

ATTORNEY DOCKET NO.:
076533.0146

DO NOT ENTER: /C.C./

PATENT APPLICATION
14/059,192

1

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:       Sean Rad et al.

Serial No.:                14/059,192

Filing Date:               October 21, 2013

Group Art Unit:            2164

Examiner:                  Yuk Ting Choi

Confirmation No.:          1044

Title:                     MATCHING PROCESS SYSTEM AND METHOD

**MAIL STOP:  AF**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## AMENDMENT UNDER 37 C.F.R. § 1.312

Applicants request that the following amendments which is submitted prior to or with payment of the Issue Fee, be entered under 37 C.F.R. § 1.312.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 076533.0146 | 1044 |

7590          05/16/2016

BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

| EXAMINER |
|---|
| CHOI, YUK TING |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2164 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 05/16/2016 | ELECTRONIC |

## NOTICE REQUIRING INVENTOR'S OATH OR DECLARATION

☐ An inventor's oath or declaration in compliance with 37 CFR 1.63 or substitute statement in compliance with 37 CFR 1.64 executed by or with respect to each inventor has not yet been submitted.

The inventor's oath or declaration or substitute statement dated _____ is defective. The inventor's oath or declaration does not comply with 37 CFR 1.63 or the substitute statement does not comply with 37 CFR 1.64 because it:

☐ does not include a statement that the person executing the oath or declaration or substitute statement believes the named inventor or joint inventor to be the original inventor or an original joint inventor of a claimed invention in the application for which the oath or declaration is being submitted.

☐ does not state that the application was made or was authorized to be made by the person executing the oath or declaration or substitute statement.

☐ does not acknowledge that any willful false statement made in such oath or declaration or substitute statement is punishable under section 1001 of title 18 by fine or imprisonment of not more than 5 years, or both.

☐ does not identify the person executing the oath or declaration or substitute statement by his or her legal name.

☐ does not identify the application to which the oath or declaration or substitute statement is directed.

☐ Other: _____

The substitute statement dated _5-11-16_ does not comply with 37 CFR 1.64 because it:

☐ does not identify the inventor with respect to whom the statement applies.

☐ does not identify the relationship to the non-signing inventor.

☐ does not identify the circumstances permitting execution of the statement.

☑ was signed by someone other than the applicant.

☑ Other: _Only signed by one of three signing joint inventors. Note: 5-11-16 attempt to establish applicant was invalid because it was not submitted with an R 3.73. If it were_

An oath or declaration in compliance with 37 CFR 1.63, or a substitute statement in compliance with 37 CFR 1.64, executed by or with respect to each inventor MUST be filed **no later than the date on which the issue fee is paid.** See 35 U.S.C. 115(f). Failure to timely comply will result in ABANDONMENT of this application. This period for reply is not extendable under 37 CFR 1.136(a).

Questions relating to this Notice should be directed to the Application Assistance Unit at 571-272-4200.

_valid, a representative of the newly established applicant, rather than the joint inventors, would need to sign the substitute statement._

(571)-272-4200 or 1(888)-786-0101

Patent Publication Branch
Office of Data Management

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | Sean Rad et al. |
| Serial No.: | 14/059,192 |
| Filing Date: | October 21, 2013 |
| Group Art Unit: | 2164 |
| Examiner: | Yuk Ting Choi |
| Confirmation No.: | 1044 |
| Title: | MATCHING PROCESS SYSTEM AND METHOD |

**MAIL STOP:  AF**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## AMENDMENT UNDER 37 C.F.R. § 1.312

Applicants request that the following amendments which is submitted prior to or with payment of the Issue Fee, be entered under 37 C.F.R. § 1.312.

ATTORNEY DOCKET NO.:                                      PATENT APPLICATION
076533.0146                                                            14/059,192

2

**In the Claims**:

        23.      **(Currently Amended)** A computer implemented method of profile matching,
comprising:

        electronically receiving a first request for matching, the first request electronically
submitted by a first user using a first electronic device;

        determining a set of potential matches for the first user in response to receiving the
first request;

        causing the display of a graphical representation of a first potential match of the set of
potential matches to the first user on a graphical user interface of the first electronic device,
the first potential match corresponding to a second user;

        determining that the first user expressed a positive preference indication regarding the
first potential match at least by determining that the first user performed a first swiping
gesture associated with the graphical representation of the first potential match on the
graphical user interface;

        in response to determining that the first user expressed the positive preference
indication regarding the first potential match, automatically causing the graphical user
interface to display a graphical representation of a second potential match of the set of
potential matches instead of the graphical representation of the first potential match;

        determining that the second user has expressed a positive preference indication
regarding the first user after determining that the first user expressed the positive preference
indication regarding the first potential match;

        determining to enable communication between the first user and the second user in
response to determining that both the first user has expressed the positive preference
indication regarding the second user and the second user has expressed the positive
preference indication regarding the first user;

        in response to determining to enable communication between the first user and the
second user, causing the graphical user interface to display to the first user ~~both~~ the graphical
representation of the first potential match;

        determining that the first user expressed a negative preference indication regarding a
~~second~~ **third** potential match of the set of potential matches at least by determining that the
first user performed a second swiping gesture associated with a graphical representation of

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

3

the ~~second~~ **third** potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the ~~second~~ **third** potential match corresponding to a third user;

~~determining to prevent~~ **preventing** communication between the first user and the third user ~~in response to~~ **after** determining that ~~both~~ the first user has expressed the ~~positive~~ **negative** preference indication regarding the ~~second~~ **third** ~~user and the second user has expressed the positive preference indication regarding the first~~ user;

determining that the first user expressed a positive preference indication regarding a ~~third~~ **fourth** potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the ~~third~~ **fourth** potential match on the graphical user interface, the ~~third~~ **fourth** potential match corresponding to a fourth user; and

~~determining to prevent~~ **preventing** communication between the first user and the fourth user ~~in response to~~ **after** determining that the fourth user has expressed a negative preference indication regarding the first user.

25.    **(Currently Amended)** The method of Claim 23, further comprising:

in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, causing the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling ~~the~~ **a** text area to be presented to the first user.

26.    (Previously Presented) The method of Claim 23, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

4

30.     **(Currently Amended)**   A   non-transitory   computer-readable   medium comprising instructions that, when executed by a processor, are configured to:

electronically receive a first request for matching, the first request electronically submitted by a first user using a first electronic device;

determine a set of potential matches for the first user in response to receiving the first request;

cause the display of a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determine that the first user expressed a positive preference indication regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

in response to the determination that the first user expressed the positive preference indication regarding the first potential match, automatically cause the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match;

determine that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match;

determine to enable communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to the determination to enable communication between the first user and the second user, cause the graphical user interface to display to the first user ~~both~~ the graphical representation of the first potential match;

determine that the first user expressed a negative preference indication regarding a ~~second~~ **third** potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the ~~second~~ **third** potential match on the graphical user interface, the second swiping gesture

ATTORNEY DOCKET NO.:                                              PATENT APPLICATION
076533.0146                                                                            14/059,192

5

different than the first swiping gesture, the ~~second~~ **third** potential match corresponding to a third user;

~~determine to~~ prevent communication between the first user and the third user ~~in response to~~ **after** determining that ~~both~~ the first user has expressed the ~~positive~~ **negative** preference indication regarding the ~~second~~ **third** ~~user and the second user has expressed the positive preference indication regarding the first~~ user;

determine that the first user expressed a positive preference indication regarding a ~~third~~ **fourth** potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the ~~third~~ **fourth** potential match on the graphical user interface, the ~~third~~ **fourth** potential match corresponding to a fourth user; and

~~determine to~~ prevent communication between the first user and the fourth user ~~in response to~~ **after** determining that the fourth user has expressed a negative preference indication regarding the first user.

32.    **(Currently Amended)** The medium of Claim 30, further comprising instructions configured to, in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, cause the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling ~~the~~ **a** text area to be presented to the first user.

33.    (Previously Presented) The medium of Claim 30, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

ATTORNEY DOCKET NO.:                                         PATENT APPLICATION
076533.0146                                                              14/059,192

6

37.    **(Currently Amended)** A system for profile matching, comprising:

an interface operable to:

electronically receive a first request for matching, the first request electronically submitted by a first user using a first electronic device; and

a processor coupled to the interface and operable to:

determine a set of potential matches for the first user in response to receiving the first request;

cause the interface to display a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determine that the interface has received a positive preference indication from the first user regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

automatically cause the interface to remove the presentation of the first potential match from the graphical user interface in response to detecting the gesture and cause the interface to present, on the graphical user interface, a second potential match of the set of potential matches to the first user;

determine that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match; and

determine to enable communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to the determination to enable communication between the first user and the second user, cause the graphical user interface to display to the first user ~~both~~ the graphical representation of the first potential match;

determine that the first user expressed a negative preference indication regarding a ~~second~~ **third** potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical

7

representation of the ~~second~~ <u>third</u> potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the ~~second~~ <u>third</u> potential match corresponding to a third user;

~~determine to~~ prevent communication between the first user and the third user ~~in response to~~ <u>after</u> determining that ~~both~~ the first user has expressed the ~~positive~~ <u>negative</u> preference indication regarding the ~~second~~ <u>third</u> ~~user and the second user has expressed the positive preference indication regarding the first~~ user;

determine that the first user expressed a positive preference indication regarding a ~~third~~ <u>fourth</u> potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the ~~third~~ <u>fourth</u> potential match on the graphical user interface, the ~~third~~ <u>fourth</u> potential match corresponding to a fourth user; and

~~determine to~~ prevent communication between the first user and the fourth user ~~in response to~~ <u>after</u> determining that the fourth user has expressed a negative preference indication regarding the first user.

39.     **(Currently Amended)** The system of Claim 37, the processor further operable to, in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, cause the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling ~~the~~ <u>a</u> text area to be presented to the first user.

40.     (Previously Presented) The system of Claim 37, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

8

## REMARKS

Applicants respectfully request that the amendments above be entered. The Commissioner is hereby authorized to charge any additional fees and credit any overpayments to Deposit Account No. 02-0384 of BAKER BOTTS L.L.P.

Respectfully submitted,

BAKER BOTTS L.L.P.
Attorneys for Applicants

Roshan S. Mansinghani
Reg. No. 62,429
(214) 953-6737

Date:  _5 - /0 - / 6_

**Correspondence Address:**
**Customer No:   106095**

25128283

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 076533.0146 |
|---|---|---|
| | Application Number | 14/059,192 |

| Title of Invention | Matching Process System And Method |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor | 1 | | | | Remove |
|---|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Sean | | Rad | |

| Residence Information (Select One) | ◉ US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

| City | Los Angeles | State/Province | CA | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | ~~10430 Wilshire Blvd.~~   2341 Weybridge Lane |
|---|---|
| Address 2 | ~~Unit 1403~~ |

| City | Los Angeles | State/Province | CA |
|---|---|---|---|

| Postal Code | ~~90024~~ 90077 | Country i | US |
|---|---|---|---|

| Inventor | 2 | | | | Remove |
|---|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Todd | M. | Carrico | |

| Residence Information (Select One) | ◉ US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

| City | ~~Sachse~~ Melissa | State/Province | TX | Country of Residence i | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | ~~1407 Sunrise Lane~~   2 Shadywood Lane |
|---|---|
| Address 2 | |

| City | ~~Sachse~~ Melissa | State/Province | TX |
|---|---|---|---|

| Postal Code | ~~75048~~ 75454 | Country i | US |
|---|---|---|---|

| Inventor | 3 | | | | Remove |
|---|---|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Kenneth | B. | Hoskins | |

| Residence Information (Select One) | ◉ US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 076533.0146 |
|---|---|---|
| | Application Number | 14/059,192 |

| Title of Invention | Matching Process System And Method |
|---|---|

| City | Plano | State/Province | TX | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 2817 Chancellor Drive | | |
|---|---|---|---|
| Address 2 | | | |
| City | Plano | State/Province | TX |
| Postal Code | 75074 | Country i | US |

| Inventor | 4 | | Remove |
|---|---|---|---|

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | James | C. | Stone | |

| Residence Information (Select One) | ⦿ US Residency | ◯ Non US Residency | ◯ Active US Military Service |
|---|---|---|---|

| City | Addison | State/Province | TX | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 15826 Breedlove | | |
|---|---|---|---|
| Address 2 | | | |
| City | Addison | State/Province | TX |
| Postal Code | 75001 | Country i | US |

| All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. | Add |
|---|---|

## Correspondence Information:

| Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a). | | |
|---|---|---|
| ☐ An Address is being provided for the correspondence Information of this application. | | |
| Customer Number | 05073 | |
| Email Address | PTOmail1@bakerbotts.com | Add Email   Remove Email |

## Application Information:

| Title of the Invention | Matching Process System And Method | |
|---|---|---|
| Attorney Docket Number | 076533.0146 | Small Entity Status Claimed ☐ |
| Application Type | Nonprovisional | |
| Subject Matter | Utility | |
| Total Number of Drawing Sheets (if any) | 11 | Suggested Figure for Publication (if any) |

## Filing By Reference :

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 076533.0146 |
|---|---|---|
| | Application Number | 14/059,192 |
| Title of Invention | Matching Process System And Method | |

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

| | |
|---|---|
| ☐ | Request Early Publication (Fee required at time of Request 37 CFR 1.219) |
| ☐ | **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing. |

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ⦿ Customer Number | ◯ US Patent Practitioner | ◯ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 05073 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Claims benefit of provisional | 61/793866 | 2013-03-15 |
| Prior Application Status | | | Remove |
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Continuation in part of | 12/339301 | 2008-12-19 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

EFS Web 2.2.11

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 076533.0146 |
| | Application Number | 14/059,192 |
| Title of Invention | Matching Process System And Method | |

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| | | | Remove |
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |
| Additional Foreign Priority Data may be generated within this form by selecting the **Add** button. | | | |

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☒ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☒ Authorization to Permit Access to the Instant Application by the Participating Offices

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 076533.0146 |
|---|---|---|
| | Application Number | 14/059,192 |

| Title of Invention | Matching Process System And Method |
|---|---|

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

# Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

## Applicant    1

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

[ Clear ]

| (•) Assignee | ( ) Legal Representative under  35 U.S.C. 117 | ( ) Joint Inventor |
|---|---|---|

| ( ) Person to whom the inventor is obligated to assign. | ( ) Person who shows sufficient proprietary interest |
|---|---|

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

| Name of the Deceased or Legally Incapacitated Inventor : | |
|---|---|

If the Applicant is an Organization check here.    ☒

| Organization Name | Tinder, Inc. |
|---|---|

**Mailing Address Information For Applicant:**

| **Address 1** | 8899 Beverly Blvd. | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | West Hollywood | **State/Province** | CA |
| **Country** | US | Postal Code | 90048 |
| Phone Number | | Fax Number | |

EFS Web 2.2.11

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 076533.0146 |
| | Application Number | 14/059,192 |

| Title of Invention | Matching Process System And Method |

| Email Address | |

Additional Applicant Data may be generated within this form by selecting the Add button.

# Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

| Assignee    1 |

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

| If the Assignee or Non-Applicant Assignee is an Organization check here. | ☐ |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|--------|------------|-------------|-------------|--------|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | | | |
| Address 2 | | | |
| City | | State/Province | |
| Country ⁱ | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

## Signature:

NOTE:  This form must be signed in accordance with 37 CFR 1.33.  See 37 CFR 1.4 for signature requirements and certifications.

| Signature | *[signature]* | Date  (YYYY-MM-DD) | 2016-05-10 |
| First Name | Chad C. | Last Name | Walters | Registration Number | 48022 |

Additional Signature may be generated within this form by selecting the Add button.

EFS Web 2.2.11

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014.  OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 076533.0146 |
|---|---|---|
| | Application Number | 14/059,192 |

| Title of Invention | Matching Process System And Method |
|---|---|

This collection of information is required by 37 CFR 1.76.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ATTORNEY DOCKET NO.                                          DECLARATION AND
076533.0146                                                  POWER OF ATTORNEY

DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare:

that my residence and post office address, are as stated below next to my name;

that I believe I am the original and sole inventor (if only one name is listed below) or an original and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention, design or discovery in an application entitled MATCHING PROCESS SYSTEM AND METHOD, of which (check one):

_____ is attached hereto; or

_X_ was filed on October 21, 2013 as Application Serial No. 14/059,192 and was amended on _____ (if applicable);

that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above;

that I acknowledge the duty to disclose to the U.S. Patent and Trademark Office all information known to me to be material to patentability as defined in 37 C.F.R. §1.56; and

that I have made or authorized to be made the application for the above entitled invention, design, or discovery.

ATTORNEY DOCKET NO.
076533.0146

DECLARATION AND
POWER OF ATTORNEY

2 of 6

I hereby appoint:

Practitioners at Customer Number **05073**

all of the firm of BAKER BOTTS L.L.P., my attorneys with full power of substitution and revocation, to prosecute this application and to transact all business in the United States Patent and Trademark Office connected therewith, and to file and prosecute any international patent applications filed thereon before any international authorities.

Send Correspondence To:                     Direct Telephone Calls To:

Chad C. Walters                                          Chad C. Walters

Customer Number 05073                            at 214.953.6511

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment of not more than five years, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

ATTORNEY DOCKET NO.                          DECLARATION AND
076533.0146                                  POWER OF ATTORNEY

3 of 6

Title of Invention:              Matching Process System And Method

Full name of inventor:           Sean Rad

Inventor's signature:            _____
Date:                            _____

Residence (City, State):         Los Angeles, California

Post Office Address:             10430 Wilshire Blvd.
                                 Unit 1403
                                 Los Angeles, California 90024

ATTORNEY DOCKET NO.                          DECLARATION AND
076533.0146                                  POWER OF ATTORNEY

4 of 6

Title of Invention:              Matching Process System And Method

Full name of inventor:           Todd M. Carrico

Inventor's signature:            _____

Date:                            12 / 11 / 2014

Residence (City, State):         ~~Sachse, Texas~~ Melessa, Texas

Post Office Address:             ~~1407 Sunrise Lane~~
                                 ~~Sachse, Texas 75048~~

                                 2 shadywood l.n
                                 Melessa TX 75454

ATTORNEY DOCKET NO.                                    DECLARATION AND
076533.0146                                            POWER OF ATTORNEY

                              5 of 6


Title of Invention:              Matching Process System And Method


Full name of inventor:           Kenneth B. Hoskins


Inventor's signature:
Date:

Residence (City, State):         Plano, Texas
Post Office Address:             2817 Chancellor Drive
                                 Plano, Texas 75074

ATTORNEY DOCKET NO.
076533.0146

DECLARATION AND
POWER OF ATTORNEY

6 of 6

Title of Invention:                    Matching Process System And Method


Full name of inventor:                 James C. Stone


Inventor's signature:                  _____

Date:                                  _____

Residence (City, State):               Addison, Texas

Post Office Address:                   15826 Breedlove
                                       Addison, Texas 75001

Doc code: Oath
Document Description: Oath or declaration filed

PTO/AIA/02 (07-13)
Approved for use through 04/30/2017. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## SUBSTITUTE STATEMENT IN LIEU OF AN OATH OR DECLARATION FOR UTILITY OR DESIGN PATENT APPLICATION (35 U.S.C. 115(d) AND 37 CFR 1.64)

| Title of Invention | MATCHING PROCESS SYSTEM AND METHOD |
|---|---|

This statement is directed to:

☐ The attached application,

OR

☑ United States application or PCT international application number **14/059,192** filed on **21 October 2013**

**LEGAL NAME of inventor to whom this substitute statement applies:**

(*E.g.*, Given Name (first and middle (if any)) and Family Name or Surname)
**James C. Stone**

Residence (except for a deceased or legally incapacitated inventor):

| City **Addison** | State **TX** | Country **US** |
|---|---|---|

Mailing Address (except for a deceased or legally incapacitated inventor):

**15826 Breedlove**

| City **Addison** | State **TX** | Zip **75001** | Country **US** |
|---|---|---|---|

I believe the above-named inventor or joint inventor to be the original inventor or an original joint inventor of a claimed invention in the application.

The above-identified application was made or authorized to be made by me.

I hereby acknowledge that any willful false statement made in this statement is punishable under 18 U.S.C. 1001 by fine or imprisonment of not more than five (5) years, or both.

Relationship to the inventor to whom this substitute statement applies:

☐ Legal Representative (for deceased or legally incapacitated inventor only),

☐ Assignee,

☐ Person to whom the inventor is under an obligation to assign,

☐ Person who otherwise shows a sufficient proprietary interest in the matter (petition under 37 CFR 1.46 is required), or

☑ Joint Inventor.

[Page 1 of 2]

This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 1 minute to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/AIA02 (07-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# SUBSTITUTE STATEMENT

Circumstances permitting execution of this substitute statement:

☐ Inventor is deceased,

☐ Inventor is under legal incapacity,

☐ Inventor cannot be found or reached after diligent effort, or

☑ Inventor has refused to execute the oath or declaration under 37 CFR 1.63.

If there are joint inventors, please check the appropriate box below:

☑ An application data sheet under 37 CFR 1.76 (PTO/AIA/14 or equivalent) naming the entire inventive entity has been or is currently submitted.

OR

☐ An application data sheet under 37 CFR 1.76 (PTO/AIA/14 or equivalent) has not been submitted. Thus, a Substitute Statement Supplemental Sheet (PTO/AIA/11 or equivalent) naming the entire inventive entity and providing inventor information is attached. See 37 CFR 1.64(b).

## WARNING:

Petitioner/applicant is cautioned to avoid submitting personal information in documents filed in a patent application that may contribute to identity theft. Personal information such as social security numbers, bank account numbers, or credit card numbers (other than a check or credit card authorization form PTO-2038 submitted for payment purposes) is never required by the USPTO to support a petition or an application. If this type of personal information is included in documents submitted to the USPTO, petitioners/applicants should consider redacting such personal information from the documents before submitting them to the USPTO. Petitioner/applicant is advised that the record of a patent application is available to the public after publication of the application (unless a non-publication request in compliance with 37 CFR 1.213(a) is made in the application) or issuance of a patent. Furthermore, the record from an abandoned application may also be available to the public if the application is referenced in a published application or an issued patent (see 37 CFR 1.14). Checks and credit card authorization forms PTO-2038 submitted for payment purposes are not retained in the application file and therefore are not publicly available.

**PERSON EXECUTING THIS SUBSTITUTE STATEMENT:**

| Name: **Sean Rad** | Date (Optional): |
|---|---|
| Signature: | |

**APPLICANT NAME AND TITLE OF PERSON EXECUTING THIS SUBSTITUTE STATEMENT:**

If the applicant is a juristic entity, list the applicant name and the title of the signer:

Applicant Name:

Title of Person Executing
This Substitute Statement:

The signer, whose title is supplied above, is authorized to act on behalf of the applicant.

**Residence of the signer (unless provided in an application data sheet, PTO/AIA/14 or equivalent):**

| City **Los Angeles** | State **CA** | Country **US** |
|---|---|---|

**Mailing Address of the signer (unless provided in an application data sheet, PTO/AIA/14 or equivalent)**

2341 Weybridge Lane

| City **Los Angeles** | State **CA** | Zip **90077** | Country **US** |
|---|---|---|---|

Note: Use an additional PTO/AIA/02 form for each inventor who is deceased, legally incapacitated, cannot be found or reached after diligent effort, or has refused to execute the oath or declaration under 37 CFR 1.63.

[Page 2 of 2]

Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant ( *i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 25741845 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Filer Authorized By:** | Roshan Suresh Mansinghani |
| **Attorney Docket Number:** | 076533.0146 |
| **Receipt Date:** | 11-MAY-2016 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 09:15:01 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 0765330146Amend312.PDF | 386673<br>22abe1f45109b526db08fe3a70077b3d3bf cbda5 | yes | 8 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment after Notice of Allowance (Rule 312) | 1 | 1 |
| Claims | 2 | 7 |
| Applicant Arguments/Remarks Made in an Amendment | 8 | 8 |

**Warnings:**

**Information:**

| 2 | Application Data Sheet | 0765330146CorADS.PDF | 539813<br>7534e0161434317f0fff5da63d0f216a2d9b004f | no | 8 |

**Warnings:**

**Information:**

This is not an USPTO supplied ADS fillable form

| 3 | Oath or Declaration filed | 0765330146Dec.PDF | 108318<br>adf72fc453dc9695da1ad265006817d6bbeb603a | no | 6 |

**Warnings:**

**Information:**

| 4 | Oath or Declaration filed | 0765330146SubStmtStone.PDF | 253610<br>2aa38ceb0021eba939d94267f4f1e8d2ec5dfd0b | no | 3 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | | 1288414 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 5073      7590      03/31/2016 | EXAMINER |
|---|---|
| BAKER BOTTS L.L.P.<br>2001 ROSS AVENUE<br>SUITE 600<br>DALLAS, TX 75201-2980 | CHOI, YUK TING |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2164 | |

DATE MAILED: 03/31/2016

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 076533.0146 | 1044 |

TITLE OF INVENTION: Matching Process System And Method

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 06/30/2016 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.  THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT.  SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED.  <u>THIS STATUTORY PERIOD CANNOT BE EXTENDED.</u>  SEE 35 U.S.C. 151.  THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION.  IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 02/11)

**PART B - FEE(S) TRANSMITTAL**

**Complete and send this form, together with applicable fee(s), to:** __Mail__   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or __Fax__   (571)-273-2885**

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

5073          7590          03/31/2016
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 076533.0146 | 1044 |

TITLE OF INVENTION: Matching Process System And Method

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $960 | $0 | $0 | $960 | 06/30/2016 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| CHOI, YUK TING | 2164 | 707-005000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:

☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)

☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The director is hereby authorized to charge the required fee(s), any deficiency, or credits any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.

NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.

NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____   Date _____

Typed or printed name _____   Registration No. _____

Page 2 of 3

PTOL-85 Part B (10-13) Approved for use through 10/31/2013.          OMB 0651-0033          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 076533.0146 | 1044 |

5073      7590      03/31/2016

BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

| EXAMINER |
|---|
| CHOI, YUK TING |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2164 | |

DATE MAILED: 03/31/2016

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

| *Notice Requiring Inventor's Oath or Declaration* | Application No.<br>14/059,192 | Applicant(s)<br>Sean Rad | |
|---|---|---|---|
| | Examiner<br>CHOI, YUK TING | Art Unit<br>2164 | |

This notice is an attachment to the Notice of Allowability (PTOL-37), or the Notice of Allowability For A Design Application (PTOL-37D).

An inventor's oath or declaration in compliance with 37 CFR 1.63 or 1.64 executed by or with respect to each inventor has not yet been submitted.

An oath or declaration in compliance with 37 CFR 1.63, or a substitute statement in compliance with 37 CFR 1.64, executed by or with respect to each inventor (for any inventor for which a compliant oath, declaration, or substitute statement has not yet been submitted) MUST be filed <u>no later than the date on which the issue fee is paid.</u> See 35 U.S.C. 115(f). Failure to timely comply will result in ABANDONMENT of this application.

A properly executed inventor's oath to declaration has not been received for the following inventor(s):

If applicant previously filed one or more oaths, declarations, or substitute statements, applicant may have received an informational notice regarding deficiencies therein.

The following deficiencies are noted:

INFORMAL ACTION PROBLEMS
- A properly executed inventor's oath or declaration has not been received for the following inventor(s): **Sean Rad**, **Todd M. Carrico**, **Kenneth B Hoskins**, and **James C. Stone**.
  Applicant may submit the inventor's oath or declaration at any time before the Notice of Allowance and Fee(s) Due, PTOL-85, is mailed.

Questions relating to this Notice should be directed to the Application Assistance Unit at 571-272-4200.

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

| ***Notice of Allowability*** | Application No. 14/059,192 | Applicant(s) RAD ET AL. | |
| --- | --- | --- | --- |
| | Examiner YUK TING CHOI | Art Unit 2164 | AIA (First Inventor to File) Status No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to _03/02/2016_.

    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on_____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ____; the restriction requirement and election have been incorporated into this action.

3. ☒ The allowed claim(s) is/are _23, 25, 26, 30, 32, 33, 37, 39 and 40_. As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov .

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    **Certified copies:**

      a) ☐ All  b) ☐ Some  *c) ☐ None of the:

        1. ☐ Certified copies of the priority documents have been received.

        2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____

3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

4. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

5. ☐ Examiner's Amendment/Comment

6. ☒ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____.

/YUK TING CHOI/
Primary Examiner, Art Unit 2164

Application/Control Number: 14/059,192                                    Page 2
Art Unit: 2164

## DETAILED ACTION

1.      This office action is in response to applicant's response that is filed on 03/02/2016 in
response to PTO Office Action mailed on 12/09/2015.  In response to the previous Office Action,
Claims 23, 30 and 37 have been amended. Claims 27, 28, 34, 35, 41 and 42 are canceled.  In
this office action, claims 23, 25, 26, 30, 32, 33, 37, 39 and 40 are pending.


### *Reason for Allowance*

2.       The following is an examiner's statement of reasons for allowance:

The closest cited references in the record fail to anticipate or render obvious the recited

features in the instant claims 23, 30 and 37.  The cited references do not explicitly

disclose determining a first user expressed a negative preference indication regarding a

potential match performed by the first user using a second swiping gesture different

than the first swiping gesture, preventing communication between the first user and the

third user in response to determine that the first user has expressed the positive

preference indication regarding the second user and the second user has expressed the

positive preference response indication regarding the first user; and preventing

communication between the first user and the fourth user in response to determining

that the fourth user has expressed a negative preference indication regarding the first

user even though the first user has expressed a positive preference indication regarding

on the fourth user in order to identify and to evaluate suitable candidates efficiently, as

recited in the claims 23, 30 and 37.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee.  Such submissions should be clearly labeled " Comments on Statement of Reason for Allowance."

Contact Information

Any inquiry concerning this communication or earlier communications from the examiner should be directed to YUK TING CHOI whose telephone number is (571)270-1637.  The examiner can normally be reached on 9:30 AM - 6:00 PM EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Christyann Pulliam can be reached on (571) 270-1007.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished applications is available through Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO

Application/Control Number: 14/059,192                                    Page 4

Art Unit: 2164

Customer Service Representative or access to the automated information system, call

800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/YUK TING CHOI/

Primary Examiner, Art Unit 2164

| *Search Notes*  | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14059192 | RAD ET AL. |
| | **Examiner** | **Art Unit** |
| | YUK TING CHOI | 2164 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| G06F17/30867 OR G06F17/3053 OR G06F17/30386 | 3/17/2016 | YC |

## CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| G06F17/30867 OR G06F17/3053 OR G06F17/30386 and east text search, see attached search history | 3/17/2016 | YC |
| Inventor and Assignee search | 3/17/2016 | YC |
| East text search, see attached search history | 3/17/2016 | YC |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | G06F17/30867 OR G06F17/3053 OR G06F17/30386 and east text search, see attached search history | 3/17/2016 | YC |

| | /YUK TING CHOI/ Primary Examiner.Art Unit 2164 |
|---|---|
| | |

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L11 | 119 | (swip$3 near10 direction) same (approv$3 like disapprove dislike) and match$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/03/17 16:24 |
| L10 | 1058 | ((sean near5 rad)(todd near5 carrico )(kenneth near5 hoskins)(james near5 stone)).in. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/03/17 16:24 |
| L7 | 25 | L6 AND ( ( G06F17/30867 OR G06F17/3053 OR G06F17/30386).CPC. ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/03/17 16:21 |
| L6 | 135 | match$3 near10 (profil$3) and dat$3 and different near10 (social) near10 (network$3 platform$3) and approval near10 (user$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/03/17 16:21 |
| L5 | 10 | (tinder).as. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/03/17 16:19 |
| L4 | 0 | (tinder).as. and match$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/03/17 16:19 |
| L1 | 10 | (display$3 provid$3 return$3) near20 (another next second) near10 (profile match user) and social near10 (community network) and match$3 near10 (user$3) and (hover$3 swip$5) and potential near10 Match$3 AND ( (G06F17/30867 OR G06F17/3053 OR G06F17/30386).CPC. ) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/03/17 16:12 |

EAST Search History

| S116 | 220 | (user) near20 (dislike$3 swip$5 delet$3 negative) near20 (matches users profiles) and (avoid$3 prevent$3) near20 (communication connection contact) and (retriev$3 identify$3) near20 (match$3) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/03/17 14:50 |
| S115 | 1039 | (user) near20 (dislike$3 swip$5 delet$3 negative) near20 (matches users profiles) and (avoid$3 prevent$3) near20 (communication connection contact) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/03/17 14:49 |
| S114 | 190 | (user) near20 (dislike$3 swip$5 delet$3 negative) near20 (matches profiles) and (avoid$3 prevent$3) near20 (communication connection contact) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/03/17 14:03 |
| S113 | 55 | (user) near20 (dislike$3 negative) near20 (matches profiles) and (avoid$3 prevent$3) near10 (communication connection contact) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/03/17 14:01 |
| S112 | 55 | (user) near20 (dislike$3 negative) near20 (matches profiles) and (avoid$3 prevent$3) near10 (communication connection contact) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/03/17 12:14 |
| S111 | 1 | 13/804045 and interest$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/03/17 12:07 |
| S110 | 1 | 13/804045 and dislike$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2016/03/17 12:06 |
| S109 | 1 | 13/804045 and liked and display$3 near10 cards | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2015/11/30 17:03 |
| S108 | 208 | (display$3 provid$3 retriev$3) near10 (another other plurality set second) near10 (profile$3 candidate$3 match$3) near20 (liked positive) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; | OR | OFF | 2015/11/30 17:00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | DERWENT;<br>IBM_TDB | | | |
| S107 | 169 | (display$3 provid$3 retriev$3) near10<br>(another other plurality set second)<br>near10 (profile$3 match$3) near20<br>(liked positive) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS; EPO;<br>JPO;<br>DERWENT;<br>IBM_TDB | OR | OFF | 2015/11/30<br>16:59 |
| S106 | 166 | (display$3 provid$3 retriev$3) near10<br>(another other plurality set second)<br>near10 (profile$3 match$3) near20<br>(positive) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS; EPO;<br>JPO;<br>DERWENT;<br>IBM_TDB | OR | OFF | 2015/11/30<br>16:57 |
| S105 | 83 | (display$3 provid$3 retriev$3) near10<br>(another other second) near10<br>(profile$3 match$3) near20 (positive) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS; EPO;<br>JPO;<br>DERWENT;<br>IBM_TDB | OR | OFF | 2015/11/30<br>16:56 |
| S104 | 1724 | (display$3 provid$3 retriev$3) near10<br>(profile$3 match$3) near20 (positive) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS; EPO;<br>JPO;<br>DERWENT;<br>IBM_TDB | OR | OFF | 2015/11/30<br>16:56 |
| S103 | 8 | automaticall$3 near10 (display$3<br>provid$3 retriev$3) near10 (profile$3<br>match$3) near20 (positive) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS; EPO;<br>JPO;<br>DERWENT;<br>IBM_TDB | OR | OFF | 2015/11/30<br>16:55 |
| S102 | 0 | automaticall$3 near10 (display$3<br>provid$3 retriev$3) near10 (profile$3<br>match$3) near20 (liked) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS; EPO;<br>JPO;<br>DERWENT;<br>IBM_TDB | OR | OFF | 2015/11/30<br>16:55 |
| S101 | 8 | (display$3 select$3 retriev$3 locat$3<br>find$3 compar$3) near20 (second<br>another other) near10 (profile member<br>match) same (positive liked loved) and<br>(dating social community) near10<br>network and potential near10<br>(match$3) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS; EPO;<br>JPO;<br>DERWENT;<br>IBM_TDB | OR | OFF | 2015/11/30<br>16:15 |
| S100 | 3 | (display$3 select$3 retriev$3) near10<br>(second another other) near10 (profile<br>member match) same (positive liked<br>loved) and (dating social community)<br>near10 network and potential near10<br>(match$3) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS; EPO;<br>JPO;<br>DERWENT;<br>IBM_TDB | OR | OFF | 2015/11/30<br>16:13 |
| S99 | 826 | (display$3 select$3 retriev$3) near10<br>(second another other) near10 (profile<br>member match) same (positive liked | US-PGPUB;<br>USPAT;<br>USOCR; | OR | OFF | 2015/11/30<br>16:12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | loved) | FPRS; EPO;<br>JPO;<br>DERWENT;<br>IBM_TDB | | | |
| S98 | 1 | "14059192" and positive | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS; EPO;<br>JPO;<br>DERWENT;<br>IBM_TDB | OR | OFF | 2015/11/30<br>16:04 |
| S97 | 0 | "14059192" and positive same second | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS; EPO;<br>JPO;<br>DERWENT;<br>IBM_TDB | OR | OFF | 2015/11/30<br>16:04 |
| S96 | 10 | Tinder.as. | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS; EPO;<br>JPO;<br>DERWENT;<br>IBM_TDB | OR | OFF | 2015/11/30<br>15:52 |
| S95 | 198 | ( swip$5) near20 ( profile$3 near10<br>(user$3 imag$3 match$3 member$3)) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS; EPO;<br>JPO;<br>DERWENT;<br>IBM_TDB | OR | OFF | 2015/11/30<br>13:14 |
| S94 | 7 | ( swip$5) near10 gesture near20 (<br>profile$3 near10 (user$3 imag$3<br>match$3 member$3)) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS; EPO;<br>JPO;<br>DERWENT;<br>IBM_TDB | OR | OFF | 2015/11/30<br>13:14 |
| S93 | 4 | (hover$3 swip$5) near10 gesture<br>near20 ( profile near10 (user match<br>member)) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS; EPO;<br>JPO;<br>DERWENT;<br>IBM_TDB | OR | OFF | 2015/11/30<br>13:13 |
| S92 | 304 | (hover$3 swip$5) near20 ( profile<br>near10 (user match member)) | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS; EPO;<br>JPO;<br>DERWENT;<br>IBM_TDB | OR | OFF | 2015/11/30<br>13:06 |
| S91 | 8 | "8566327" | US-PGPUB;<br>USPAT;<br>USOCR;<br>FPRS; EPO;<br>JPO;<br>DERWENT;<br>IBM_TDB | OR | OFF | 2015/11/30<br>12:54 |
| S90 | 37 | (display$3 provid$3 return$3) near20 | US-PGPUB; | OR | OFF | 2015/11/30 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | (another next second) near10 (profile match user) near20 (hover$3 swip$5) and potential near10 match | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | | | 12:53 |
| S89 | 1018 | (display$3 provid$3 return$3) near20 (another next second) near10 (profile match user) near20 (hover$3 swip$5) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2015/11/30 12:34 |
| S87 | 26 | (display$3 provid$3 return$3) near20 (another next second) near10 (profile match user) same (hover$3 swip$5) and social near10 (community network) and match$3 near10 (user$3) and potential near10 Match$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2015/11/30 12:20 |
| S86 | 118 | (display$3 provid$3 return$3) near20 (another next second) near10 (profile match user) and social near10 (community network) and match$3 near10 (user$3) and (hover$3 swip$5) and potential near10 Match$3 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2015/11/30 12:19 |
| S85 | 1231 | (display$3 provid$3 return$3) near20 (another next second) near10 (profile match user) and social near10 (community network) and match$3 near10 (user$3) and (hover$3 swip$5) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | OR | OFF | 2015/11/30 12:18 |

3/17/2016 4:25:54 PM
C:\Users\cchoi\Documents\EAST\Workspaces\14059192_matching_process_system_method.wsp

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14059192 | RAD ET AL. |
| | Examiner | Art Unit |
| | YUK TING CHOI | 2164 |

**CPC**

| Symbol | | | Type | Version |
|---|---|---|---|---|
| G06F | 17 | 30554 | F | 2013-01-01 |
| G06F | 17 | 30657 | I | 2013-01-01 |
| G06Q | 10 | 10 | I | 2013-01-01 |
| G06Q | 30 | 02 | I | 2013-01-01 |
| G06Q | 50 | 10 | I | 2013-01-01 |
| G06Q | 50 | 01 | I | 2013-01-01 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**CPC Combination Sets**

| Symbol | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|
| | | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| | | 9 | |
| (Assistant Examiner) | (Date) | | |
| /YUK TING CHOI/ Primary Examiner.Art Unit 2164 | 3/17/2016 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 23 | Figure 6 |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14059192 | RAD ET AL. |
| | Examiner | Art Unit |
| | YUK TING CHOI | 2164 |

| US ORIGINAL CLASSIFICATION | | INTERNATIONAL CLASSIFICATION | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CLASS** | **SUBCLASS** | **CLAIMED** | | | | | | **NON-CLAIMED** | | | | | |
| | | G | 0 | 6 | F | 17 / 30 (2006.01.01) | | | | | | | |
| **CROSS REFERENCE(S)** | | | | | | | | | | | | | |
| **CLASS** | **SUBCLASS (ONE SUBCLASS PER BLOCK)** | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

| | | |
|---|---|---|
| NONE | **Total Claims Allowed:** | |
| (Assistant Examiner)                          (Date) | 9 | |
| /YUK TING CHOI/<br>Primary Examiner.Art Unit 2164          3/17/2016 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner)                            (Date) | 23 | Figure 6 |

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14059192 | RAD ET AL. |
| | Examiner | Art Unit |
| | YUK TING CHOI | 2164 |

| ☐ Claims renumbered in the same order as presented by applicant | | | | ☐ CPA | | ☐ T.D. | | ☐ R.1.47 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
| | 1 | | 17 | 6 | 33 | | | | | | | | | | |
| | 2 | | 18 | | 34 | | | | | | | | | | |
| | 3 | | 19 | | 35 | | | | | | | | | | |
| | 4 | | 20 | | 36 | | | | | | | | | | |
| | 5 | | 21 | 7 | 37 | | | | | | | | | | |
| | 6 | | 22 | | 38 | | | | | | | | | | |
| | 7 | 1 | 23 | 8 | 39 | | | | | | | | | | |
| | 8 | | 24 | 9 | 40 | | | | | | | | | | |
| | 9 | 2 | 25 | | 41 | | | | | | | | | | |
| | 10 | 3 | 26 | | 42 | | | | | | | | | | |
| | 11 | | 27 | | 43 | | | | | | | | | | |
| | 12 | | 28 | | | | | | | | | | | | |
| | 13 | | 29 | | | | | | | | | | | | |
| | 14 | 4 | 30 | | | | | | | | | | | | |
| | 15 | | 31 | | | | | | | | | | | | |
| | 16 | 5 | 32 | | | | | | | | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| | | 9 | |
| (Assistant Examiner) | (Date) | | |
| /YUK TING CHOI/ Primary Examiner.Art Unit 2164 | 3/17/2016 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 23 | Figure 6 |

PTO/SB/30 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Request<br>for<br>**Continued Examination (RCE)**<br>Transmittal<br><br>Address to:<br>Mail Stop RCE<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | Application Number | 14/059,192 |
| | Filing Date | October 21, 2013 |
| | First Named Inventor | Sean Rad |
| | Art Unit | 2164; Confirmation No. 1044 |
| | Examiner Name | Yuk Ting Choi |
| | Attorney Docket Number | 076533.0146 |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. Submission required under 37 CFR 1.114 Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant may request non-entry of such amendment(s).

   a. [✓] Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

      i. [ ] Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

      ii. [✓] Other Response to Office Action Pursuant to 37 C.F.R. § 1.116 filed February 9, 2016

   b. [ ] Enclosed

      i. [ ] Amendment/Reply        iii. [ ] Information Disclosure Statement (IDS)

      ii. [ ] Affidavit(s)/ Declaration(s)        iv. [ ] Other _____

2. Miscellaneous

   a. [ ] Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _____ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

   b. [ ] Other _____

3. Fees   The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.

   a. [✓] The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to Deposit Account No. 02-0384

      i. [✓] RCE fee required under 37 CFR 1.17(e)

      ii. [ ] Extension of time fee (37 CFR 1.136 and 1.17)

      iii. [ ] Other _____

   b. [ ] Check in the amount of $ _____ enclosed

   c. [ ] Payment by credit card (Form PTO-2038 enclosed)

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

**SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED**

| Signature | _[signature]_ | Date | March 2, 2016 |
| Name (Print/Type) | Roshan S. Mansinghani | Registration No. | 62429 |

**CERTIFICATE OF MAILING OR TRANSMISSION**

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below.

| Signature | |
| Name (Print/Type) | | Date | |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/30 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## Instruction Sheet for RCEs
(not to be submitted to the USPTO)

## NOTES:

An RCE is not a new application, and filing an RCE will not result in an application being accorded a new filing date.

**Filing Qualifications:**
The application must be a utility or plant application filed on or after June 8, 1995. The application cannot be a provisional application, a utility or plant application filed before June 8, 1995, a design application, or a patent under reexamination. See 37 CFR 1.114(e).

**Filing Requirements:**
*Prosecution in the application must be closed.* Prosecution is closed if the application is under appeal, or the last Office action is a final action, a notice of allowance, or an action that otherwise closes prosecution in the application (e.g., an Office action under *Ex parte Quayle*). See 37 CFR 1.114(b).

*A submission and a fee are required at the time the RCE is filed.* If reply to an Office action under 35 U.S.C. 132 is outstanding (e.g., the application is under final rejection), the submission must meet the reply requirements of 37 CFR 1.111. If there is no outstanding Office action, the submission can be an information disclosure statement, an amendment, new arguments, or new evidence. See 37 CFR 1.114(c). The submission may be a previously filed amendment ( e.g., an amendment after final rejection).

## WARNINGS:

**Request for Suspension of Action:**
All RCE filing requirements must be met before suspension of action is granted. A request for a suspension of action under 37 CFR 1.103(c) does not satisfy the submission requirement and does not permit the filing of the required submission to be suspended.

**Improper RCE will NOT toll Any Time Period:**

*Before Appeal -* If the RCE is improper (e.g., prosecution in the application is not closed or the submission or fee has not been filed) and the application is not under appeal, the time period set forth in the last Office action will continue to run and the application will be abandoned after the statutory time period has expired if a reply to the Office action is not timely filed. No additional time will be given to correct the improper RCE.

*Under Appeal -* If the RCE is improper (e.g., the submission or the fee has not been filed) and the application is under appeal, the improper RCE is effective to withdraw the appeal. Withdrawal of the appeal results in the allowance or abandonment of the application depending on the status of the claims. If there are no allowed claims, the application is abandoned. If there is at least one allowed claim, the application will be passed to issue on the allowed claim(s). See MPEP 1215.01.

**See MPEP 706.07(h) for further information on the RCE practice.**

# Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 14059192 |
| **Filing Date:** | 21-Oct-2013 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean Rad |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Attorney Docket Number:** | 076533.0146 |

Filed as Large Entity

**Filing Fees for**   Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Request for Continued Examination | 1801 | 1 | 1200 | 1200 |
| **Total in USD ($)** | | | | **1200** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 25081093 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Filer Authorized By:** | Roshan Suresh Mansinghani |
| **Attorney Docket Number:** | 076533.0146 |
| **Receipt Date:** | 02-MAR-2016 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 16:19:58 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Request for Continued Examination (RCE) | 0765330146RCETrans030216.PDF | 239734<br>2b9182c31f0f453625bfa68932decb1921770717d | no | 3 |

**Warnings:**

This is not a USPTO supplied RCE SB30 form.

| Information: | | | | | |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30097<br><br>94ad0799c1bf3a5c3a6954acce953a5ad379<br>5339 | no | 2 |

| Warnings: |
|---|

| Information: |
|---|

| | Total Files Size (in bytes): | 269831 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/30 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Request for Continued Examination (RCE) Transmittal | | |
|---|---|---|
| Address to:<br>Mail Stop RCE<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | Application Number | 14/059,192 |
| | Filing Date | October 21, 2013 |
| | First Named Inventor | Sean Rad |
| | Art Unit | 2164; Confirmation No. 1044 |
| | Examiner Name | Yuk Ting Choi |
| | Attorney Docket Number | 076533.0146 |

**This is a Request for Continued Examination (RCE) under 37 CFR 1.114 of the above-identified application.**
Request for Continued Examination (RCE) practice under 37 CFR 1.114 does not apply to any utility or plant application filed prior to June 8, 1995, or to any design application. See Instruction Sheet for RCEs (not to be submitted to the USPTO) on page 2.

1. **Submission required under 37 CFR 1.114** Note: If the RCE is proper, any previously filed unentered amendments and amendments enclosed with the RCE will be entered in the order in which they were filed unless applicant instructs otherwise. If applicant does not wish to have any previously filed unentered amendment(s) entered, applicant may request non-entry of such amendment(s).

   a. [✓] Previously submitted. If a final Office action is outstanding, any amendments filed after the final Office action may be considered as a submission even if this box is not checked.

      i. [ ] Consider the arguments in the Appeal Brief or Reply Brief previously filed on _____

      ii. [✓] Other  Response to Office Action Pursuant to 37 C.F.R. § 1.116 filed February 9, 2016 _____

   b. [ ] Enclosed

      i. [ ] Amendment/Reply        iii. [ ] Information Disclosure Statement (IDS)

      ii. [ ] Affidavit(s)/ Declaration(s)    iv. [ ] Other _____

2. **Miscellaneous**

   a. [ ] Suspension of action on the above-identified application is requested under 37 CFR 1.103(c) for a period of _____ months. (Period of suspension shall not exceed 3 months; Fee under 37 CFR 1.17(i) required)

   b. [ ] Other _____

3. **Fees** The RCE fee under 37 CFR 1.17(e) is required by 37 CFR 1.114 when the RCE is filed.

   a. [✓] The Director is hereby authorized to charge the following fees, any underpayment of fees, or credit any overpayments, to Deposit Account No.  02-0384

      i. [✓] RCE fee required under 37 CFR 1.17(e)

      ii. [ ] Extension of time fee (37 CFR 1.136 and 1.17)

      iii. [ ] Other _____

   b. [ ] Check in the amount of $ _____ enclosed

   c. [ ] Payment by credit card (Form PTO-2038 enclosed)

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

| SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED | | |
|---|---|---|
| Signature | *[signature]* | Date | March 2, 2016 |
| Name (Print/Type) | Roshan S. Mansinghani | Registration No. | 62429 |

**CERTIFICATE OF MAILING OR TRANSMISSION**

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to: Mail Stop RCE, Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450 or facsimile transmitted to the U.S. Patent and Trademark Office on the date shown below.

| Signature | | |
|---|---|---|
| Name (Print/Type) | | Date | |

This collection of information is required by 37 CFR 1.114. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Mail Stop RCE, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/30 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

## Instruction Sheet for RCEs
(not to be submitted to the USPTO)

## NOTES:

An RCE is not a new application, and filing an RCE will not result in an application being accorded a new filing date.

**Filing Qualifications:**
The application must be a utility or plant application filed on or after June 8, 1995. The application cannot be a provisional application, a utility or plant application filed before June 8, 1995, a design application, or a patent under reexamination. See 37 CFR 1.114(e).

**Filing Requirements:**
*Prosecution in the application must be closed.* Prosecution is closed if the application is under appeal, or the last Office action is a final action, a notice of allowance, or an action that otherwise closes prosecution in the application (e.g., an Office action under *Ex parte Quayle*). See 37 CFR 1.114(b).

*A submission and a fee are required at the time the RCE is filed.* If reply to an Office action under 35 U.S.C. 132 is outstanding (e.g., the application is under final rejection), the submission must meet the reply requirements of 37 CFR 1.111. If there is no outstanding Office action, the submission can be an information disclosure statement, an amendment, new arguments, or new evidence. See 37 CFR 1.114(c). The submission may be a previously filed amendment ( e.g., an amendment after final rejection).

## WARNINGS:

**Request for Suspension of Action:**
All RCE filing requirements must be met before suspension of action is granted. A request for a suspension of action under 37 CFR 1.103(c) does <u>not</u> satisfy the submission requirement and does not permit the filing of the required submission to be suspended.

**Improper RCE will NOT toll Any Time Period:**

*Before Appeal -* If the RCE is improper (e.g., prosecution in the application is not closed or the submission or fee has not been filed) and the application is not under appeal, the time period set forth in the last Office action will continue to run and the application will be abandoned after the statutory time period has expired if a reply to the Office action is not timely filed. No additional time will be given to correct the improper RCE.

*Under Appeal -* If the RCE is improper (e.g., the submission or the fee has not been filed) and the application is under appeal, the improper RCE is effective to withdraw the appeal. Withdrawal of the appeal results in the allowance or abandonment of the application depending on the status of the claims. If there are no allowed claims, the application is abandoned. If there is at least one allowed claim, the application will be passed to issue on the allowed claim(s). See MPEP 1215.01.

**See MPEP 706.07(h) for further information on the RCE practice.**

Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.  The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2.  A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3.  A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4.  A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5.  A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6.  A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7.  A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8.  A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9.  A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 14059192 |
| **Filing Date:** | 21-Oct-2013 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean Rad |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Attorney Docket Number:** | 076533.0146 |

Filed as Large Entity

**Filing Fees for** Utility under 35 USC 111(a)

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| Request for Continued Examination | 1801 | 1 | 1200 | 1200 |
| **Total in USD ($)** | | | | **1200** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 25081296 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean  Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Filer Authorized By:** | Roshan Suresh Mansinghani |
| **Attorney Docket Number:** | 076533.0146 |
| **Receipt Date:** | 02-MAR-2016 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 16:27:20 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $1200 |
| RAM confirmation Number | 2923 |
| Deposit Account | 020384 |
| Authorized User | BAKER & BOTTS, LLP |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

      Charge any Additional Fees required under 37 CFR 1.16 (National application filing, search, and examination fees)

      Charge any Additional Fees required under 37 CFR 1.17 (Patent application and reexamination processing fees)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Request for Continued Examination (RCE) | 0765330146RCETrans030216. PDF | 239734<br>289182c31f0453625bfa68932decb1921770717d | no | 3 |

**Warnings:**

This is not a USPTO supplied RCE SB30 form.

**Information:**

| 2 | Fee Worksheet (SB06) | fee-info.pdf | 30096<br>26823f34006fbac26919f753e6d40c41246d7fbd | no | 2 |

**Warnings:**

**Information:**

| | | **Total Files Size (in bytes):** | 269830 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 076533.0146 | 1044 |

| 5073          7590          02/18/2016 | EXAMINER |
|---|---|
| BAKER BOTTS L.L.P. | CHOI, YUK TING |
| 2001 ROSS AVENUE | |
| SUITE 600 | ART UNIT / PAPER NUMBER |
| DALLAS, TX 75201-2980 | 2164 |
| | NOTIFICATION DATE / DELIVERY MODE |
| | 02/18/2016          ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ptomail1@bakerbotts.com
ptomail2@bakerbotts.com

| | **Application No.** | **Applicant(s)** |
|---|---|---|
| ***Advisory Action*** *Before the Filing of an Appeal Brief* | 14/059,192 | RAD ET AL. |
| | **Examiner** YUK TING CHOI | **Art Unit** 2164 | **AIA (First Inventor to File) Status** No |

*--The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

THE REPLY FILED <u>09 February 2016</u> FAILS TO PLACE THIS APPLICATION IN CONDITION FOR ALLOWANCE.

<u>NO NOTICE OF APPEAL FILED</u>

1. ☒ The reply was filed after a final rejection. No Notice of Appeal has been filed. To avoid abandonment of this application, applicant must timely file one of the following replies: (1) an amendment, affidavit, or other evidence, which places the application in condition for allowance; (2) a Notice of Appeal (with appeal fee) in compliance with 37 CFR 41.31; or (3) a Request for Continued Examination (RCE) in compliance with 37 CFR 1.114 if this is a utility or plant application. Note that RCEs are not permitted in design applications. The reply must be filed within one of the following time periods:

  a) ☐ The period for reply expires _____months from the mailing date of the final rejection.

  b) ☒ The period for reply expires on: (1) the mailing date of this Advisory Action; or (2) the date set forth in the final rejection, whichever is later. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the mailing date of the final rejection.

  c) ☐ A prior Advisory Action was mailed more than 3 months after the mailing date of the final rejection in response to a first after-final reply filed within 2 months of the mailing date of the final rejection. The current period for reply expires _____ months from the mailing date of the prior Advisory Action or SIX MONTHS from the mailing date of the final rejection, whichever is earlier.

    *Examiner Note: If box 1 is checked, check either box (a), (b) or (c). ONLY CHECK BOX (b) WHEN THIS ADVISORY ACTION IS THE <u>FIRST</u> RESPONSE TO APPLICANT's <u>FIRST</u> AFTER-FINAL REPLY WHICH WAS FILED WITHIN TWO MONTHS OF THE FINAL REJECTION. ONLY CHECK BOX (c) IN THE LIMITED SITUATION SET FORTH UNDER BOX (c). See MPEP 706.07(f).*

Extensions of time may be obtained under 37 CFR 1.136(a). The date on which the petition under 37 CFR 1.136(a) and the appropriate extension fee have been filed is the date for purposes of determining the period of extension and the corresponding amount of the fee. The appropriate extension fee under 37 CFR 1.17(a) is calculated from: (1) the expiration date of the shortened statutory period for reply originally set in the final Office action; or (2) as set forth in (b) or (c) above, if checked. Any reply received by the Office later than three months after the mailing date of the final rejection, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

<u>NOTICE OF APPEAL</u>

2. ☐ The Notice of Appeal was filed on _____. A brief in compliance with 37 CFR 41.37 must be filed within two months of the date of filing the Notice of Appeal (37 CFR 41.37(a)), or any extension thereof (37 CFR 41.37(e)), to avoid dismissal of the appeal. Since a Notice of Appeal has been filed, any reply must be filed within the time period set forth in 37 CFR 41.37(a).

<u>AMENDMENTS</u>

3. ☒ The proposed amendments filed after a final rejection, but prior to the date of filing a brief, will <u>not</u> be entered because

  a) ☒ They raise new issues that would require further consideration and/or search (see NOTE below);

  b) ☐ They raise the issue of new matter (see NOTE below);

  c) ☐ They are not deemed to place the application in better form for appeal by materially reducing or simplifying the issues for appeal; and/or

  d) ☐ They present additional claims without canceling a corresponding number of finally rejected claims.

    NOTE: _____. (See 37 CFR 1.116 and 41.33(a)).

4. ☐ The amendments are not in compliance with 37 CFR 1.121. See attached Notice of Non-Compliant Amendment (PTOL-324).

5. ☐ Applicant's reply has overcome the following rejection(s): _____.

6. ☐ Newly proposed or amended claim(s) _____ would be allowable if submitted in a separate, timely filed amendment canceling the non-allowable claim(s).

7. ☒ For purposes of appeal, the proposed amendment(s): (a) ☒ will not be entered, or (b) ☐ will be entered, and an explanation of how the new or amended claims would be rejected is provided below or appended.

<u>AFFIDAVIT OR OTHER EVIDENCE</u>

8. ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

9. ☐ The affidavit or other evidence filed after a final action, but before or on the date of filing a Notice of Appeal will <u>not</u> be entered because applicant failed to provide a showing of good and sufficient reasons why the affidavit or other evidence is necessary and was not earlier presented. See 37 CFR 1.116(e).

10. ☐ The affidavit or other evidence filed after the date of filing the Notice of Appeal, but prior to the date of filing a brief, will <u>not</u> be entered because the affidavit or other evidence failed to overcome <u>all</u> rejections under appeal and/or appellant fails to provide a showing of good and sufficient reasons why it is necessary and was not earlier presented. See 37 CFR 41.33(d)(1).

11. ☐ The affidavit or other evidence is entered. An explanation of the status of the claims after entry is below or attached.

<u>REQUEST FOR RECONSIDERATION/OTHER</u>

12. ☒ The request for reconsideration has been considered but does NOT place the application in condition for allowance because: <u>See Continuation Sheet.</u>

13. ☐ Note the attached Information *Disclosure Statement*(s). (PTO/SB/08) Paper No(s). _____

14. ☒ Other: <u>PTOL-2323 form attached.</u>

<u>STATUS OF CLAIMS</u>

15. The status of the claim(s) is (or will be) as follows:

  Claim(s) allowed: .

  Claim(s) objected to: .

  Claim(s) rejected: 23,25-28,30,32-35,37 and 39-42.

  Claim(s) withdrawn from consideration: .

/YUK TING CHOI/
Primary Examiner, Art Unit 2164

U.S. Patent and Trademark Office

PTOL-303 (Rev. 08-2013)      **Advisory Action Before the Filing of an Appeal Brief**      Part of Paper No. 20160211

**Continuation Sheet (PTOL-303)**                                                        **Application No. 14/059,192**

 Continuation of 12. does NOT place the application in condition for allowance because:  This office action is in response to the  After Final Consideration Pilot request filed on 2/09/2016.  Applicant's request for entry into AFCP 2.0 is acknowledged, but is denied because the response cannot be reviewed and a search conducted in the limited amount of time authorized for this pilot program. Therefore, the response is being reviewed under pre-pilot practice. In response to the last Office Action mailed on 12/09/2015, Claims 23, 25-28, 30, 32-35, 37 and 39-42 are stand rejected.    The amended features such as "deterine that the first user expressed a negative preference indication regarding a second potential match of the set of potential matchesa t least by determining that the first user performed a second sipping gesture…determine to prevent communication between the first user and the third user in presponse to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the postive preference indication regarding the first user" require further consieridation and an updated search has to be conducted.
.

| **AFCP 2.0 Decision** | **Application No.** | **Applicant(s)** |
|---|---|---|
| | 14/059,192 | RAD ET AL. |
| | **Examiner** | **Art Unit** |
| | YUK TING CHOI | 2164 |

This is in response to the After Final Consideration Pilot request filed 09 February 2016.

1. **Improper Request** – The AFCP 2.0 request is improper for the following reason(s) and the after final amendment submitted with the request will be treated under pre-pilot procedure.

☐ An AFCP 2.0 request form PTO/SB/434 (or equivalent document) was not submitted.

☐ A non-broadening amendment to at least one independent claim was not submitted.

☐ A proper AFCP 2.0 request was submitted in response to the most recent final rejection.

☐ Other:

2. **Proper Request**

   **A.** After final amendment submitted with the request will not be treated under AFCP 2.0.
   The after final amendment cannot be reviewed and a search conducted within the guidelines of the pilot program.

   ☒ The after final amendment will be treated under pre-pilot procedure.

   **B.** Updated search and/or completed additional consideration.
   The examiner performed an updated search and/or completed additional consideration of the after final amendment within the time authorized for the pilot program. The result(s) of the updated search and/or completed additional consideration are:

   ☐ 1. All of the rejections in the most recent final Office action are overcome and a Notice of Allowance is issued herewith.

   ☐ 2. The after final amendment would not overcome all of the rejections in the most recent final Office action. See attached interview summary for further details.

   ☐ 3. The after final amendment was reviewed, and it raises a new issue(s). See attached interview summary for further details.

   ☐ 4. The after final amendment raises new issues, but would overcome all of the rejections in the most recent final Office action. A decision on determining allowability could not be made within the guidelines of the pilot. See attached interview summary for further details, including any newly discovered prior art.

   ☐ 5. Other:

   Examiner Note: Please attach an interview summary when necessary as described above.

DO NOT ENTER: /C.C./

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | Sean Rad et al. |
| Serial No.: | 14/059,192 |
| Filing Date: | October 21, 2013 |
| Group Art Unit: | 2164 |
| Examiner: | Yuk Ting Choi |
| Confirmation No.: | 1044 |
| Title: | MATCHING PROCESS SYSTEM AND METHOD |

**MAIL STOP: AF**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### <u>Response to Office Action Pursuant to 37 C. F. R. § 1.116</u>

In response to the Office Action dated December 9, 2015 ("Office Action"), Applicants respectfully request the Examiner to reconsider the rejections of the claims in view of the following amendments and remarks.

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:        Sean Rad et al.

Serial No.:                  14/059,192

Filing Date:                 October 21, 2013

Group Art Unit:              2164

Examiner:                    Yuk Ting Choi

Confirmation No.:            1044

Title:                       MATCHING PROCESS SYSTEM AND METHOD

**MAIL STOP: AF**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

## Response to Office Action Pursuant to 37 C. F. R. § 1.116

In response to the Office Action dated December 9, 2015 ("Office Action"), Applicants respectfully request the Examiner to reconsider the rejections of the claims in view of the following amendments and remarks.

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

2

**In the Claims**:

1-22.   (Canceled)

23.   **(Currently Amended)**  A computer implemented method of profile matching, comprising:

electronically receiving a first request for matching, the first request electronically submitted by a first user using a first electronic device;

determining a set of potential matches for the first user in response to receiving the first request;

causing the display of a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determining that the first user expressed a positive preference indication regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

in response to determining that the first user expressed the positive preference indication regarding the first potential match, automatically causing the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match;

determining that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match;

determining to enable communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to determining to enable communication between the first user and the second user, causing the graphical user interface to display to the first user both the graphical representation of the first potential match~~; and a text area, the text area configured to receive text inputted by the first user to send to the second user; and~~

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

3

~~wherein the first user is identified using a first social networking platform and the second user is identified using a second social networking platform that is different than the first social networking platform.~~

determining that the first user expressed a negative preference indication regarding a second potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the second potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the second potential match corresponding to a third user;

determining to prevent communication between the first user and the third user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

determining that the first user expressed a positive preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the third potential match on the graphical user interface, the third potential match corresponding to a fourth user; and

determining to prevent communication between the first user and the fourth user in response to determining that the fourth user has expressed a negative preference indication regarding the first user.

24.      (Canceled)

25.      (Previously Presented)  The method of Claim 23, further comprising:

in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, causing the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling the text area to be presented to the first user.

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

4

26.    (Previously Presented)  The method of Claim 23, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

27.    **(Canceled)**

28.    **(Canceled)**

29.    (Canceled)

ATTORNEY DOCKET NO.:                                          PATENT APPLICATION
076533.0146                                                                              14/059,192

5

30.    **(Currently    Amended)** A    non-transitory    computer-readable    medium comprising instructions that, when executed by a processor, are configured to:

electronically receive a first request for matching, the first request electronically submitted by a first user using a first electronic device;

determine a set of potential matches for the first user in response to receiving the first request;

cause the display of a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determine that the first user expressed a positive preference indication regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

in response to the determination that the first user expressed the positive preference indication regarding the first potential match, automatically cause the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match;

determine that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match;

determine to enable communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to the determination to enable communication between the first user and the second user, cause the graphical user interface to display to the first user both the graphical representation of the first potential match~~; and a text area, the text area configured to receive text inputted by the first user to send to the second user; and~~

~~wherein the first user is identified using a first social networking platform and the second user is identified using a second social networking platform that is different than the first social networking platform.~~

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

6

**determine that the first user expressed a negative preference indication regarding a second potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the second potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the second potential match corresponding to a third user;**

**determine to prevent communication between the first user and the third user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;**

**determine that the first user expressed a positive preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the third potential match on the graphical user interface, the third potential match corresponding to a fourth user; and**

**determine to prevent communication between the first user and the fourth user in response to determining that the fourth user has expressed a negative preference indication regarding the first user.**

31.     (Canceled)

32.     (Previously Presented) The medium of Claim 30, further comprising instructions configured to, in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, cause the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling the text area to be presented to the first user.

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

7

33.     (Previously Presented)  The medium of Claim 30, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

34.     **(Canceled)**

35.     **(Canceled)**

36.     (Canceled)

ATTORNEY DOCKET NO.:                                PATENT APPLICATION
076533.0146                                                      14/059,192

8

37.    **(Currently Amended)**  A system for profile matching, comprising:

an interface operable to:

electronically receive a first request for matching, the first request electronically submitted by a first user using a first electronic device; and

a processor coupled to the interface and operable to:

determine a set of potential matches for the first user in response to receiving the first request;

cause the interface to display a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;

determine that the interface has received a positive preference indication from the first user regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;

automatically cause the interface to remove the presentation of the first potential match from the graphical user interface in response to detecting the gesture and cause the interface to present, on the graphical user interface, a second potential match of the set of potential matches to the first user;

determine that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match; and

determine to enable communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;

in response to the determination to enable communication between the first user and the second user, cause the graphical user interface to display to the first user both the graphical representation of the first potential match~~; and a text area, the text area configured to receive text inputted by the first user to send to the second user; and~~

~~wherein the first user is identified using a first social networking platform and the second user is identified using a second social networking platform that is different than the first social networking platform.~~

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

9

**determine that the first user expressed a negative preference indication regarding a second potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the second potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the second potential match corresponding to a third user;**

**determine to prevent communication between the first user and the third user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;**

**determine that the first user expressed a positive preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the third potential match on the graphical user interface, the third potential match corresponding to a fourth user; and**

**determine to prevent communication between the first user and the fourth user in response to determining that the fourth user has expressed a negative preference indication regarding the first user.**

38.    (Canceled)

39.    (Previously Presented) The system of Claim 37, the processor further operable to, in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, cause the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling the text area to be presented to the first user.

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

10

40.    (Previously Presented)  The system of Claim 37, wherein the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.

41.    **(Canceled)**

42.    **(Canceled)**

43.    (Canceled)

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

11

## REMARKS

This Application has been carefully reviewed in light of the Office Action. Claims 23, 25-28, 30, 32-35, 37 and 39-42 are pending and stand rejected. Applicants amend Claims 23, 30, and 37, and cancel Claims 27, 28, 34, 35, 41, and 42. Applicants respectfully request reconsideration and allowance of all pending claims.

## Section 102 and 103 Rejections

The Examiner rejects Claims 23, 25, 26, 28, 30, 32, 33, 35, 37 and 39-41 under pre-AIA 35 U.S.C. § 102(e) as allegedly being anticipated by U.S. Patent Publication No. 2014/0040368 A1 by Janssens ("*Janssens*"). The Examiner rejects Claims 27, 34 and 42 under pre-AIA 35 U.S.C. § 103(a) as allegedly being unpatentable over *Janssens* and in view of U.S. Patent Publication No. 2011/0087974 A1 by Kulas ("*Kulas*"). Applicants respectfully traverse these rejections for the reasons discussed below.

The cited portions of the proposed *Janssens-Kulas* combination do not disclose, teach, or suggest all of the limitations of amended Claim 23. For example, neither the cited portions *Janssens* nor *Kulas* disclose the particular manner of expressing preferences and enabling and disabling communication as recited in the following limitations of amended Claim 23:

- determining to enable communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;
- determining that the first user expressed a negative preference indication regarding a second potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the second potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the second potential match corresponding to a third user;
- determining to prevent communication between the first user and the third user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;
- determining that the first user expressed a positive preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the third potential match on the graphical user interface, the third potential match corresponding to a fourth user; and

12

- determining to prevent communication between the first user and the fourth user in response to determining that the fourth user has expressed a negative preference indication regarding the first user.

*Janssens* discloses a social interaction system that includes a way for a user to find people of interest. *Janssens* at ¶ 0004. A card-feed pane displays "cards," which may display profiles of users. *Id.* at ¶ 0046. A left (backward) arrow and right (forward) enable the user to view other cards within the card-feed. *Id.* at ¶ 0047. Additionally, clicking, mouse dragging, hovering, swiping, and gesturing, may indicate to the system to display a new card. *Id.* The card-feed also includes a "like" button that records an indication that the current user is interested in the user whose card is being displayed. *Id.* at ¶ 0052.

In rejecting a previous version of Claim 23, the Office Action relies on *Janssens* at paragraphs 64 and 95 as allegedly disclosing enabling communication between the first user and the second user in response to determining that the second user has expressed approval for the first user. The cited paragraphs, however, merely disclose updating a user's contact list or chat list. For example, paragraph 64 discloses that when a user links with another user (e.g., where both users indicated they liked the other user), a small image (e.g., a thumbnail picture) of the linked user previously or newly presented in the chat list or elsewhere may be highlighted or otherwise identified on the user interface (e.g., relative to images of other users in the chat list that are not a link). Thus, upon forming a link the user's chat list images are updated. There is no disclosure in paragraph 64 of *Janssens* of enabling and disabling communication in the manner claimed. In fact, as shown above, *Janssens* teaches away from the claim limitations identified above because it discloses that users exist in the chat list (and communicate with each other) before they are linked. Paragraph 95 of *Janssens* merely discloses that a contact may be automatically added to a given user's contact list when two users are linked and suggests that users could communicate before being linked.

Other portions of *Janssens* cited by the Examiner are similarly deficient. Paragraphs 52-53 of *Janssens* suggests that users can freely communicate unless they are prevented once a user requests. This teaches away from the claimed manner of enabling and disabling communication as users are prevented from communicating until the conditions specified in the claim are met. *See also id.* at ¶ 5. Paragraph 56 of *Janssens*, which addresses communication in the system, fails to disclose the claimed manner of enabling and disabling communication. Rather, consistent with the teachings of *Janssens*, it merely discloses users

13

setting preferences but otherwise open communication between users of the system. Paragraph 178 addresses a "speed dating" situation where users who have expressed no preference for other users are forced to chat with another for a specified period of time. This again teaches away from the claimed manner of <u>enabling and disabling</u> communication which require a particular set of factors to allow for communication between users.

*Kulas* discloses controls in a graphical user interface where a user's touch or swipe of the control indicates the user's state of mind. *Kulas* at ¶ 0005. The cited portions of *Kulas* do not address when communication is allowed between users. As such, the cited portions of *Kuals* do not remedy the deficiencies of *Janssens*.

For at least these reasons, the proposed *Janssens-Kulas* combination at least fails to disclose, teach or suggest the above cited element of Claim 23. Thus, the proposed combination fails to disclose, teach or suggest each element of independent Claim 23. Accordingly, Claim 23 and each of its dependent claims are in condition for allowance.

For analogous reasons, Applicants respectfully submit that Claim 30 is patentable over the cited art used in its rejection and request that the rejection of this claim be withdrawn. In particular, Claim 30 recites a non-transitory computer readable medium comprising instructions that, when executed by a processor, are configured to in part:

- determine to enable communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;
- determine that the first user expressed a negative preference indication regarding a second potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the second potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the second potential match corresponding to a third user;
- determine to prevent communication between the first user and the third user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;
- determine that the first user expressed a positive preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the third potential match on the graphical user interface, the third potential match corresponding to a fourth user; and
- determine to prevent communication between the first user and the fourth user in response to determining that the fourth user has expressed a negative preference indication regarding the first user.

14

These elements are not shown by *Janssens* or *Kulas* for reasons analogous to those discussed above regarding Claim 23. Thus, for at least the reasons discussed with respect to Claim 23, Applicants respectfully request that the rejections of Claim 30 and its dependent claims be withdrawn.

For analogous reasons, Applicants respectfully submit that Claim 37 is patentable over the cited art used in its rejection and request that the rejection of this claim be withdrawn. In particular, Claim 37 recites a system for profile matching, comprising in part a processor operable to:

- determine to enable communication between the first user and the second user in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;
- determine that the first user expressed a negative preference indication regarding a second potential match of the set of potential matches at least by determining that the first user performed a second swiping gesture associated with a graphical representation of the second potential match on the graphical user interface, the second swiping gesture different than the first swiping gesture, the second potential match corresponding to a third user;
- determine to prevent communication between the first user and the third user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;
- determine that the first user expressed a positive preference indication regarding a third potential match of the set of potential matches at least by determining that the first user performed the first swiping gesture associated with a graphical representation of the third potential match on the graphical user interface, the third potential match corresponding to a fourth user; and
- determine to prevent communication between the first user and the fourth user in response to determining that the fourth user has expressed a negative preference indication regarding the first user.

These elements are not shown by *Janssens* or *Kulas*, for reasons analogous to those discussed above regarding Claim 23. Thus, for at least the reasons discussed with respect to Claim 23, Applicants respectfully request that the rejections of Claim 37 and its dependent claims be withdrawn.

**No Waiver**

Applicants' arguments are made without prejudice or disclaimer. By not responding to additional statements made by the Examiner, Applicants do not acquiesce to the additional

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                          14/059,192

15

statements.  The distinctions between the applied references and the claims are provided as examples only and are sufficient to overcome the rejections.  Applicants reserve the right to discuss additional or other distinctions in a later response or on appeal, if appropriate.

ATTORNEY DOCKET NO.:
076533.0146

PATENT APPLICATION
14/059,192

16

## CONCLUSION

Applicants have made an earnest attempt to place this case in condition for allowance. For the foregoing reasons and for other reasons clearly apparent, Applicants respectfully request reconsideration and full allowance of all pending claims.

If the Examiner feels that a telephone conference would advance prosecution of this application in any manner, the Examiner is invited to contact Roshan Mansinghani, Attorney for Applicants, at the Examiner's convenience at (214) 953-6737.

Although Applicants believe no fee is due, the Commissioner is authorized to charge any necessary fees or credit any overpayment to Deposit Account No. 02-0384 of Baker Botts L.L.P.

Respectfully submitted,

Baker Botts L.L.P.
Attorneys for Applicants

Roshan S. Mansinghani
Reg. No. 62,429
(214) 953-6737

Date:  February 9, 2016

Correspondence Address:
Customer No.  **05073**