# EXHIBIT F
## Part 4 of 4

Doc Code: A.NE.AFCP
Document Description: After Final Consideration Pilot Program Request

PTO/SB/434 (05-13)

## CERTIFICATION AND REQUEST FOR CONSIDERATION UNDER THE AFTER FINAL CONSIDERATION PILOT PROGRAM 2.0

| Practitioner Docket No.:<br>076533.0146 | Application No.:<br>14/059,192 | Filing Date:<br>October 21, 2013 |
|---|---|---|
| First Named Inventor:<br>Sean Rad | Title:<br>Matching Process System And Method | |

APPLICANT HEREBY CERTIFIES THE FOLLOWING AND REQUESTS CONSIDERATION UNDER THE AFTER FINAL CONSIDERATION PILOT PROGRAM 2.0 (AFCP 2.0) OF THE ACCOMPANYING RESPONSE UNDER 37 CFR 1.116.

1. The above-identified application is (i) an original utility, plant, or design nonprovisional application filed under 35 U.S.C. 111(a) [a continuing application (e.g., a continuation or divisional application) is filed under 35 U.S.C. 111(a) and is eligible under (i)], or (ii) an international application that has entered the national stage in compliance with 35 U.S.C. 371(c).

2. The above-identified application contains an outstanding final rejection.

3. Submitted herewith is a response under 37 CFR 1.116 to the outstanding final rejection. The response includes an amendment to at least one independent claim, and the amendment does not broaden the scope of the independent claim in any aspect.

4. This certification and request for consideration under AFCP 2.0 is the only AFCP 2.0 certification and request filed in response to the outstanding final rejection.

5. Applicant is willing and available to participate in any interview requested by the examiner concerning the present response.

6. This certification and request is being filed electronically using the Office's electronic filing system (EFS-Web).

7. Any fees that would be necessary consistent with current practice concerning responses after final rejection under 37 CFR 1.116, e.g., extension of time fees, are being concurrently filed herewith. [There is no additional fee required to request consideration under AFCP 2.0.]

8. By filing this certification and request, applicant acknowledges the following:
   - Reissue applications and reexamination proceedings are not eligible to participate in AFCP 2.0.
   - The examiner will verify that the AFCP 2.0 submission is compliant, i.e., that the requirements of the program have been met (see items 1 to 7 above). For compliant submissions:
     - The examiner will review the response under 37 CFR 1.116 to determine if additional search and/or consideration (i) is necessitated by the amendment and (ii) could be completed within the time allotted under AFCP 2.0. If additional search and/or consideration is required but cannot be completed within the allotted time, the examiner will process the submission consistent with current practice concerning responses after final rejection under 37 CFR 1.116, e.g., by mailing an advisory action.
     - If the examiner determines that the amendment does not necessitate additional search and/or consideration, or if the examiner determines that additional search and/or consideration is required and could be completed within the allotted time, then the examiner will consider whether the amendment places the application in condition for allowance (after completing the additional search and/or consideration, if required). If the examiner determines that the amendment does not place the application in condition for allowance, then the examiner will contact the applicant and request an interview.
       - The interview will be conducted by the examiner, and if the examiner does not have negotiation authority, a primary examiner and/or supervisory patent examiner will also participate.
       - If the applicant declines the interview, or if the interview cannot be scheduled within ten (10) calendar days from the date that the examiner first contacts the applicant, then the examiner will proceed consistent with current practice concerning responses after final rejection under 37 CFR 1.116.

| Signature | Date |
|---|---|
| *(signature)* | February 9, 2016 |
| Name (Print/Typed)<br>Roshan S. Mansinghani | Practitioner Registration No.<br>62429 |

**Note:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4(d) for signature requirements and certifications. Submit multiple forms if more than one signature is required, see below*.

☐ * Total of _1_ forms are submitted.

## Privacy Act Statement

The **Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (*i.e.*, GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 24862261 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean  Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Filer Authorized By:** | Roshan Suresh Mansinghani |
| **Attorney Docket Number:** | 076533.0146 |
| **Receipt Date:** | 09-FEB-2016 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 11:58:54 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 0765330146RespFOA020916. PDF | 754567<br>d73bde4311c3356d095eb8f6f9808f8e3b9 1448f | yes | 16 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Response After Final Action | 1 | 1 |
| Claims | 2 | 10 |
| Applicant Arguments/Remarks Made in an Amendment | 11 | 16 |

| **Warnings:** | | | | | |
|---|---|---|---|---|---|
| **Information:** | | | | | |
| 2 | After Final Consideration Program Request | 0765330146AFCPP020916.PDF | 152255<br>ff4c4df26f7105e971b84d0da44e8e7f4799370e | no | 2 |

| **Warnings:** |
|---|
| **Information:** |

| **Total Files Size (in bytes):** | 906822 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 14/059,192 | Filing Date 10/21/2013 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE  ☐ SMALL  ☐ MICRO

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| **AMENDMENT** | **02/09/2016** | | | | | |
| | Total (37 CFR 1.16(i)) | * 9 | Minus ** 21 | = 0 | x $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus *** 3 | = 0 | x $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| **AMENDMENT** | Total (37 CFR 1.16(i)) | * | Minus ** | = | x $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/PAULA MCCRAY STANLEY/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 076533.0146 | 1044 |

5073        7590        12/09/2015
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

| EXAMINER |
|---|
| CHOI, YUK TING |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2164 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 12/09/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ptomail1@bakerbotts.com
ptomail2@bakerbotts.com

| **Office Action Summary** | **Application No.**<br>14/059,192 | **Applicant(s)**<br>RAD ET AL. | |
|---|---|---|---|
| | **Examiner**<br>YUK TING CHOI | **Art Unit**<br>2164 | **AIA (First Inventor to File) Status**<br>No |

| -- The MAILING DATE of this communication appears on the cover sheet with the correspondence address -- |
|---|

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>11/18/2015</u>.
    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☒ This action is **FINAL**.    2b)☐ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) <u>23,25-28,30,32-35,37 and 39-42</u> is/are pending in the application.
    5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>23,25-28,30,32-35,37 and 39-42</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

  **Certified copies:**

    a)☐ All    b)☐ Some**   c)☐ None of the:

     1.☐ Certified copies of the priority documents have been received.

     2.☐ Certified copies of the priority documents have been received in Application No. _____.

     3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)

2)☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____.

4)☐ Other: _____.

Application/Control Number: 14/059,192                                    Page 2
Art Unit: 2164

## DETAILED ACTION

### *Response to Amendment*

1.      This office action is in response to applicant's communication filed on 11/18/2015 in

response to PTO Office Action mailed 08/18/2015.  The Applicant's remarks and amendments

to the claims and/or the specification were considered with the results as follows.

2.      In response to the last Office Action, claims 23, 25-28, 30, 32-35, 37, 39-42 have been

amended. Claims 24, 29, 31, 36, 38 and 43 have been canceled. As a result, claims 23, 25-28,

30, 32-35, 37, 39, 40-42 are pending in this office action.


### *Response to Arguments*

3.       Applicant's arguments with respect to claims 23, 25-28, 30, 32-35, 37, 39, 40-42 have

been fully considered but are not persuasive and details are as follows:

Applicant's argument states as "Janssens discloses a social interaction system that

includes a way for a user to find people of interest…additionally, clicking, mouse dragging,

hovering, swiping and gesturing, may indicate to the system to display a new card.  Therefore,

the cited portions of Janssens do not disclose in response to determining that the first user

expressed the positive preference indication regarding the first potential match, automatically

causing the graphical user interface to display a graphical representation of a second potential

match of the set of potential matches instead of the graphical representation of the first potential

match" as recited in amended independent claims 23, 30 and 37.

In response to applicant's response, the Examiner disagrees because the Janssens

reference discloses the user of the card-feed may cycle through various cards or other potential

matches beside the first potential match.  The system records different forms of user

interactions such as clicking, mouse dragging, hovering, swiping, gesturing and so on are used

Application/Control Number: 14/059,192                                    Page 3
Art Unit: 2164

to indicate whether a new potential match or previously viewed potential match is to be

displayed to the user (See Janssens, para. [0047]). The feed of potential matches is

automatically cycled periodically and the system uses information such as user settings and

past interactions between users, e.g., the interactions such as a user liked another user and/or

gave a gift to another user to determine and select which card to show next from a set of cards

or potential matches. The user may go forward in the feed by selecting the forward control and

the process may select the next card to display to the user in the card-feed.  Similarity, when

another user likes the user's profile card, the user may go forward in the feed by selecting the

forward control and the process automatically select the card of the person that liked that user

as the next card to display to the user in the card feed (See Janssens, para. [0118]).  Therefore,

Janssens still teaches in response to determine that the first user expressed "liked" indication

regarding the first potential match, the system automatically use such interaction information to

determine and select the next card in the card feed.

      Applicant further argues "the office action relies on Janssens at paragraph 64 and 95 as

allegedly disclosing enabling communication between the first user and the second user in

response to determining that the second user has expressed approval for the first user, the cited

paragraphs merely disclose updating a user's contact list or chat list...Janssens teaches away

from enabling communication after users have been linked because it discloses that users exist

in the chat before they are linked...Janssens merely discloses that a contact may be

automatically added to a given's user's contact list when two users are linked and suggests that

users could communicate before being linked...therefore, Janssens does not disclose

determining to enable communication between the first user and the second user in response to

determining that both the first user has expressed the positive preference indication regarding

Application/Control Number: 14/059,192                                      Page 4
Art Unit: 2164

the second user and the second user has expressed the positive preference indicating

regarding the first user".

    In response to applicant's response, the Examiner disagrees because the Janssens

reference clearly indicates there are different ways to enable communication between the users.

Rules can be defined by users in the user's account data or by a system administrator indicates

which users can communicate/chat with other users (See Janssens para. [0045] and para.

[0056]). One of the ways to enable chat communication between two users is adding both users

to their contact lists.  A contact is added automatically to a given user's contact list when two

users link, for example, if user A "likes" user B and user B "likes" user A back, a link is created,

and the system adds user A to the contact list of user B and user B to the contact list of user A.

User A enables communication with user B by clicking the chat button once the system has

successfully placed user B on the contract list of user A after user A has indicated a positive

indication such as the liked indication (See Janssens para. [0095]). Therefore, the Janssens

reference still reads on the argued feature.


                        ***Claim Rejections - 35 USC § 102***

4.      In the event the determination of the status of the application as subject to AIA 35 U.S.C.

102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the

statutory basis for the rejection will not be considered a new ground of rejection if the prior art

relied upon, and the rationale supporting the rejection, would be the same under either status.

5.      The following is a quotation of the appropriate paragraphs of pre-AIA 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

            A person shall be entitled to a patent unless –

Application/Control Number: 14/059,192            Page 5
Art Unit: 2164

(e) the invention was described in (1) an application for patent, published under section 122(b), by another filed in the United States before the invention by the applicant for patent or (2) a patent granted on an application for patent by another filed in the United States before the invention by the applicant for patent, except that an international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an application filed in the United States only if the international application designated the United States and was published under Article 21(2) of such treaty in the English language.

6.      Claims 23, 25 26, 28, 30, 32, 33, 35, 37 and 39-41 are rejected under pre-AIA 35 U.S.C. 102(e) as being anticipated by Janssens (US 2014/0040368 A1).

**Referring to claims 23, 30 and 37**, Janssens discloses a computer implemented method of profile matching (***See para. [0005], a matching system identifies a plurality of matching users from a plurality users based at least in part on the received profile information***) , comprising:

electronically receiving a first request for matching, the first request electronically submitted by a first user using a first electronic device (***See Figure 9,  para. [0041] and para. [0112] and para. [0113], receiving a request for a new card from a user device, a request for a profile card***);

determining a set of potential matches for the first user in response to receiving the first request (***See para. [0115] and Figure 9, item 906, identifying a set of available cards by the system as potentially interesting to the viewing user***);

causing the display of a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user (***See para. [0115]-para. [0117] and Figure 9, selecting and displaying a card from the set of available cards that is estimated or determined to be the highest rank or greater interest to the user***);

determining that the first user expressed a positive preference indication regarding the first potential match at least by determining that the first user performed a first swiping gesture

associated with the graphical representation to the first potential match on the graphical user

interface (**See Figure 5, para. [0005], para. [0052], para. [0053], para. [0064] and para.**

**[0095], the system receives "like" expression from the first user or the A user on the**

**card-feed pane, also See para. [0047] and para. [0068] and Figure 4, swiping across the**

**interface using a finger on the card, user can swipe on the "like " feature, and the**

**system maintain a history of which cards a given user has viewed and the user's**

**interaction with a given card**);

in response to determining that the first user expressed the positive preference

indication regarding the first potential match, automatically causing the graphical user interface

to display a graphical representation of a second potential match of the set of potential

matches instead of the graphical representation of the first potential match (**See para. [0047]**

**and para. [0118], the user of the card-feed may cycle through various cards or other**

**potential matches beside the first potential match, the system records different forms of**

**user interactions such as clicking, mouse dragging, hovering, swiping, gesturing and so**

**on are used to indicate whether a new potential match or previously viewed potential**

**match is to be displayed to the user, the feed of potential matches is automatically**

**cycled periodically and the system uses information such as user settings and past**

**interactions between users, e.g., the interactions such as a user liked another user**

**and/or gave a gift to another user to determine and select which card to show next from**

**a set of cards or potential matches, the user may go forward in the feed by selecting the**

**forward control and the process may select the next card to display to the user in the**

**card-feed, also when another user likes the user's profile card, the user may go forward**

**in the feed by selecting the forward control, and the system automatically selects the**

*card of the person that liked that user as the next card to display to the user in the card feed*);

determining that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match (***See Figure 5, para. [0005], para. [0052], para. [0053], para. [0064] and para. [0095], the system also receives "like" expression from the second user when the second user or the user B likes user A back***);

determining to enable communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user (***See para. [0045] and para. [0056], One way to enable chat communication between two users is adding both users to their contact lists, a contact is added automatically to a given user's contact list when two users link, for example, if user A "likes" user B and user B "likes" user A back, a link is created, and the system adds user A to the contact list of user B and user B to the contact list of user A. User A enables communication with user B by clicking the chat button once the system has successfully placed user B on the contract list of user A after user A has indicated a positive indication such as the liked indication***);

in response to determining to enable communication between the first user and the second user, causing the graphical user interface to display to the first user both the graphical representation of the first potential match and a text area, the text area configured to receive text inputted by the first user to send to the second user (***See Figure 3, text area 312, para. [0045] and para. [0056], if user A "likes" user B and user B "likes" user A back, a link is created, and the system adds user A to the contact list of user B and user B to the***

*contact list of user A, user A enables communication with user B by clicking the chat button once the system has successfully placed user B on the contract list of user A after user A has indicated a positive indication such as the liked indication, clicking the chat button opens the chat pane is a text area enable the user to chat other users)*; and

wherein the first user is identified using a first social networking platform and the second user is identified using a second social networking platform that is different than the first social networking platform (***See para. [0178], the system determines the potential match based on one of the factors such as the common friends listed on the user profiles associated with one or more social networks***).

**As to claims 25, 32 and 39**, Janssens discloses further comprising:

in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, causing the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling the text area to be presented to the first user (***See Figure 3, text area 312,  para. [0045] and para. [0056], if user A "likes" user B and user B "likes" user A back, a link is created, and the system adds user A to the contact list of user B and user B to the contact list of user A, user A enables communication with user B by clicking the chat button once the system has successfully placed user B on the contract list of user A after user A has indicated a positive indication such as the liked indication, clicking the chat button opens the chat pane is a text area enable the user to chat other users)***.

Application/Control Number: 14/059,192                                          Page 9
Art Unit: 2164

**As to claims 26, 33 and 40**, Janssens discloses the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value (***See para. [0055] and para. [0130], user can set preferences on the types of cards they want to receive, e.g. a user can specify limits on geographic range such as 10 miles from his/ her house, 20 miles from his/her work address and etc.***).

**As to claims 28, 35 and 41**, Janssens discloses causing the display of a graphical representation of a second potential match of the set of potential matches to the first user on the graphical user interface of the first electronic device (***See para. [0145] and Figure 12, the system identifies the most relevant potential users whose cards may be displayed to the viewing user***);  determining that the first user expressed a negative preference indication regarding the second potential match (***See para. [0052], the system also provides a control via which the user can indicate a disinterest in another user***); and determining not to enable communication between the first user and a user associated with the second potential match after determining that the first user expressed the negative preference indication regarding the second potential match (***See para. [0052], preventing communication between the first user and the other user, e.g. if user B is a second potential match, user B is automatically be placed in ignored state and or any future communication because the first user dislikes the profile card for user B***).

Application/Control Number: 14/059,192                                         Page 10
Art Unit: 2164

### Claim Rejections - 35 USC § 103

7.      The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described
> as set forth in section 102 of this title, if the differences between the subject matter sought to
> be patented and the prior art are such that the subject matter as a whole would have been
> obvious at the time the invention was made to a person having ordinary skill in the art to which
> said subject matter pertains.  Patentability shall not be negatived by the manner in which the
> invention was made.

8.      Claims 27, 34 and 42 are rejected under pre-AIA 35 U.S.C. 103(a) as being

unpatentable over Janssens (US 2014/0040368 A1) and in view of Kulas (US 2011/0087974

A1).

**As to claims 27, 34 and 42**, Janssens discloses causing the display of a graphical

representation of  a second potential match and a third potential match to the first user on the

graphical user interface of the first electronic device, the set of potential matches comprising

the second potential match and the third potential match (***See para. [0145] and Figure 12, the***

***system identifies the most relevant potential users whose cards may be displayed to the***

***viewing user***).

Janssens discloses determining that the first user expressed a positive preference

indication regarding the second potential match at least by determining that the first user

performed a second swiping gesture associated with the graphical representation of the

second potential match on the graphical user interface (***See para. [0047] and para. [0068]***

***and Figure 4 swiping across the interface using a finger on the card, user can swipe on***

***the "like " feature***) and determining that the first user expressed a negative preference

indication regarding that the third potential match at least by determining that the first user

performed a third swiping gesture associated with the graphical representation of the third

Application/Control Number: 14/059,192                                    Page 11
Art Unit: 2164

potential match on the user interface  (**See para. [0052], the system also provides a control via which the user can indicate a disinterest in another user**).

Janssens does not explicitly disclose determining an expression of approval by detecting a second swiping gesture associated with a first direction; and determining an expression of disapproval from the first user by detecting a third swiping gesture associated with a second direction different than the first direction.

Kulas discloses determining an expression of approval by detecting a second swiping gesture associated with a first direction; and determining an expression of disapproval from the first user by detecting a third swiping gesture associated with a second direction different than the first direction (**See para. [0027], a user can swipe their finger downward to indicate disapproval or upward to indicate approval**).

Hence, it would have been obvious to one having ordinary skill in the art at the time of invention was made to modify the sensitive touch- screen movement detection module of Janssens 's system to comprise: determining an expression of approval by detecting a second swiping gesture associated with a first direction; and determining an expression of disapproval from the first user by detecting a third swiping gesture associated with a second direction different than the first direction, as taught by Kulas, in order to improve the service provided to a user  by determining ways of identifying a user's state of mind (See Kulas, **para. [0004]**).

*Conclusion*

9.       **THIS ACTION IS MADE FINAL.**  Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

Application/Control Number: 14/059,192                                   Page 12
Art Unit: 2164

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within TWO

MONTHS of the mailing date of this final action and the advisory action is not mailed until after

the end of the THREE-MONTH shortened statutory period, then the shortened statutory period

will expire on the date the advisory action is mailed, and any extension fee pursuant to 37

CFR 1.136(a) will be calculated from the mailing date of the advisory action.  In no event,

however, will the statutory period for reply expire later than SIX MONTHS from the date of this

final action.


10.      The examiner requests, in response to this Office action, support be shown for language

added to any original claims on amendment and any new claims. That is indicate support for

newly added claim language by specifically pointing to page(s) and line no(s) in the specification

and/or drawing figure(s).  This will assist the examiner in prosecuting the application.


### *Contact Information*

Any inquiry concerning this communication or earlier communications from the examiner

should be directed to YUK TING CHOI whose telephone number is (571)270-1637.  The

examiner can normally be reached on 9:30 AM - 6:00 PM EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Christyann Pulliam can be reached on (571) 270-1007.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 14/059,192                                   Page 13
Art Unit: 2164

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR.  Status information for unpublished applications is available through Private PAIR only.  For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/YUK TING CHOI/

Primary Examiner, Art Unit 2164

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14059192 | RAD ET AL. |
| | Examiner | Art Unit |
| | YUK TING CHOI | 2164 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant   ☐ CPA   ☐ T.D.   ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 08/12/2015 | 11/30/2015 | | | | | | | |
| | 1 | - | - | | | | | | | |
| | 2 | - | - | | | | | | | |
| | 3 | - | - | | | | | | | |
| | 4 | - | - | | | | | | | |
| | 5 | - | - | | | | | | | |
| | 6 | - | - | | | | | | | |
| | 7 | - | - | | | | | | | |
| | 8 | - | - | | | | | | | |
| | 9 | - | - | | | | | | | |
| | 10 | - | - | | | | | | | |
| | 11 | - | - | | | | | | | |
| | 12 | - | - | | | | | | | |
| | 13 | - | - | | | | | | | |
| | 14 | - | - | | | | | | | |
| | 15 | - | - | | | | | | | |
| | 16 | - | - | | | | | | | |
| | 17 | - | - | | | | | | | |
| | 18 | - | - | | | | | | | |
| | 19 | - | - | | | | | | | |
| | 20 | - | - | | | | | | | |
| | 21 | - | - | | | | | | | |
| | 22 | - | - | | | | | | | |
| | 23 | ✓ | ✓ | | | | | | | |
| | 24 | ✓ | - | | | | | | | |
| | 25 | ✓ | ✓ | | | | | | | |
| | 26 | ✓ | ✓ | | | | | | | |
| | 27 | ✓ | ✓ | | | | | | | |
| | 28 | ✓ | ✓ | | | | | | | |
| | 29 | ✓ | - | | | | | | | |
| | 30 | ✓ | ✓ | | | | | | | |
| | 31 | ✓ | - | | | | | | | |
| | 32 | ✓ | ✓ | | | | | | | |
| | 33 | ✓ | ✓ | | | | | | | |
| | 34 | ✓ | ✓ | | | | | | | |
| | 35 | ✓ | ✓ | | | | | | | |
| | 36 | ✓ | - | | | | | | | |

| *Index of Claims* | **Application/Control No.** | **Applicant(s)/Patent Under Reexamination** |
|---|---|---|
| | 14059192 | RAD ET AL. |
| | **Examiner** | **Art Unit** |
| | YUK TING CHOI | 2164 |

| ✓ | **Rejected** | | - | **Cancelled** | | N | **Non-Elected** | | A | **Appeal** |
|---|---|---|---|---|---|---|---|---|---|---|
| = | **Allowed** | | ÷ | **Restricted** | | I | **Interference** | | O | **Objected** |

☐ **Claims renumbered in the same order as presented by applicant**    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 08/12/2015 | 11/30/2015 | | | | | | |
| | 37 | ✓ | ✓ | | | | | | |
| | 38 | ✓ | - | | | | | | |
| | 39 | ✓ | ✓ | | | | | | |
| | 40 | ✓ | ✓ | | | | | | |
| | 41 | ✓ | ✓ | | | | | | |
| | 42 | ✓ | ✓ | | | | | | |
| | 43 | ✓ | - | | | | | | |

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                     14/059,192

1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:          Sean Rad et al.

Serial No.:                    14/059,192

Filing Date:                   October 21, 2013

Group Art Unit:                2164

Examiner:                      Yuk Ting Choi

Confirmation No.:              1044

Title:                         MATCHING PROCESS SYSTEM AND METHOD


Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450


Dear Sir:


### Response to Office Action Pursuant to 37 C. F. R. § 1.111

In response to the Office Action dated August 18, 2015, Applicants respectfully request the Examiner to reconsider the rejections of the claims in view of the following amendments and remarks.

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                          14/059,192

2

**In the Claims**:

1-22.   (Canclled)

23.   **(Currently Amended)**   A computer implemented method of profile matching, comprising:

~~receiving a plurality of user profiles, each user profile comprising traits of a respective user;~~

**electronically** receiving a **first** request for matching**,** ~~from~~ **the first request electronically submitted by** a first user **using a first electronic device**;

**determining** ~~identifying~~ a set of potential matches **for the first user** ~~from the plurality of user profiles~~ in response to receiving the **first** request;

**causing the display of a graphical representation of** ~~presenting~~ a first potential match of the set of potential matches to the first user **on a graphical user interface of the first electronic device**, the first potential match corresponding to a second user;

~~receiving an expression of approval~~ **determining that** ~~from~~ the first user **expressed a positive preference indication** regarding the first potential match **at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface**;

**in response to determining that the first user expressed the positive preference indication regarding the first potential match, automatically causing the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match**;

determining that the second user has expressed **a positive preference indication regarding** ~~approval for~~ the first user after **determining that the first user expressed the positive preference indication regarding the first potential match;** ~~receiving the expression of approval from the first user;~~

**determining to enable** ~~enabling~~ communication between the first user and the second user in response to determining that **both the first user has expressed the positive preference indication regarding the second user and** the second user has expressed ~~approval for~~ **the positive preference indication regarding** the first user;

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                      14/059,192

3

**in response to determining to enable communication between the first user and the second user, causing the graphical user interface to display to the first user both the graphical representation of the first potential match and a text area, the text area configured to receive text inputted by the first user to send to the second user;** and

wherein **the first user is identified using** ~~plurality of user profiles comprises user profiles associated with~~ a first social networking platform and **the second user is identified using** ~~user profiles associated with~~ a second social networking platform that is different than the first social networking platform.

24.    **(Canceled)**

25.    **(Currently Amended)**  The method of Claim 23, further comprising:

**in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, causing the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling the text area to be presented to the first user.**

~~presenting an indication of the expression of approval from the first user regarding the first potential match to the second user after receiving the expression of approval from the first user regarding the first potential match and after determining that the second user has expressed approval for the first user.~~

26.    **(Currently Amended)**  The method of Claim 23, wherein ~~identifying a set of potential matches for the request from the plurality of user profiles~~ **the set of potential matches for the first user** comprises **one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.** ~~comparing geographic positions associated with the plurality of user profiles with each of the potential matches with a geographic position associated with the first user.~~

ATTORNEY DOCKET NO.:                                                PATENT APPLICATION
076533.0146                                                                        14/059,192

4

27.    **(Currently Amended)**  The method of Claim 23, further comprising:

**causing the display of a graphical representation of** ~~presenting~~ a second potential match and a third potential match to the first user **on the graphical user interface of the first electronic device**, the set of potential matches comprising the second potential match and the third potential match;

**determining that the first user expressed a positive preference indication** ~~determining an expression of approval from the first user~~ regarding the second potential match **at least by determining that the first user performed a second swiping gesture associated with the graphical representation of the second potential match on the graphical user interface, the** ~~by detecting a first~~ **second** swiping gesture associated with a first direction; and

**determining that the first user expressed a negative preference indication** ~~determining an expression of disapproval from the first user~~ regarding the third potential match **at least by determining that the first user performed a third swiping gesture associated with the graphical representation of the third potential match on the graphical user interface, the** ~~by detecting a second~~ **third** swiping gesture associated with a second direction different than the first direction.

28.    **(Currently Amended)**  The method of Claim 23, further comprising:

**causing the display of a graphical representation of** ~~presenting~~ a second potential match of the set of potential matches to the first user **on the graphical user interface of the first electronic device**;

**determining that the first user expressed a negative preference indication** ~~receiving an expression of disapproval from the first user~~ regarding the second potential match; and

**determining not to enable** ~~preventing~~ communication between the first user and a user associated with the second potential match **after determining that the first user expressed the negative preference indication regarding the second potential match.** ~~in response to receiving the expression of disapproval~~.

29.    **(Canceled)**

ATTORNEY DOCKET NO.:               PATENT APPLICATION<br>076533.0146                                        14/059,192

5

30.    **(Currently Amended)** A non-transitory computer-readable medium comprising instructions that, when executed by a processor, are configured to:

~~receive a plurality of user profiles, each user profile comprising traits of a respective user;~~

**electronically** receive a **first** request for matching**,** ~~from the first request electronically submitted by~~ a first user **using a first electronic device**;

**determine** ~~identify~~ a set of potential matches **for the first user** ~~from the plurality of user profiles~~ in response to receiving the **first** request;

**cause the display of a graphical representation of** ~~present~~ a first potential match of the set of potential matches to the first user **on a graphical user interface of the first electronic device**, the first potential match corresponding to a second user;

~~receive an expression of approval from~~ **determine that** the first user **expressed a positive preference indication** regarding the first potential match **at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface**;

**in response to the determination that the first user expressed the positive preference indication regarding the first potential match, automatically cause the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match;**

determine that the second user has expressed **a positive preference indication regarding** ~~approval for~~ the first user after **determining that the first user expressed the positive preference indication regarding the first potential match** ~~receiving the expression of approval from the first user~~;

**determine to** enable communication between the first user and the second user in response to the determination that **both the first user has expressed the positive preference indication regarding the second user and** the second user has expressed ~~approval for~~ **the positive preference indication regarding** the first user;

**in response to the determination to enable communication between the first user and the second user, cause the graphical user interface to display to the first user both the graphical representation of the first potential match and a text area, the text area configured to receive text inputted by the first user to send to the second user;** and

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                          14/059,192

6

wherein **the first user is identified using** ~~plurality of user profiles comprises user profiles associated with~~ a first social networking platform and **the second user is identified using** ~~user profiles associated with~~ a second social networking platform that is different than the first social networking platform.

31.    **(Canceled)**

32.    **(Currently Amended)** The medium of Claim 30, further comprising instructions configured to**, in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, cause the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling the text area to be presented to the first user.**

~~present an indication of the expression of approval from the first user regarding the first potential match to the second user after receiving the expression of approval from the first user regarding the first potential match and after determining that the second user has expressed approval for the first user.~~

33.    **(Currently Amended)** The medium of Claim 30, wherein **the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.** ~~the instruction configured to identify a set of potential matches for the request from the plurality of user profiles comprise instructions configured to compare geographic positions associated with the plurality of user profiles with a geographic position associated with the first user.~~

ATTORNEY DOCKET NO.:             PATENT APPLICATION
076533.0146                                               14/059,192

7

34.    **(Currently Amended)** The medium of Claim 30, further comprising instructions configured to:

**cause the display of a graphical representation of** ~~present~~ a second potential match and a third potential match to the first user **on the graphical user interface of the first electronic device**, the set of potential matches comprising the second potential match and the third potential match;

**determine that the first user expressed a positive preference indication** ~~determine an expression of approval from the first user~~ regarding the second potential match **at least by determining that the first user performed a second swiping gesture associated with the graphical representation of the second potential match on the graphical user interface, the** ~~by detecting a~~ **second** swiping gesture associated with a first direction; and

**determine that the first user expressed a negative preference indication** ~~determine an expression of disapproval from the first user~~ regarding the third potential match **at least by determining that the first user performed a third swiping gesture associated with the graphical representation of the third potential match on the graphical user interface, the** ~~by detecting a~~ **third** swiping gesture associated with a second direction different than the first direction.

35.    **(Currently Amended)** The medium of Claim 30, further comprising instructions configured to:

**cause the display of a graphical representation of** ~~present~~ a second potential match of the set of potential matches to the first user **on the graphical user interface of the first electronic device**;

**determine that the first user expressed a negative preference indication** ~~receive an expression of disapproval from the first user~~ regarding the second potential match; and

**determine not to enable** ~~prevent~~ communication between the first user and a user associated with the second potential match **after determining that the first user expressed the negative preference indication regarding the second potential match.** ~~in response to the reception of the expression of disapproval.~~

36.    **(Canceled)**

ATTORNEY DOCKET NO.:                                          PATENT APPLICATION
076533.0146                                                              14/059,192

8

37.     **(Currently Amended)**  A system for profile matching, comprising:

an interface operable to:

electronically receive a **first** request for matching**,** ~~from the first request~~ **electronically submitted by** a first user **using a first electronic device**; and

a processor coupled to the interface and operable to:

**determine** ~~identify~~ a set of potential matches **for the first user** ~~from the plurality of user profiles~~ in response to receiving the **first** request;

cause the interface to ~~present~~ **display a graphical representation of** a first potential match of the set of potential matches to the first user **on a graphical user interface of the first electronic device**, the first potential match corresponding to a second user;

determine that the interface has received ~~an expression of approval~~ **a positive preference indication** from the first user regarding the first potential match **at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface**;

**automatically cause the interface to remove the presentation of the first potential match from the graphical user interface in response to detecting the gesture and cause the interface to present, on the graphical user interface, a second potential match of the set of potential matches to the first user**;

determine that the second user has expressed **a positive preference indication regarding** ~~approval for~~ the first user after **determining that the first user expressed the positive preference indication regarding the first potential match** ~~receiving the expression of approval from the first user~~; and

**determine to** enable communication between the first user and the second user in response to the determination that **both the first user has expressed the positive preference indication regarding the second user and** the second user has expressed ~~approval for~~ **the positive preference indication regarding** the first user;

**in response to the determination to enable communication between the first user and the second user, cause the graphical user interface to display to the first user both the graphical representation of the first potential match and a text area, the text area configured to receive text inputted by the first user to send to the second user;** and

9

wherein **the first user is identified using** ~~plurality of user profiles comprises user profiles associated with~~ a first social networking platform and **the second user is identified using** ~~user profiles associated with~~ a second social networking platform that is different than the first social networking platform.

38.    **(Canceled)**

39.    **(Currently Amended**) The system of Claim 37, the processor further operable to**, in response to the determination that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user, cause the display of a graphical notification, on the graphical user interface of the first electronic device, that a match exists between the first user and the second user, the graphical notification comprising a user interface control enabling the text area to be presented to the first user.**

~~present an indication of the expression of approval from the first user regarding the first potential match to the second user after receiving the expression of approval from the first user regarding the first potential match and after determining that the second user has expressed approval for the first user.~~

40.    **(Currently Amended**) The system of Claim 37, wherein **the set of potential matches for the first user comprises one or more potential matches that are each associated with a geographic location within a threshold distance of a geographic location associated with the first user, the threshold distance being a stored value.** ~~the processor operable to identify the set of potential matches for the request from the plurality of user profiles comprises a processor operable to compare geographic positions associated with the plurality of user profiles with a geographic position associated with the first user.~~

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                      14/059,192

10

41.    (**Currently Amended**) The system of Claim 37, **wherein:**    ~~further comprising:~~

the interface **is** further operable to:

**cause the display of a graphical representation of** ~~present~~ a second potential match of the set of potential matches to the first user **on the graphical user interface of the first electronic device**; and

the processor **is** further operable to:

determine that the interface has received **a negative preference indication** ~~an expression of disapproval~~ from the first user regarding the second potential match; and

**determine not to enable** ~~prevent~~ communication between the first user and a user associated with the second potential match **after determining that the first user expressed the negative preference indication regarding the second potential match.** ~~in response to the reception of the expression of disapproval.~~

42.    (**Currently Amended**) The system of Claim 37, **wherein:**    ~~further comprising:~~

the interface **is** further operable to:

**cause the display of a graphical representation of** ~~present~~ a second potential match and a third potential match to the first user **on the graphical user interface of the first electronic device**, the set of potential matches comprising the second potential match and the third potential match; and

the processor **is** further operable to:

**determine that the first user expressed a positive preference indication** ~~determine an expression of approval from the first user~~ regarding the second potential match **at least by determining that the first user performed a second swiping gesture associated with the graphical representation of the second potential match on the graphical user interface, the** ~~by detecting a~~ second swiping gesture associated with a first direction; and

**determine that the first user expressed a negative preference indication** ~~determine an expression of disapproval from the first user~~ regarding the third potential match **at least by determining that the first user performed a third swiping gesture associated with the graphical representation of the third potential match on the**

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                       14/059,192

11

**graphical user interface, the** ~~by detecting a~~ third swiping gesture associated with a second direction different than the first direction.

43.     **(Canceled)**.

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                      14/059,192

12

### REMARKS

This Application has been carefully reviewed in light of the Office Action dated August 18, 2015 (the "Office Action").  Applicants appreciate the Examiner's consideration of the Application.  Applicants amend Claims 23, 25-28, 30, 32-35, 37 and 39-42 and cancel Claims 24, 29, 31, 36, 38 and 43.  Applicants respectfully request reconsideration and allowance of all pending claims.

### Section 101 Rejections

The Examiner rejects Claims 23-29 and 37-43 under 35 U.S.C. § 101.  Office Action at 2-3.  Applicants respectfully traverse this rejection.  The Office Action alleges that Claim 23 is directed to the abstract idea of "finding a potential match from a set of user profiles or biographies."  *Id.* at 3.  Applicants respectfully disagree because such a characterization over-simplifies the claimed invention and improperly ignores numerous features recited in the claims.  Claims 23 and 37 are directed to an improved computer profile matching system.  As an example, these claims (with and without the present amendments) recite technological improvements for presenting potential matches to a user on the graphical user interface and for enabling communication between users.  The specific combination of elements as claimed provide improvements over the prior art.  For at least these reasons, Claims 23 and 37, and their dependent claims, are not directed to non-statutory subject matter.  Applicants respectfully request withdrawal of these rejections.

### Section 102 and 103 Rejections

The Examiner rejects Claims 23-26, 28-33, 35-41, and 43 under pre-AIA 35 U.S.C. § 102(e) as allegedly being anticipated by U.S. Patent Publication No. 2014/0040368 A1 by Janssens ("*Janssens*").  The Examiner rejects Claims 27, 34, and 42 under pre-AIA 35 U.S.C. § 103(a) as allegedly being unpatentable over *Janssens* in view of U.S. Patent Publication No. 2011/0087974 A1 by Kulas ("*Kulas*").  Applicants respectfully traverse these rejections for the reasons discussed below.

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                       14/059,192

13

Claims 23 and 25-28

Applicants respectfully submit that *Janssens* and *Kulas* fail to disclose, teach or suggest each element of the claims, and discuss Claim 23 as an example. Amended independent Claim 23 recites the following:

> A computer implemented method of profile matching, comprising:
> electronically receiving a first request for matching, the first request electronically submitted by a first user using a first electronic device;
> determining a set of potential matches for the first user in response to receiving the first request;
> causing the display of a graphical representation of a first potential match of the set of potential matches to the first user on a graphical user interface of the first electronic device, the first potential match corresponding to a second user;
> determining that the first user expressed a positive preference indication regarding the first potential match at least by determining that the first user performed a first swiping gesture associated with the graphical representation of the first potential match on the graphical user interface;
> in response to determining that the first user expressed the positive preference indication regarding the first potential match, automatically causing the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match;
> determining that the second user has expressed a positive preference indication regarding the first user after determining that the first user expressed the positive preference indication regarding the first potential match;
> determining to enable communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user;
> in response to determining to enable communication between the first user and the second user, causing the graphical user interface to display to the first user both the graphical representation of the first potential match and a text area, the text area configured to receive text inputted by the first user to send to the second user; and
> wherein the first user is identified using a first social networking platform and the second user is identified using a second social networking platform that is different than the first social networking platform.

Applicants respectfully submit that the cited portions of *Janssens* and *Kulas*, either alone or in combination, at least fail to disclose, teach or suggest "in response to determining that the first user expressed the positive preference indication regarding the first potential match,

ATTORNEY DOCKET NO.:                              PATENT APPLICATION
076533.0146                                       14/059,192

14

automatically causing the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match" and "determining to enable communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user."

*Janssens* discloses a social interaction system that includes a way for a user to find people of interest. *Janssens* at ¶ 0004. A card-feed pane displays "cards," which may display profiles of users. *Id.* at ¶ 0046. A left (backward) arrow and right (forward) enable the user to view other cards within the card-feed. *Id.* at ¶ 0047. Additionally, clicking, mouse dragging, hovering, swiping, and gesturing, may indicate to the system to display a new card. *Id.* The card-feed also includes a "like" button that records an indication that the current user is interested in the user whose card is being displayed. *Id.* at ¶ 0052. Therefore, the cited portions of *Janssens* do not disclose "in response to determining that the first user expressed the positive preference indication regarding the first potential match, automatically causing the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match," as recited in amended independent Claim 23.

In rejecting a previous version of Claim 23, the Office Action relies on *Janssens* at paragraphs 64 and 95 as allegedly disclosing enabling communication between the first user and the second user in response to determining that the second user has expressed approval for the first user. Office Action at 5. The cited paragraphs, however, merely disclose updating a user's contact list or chat list. For example, paragraph 64 discloses that when a user links with another user (e.g., where both users indicated they liked the other user), a small image (e.g., a thumbnail picture) of the linked user previously or newly presented in the chat list or elsewhere may be highlighted or otherwise identified on the user interface (e.g., relative to images of other users in the chat list that are not a link). Thus, upon forming a link the user's chat list images are updated. There is no disclosure in paragraph 64 of *Janssens* of <u>enabling</u> communication. In fact, as shown above, *Janssens* teaches away from enabling communication after users have been linked because it discloses that users exist in the chat list (and communicate with each other) before they are linked. Similarly, paragraph 95 of *Janssens* merely discloses that a contact may be automatically added to a given user's contact

15

list when two users are linked and suggests that users could communicate before being linked. Therefore, *Janssens* does not disclose "determining to *enable* communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user," as recited in amended independent Claim 23 (emphasis added).

*Kulas* discloses controls in a graphical user interface where a user's touch or swipe of the control indicates the user's state of mind. *Kulas* at ¶ 0005. There is no disclosure in *Kulas*, however, of a matching system, displaying potential matches, or enabling communication between users. Accordingly, *Kulas* does not disclose "automatically removing the presentation of the first potential match from the graphical user interface in response to detecting the gesture and presenting, on the graphical user interface, a second potential match of the set of potential matches to the first user" or "determining to enable communication between the first user and the second user in response to determining that both the first user has expressed the positive preference indication regarding the second user and the second user has expressed the positive preference indication regarding the first user," as recited in amended independent Claim 23.

For at least these reasons, the proposed *Janssens-Kulas* combination at least fails to disclose, teach or suggest the above cited element of Claim 23. Thus, the proposed combination fails to disclose, teach or suggest each element of independent Claim 23. Accordingly, Claim 23 and each of its dependent claims are in condition for allowance.

Claims 30 and 32-35

For analogous reasons, Applicants respectfully submit that Claim 30 is patentable over the cited art used in its rejection and request that the rejection of this claim be withdrawn. In particular, Claim 30 recites a non-transitory computer readable medium comprising instructions that, when executed by a processor, are configured to in part:

> in response to the determination that the first user expressed the positive preference indication regarding the first potential match, automatically cause the graphical user interface to display a graphical representation of a second potential match of the set of potential matches instead of the graphical representation of the first potential match;
>
> . . .

ATTORNEY DOCKET NO.:                                              PATENT APPLICATION
076533.0146                                                               14/059,192

16

> determine to enable communication between the first user and the
> second user in response to the determination that both the first user has
> expressed the positive preference indication regarding the second user and
> the second user has expressed the positive preference indication regarding
> the first user;

These elements are not shown by *Janssens* or *Kulas* for reasons analogous to those discussed above regarding Claim 23. Claims 32-35 each depends from Claim 30. Thus, for at least the reasons discussed with respect to Claim 23, Applicants respectfully request that the rejections of Claims 30 and 32-35 be withdrawn.

Claims 37 and 39-42

For analogous reasons, Applicants respectfully submit that Claim 37 is patentable over the cited art used in its rejection and request that the rejection of this claim be withdrawn. In particular, Claim 37 recites a system for profile matching, comprising in part a processor operable to:

> automatically cause the interface to remove the presentation of the
> first potential match from the graphical user interface in response to
> detecting the gesture and cause the interface to present, on the graphical
> user interface, a second potential match of the set of potential matches to
> the first user
> . . .
> determine to enable communication between the first user and the
> second user in response to the determination that both the first user has
> expressed the positive preference indication regarding the second user and
> the second user has expressed the positive preference indication regarding
> the first user;

These elements are not shown by *Janssens* or *Kulas*, for reasons analogous to those discussed above regarding Claim 23. Claims 39-42 each depends from Claim 37. Thus, for at least the reasons discussed with respect to Claim 23, Applicants respectfully request that the rejections of Claims 37 and 39-42 be withdrawn.

**No Waiver**

Applicants' arguments are made without prejudice or disclaimer. By not responding to additional statements made by the Examiner, Applicants do not acquiesce to the additional statements. The distinctions between the applied references and the claims are provided as

ATTORNEY DOCKET NO.:                           PATENT APPLICATION
076533.0146                                       14/059,192

17

examples only and are sufficient to overcome the rejections. Applicants reserve the right to discuss additional or other distinctions in a later response or on appeal, if appropriate.

ATTORNEY DOCKET NO.:                                    PATENT APPLICATION
076533.0146                                                      14/059,192

18

## CONCLUSION

Applicants have made an earnest attempt to place this case in condition for allowance. For the foregoing reasons and for other reasons clearly apparent, Applicants respectfully request reconsideration and full allowance of all pending claims.

If the Examiner feels that a telephone conference would advance prosecution of this application in any manner, the Examiner is invited to contact Roshan Mansinghani, Attorney for Applicants, at the Examiner's convenience at (214) 953-6511.

Although Applicants believe no fee is due, the Commissioner is authorized to charge any necessary fees or credit any overpayment to Deposit Account No. 02-0384 of Baker Botts L.L.P.

Respectfully submitted,

Baker Botts L.L.P.
Attorneys for Applicants

Roshan S. Mansinghani
Reg. No. 62,429
(214) 953-6737

Date:  November 18, 2015

Correspondence Address:
Customer No.  **05073**

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 24126883 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Stanton Aaron Lewis/Elizabeth Turlo |
| **Filer Authorized By:** | Stanton Aaron Lewis |
| **Attorney Docket Number:** | 076533.0146 |
| **Receipt Date:** | 18-NOV-2015 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 19:41:16 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 0765330146ROA.PDF | 2091837<br>d1528bf208a8b5842ee50db098add21f1d006850 | yes | 18 |

**Multipart Description/PDF files in .zip description**

| Document Description | Start | End |
|---|---|---|
| Amendment/Req. Reconsideration-After Non-Final Reject | 1 | 1 |
| Claims | 2 | 11 |
| Applicant Arguments/Remarks Made in an Amendment | 12 | 18 |

| | |
|---|---|
| **Warnings:** | |
| **Information:** | |
| **Total Files Size (in bytes):** | 2091837 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>14/059,192 | Filing Date<br>10/21/2013 | ☐ To be Mailed |
| --- | --- | --- | --- |

**ENTITY:** ☒ LARGE  ☐ SMALL  ☐ MICRO

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
| --- | --- | --- | --- | --- |
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | |
| --- | --- | --- | --- | --- | --- | --- |
| **AMENDMENT** | **11/18/2015** | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 15 | Minus | ** 21 | = 0 | x $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus | *** 3 | = 0 | x $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

| | | (Column 1) | (Column 2) | (Column 3) | | |
| --- | --- | --- | --- | --- | --- | --- |
| **AMENDMENT** | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LIE
/DORIS ISAAC/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 076533.0146 | 1044 |

5073          7590          08/18/2015
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

| EXAMINER |
|---|
| CHOI, YUK TING |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2164 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 08/18/2015 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ptomail1@bakerbotts.com
ptomail2@bakerbotts.com

| **Office Action Summary** | **Application No.**<br>14/059,192 | **Applicant(s)**<br>RAD ET AL. | |
|---|---|---|---|
| | **Examiner**<br>YUK TING CHOI | **Art Unit**<br>2164 | **AIA (First Inventor to File) Status**<br>No |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

### Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

### Status

1) ☒ Responsive to communication(s) filed on <u>10/21/2013</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a) ☐ This action is **FINAL**.        2b) ☒ This action is non-final.

3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

### Disposition of Claims*

5) ☒ Claim(s) <u>23-43</u> is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.

6) ☐ Claim(s) _____ is/are allowed.

7) ☒ Claim(s) <u>23-43</u> is/are rejected.

8) ☐ Claim(s) _____ is/are objected to.

9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

### Application Papers

10) ☐ The specification is objected to by the Examiner.

11) ☒ The drawing(s) filed on <u>10/21/2013</u> is/are:  a) ☒ accepted or b) ☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

### Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

**Certified copies:**

a) ☐ All  b) ☐ Some**  c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)

2) ☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date <u>4/01/2015</u>.

3) ☐ Interview Summary (PTO-413)
   Paper No(s)/Mail Date. _____.

4) ☐ Other: _____.

Application/Control Number: 14/059,192                                    Page 2
Art Unit: 2164

## DETAILED ACTION

*1.*      The present application 14/059,192, filed on Oct. 21, 2013, is being examined under the

pre-AIA first to invent provisions

### *IDS*

2.       The information disclosure statements (IDS) submitted on 04/01/2015 are in compliance

with the provisions of 37 CFR 1.97.  Accordingly, the information disclosure statements are

being considered by the examiner.

### *Priority*

3.       This application repeats a substantial portion of prior Application No. 12/339,301, filed on

12/19/2008, and adds and claims additional disclosure not presented in the prior application.

The present claims 23-43 are directed to additional disclosure (Applicant's drawings Figures 6-

11) not presented in the prior application 12/339,301.   The effective filing date for current claims

23-43 are 03/15/2013.

### *Drawings*

4.       The drawings received on 10/21/2013 are accepted by the Examiner.

### *Claim Rejections - 35 USC § 101*

5.       35 U.S.C. 101 reads as follows:

> Whoever invents or discovers any new and useful process, machine, manufacture, or
> composition of matter, or any new and useful improvement thereof, may obtain a patent
> therefor, subject to the conditions and requirements of this title.

Claims 23-29 and 37-43 are rejected under 35 U.S.C. 101 because the claimed

invention is directed to non-statutory subject matter.

Application/Control Number: 14/059,192                                    Page 3
Art Unit: 2164

       In claim 23, a "method" is being recited.  The claim is directed to a process; i.e., a series

of steps or acts for receiving a plurality of user profiles; identifying a set of potential matches

from the plurality of user profiles; presenting a first potential match of the set of potential to a

first user and receiving an expression of approval from the first user.  This concept is similar to

the concepts involving human activities finding a potential match from a set of user profiles or

biographies.  The additional step and enabling communication between the first user and a

second user and the plurality of user profiles comprise user profiles associated with a first social

and a second networking platforms further describes the abstract idea, but do not make it less

abstract. The claim does not include additional elements beyond the abstract idea of receiving,

identifying, presenting, determining and enabling.  When viewed either as individual limitations

or as an ordered combination, the claim as a whole does not add significantly more to the

abstract idea of finding a potential match from a set of user profiles.  Therefore the claim is not

patent eligible.  Claims 24-29 are also rejected because the addition elements detecting a

swiping gesture associated with a graphical representation of a second user and preventing

communication between the first user and the second user do not add significantly more to the

abstract idea of finding a potential match from a set of user profiles.  Note Independent claims

37-43 recite similar features corresponding to claims 23-29, which are also directed to abstract

idea.


                          *Claim Rejections - 35 USC § 102*

6.        In the event the determination of the status of the application as subject to AIA 35 U.S.C.

102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the

statutory basis for the rejection will not be considered a new ground of rejection if the prior art

relied upon, and the rationale supporting the rejection, would be the same under either status.

Application/Control Number: 14/059,192                                    Page 4
Art Unit: 2164

7.       The following is a quotation of the appropriate paragraphs of pre-AIA 35 U.S.C.

102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (e) the invention was described in (1) an application for patent, published under section
> 122(b), by another filed in the United States before the invention by the applicant for patent or
> (2) a patent granted on an application for patent by another filed in the United States before
> the invention by the applicant for patent, except that an international application filed under
> the treaty defined in section 351(a) shall have the effects for purposes of this subsection of an
> application filed in the United States only if the international application designated the United
> States and was published under Article 21(2) of such treaty in the English language.

8.       Claims 23-26, 28-33, 35-41 and 43 are rejected under pre-AIA 35 U.S.C. 102(e) as

being anticipated by Janssens (US 2014/0040368 A1).

**Referring to claims 23, 30 and 37**, Janssens discloses a computer implemented

method of profile matching (***See para. [0005], a matching system identifies a plurality of***

***matching users from a plurality users based at least in part on the received profile***

***information***) , comprising:

receiving a plurality of user profiles, each user profile comprising traits of a respective

user (***See Figure 5, para. [0005], para. [0069] and para. [0070], the matching system***

***receives profile information, the profile information is user account data include user's***

***picture(s), user's age, user's gender, user's gender preference, user's location, hobbies,***

***interests, likes, dislikes, food preferences, religion and etc***.);

receiving a request for matching from a first user (***See Figure 9,  para. [0041] and***

***para. [0112] and para. [0113], receiving a request for a new card from a user device, a***

***request for a profile card***);

identifying a set of potential matches from the plurality of user profiles in response to

receiving the request (***See para. [0115] and Figure 9, item 906, identifying a set of***

***available cards by the system as potentially interesting to the viewing user***);

Application/Control Number: 14/059,192                                          Page 5
Art Unit: 2164

presenting a first potential match of the set of potential matches to the first user, the first

potential match corresponding to a second user (***See para. [0115]-para. [0117] and Figure 9,***

***selecting and displaying a card from the set of available cards that is estimated or***

***determined to be the highest rank or greater interest to the user***);

receiving an expression of approval from the first user regarding the first potential match

(***See Figure 5, para. [0005], para. [0052], para. [0053], para. [0064] and para. [0095], the***

***system receives "like" expression from the first user or the A user on the card-feed***

***pane***);  determining that the second user has expressed approval for the first user after

receiving the expression of approval from the first user (***See Figure 5, para. [0005], para.***

***[0052], para. [0053], para. [0064] and para. [0095], the system also receives "like"***

***expression from the second user when the second user or the user B likes user A back***);

enabling communication between the first user and the second user in response to

determining that the second user has expressed approval for the first user (***See para. [0064]***

***and para. [0095], the user is linked with another user when both users indicated they***

***liked each other,  the system may add user A to the contact list of user B and user B to***

***the contact list of user A and send a chat message to both users saying "you both***

***linked" and both users can start communicating***);  and

wherein the plurality of user profiles comprises user profiles associated with a first social

networking platform and user profiles associated with a second social networking platform

that is different than the first social networking platform (***See para. [0178], the system***

***determines the potential match based on one of the factors such as the common friends***

***listed on the user profiles associated with one or more social networks***).

Application/Control Number: 14/059,192                                    Page 6
Art Unit: 2164

**As to claims 24, 31 and 38**,  Janssens discloses wherein receiving the expression of approval from the first user comprises detecting a swiping gesture associated with a graphical representation of the second user (*See para. [0047] and para. [0068] and Figure 4, swiping across the interface using a finger on the card, user can swipe on the "like " feature, and the system maintain a history of which cards a given user has viewed and the user's interaction with a given card*).

**As to claims 25, 32 and 39**, Janssens discloses further comprising:

presenting an indication of the expression of approval from the first user regarding the first potential match to the second user after receiving the expression of approval from the first user regarding the first potential match and after determining that the second user has expressed approval for the first user  (*See Figure 5, para. [0052], para. [0053], para. [0064] and para. [0095], the system displays a message to A and B users saying "you both linked" as indication of the expression of approval after user A likes user B and user B likes user A back*).

**As to claims 26, 33 and 40**, Janssens wherein identifying a set of potential matches for the request from the plurality of user profiles comprises comparing geographic positions associated with the plurality of user profiles with a geographic position associated with the first user (*See para. [0055] and para. [0130], user can set preferences on the types of cards they want to receive, e.g. a user can specify limits on geographic range such as 10 miles from his/ her house, 20 miles from his/her work address and etc.*).

**As to claims 28, 35 and 41**, Janssens discloses presenting a second potential match of the set of potential matches to the first user (*See para. [0145] and Figure 12, the system identifies the most relevant potential users whose cards may be displayed to the*

*viewing user*);  receiving an expression of disapproval from the first user regarding the second potential Match (***See para. [0052], the system also provides a control via which the user can indicate a disinterest in another user***); and preventing communication between the first user and a user associated with the second potential match in response to receiving the expression of disapproval (***See para. [0052], preventing communication between the first user and the other user, e.g. if user B is a second potential match, user B is automatically be placed in ignored state and or any future communication because the first user dislikes the profile card for user B***).

As to claims **29, 36 and 43**, Janssens discloses further comprising: presenting a second interface to a third user (***See para. [0188] and Figure 17***), the second interface configured to generate a matching proposal (***See para. [0187] and para. [0188], the speed-dating pane displays a list of potential users for the current user according to user selected preferences for the types of desired speed-dating partners***);  receiving a set of interactions with the second interface from the third user (***See para. [0189], user can swipe on the "like" button, the "next button" and the "boost button" during the speed-dating session***);  associating the matching proposal, in response to the set of interactions, with a fourth user and a fifth user (***See para. [0188] para. [0192], the user can indicate "like" on each of the users waited in the queue during the speed-dating session***); and enabling communication between the fourth user and the fifth user in response to associating the matching proposal with the fourth user and the fifth user (See ***para. [0189] and para. [0190], the system enables a link when the current user and the other users select the "like" button during the speed-dating session, the system enable the users to communicate after the date-duration is finished***).

Application/Control Number: 14/059,192                                    Page 8
Art Unit: 2164

### *Claim Rejections - 35 USC § 103*

9.     The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described
> as set forth in section 102 of this title, if the differences between the subject matter sought to
> be patented and the prior art are such that the subject matter as a whole would have been
> obvious at the time the invention was made to a person having ordinary skill in the art to which
> said subject matter pertains.  Patentability shall not be negatived by the manner in which the
> invention was made.

10.     Claims 27, 34 and 42 are rejected under pre-AIA 35 U.S.C. 103(a) as being

unpatentable over Janssens (US 2014/0040368 A1) and in view of Kulas (US 2011/0087974

A1).

     **As to claims 27, 34 and 42**, Janssens discloses presenting a second potential match

and a third potential match to the first user, the set of potential matches comprising the second

potential match and the third potential match (***See para. [0145] and Figure 12, the system***

***identifies the most relevant potential users whose cards may be displayed to the***

***viewing user***).

     Janssens discloses determining an expression of approval from the first user regarding

the second potential match by detecting a first swiping gesture [...] ***(See para. [0047] and***

***para. [0068] and Figure 4 swiping across the interface using a finger on the card, user***

***can swipe on the "like " feature***) and determining an expression of disapproval from the first

user regarding the third potential match […] (***See para. [0052], the system also provides a***

***control via which the user can indicate a disinterest in another user***).

     Janssens does not explicitly disclose determining an expression of approval by detecting

a first swiping gesture associated with a first direction; and determining an expression of

Application/Control Number: 14/059,192                                    Page 9
Art Unit: 2164

disapproval from the first user by detecting a second swiping gesture associated with a second direction different than the first direction.

Kulas discloses determining an expression of approval by detecting a first swiping gesture associated with a first direction; and determining an expression of disapproval from the first user by detecting a second swiping gesture associated with a second direction different than the first direction (*See para. [0027], a user can swipe their finger downward to indicate disapproval or upward to indicate approval*).

Hence, it would have been obvious to one having ordinary skill in the art at the time of invention was made to modify the sensitive touch- screen movement detection module of Janssens 's system to comprise: determining an expression of approval by detecting a first swiping gesture associated with a first direction; and determining an expression of disapproval from the first user by detecting a second swiping gesture associated with a second direction different than the first direction, as taught by Kulas, in order to improve the service provided to a user  by determining ways of identifying a user's state of mind (See Kulas, *para. [0004]*).

Any inquiry concerning this communication or earlier communications from the examiner should be directed to YUK TING CHOI whose telephone number is (571)270-1637.  The examiner can normally be reached on 9:30 AM - 6:00 PM EST.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Christyann Pulliam can be reached on (571) 270-1007.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Application/Control Number: 14/059,192                                        Page 10
Art Unit: 2164

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.


/YUK TING CHOI/
Primary Examiner, Art Unit 2164

| | | | |
|---|---|---|---|
| **Notice of References Cited** | Application/Control No.<br>14/059,192 | Applicant(s)/Patent Under Reexamination<br>RAD ET AL. | |
| | Examiner<br>YUK TING CHOI | Art Unit<br>2164 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2011/0087974 | 04-2011 | Kulas, Charles J. | 715/760 |
| * | B | US-2014/0040368 | 02-2014 | Janssens, Olivier Maurice Maria | 709/204 |
| * | C | US-2011/0196927 | 08-2011 | Vance, Richard Allen | 709/204 |
| * | D | US-8,180,804 | 05-2012 | Narayanan et al. | 707/798 |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| ***Search Notes*** | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14059192 | RAD ET AL. |
| | **Examiner** | **Art Unit** |
| | YUK TING CHOI | 2164 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| G06F17/30867 OR G06F17/3053 OR G06F17/30386 | 8/12/2015 | YC |

## CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| G06F17/30867 OR G06F17/3053 OR G06F17/30386 and east text search, see attached search history | 8/12/2015 | YC |
| Inventor and Assignee search | 8/12/2015 | YC |
| East text search, see attached search history | 8/12/2015 | YC |
| IDS search | 8/12/2015 | YC |
| Google NpL search | 8/12/2015 | YC |
| Consulted SPE Christyann Pulliam for 101 | 8/11/2015 | YC |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

| | /YUK TING CHOI/ Primary Examiner.Art Unit 2164 |
|---|---|

Page 1 of 1

| PTO-1449 | Application No. | | Applicant(s) |
|---|---|---|---|
| **Information Disclosure Citation In an Application** | **14/059,192** | | **Sean Rad, et al.** |
| | Docket Number | Group Art Unit | Filing Date |
| | **076533.0146** | **2164** | **October 21, 2013** |

## U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|
| **A** | 8,566,327 B2 | 10/22/2013 | Carrico et al. | | | 12/19/2008 |
| **B** | | | | | | |
| **C** | | | | | | |
| **D** | | | | | | |
| **E** | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|
| **F** | | | | | | | |
| **G** | | | | | | | |

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| **H** | *USPTO, Non-final Office Action dated 08/25/2011 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 14 pages.* | 08/25/2011 |
| **I** | *Response to Office Action Pursuant to 37 C.F.R. § 1.111 filed 11/23/2011 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 12 pages.* | 11/23/2011 |
| **J** | *USPTO, Final Office Action dated 01/06/2012 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 15 pages.* | 01/06/2012 |
| **K** | *Request for Continued Examination Transmittal and Amendment Filed with Request for Continued Examination filed 5/7/2012 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 17 pages.* | 05/07/2012 |
| **L** | *USPTO, Non-final Office Action dated 10/02/2012 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 10 pages.* | 10/02/2012 |
| **M** | *Response to Office Action Pursuant to 37 C.F.R. § 1.111 filed 12/31/2012 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 13 pages.* | 12/31/2012 |
| **N** | *USPTO, Final Office Action dated 03/07/2013 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 12 pages.* | 03/07/2013 |
| **O** | *Response to Office Action Pursuant to 37 C.F.R. § 1.116 and Certification and Request for Consideration Under the After Final Consideration Pilot Program 2.0 filed 06/06/2013 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 14 pages.* | 06/06/2013 |
| **P** | USPTO, *Notice of Allowance and Fees Due dated 06/19/2013 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 12 pages.* | 06/19/2013 |
| **Q** | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| /Yuk Ting Choi/ | 08/11/2015 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

**U.S. PATENT AND TRADEMARK OFFICE**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. //YC//



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 1044**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | 707 | 2164 | 076533.0146 |
| | RULE | | | |

**APPLICANTS**

**INVENTORS**
Sean Rad, Los Angeles, CA;
Todd M. Carrico, Sachse, TX;
Kenneth B Hoskins, Plano, TX;
James C. Stone, Addison, TX;

** CONTINUING DATA ***************************
This appln claims benefit of 61/793,866 03/15/2013
and is a CIP of 12/339,301 12/19/2008 PAT 8566327

** FOREIGN APPLICATIONS ***************************

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED **
11/04/2013

| Foreign Priority claimed | ☐ Yes ☑ No | | | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met | ☐ Yes ☑ No | ☐ Met after Allowance | | | | | |
| Verified and Acknowledged | /YUK TING CHOI/ Examiner's Signature | Initials | | CA | 11 | 21 | 3 |

**ADDRESS**

BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980
UNITED STATES

**TITLE**

Matching Process System And Method

| FILING FEE RECEIVED 1820 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

Page 1

| PTO-1449 | Application No. | Applicant(s) |
|---|---|---|
| **Information Disclosure Citation In an Application** | 14/059,192 | **Sean Rad, et al.** |

| | Docket Number | Group Art Unit | Filing Date |
|---|---|---|---|
| | 076533.0146 | 2164 | October 21, 2013 |

## U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|
| A | 6,480,885 B1 | 11/12/2002 | Olivier | | | 04/25/2000 |
| B | 7,917,448 B2 | 03/29/2011 | Smola et al. | | | 06/16/2005 |
| C | 8,060,463 B1 | 11/15/2011 | Spiegel | | | 03/30/2005 |
| D | 2005/0021750 A1 | 01/27/2005 | Abrams | | | 06/16/2003 |
| E | 2006/0059147 A1 | 03/16/2006 | Weiss et al. | | | 07/28/2005 |
| F | 2006/0085419 A1 | 04/20/2006 | Rosen | | | 10/18/2005 |
| G | 2006/0106780 A1 | 05/18/2006 | Dagan | | | 10/24/2005 |
| H | 2007/0073687 A1 | 03/29/2007 | Terrill et al. | | | 09/27/2005 |
| I | 2007/0073803 A1 | 03/29/2007 | Terrill et al. | | | 09/27/2005 |
| J | 2008/0294624 A1 | 11/27/2008 | Kanigsberg et al. | | | 10/31/2007 |
| K | 2008/0301118 A1 | 12/04/2008 | Chien et al. | | | 06/01/2007 |
| L | 2009/0106040 A1 | 04/23/2009 | Jones | | | 10/22/208 |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|
| | | | | | | YES | NO |
| M | | | | | | | |
| N | | | | | | | |

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| O | PCT Notification of Transmittal of the International Search Report and the Written Opinion of the International Searching Authority, or the Declaration with attached PCT International Search Report and Written Opinion of the International Searching Authority in International Application No. PCT/US08/87706, dated February 10, 2009, 8 pages. | February 10, 2009 |
| P | | |
| Q | | |
| R | | |

| EXAMINER /Yuk Ting Choi/ | DATE CONSIDERED 08/11/2015 |
|---|---|

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

**U.S. PATENT AND TRADEMARK OFFICE**

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. //YC//

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14059192 | RAD ET AL. |
| | Examiner | Art Unit |
| | YUK TING CHOI | 2164 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 08/12/2015 | | | | | | | |
| | 1 | - | | | | | | | |
| | 2 | - | | | | | | | |
| | 3 | - | | | | | | | |
| | 4 | - | | | | | | | |
| | 5 | - | | | | | | | |
| | 6 | - | | | | | | | |
| | 7 | - | | | | | | | |
| | 8 | - | | | | | | | |
| | 9 | - | | | | | | | |
| | 10 | - | | | | | | | |
| | 11 | - | | | | | | | |
| | 12 | - | | | | | | | |
| | 13 | - | | | | | | | |
| | 14 | - | | | | | | | |
| | 15 | - | | | | | | | |
| | 16 | - | | | | | | | |
| | 17 | - | | | | | | | |
| | 18 | - | | | | | | | |
| | 19 | - | | | | | | | |
| | 20 | - | | | | | | | |
| | 21 | - | | | | | | | |
| | 22 | - | | | | | | | |
| | 23 | ✓ | | | | | | | |
| | 24 | ✓ | | | | | | | |
| | 25 | ✓ | | | | | | | |
| | 26 | ✓ | | | | | | | |
| | 27 | ✓ | | | | | | | |
| | 28 | ✓ | | | | | | | |
| | 29 | ✓ | | | | | | | |
| | 30 | ✓ | | | | | | | |
| | 31 | ✓ | | | | | | | |
| | 32 | ✓ | | | | | | | |
| | 33 | ✓ | | | | | | | |
| | 34 | ✓ | | | | | | | |
| | 35 | ✓ | | | | | | | |
| | 36 | ✓ | | | | | | | |

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14059192 | RAD ET AL. |
| | **Examiner** | **Art Unit** |
| | YUK TING CHOI | 2164 |

| ✓ | **Rejected** | - | **Cancelled** | N | **Non-Elected** | A | **Appeal** |
|---|---|---|---|---|---|---|---|
| = | **Allowed** | ÷ | **Restricted** | I | **Interference** | O | **Objected** |

| ☐ **Claims renumbered in the same order as presented by applicant** | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 08/12/2015 | | | | | | | |
| | 37 | ✓ | | | | | | | |
| | 38 | ✓ | | | | | | | |
| | 39 | ✓ | | | | | | | |
| | 40 | ✓ | | | | | | | |
| | 41 | ✓ | | | | | | | |
| | 42 | ✓ | | | | | | | |
| | 43 | ✓ | | | | | | | |

Page 1

| PTO-1449 | Application No. | | Applicant(s) |
|---|---|---|---|
| **Information Disclosure Citation In an Application** | **14/059,192** | | **Sean Rad, et al.** |
| | Docket Number | Group Art Unit | Filing Date |
| | **076533.0146** | **2164** | **October 21, 2013** |

## U.S. PATENT DOCUMENTS

| | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|---|
| | A | 6,480,885 B1 | 11/12/2002 | Olivier | | | 04/25/2000 |
| | B | 7,917,448 B2 | 03/29/2011 | Smola et al. | | | 06/16/2005 |
| | C | 8,060,463 B1 | 11/15/2011 | Spiegel | | | 03/30/2005 |
| | D | 2005/0021750 A1 | 01/27/2005 | Abrams | | | 06/16/2003 |
| | E | 2006/0059147 A1 | 03/16/2006 | Weiss et al. | | | 07/28/2005 |
| | F | 2006/0085419 A1 | 04/20/2006 | Rosen | | | 10/18/2005 |
| | G | 2006/0106780 A1 | 05/18/2006 | Dagan | | | 10/24/2005 |
| | H | 2007/0073687 A1 | 03/29/2007 | Terrill et al. | | | 09/27/2005 |
| | I | 2007/0073803 A1 | 03/29/2007 | Terrill et al. | | | 09/27/2005 |
| | J | 2008/0294624 A1 | 11/27/2008 | Kanigsberg et al. | | | 10/31/2007 |
| | K | 2008/0301118 A1 | 12/04/2008 | Chien et al. | | | 06/01/2007 |
| | L | 2009/0106040 A1 | 04/23/2009 | Jones | | | 10/22/208 |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | YES | NO |
| | M | | | | | | | |
| | N | | | | | | | |

| | | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | O | PCT Notification of Transmittal of the International Search Report and the Written Opinion of the International Searching Authority, or the Declaration with attached PCT International Search Report and Written Opinion of the International Searching Authority in International Application No. PCT/US08/87706, dated February 10, 2009, 8 pages. | February 10, 2009 |
| | P | | |
| | Q | | |
| | R | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

**U.S. PATENT AND TRADEMARK OFFICE**

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 21939999 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Filer Authorized By:** | Roshan Suresh Mansinghani |
| **Attorney Docket Number:** | 076533.0146 |
| **Receipt Date:** | 01-APR-2015 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 13:18:54 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | 0765330146IDSLtr040115.PDF | 47347<br>8bb7e6a5d0a4e1f2897c334fb13ed4e22f19d65d | no | 1 |

**Warnings:**

**Information:**

| 2 | Information Disclosure Statement (IDS) Form (SB08) | 0765330146PTO040115.PDF | 68179<br>f55a65d71e1e757b1955fb64ad67aa2a136d80d6 | no | 1 |

**Warnings:**

**Information:**

This is not an USPTO supplied IDS fillable form

| **Total Files Size (in bytes):** | 115526 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ATTORNEY DOCKET NO.                                    PATENT APPLICATION
076533.0146                                                         14/059,192

**1**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Sean Rad et al. |
| Application Serial No.: | 14/059,192 |
| Filed: | October 21, 2013 |
| Group Art Unit: | 2164 |
| Examiner: | Yuk Ting Choi |
| Confirmation No.: | 1044 |
| Title: | *Matching Process System and Method* |

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Sir:

**INFORMATION DISCLOSURE STATEMENT**

Applicants respectfully request, pursuant to 37 C.F.R. §§ 1.56, 1.97 and 1.98, that the references listed on the attached PTO-1449 form, and previously cited in U.S. Application Serial No. 12/339,301, filed December 19, 2008 by Applicants, and entitled "*Matching Process System and Method*," be considered and cited in the examination of the above-identified continuation-in-part patent application. Pursuant to 37 C.F.R. § 1.98(d), copies of these references are not being furnished. Furthermore, pursuant to 37 C.F.R. § 1.97(h), no representation is made that these references qualify as prior art or that these references are material to the patentability of the present application, or that a search has been made.

Pursuant to 37 C.F.R. § 1.97(b), Applicants believe no fee is currently due. However, if a fee is required, the Commissioner is hereby authorized to charge any necessary fees and credit any overpayments to Deposit Account No. 02-0384 of Baker Botts L.L.P.

Respectfully submitted,
BAKER BOTTS L.L.P.
Attorneys for Applicants

Roshan S. Mansinghani
Registration No. 62,429

Dated: 4/1/15

**Customer No: 05073**

Active 17315365

| PTO-1449 | Application No. | Applicant(s) |
|---|---|---|
| **Information Disclosure Citation In an Application** | **14/059,192** | **Sean Rad, et al.** |

| Docket Number | Group Art Unit | Filing Date |
|---|---|---|
| **076533.0146** | **2164** | **October 21, 2013** |

## U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|
| A | 8,566,327 B2 | 10/22/2013 | Carrico et al. | | | 12/19/2008 |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION | |
|---|---|---|---|---|---|---|---|
| | | | | | | YES | NO |
| F | | | | | | | |
| G | | | | | | | |

| | DOCUMENT (Including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| H | *USPTO, Non-final Office Action dated 08/25/2011 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 14 pages.* | 08/25/2011 |
| I | *Response to Office Action Pursuant to 37 C.F.R. § 1.111 filed 11/23/2011 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 12 pages.* | 11/23/2011 |
| J | *USPTO, Final Office Action dated 01/06/2012 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 15 pages.* | 01/06/2012 |
| K | *Request for Continued Examination Transmittal and Amendment Filed with Request for Continued Examination filed 5/7/2012 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 17 pages.* | 05/07/2012 |
| L | *USPTO, Non-final Office Action dated 10/02/2012 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 10 pages.* | 10/02/2012 |
| M | *Response to Office Action Pursuant to 37 C.F.R. § 1.111 filed 12/31/2012 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 13 pages.* | 12/31/2012 |
| N | *USPTO, Final Office Action dated 03/07/2013 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 12 pages.* | 03/07/2013 |
| O | *Response to Office Action Pursuant to 37 C.F.R. § 1.116 and Certification and Request for Consideration Under the After Final Consideration Pilot Program 2.0 filed 06/06/2013 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 14 pages.* | 06/06/2013 |
| P | USPTO, *Notice of Allowance and Fees Due* dated 06/19/2013 for Application Serial No. 12/339,301, filed December 19, 2008 in the name of Todd M. Carrico, 12 pages. | 06/19/2013 |
| Q | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MEPE § 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to the applicant.

**U.S. PATENT AND TRADEMARK OFFICE**

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 21941572 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean  Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Filer Authorized By:** | Roshan Suresh Mansinghani |
| **Attorney Docket Number:** | 076533.0146 |
| **Receipt Date:** | 01-APR-2015 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 14:33:42 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Transmittal Letter | 0765330146IDS2040115.PDF | 49919<br>b26e0d192f05c31483ebb60d5cced1dd0b3<br>21597 | no | 1 |

**Warnings:**

**Information:**

| 2 | Information Disclosure Statement (IDS) Form (SB08) | 0765330146PTO1040115.PDF | 82759 <br> 4ed26ae75a2db4ae1fbfdc07a5a82e6383b4 7a2d8 | no | 1 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| This is not an USPTO supplied IDS fillable form |
|---|

| 3 | Other Reference-Patent/App/Search documents | 0765440130NFOAdtd082511. pdf | 507505 <br> 680f51967f7a16b4ad593c6734769d5da20 8d6de | no | 14 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 4 | Other Reference-Patent/App/Search documents | 0765330130RespNFOAdtd1123 11.pdf | 582112 <br> 94dbcb829e9924f43cb197aa26b66456c0 d9b34 | no | 12 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 5 | Other Reference-Patent/App/Search documents | 0765330130FOAdtd010612.pdf | 569940 <br> f6e0fbf41aec28519eb72e8f8992c54453d7 3561 | no | 15 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 6 | Other Reference-Patent/App/Search documents | 0765330130RCEdtd050712.pdf | 754402 <br> a055d82d2bbdd0f5a448d1322c5446aaa76 bd7ca | no | 17 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 7 | Other Reference-Patent/App/Search documents | 0765330130NFOAdtd100212. pdf | 353482 <br> 3df4ed56412729b3911b2d593613f72047d 598f9 | no | 10 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 8 | Other Reference-Patent/App/Search documents | 0765330130RespNFOAdtd1231 12.pdf | 641067 <br> a78faf1494f6849035a3576ce1a0291d954c add7 | no | 13 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 9 | Other Reference-Patent/App/Search documents | 0765330130FOAdtd030713.pdf | 456832 <br> f3e50fcd2b37e385361451454a9791a009d 696fe | no | 12 |
|---|---|---|---|---|---|

| **Warnings:** |
|---|

| **Information:** |
|---|

| 10 | Other Reference-Patent/App/Search documents | 0765330130RespFOAdtd06061 3.pdf | 915599 <br> 555b859d7596d90f22178f1538ffa2ac363 b2ad | no | 14 |
|---|---|---|---|---|---|

| Warnings: | | | | | | |
|---|---|---|---|---|---|---|
| **Information:** | | | | | | |
| 11 | Other Reference-Patent/App/Search documents | 0765330130NotAllowdtd061913.pdf | 551698 | | no | 12 |
| | | | 02fb48e068e038a8bcf9cb7ce1d821be86922ff6 | | | |

| Warnings: |
|---|
| **Information:** |

| | | |
|---|---|---|
| | **Total Files Size (in bytes):** | 5465315 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ATTORNEY DOCKET NO.                                    PATENT APPLICATION
076533.0146                                                        14/059,192

**1**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:              Sean Rad et al.

Application Serial No.:            14/059,192

Filed:                             October 21, 2013

Group Art Unit:                    2164

Examiner:                          Yuk Ting Choi

Confirmation No.:                  1044

Title:                             *Matching Process System and Method*

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Sir:

## INFORMATION DISCLOSURE STATEMENT

Applicants respectfully request, pursuant to 37 C.F.R. §§ 1.56, 1.97 and 1.98, that the documents listed on the attached PTO 1449 form be considered and cited in the examination of the above-identified patent application. Pursuant to 37 C.F.R. §§ 1.97 (g) and (h), Applicants make no representation that a search has been made, that these documents are material to patentability of the present application, or that these documents qualify as prior art.

Copies of U.S. patents and U.S. patent application publications have not been provided. To the extent applicable, documents other than the U.S. patents and U.S. patent application publications are enclosed for the convenience of the Examiner.

Pursuant to 37 C.F.R. § 1.97(b), Applicants believe this Information Disclosure Statement has been filed before the **issuance/mailing** date of the first Office Action. Therefore, Applicants believe no fee is due, however, if a fee is required, the Commissioner is hereby authorized to charge any fees or credit any overpayments to Deposit Account No. 02-0384 of Baker Botts L.L.P.

                                   Respectfully submitted,
                                   BAKER BOTTS L.L.P.
                                   Attorneys for Applicants

Dated: _4/1/15_                    _____
**Customer No: 05073**             Roshan S. Mansinghani
                                   Registration No. 62,429

Active 18224253



### UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 076533.0146 |

**CONFIRMATION NO. 1044**

**PUBLICATION NOTICE**

5073
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

*OC000000067140031*

**Title:** Matching Process System And Method

**Publication No.** US-2014-0074824-A1
**Publication Date:** 03/13/2014

## NOTICE OF PUBLICATION OF APPLICATION

The above-identified application will be electronically published as a patent application publication pursuant to 37 CFR 1.211, et seq. The patent application publication number and publication date are set forth above.

The publication may be accessed through the USPTO's publically available Searchable Databases via the Internet at www.uspto.gov. The direct link to access the publication is currently http://www.uspto.gov/patft/.

The publication process established by the Office does not provide for mailing a copy of the publication to applicant. A copy of the publication may be obtained from the Office upon payment of the appropriate fee set forth in 37 CFR 1.19(a)(1). Orders for copies of patent application publications are handled by the USPTO's Office of Public Records. The Office of Public Records can be reached by telephone at (703) 308-9726 or (800) 972-6382, by facsimile at (703) 305-8759, by mail addressed to the United States Patent and Trademark Office, Office of Public Records, Alexandria, VA 22313-1450 or via the Internet.

In addition, information on the status of the application, including the mailing date of Office actions and the dates of receipt of correspondence filed in the Office, may also be accessed via the Internet through the Patent Electronic Business Center at www.uspto.gov using the public side of the Patent Application Information and Retrieval (PAIR) system. The direct link to access this status information is currently http://pair.uspto.gov/. Prior to publication, such status information is confidential and may only be obtained by applicant using the private side of PAIR.

Further assistance in electronically accessing the publication, or about PAIR, is available by calling the Patent Electronic Business Center at 1-866-217-9197.

---

Office of Data Managment, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

# PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875

| Application or Docket Number |
| --- |
| 14/059,192 |

## APPLICATION AS FILED - PART I

| | (Column 1) | (Column 2) | | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FOR | NUMBER FILED | NUMBER EXTRA | RATE($) | FEE($) | | RATE($) | FEE($) |
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 280 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 600 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | 720 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 21 minus 20 = | * 1 | | | OR | x 80 = | 80 |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 3 minus 3 = | | | | | x 420 = | 0.00 |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | 0.00 |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | 0.00 |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 1680 |

## APPLICATION AS AMENDED - PART II

| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE($) | ADDITIONAL FEE($) | RATE($) | ADDITIONAL FEE($) |
| AMENDMENT A | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | TOTAL ADD'L FEE | |

| | | (Column 1) | (Column 2) | (Column 3) | RATE($) | ADDITIONAL FEE($) | RATE($) | ADDITIONAL FEE($) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | | |
| AMENDMENT B | Total (37 CFR 1.16(i)) | * | Minus ** | = | x = | | x = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x = | | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | 2161 | 1820 | 076533.0146 | 21 | 3 |

**CONFIRMATION NO. 1044**

5073
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

**UPDATED FILING RECEIPT**

*OC000000065220483*

Date Mailed: 12/03/2013

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Sean Rad, Los Angeles, CA;
Todd M. Carrico, Sachse, TX;
Kenneth B Hoskins, Plano, TX;
James C. Stone, Addison, TX;

**Applicant(s)**

Sean Rad, Los Angeles, CA;
Todd M. Carrico, Sachse, TX;
Kenneth B Hoskins, Plano, TX;
James C. Stone, Addison, TX;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

This appln claims benefit of 61/793,866 03/15/2013
and is a CIP of 12/339,301 12/19/2008 PAT 8566327

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

Permission to Access - A proper **Authorization to Permit Access to Application by Participating Offices** (PTO/SB/39 or its equivalent) has been received by the USPTO.

**If Required, Foreign Filing License Granted:** 11/04/2013

page 1 of 3

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 14/059,192**

**Projected Publication Date:** 03/13/2014

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

        Matching Process System And Method

**Preliminary Class**

        707

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.

 U̲NITED S̲TATES P̲ATENT AND T̲RADEMARK O̲FFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 076533.0146 |

**CONFIRMATION NO. 1044**

5073
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

**NOTICE**


*OC000000065220484*

Date Mailed: 12/03/2013

## INFORMATIONAL NOTICE TO APPLICANT

Applicant is notified that the above-identified application contains the deficiencies noted below. No period for reply is set forth in this notice for correction of these deficiencies. However, if a deficiency relates to the inventor's oath or declaration, the applicant must file an oath or declaration in compliance with 37 CFR 1.63, or a substitute statement in compliance with 37 CFR 1.64, executed by or with respect to each actual inventor no later than the expiration of the time period set in the "Notice of Allowability" to avoid abandonment. See 37 CFR 1.53(f).

The item(s) indicated below are also required and should be submitted with any reply to this notice to avoid further processing delays.

• A properly executed inventor's oath or declaration has not been received for the following inventor(s):
    Sean Rad
    Todd M. Carrico
    Kenneth B Hoskins
    James C. Stone
Applicant may submit the inventor's oath or declaration at any time before the Notice of Allowance and Fee(s) Due, PTOL-85, is mailed.

ATTORNEY DOCKET
076533.0146

PATENT APPLICATION
USSN 14/059,192

1 of 2

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of: | Sean Rad et al. |
| Application No.: | 14/059,192 |
| Filing Date: | October 21, 2013 |
| Art Unit: | To Be Assigned |
| Confirmation No.: | 1044 |
| Examiner: | To Be Assigned |
| Title: | *Matching Process System And Method* |

**Mail Stop: Missing Parts**
Honorable Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

### Response to Notice to File Missing Parts of Nonprovisional Application

In response to the Notice to File Missing Parts of Nonprovisional Application mailed November 8, 2013, Applicants submit the following:

a)      Payment of the $140.00 Surcharge fee for late submission of Declarations. Applicants will file an executed Declaration in this Application before it is in condition for allowance.

Applicants believe all necessary items have now been forwarded to the U.S. Patent and Trademark Office for filing in the above-identified patent application.

The Commissioner is hereby authorized to charge the surcharge fee in the total amount of $140.00 to Deposit Account No. 02-0384 of Baker Botts L.L.P.   Although Applicants believe no other fees are due, the Commissioner is authorized to charge any

ATTORNEY DOCKET
076533.0146

PATENT APPLICATION
USSN 14/059,192

2 of 2

necessary additional fees and credit any overpayments to Deposit Account No. 02-0384 of
Baker Botts L.L.P.

Respectfully submitted,

BAKER BOTTS L.L.P.
Attorneys for Applicants

Chad C. Walters
Reg. No. 48,022
Tel. 214.953.6511

Date: November 25, 2013

**CORRESPONDENCE ADDRESS:**

at Customer Number.  **05073**

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 14059192 |
| **Filing Date:** | 21-Oct-2013 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean Rad |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Attorney Docket Number:** | 076533.0146 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| Late Filing Fee for Oath or Declaration | 1051 | 1 | 140 | 140 |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| | | | **Total in USD ($)** | **140** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 17495877 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Filer Authorized By:** | Roshan Suresh Mansinghani |
| **Attorney Docket Number:** | 076533.0146 |
| **Receipt Date:** | 25-NOV-2013 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 15:45:45 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $140 |
| RAM confirmation Number | 5341 |
| Deposit Account | 020384 |
| Authorized User | |

The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:

    Charge any Additional Fees required under 37 C.F.R. Section 1.16 (National application filing, search, and examination fees)

    Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees)

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Applicant Response to Pre-Exam Formalities Notice | 0765330146RespMP112513.PDF | 59824<br><br>b832fd20a8dc56e56548a921d5498ad505faf3a1 | no | 2 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (SB06) | fee-info.pdf | 29533<br><br>e1d2e2b80e125333de0adef8bc6068cd4f97d9f8 | no | 2 |

**Warnings:**

**Information:**

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Files Size (in bytes):** | 89357 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>14/059,192 |
|---|---|

## APPLICATION AS FILED - PART I

| | (Column 1) | (Column 2) | | SMALL ENTITY | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE($) | FEE($) | | RATE($) | FEE($) |
| BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | 280 |
| SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | 600 |
| EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | 720 |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | 21 minus 20 = | * 1 | | | OR | x 80 = | 80 |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | 3 minus 3 = | | | | | x 420 = | 0.00 |
| APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | 0.00 |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | 0.00 |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | 1680 |

## APPLICATION AS AMENDED - PART II

| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE($) | ADDITIONAL FEE($) | | RATE($) | ADDITIONAL FEE($) |
| | Total<br>(37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent<br>(37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL<br>ADD'L FEE | | OR | TOTAL<br>ADD'L FEE | |

| | | (Column 1) | (Column 2) | (Column 3) | RATE($) | ADDITIONAL FEE($) | | RATE($) | ADDITIONAL FEE($) |
|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | | | |
| | Total<br>(37 CFR 1.16(i)) | * | Minus ** | = | x = | | OR | x = | |
| | Independent<br>(37 CFR 1.16(h)) | * | Minus *** | = | x = | | OR | x = | |
| | Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | | |
| | | | | | TOTAL<br>ADD'L FEE | | OR | TOTAL<br>ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest found in the appropriate box in column 1.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 14/059,192 | 10/21/2013 | | 1680 | 076533.0146 | 21 | 3 |

**CONFIRMATION NO. 1044**

5073
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

**FILING RECEIPT**

*OC000000064803176*

Date Mailed: 11/08/2013

Receipt is acknowledged of this non-provisional patent application. The application will be taken up for examination in due course. Applicant will be notified as to the results of the examination. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please submit a written request for a Filing Receipt Correction. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections**

**Inventor(s)**

Sean Rad, Los Angeles, CA;
Todd M. Carrico, Sachse, TX;
Kenneth B Hoskins, Plano, TX;
James C. Stone, Addison, TX;

**Applicant(s)**

Sean Rad, Los Angeles, CA;
Todd M. Carrico, Sachse, TX;
Kenneth B Hoskins, Plano, TX;
James C. Stone, Addison, TX;

**Power of Attorney:** None

**Domestic Priority data as claimed by applicant**

This appln claims benefit of 61/793,866 03/15/2013
and is a CIP of 12/339,301 12/19/2008 PAT 8566327

**Foreign Applications** for which priority is claimed (You may be eligible to benefit from the **Patent Prosecution Highway** program at the USPTO. Please see http://www.uspto.gov for more information.) - None.
*Foreign application information must be provided in an Application Data Sheet in order to constitute a claim to foreign priority. See 37 CFR 1.55 and 1.76.*

Permission to Access - A proper **Authorization to Permit Access to Application by Participating Offices** (PTO/SB/39 or its equivalent) has been received by the USPTO.

**If Required, Foreign Filing License Granted:** 11/04/2013

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 14/059,192**

**Projected Publication Date:** 02/13/2014

**Non-Publication Request:** No

**Early Publication Request:** No
**Title**

        Matching Process System And Method

**Preliminary Class**

**Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications:** No

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no effect in a foreign country, an inventor who wishes patent protection in another country must apply for a patent in a specific country or in regional patent offices. Applicants may wish to consider the filing of an international application under the Patent Cooperation Treaty (PCT). An international (PCT) application generally has the same effect as a regular national patent application in each PCT-member country. The PCT process **simplifies** the filing of patent applications on the same invention in member countries, but **does not result** in a grant of "an international patent" and does not eliminate the need of applicants to file additional documents and fees in countries where patent protection is desired.

Almost every country has its own patent law, and a person desiring a patent in a particular country must make an application for patent in that country in accordance with its particular laws. Since the laws of many countries differ in various respects from the patent law of the United States, applicants are advised to seek guidance from specific foreign countries to ensure that patent rights are not lost prematurely.

Applicants also are advised that in the case of inventions made in the United States, the Director of the USPTO must issue a license before applicants can apply for a patent in a foreign country. The filing of a U.S. patent application serves as a request for a foreign filing license. The application's filing receipt contains further information and guidance as to the status of applicant's license for foreign filing.

Applicants may wish to consult the USPTO booklet, "General Information Concerning Patents" (specifically, the section entitled "Treaties and Foreign Patents") for more information on timeframes and deadlines for filing foreign patent applications. The guide is available either by contacting the USPTO Contact Center at 800-786-9199, or it can be viewed on the USPTO website at http://www.uspto.gov/web/offices/pac/doc/general/index.html.

For information on preventing theft of your intellectual property (patents, trademarks and copyrights), you may wish to consult the U.S. Government website, http://www.stopfakes.gov. Part of a Department of Commerce initiative, this website includes self-help "toolkits" giving innovators guidance on how to protect intellectual property in specific countries such as China, Korea and Mexico. For questions regarding patent enforcement issues, applicants may call the U.S. Government hotline at 1-866-999-HALT (1-866-999-4258).

# LICENSE FOR FOREIGN FILING UNDER

## Title 35, United States Code, Section 184

## Title 37, Code of Federal Regulations, 5.11 & 5.15

**GRANTED**

The applicant has been granted a license under 35 U.S.C. 184, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" followed by a date appears on this form. Such licenses are issued in all applications where the conditions for issuance of a license have been met, regardless of whether or not a license may be required as set forth in 37 CFR 5.15. The scope and limitations of this license are set forth in 37 CFR 5.15(a) unless an earlier license has been issued under 37 CFR 5.15(b). The license is subject to revocation upon written notification. The date indicated is the effective date of the license, unless an earlier license of similar scope has been granted under 37 CFR 5.13 or 5.14.

This license is to be retained by the licensee and may be used at any time on or after the effective date thereof unless it is revoked. This license is automatically transferred to any related applications(s) filed under 37 CFR 1.53(d). This license is not retroactive.

The grant of a license does not in any way lessen the responsibility of a licensee for the security of the subject matter as imposed by any Government contract or the provisions of existing laws relating to espionage and the national security or the export of technical data. Licensees should apprise themselves of current regulations especially with respect to certain countries, of other agencies, particularly the Office of Defense Trade Controls, Department of State (with respect to Arms, Munitions and Implements of War (22 CFR 121-128)); the Bureau of Industry and Security, Department of Commerce (15 CFR parts 730-774); the Office of Foreign AssetsControl, Department of Treasury (31 CFR Parts 500+) and the Department of Energy.

**NOT GRANTED**

No license under 35 U.S.C. 184 has been granted at this time, if the phrase "IF REQUIRED, FOREIGN FILING LICENSE GRANTED" DOES NOT appear on this form. Applicant may still petition for a license under 37 CFR 5.12, if a license is desired before the expiration of 6 months from the filing date of the application. If 6 months has lapsed from the filing date of this application and the licensee has not received any indication of a secrecy order under 35 U.S.C. 181, the licensee may foreign file the application pursuant to 37 CFR 5.15(b).

---

## *SelectUSA*

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The U.S. offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to promote and facilitate business investment. SelectUSA provides information assistance to the international investor community; serves as an ombudsman for existing and potential investors; advocates on behalf of U.S. cities, states, and regions competing for global investment; and counsels U.S. economic development organizations on investment attraction best practices. To learn more about why the United States is the best country in the world to develop technology, manufacture products, deliver services, and grow your business, visit http://www.SelectUSA.gov or call +1-202-482-6800.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 14/059,192 | 10/21/2013 | Sean Rad | 076533.0146 |

**CONFIRMATION NO. 1044**

5073
BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201-2980

**FORMALITIES LETTER**


*OC000000064803177*

Date Mailed: 11/08/2013

## NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(b)

*Filing Date Granted*

**Items Required To Avoid Abandonment:**

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing.

Applicant is given **TWO MONTHS** from the date of this Notice within which to file all required items below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

• A surcharge (for late submission of the basic filing fee, search fee, examination fee or inventor's oath or declaration) as set forth in 37 CFR 1.16(f) of $ **140** for an undiscounted entity, must be submitted.

**SUMMARY OF FEES DUE:**

Total fee(s) required within **TWO MONTHS** from the date of this Notice is $ **140** for an undiscounted entity
• $ **140** Surcharge.

**Items Required To Avoid Processing Delays:**

Applicant is notified that the above-identified application contains the deficiencies noted below. No period for reply is set forth in this notice for correction of these deficiencies. However, if a deficiency relates to the inventor's oath or declaration, the applicant must file an oath or declaration in compliance with 37 CFR 1.63, or a substitute statement in compliance with 37 CFR 1.64, executed by or with respect to each actual inventor no later than the expiration of the time period set in the "Notice of Allowability" to avoid abandonment. See 37 CFR 1.53(f).

• A properly executed inventor's oath or declaration has not been received for the following inventor(s):
  Sean Rad
  Todd M. Carrico
  Kenneth B Hoskins
  James C. Stone
Applicant may submit the inventor's oath or declaration at any time before the Notice of Allowance and Fee(s) Due, PTOL-85, is mailed.

Replies must be received in the USPTO within the set time period or must include a proper Certificate of Mailing or Transmission under 37 CFR 1.8 with a mailing or transmission date within the set time period. For more information and a suggested format, see Form PTO/SB/92 and MPEP 512.

Replies should be mailed to:

Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

Registered users of EFS-Web may alternatively submit their reply to this notice via EFS-Web.
https://sportal.uspto.gov/authenticate/AuthenticateUserLocalEPF.html

For more information about EFS-Web please call the USPTO Electronic Business Center at **1-866-217-9197** or visit our website at http://www.uspto.gov/ebc.

If you are not using EFS-Web to submit your reply, you must include a copy of this notice.

/tnguyen/

Office of Data Management, Application Assistance Unit (571) 272-4000, or (571) 272-4200, or 1-888-786-0101

ATTORNEY'S DOCKET
076533.0146

PATENT APPLICATION
USSN 14/059,192

1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re application of: | Sean Rad, et al |
| Application No. | 14/059,192 |
| Filing Date: | October 21, 2013 |
| Group Art Unit: | Unknown |
| Confirmation No.: | 1044 |
| Examiner: | Unassigned |
| Title: | ***Matching Process System And Method*** |

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Sir:

### REQUEST FOR REFUND

## I.    BACKGROUND

On October 22, 2013 the U.S. Patent and Trademark Office debited the Baker Botts L.L.P. Deposit Account No. 02-0384 in connection with the filing of the above-referenced patent application as follows:

| Date | Seq. No. | Fee Code | Amount | Description |
|---|---|---|---|---|
| October 22, 2013 | 11029 | 1011 | $280.00 | Utility Application Filing |
| October 22, 2013 | 11031 | 1311 | $720.00 | Utility Examination Fee |
| October 22, 2013 | 11030 | 1111 | $600.00 | Utility Search Fee |
| October 22, 2013 | 11032 | 1202 | $160.00 | Claims in Excess of 20 |
| October 22, 2013 | 11033 | 1201 | $420.00 | Independent Claims in Excess of 3 |
| Total Charges | | | $2,180.00 | |

ATTORNEY'S DOCKET                                          PATENT APPLICATION
076533.0146                                               USSN 14/059,192

2

Applicants filed a Preliminary Amendment concurrently with the Application. The excess payment of additional claims was calculated based on the Application as filed rather than the claims filed in the Preliminary Amendment.   Applicants respectfully request that a fee of $500 for the overpayment of the additional claim fees be refunded in this matter.

## II.   FEES PAID FOR WHICH REFUND REQUESTED

| Date | Seq. No. | Fee Code | Amount | Description |
|------|----------|----------|--------|-------------|
| October 22, 2013 | 11032 | 1202 | $80.00 | Additional Dependent Claim |
| October 22, 2013 | 11033 | 1201 | $420.00 | Additional Independent Claim |
| Total Excess Paid | | | $500.00 | |

## III.   MANNER OF REFUND

Please make refund by crediting Account No. 02-0384 of Baker Botts L.L.P.

Respectfully submitted,

BAKER BOTTS L.L.P.
Attorneys for Applicants

Chad C. Walters
Reg. No. 48,022

Date:  November 7, 2013

**Correspondence Address:**
at Customer Number: 05073

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 17344368 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Filer Authorized By:** | Roshan Suresh Mansinghani |
| **Attorney Docket Number:** | 076533.0146 |
| **Receipt Date:** | 07-NOV-2013 |
| **Filing Date:** | 21-OCT-2013 |
| **Time Stamp:** | 17:56:18 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Refund Request | 0765330146ReqRefund110713.PDF | 83194 <br> 3a36a372a2ff3ddf34d89d4c5b8ce5ed8b10 4569 | no | 2 |

**Warnings:**

**Information:**

**Total Files Size (in bytes):**                                                    83194

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

ATTORNEY'S DOCKET
076533.0146

|

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| First Named Inventor: | Sean Rad |
| Filed: | Herewith |
| Group Art Unit: | Unknown |
| Confirmation No. | Unknown |
| Examiner: | Unknown |
| Title: | ***Matching Process System and Method*** |

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

Dear Sir:

## **Preliminary Amendment**

Prior to the initial review of this non-provisional utility continuation-in-part patent application entitled "Matching Process System and Method" by Sean Rad, et al., please amend the application as follows.

2

## IN THE CLAIMS

Claims 1-22 (Cancelled)

23.    (New) A computer implemented method of profile matching, comprising:

receiving a plurality of user profiles, each user profile comprising traits of a respective user;

receiving a request for matching from a first user;

identifying a set of potential matches from the plurality of user profiles in response to receiving the request;

presenting a first potential match of the set of potential matches to the first user, the first potential match corresponding to a second user;

receiving an expression of approval from the first user regarding the first potential match;

determining that the second user has expressed approval for the first user after receiving the expression of approval from the first user;

enabling communication between the first user and the second user in response to determining that the second user has expressed approval for the first user; and

wherein the plurality of user profiles comprises user profiles associated with a first social networking platform and user profiles associated with a second social networking platform that is different than the first social networking platform.


24.    (New) The method of Claim 23, wherein receiving the expression of approval from the first user comprises detecting a swiping gesture associated with a graphical representation of the second user.


25.    (New) The method of Claim 23, further comprising:

presenting an indication of the expression of approval from the first user regarding the first potential match to the second user after receiving the expression of approval from the first user regarding the first potential match and after determining that the second user has expressed approval for the first user.

3

26.    (New) The method of Claim 23, wherein identifying a set of potential matches for the request from the plurality of user profiles comprises comparing geographic positions associated with the plurality of user profiles with a geographic position associated with the first user.

27.    (New) The method of Claim 23, further comprising:

presenting a second potential match and a third potential match to the first user, the set of potential matches comprising the second potential match and the third potential match;

determining an expression of approval from the first user regarding the second potential match by detecting a first swiping gesture associated with a first direction; and

determining an expression of disapproval from the first user regarding the third potential match by detecting a second swiping gesture associated with a second direction different than the first direction.

28.    (New) The method of Claim 23, further comprising:

presenting a second potential match of the set of potential matches to the first user;

receiving an expression of disapproval from the first user regarding the second potential match; and

preventing communication between the first user and a user associated with the second potential match in response to receiving the expression of disapproval.

29.    (New) The method of Claim 23, further comprising:

presenting a second interface to a third user, the second interface configured to generate a matching proposal;

receiving a set of interactions with the second interface from the third user;

associating the matching proposal, in response to the set of interactions, with a fourth user and a fifth user; and

enabling communication between the fourth user and the fifth user in response to associating the matching proposal with the fourth user and the fifth user.

4

30.    (New) A non-transitory computer-readable medium comprising instructions that, when executed by a processor, are configured to:

receive a plurality of user profiles, each user profile comprising traits of a respective user;

receive a request for matching from a first user;

identify a set of potential matches from the plurality of user profiles in response to receiving the request;

present a first potential match of the set of potential matches to the first user, the first potential match corresponding to a second user;

receive an expression of approval from the first user regarding the first potential match;

determine that the second user has expressed approval for the first user after receiving the expression of approval from the first user;

enable communication between the first user and the second user in response to the determination that the second user has expressed approval for the first user; and

wherein the plurality of user profiles comprises user profiles associated with a first social networking platform and user profiles associated with a second social networking platform that is different than the first social networking platform.

31.    (New) The medium of Claim 30, wherein the instructions configured to receive the expression of approval from the first user comprise instructions configured to detect a swiping gesture associated with a graphical representation of the second user.

32.    (New) The medium of Claim 30, further comprising instructions configured to present an indication of the expression of approval from the first user regarding the first potential match to the second user after receiving the expression of approval from the first user regarding the first potential match and after determining that the second user has expressed approval for the first user.

ATTORNEY'S DOCKET
076533.0146

5

33.     (New) The medium of Claim 30, wherein the instruction configured to identify a set of potential matches for the request from the plurality of user profiles comprise instructions configured to compare geographic positions associated with the plurality of user profiles with a geographic position associated with the first user.

34.     (New) The medium of Claim 30, further comprising instructions configured to:

present a second potential match and a third potential match to the first user, the set of potential matches comprising the second potential match and the third potential match;

determine an expression of approval from the first user regarding the second potential match by detecting a first swiping gesture associated with a first direction; and

determine an expression of disapproval from the first user regarding the third potential match by detecting a second swiping gesture associated with a second direction different than the first direction.

35.     (New) The medium of Claim 30, further comprising instructions configured to:

present a second potential match of the set of potential matches to the first user;

receive an expression of disapproval from the first user regarding the second potential match; and

prevent communication between the first user and a user associated with the second potential match in response to the reception of the expression of disapproval.

6

36.     (New) The medium of Claim 30, further comprising instructions configured to:

present a second interface to a third user, the second interface configured to generate a matching proposal;

receive a set of interactions with the second interface from the third user;

associate the matching proposal, in response to the set of interactions, with a fourth user and a fifth user; and

enable communication between the fourth user and the fifth user in response to the association of the matching proposal with the fourth user and the fifth user.

ATTORNEY'S DOCKET
076533.0146

7

37.    (New) A system for profile matching, comprising:

an interface operable to:

receive a request for matching from a first user; and

a processor coupled to the interface and operable to:

identify a set of potential matches from a plurality of user profiles in response to the reception of the request for matching;

cause the interface to present a first potential match of the set of potential matches to the first user, the first potential match corresponding to a second user;

determine that the interface has received an expression of approval from the first user regarding the first potential match;

determine that the second user has expressed approval for the first user after receiving the expression of approval from the first user; and

enable communication between the first user and the second user in response to the determination that the second user has expressed approval for the first user; and

wherein the plurality of user profiles comprises user profiles associated with a first social networking platform and user profiles associated with a second social networking platform that is different than the first social networking platform.

38.    (New) The system of Claim 37, wherein the processor operable to determine that the interface has received the expression of approval from the first user comprises a processor operable to detect a swiping gesture associated with a graphical representation of the second user.

39.    (New) The system of Claim 37, the processor further operable to present an indication of the expression of approval from the first user regarding the first potential match to the second user after receiving the expression of approval from the first user regarding the first potential match and after determining that the second user has expressed approval for the first user.

8

40.     (New) The system of Claim 37, wherein the processor operable to identify the set of potential matches for the request from the plurality of user profiles comprises a processor operable to compare geographic positions associated with the plurality of user profiles with a geographic position associated with the first user.

41.     (New) The system of Claim 37, further comprising:

the interface further operable to:

present a second potential match of the set of potential matches to the first user; and

the processor further operable to:

determine that the interface has received an expression of disapproval from the first user regarding the second potential match; and

prevent communication between the first user and a user associated with the second potential match in response to the reception of the expression of disapproval.

42.     (New) The system of Claim 37, further comprising:

the interface further operable to:

present a second potential match and a third potential match to the first user, the set of potential matches comprising the second potential match and the third potential match; and

the processor further operable to:

determine an expression of approval from the first user regarding the second potential match by detecting a first swiping gesture associated with a first direction; and

determine an expression of disapproval from the first user regarding the third potential match by detecting a second swiping gesture associated with a second direction different than the first direction.

ATTORNEY'S DOCKET
076533.0146

9

43.     (New) The system of Claim 37, further comprising:

a second interface operable to:

  generate a matching proposal;

   receive a set of interactions from a third user; and

wherein the processor is further operable to:

  associate the matching proposal, in response to the set of interactions, with a fourth user and a fifth user; and

  enable communication between the fourth user and the fifth user in response to the association of the matching proposal with the fourth user and the fifth user.

ATTORNEY'S DOCKET
076533.0146

10

## REMARKS

Entry of this Amendment is respectfully requested.

If the Examiner feels that a telephone conference or an interview would advance prosecution of this Application in any manner, the undersigned attorney for Applicants stands ready to conduct such a conference at the convenience of the Examiner.

Although Applicants believe no fee is due, the Commissioner is hereby authorized to charge any required fee or credit any overpayment to Deposit Account No. 02-0384 of Baker Botts L.L.P.

Respectfully submitted,

BAKER BOTTS L.L.P.
Attorneys for Applicants

Chad C. Walters
Reg. No. 48,022

Date: October 21, 2013

**Correspondence Address:**

**Customer No:      05073**

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | |
| **Filing Date:** | |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean Rad |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Attorney Docket Number:** | 076533.0146 |

Filed as Large Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| Utility application filing | 1011 | 1 | 280 | 280 |
| Utility Search Fee | 1111 | 1 | 600 | 600 |
| Utility Examination Fee | 1311 | 1 | 720 | 720 |
| **Pages:** | | | | |
| **Claims:** | | | | |
| Claims in Excess of 20 | 1202 | 2 | 80 | 160 |
| Independent claims in excess of 3 | 1201 | 1 | 420 | 420 |
| **Miscellaneous-Filing:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **2180** |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 17186270 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean  Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Filer Authorized By:** | Roshan Suresh Mansinghani |
| **Attorney Docket Number:** | 076533.0146 |
| **Receipt Date:** | 21-OCT-2013 |
| **Filing Date:** | |
| **Time Stamp:** | 18:21:05 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $ 2180 |
| RAM confirmation Number | 6439 |
| Deposit Account | 020384 |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 0765330146ADS102113.PDF | 553052<br>7e89d9c03284215021aa08de9e0be8351d4350b5 | no | 7 |

| Warnings: |
|---|

| Information: |
|---|

This is not an USPTO supplied ADS fillable form

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | | 0765330146PatApp102113.PDF | 2943449<br>18cd83d407b61176ecf6580155867208 2ad c2f46 | yes | 64 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Specification | 1 | 55 |
| Claims | 56 | 63 |
| Abstract | 64 | 64 |

| Warnings: |
|---|

| Information: |
|---|

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Drawings-only black and white line drawings | 0765330146Dwgs102113.PDF | 475191<br>e13c287d11fd2083fa54a45dd24fbbf0269f63dc | no | 11 |

| Warnings: |
|---|

| Information: |
|---|

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 4 | | 0765330146PreAmend102113.PDF | 350169<br>3ad4337f6e15244b93479c0f8ecba5f36b3d102a | yes | 10 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Preliminary Amendment | 1 | 1 |
| Claims | 2 | 9 |
| Abstract | 10 | 10 |

| Warnings: |
|---|

| Information: |
|---|

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 5 | Fee Worksheet (SB06) | fee-info.pdf | 37425<br>d9a6fd6447 2ebe3925b137f3faf224141880 92e7 | no | 2 |

| Warnings: | |
| Information: | |
| **Total Files Size (in bytes):** | 4359286 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

<u>New Applications Under 35 U.S.C. 111</u>
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

<u>National Stage of an International Application under 35 U.S.C. 371</u>
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

<u>New International Application Filed with the USPTO as a Receiving Office</u>
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 17186270 |
| **Application Number:** | 14059192 |
| **International Application Number:** | |
| **Confirmation Number:** | 1044 |
| **Title of Invention:** | Matching Process System And Method |
| **First Named Inventor/Applicant Name:** | Sean Rad |
| **Customer Number:** | 5073 |
| **Filer:** | Roshan Suresh Mansinghani/Laurie Scott |
| **Filer Authorized By:** | Roshan Suresh Mansinghani |
| **Attorney Docket Number:** | 076533.0146 |
| **Receipt Date:** | 21-OCT-2013 |
| **Filing Date:** | |
| **Time Stamp:** | 18:21:05 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Deposit Account |
| Payment was successfully received in RAM | $ 2180 |
| RAM confirmation Number | 6439 |
| Deposit Account | 020384 |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows:<br>   Charge any Additional Fees required under 37 C.F.R. Section 1.17 (Patent application and reexamination processing fees) | |

# File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Application Data Sheet | 0765330146ADS102113.PDF | 553052 <br> 7e89d9c03284215021aa08de9e0be8351d4350b5 | no | 7 |

**Warnings:**

**Information:**

This is not an USPTO supplied ADS fillable form

| 2 | | 0765330146PatApp102113.PDF | 2943449 <br> 18cd83d407b61176ecf6580155867208 2ad c2f46 | yes | 64 |

| **Multipart Description/PDF files in .zip description** | | | |
|---|---|---|---|
| **Document Description** | **Start** | **End** | |
| Specification | 1 | 55 | |
| Claims | 56 | 63 | |
| Abstract | 64 | 64 | |

**Warnings:**

**Information:**

| 3 | Drawings-only black and white line drawings | 0765330146Dwgs102113.PDF | 475191 <br> e13c287d11fd2083fa54a45dd24fbbf02269f63dc | no | 11 |

**Warnings:**

**Information:**

| 4 | | 0765330146PreAmend102113.PDF | 350169 <br> 3ad4337f6e15244b93479c0f8ecba5f36b3d102a | yes | 10 |

| **Multipart Description/PDF files in .zip description** | | | |
|---|---|---|---|
| **Document Description** | **Start** | **End** | |
| Preliminary Amendment | 1 | 1 | |
| Claims | 2 | 9 | |
| Abstract | 10 | 10 | |

**Warnings:**

**Information:**

| 5 | Fee Worksheet (SB06) | fee-info.pdf | 37425 <br> d9a6fd64472ebe3925b137f3faf224141880 92e7 | no | 2 |

| Warnings: | |
|---|---|
| Information: | |
| **Total Files Size (in bytes):** | 4359286 |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 076533.0146 |
|---|---|---|
| | Application Number | |

| Title of Invention | Matching Process System And Method |
|---|---|

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2 (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

**Inventor   1**                                                              Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Sean | | Rad | |

| Residence Information (Select One) | ● US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

| City | Los Angeles | State/Province | CA | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 10430 Wilshire Blvd. |
|---|---|
| Address 2 | Unit 1403 |

| City | Los Angeles | State/Province | | CA |
|---|---|---|---|---|

| Postal Code | 90024 | Country | | US |
|---|---|---|---|---|

**Inventor   2**                                                              Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Todd | M. | Carrico | |

| Residence Information (Select One) | ● US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

| City | Sachse | State/Province | TX | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 1407 Sunrise Lane |
|---|---|
| Address 2 | |

| City | Sachse | State/Province | | TX |
|---|---|---|---|---|

| Postal Code | 75048 | Country | | US |
|---|---|---|---|---|

**Inventor   3**                                                              Remove

**Legal Name**

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | Kenneth | B. | Hoskins | |

| Residence Information (Select One) | ● US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

EFS Web 2.2.8

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 076533.0146 |
|---|---|---|
| | Application Number | |

| Title of Invention | Matching Process System And Method |
|---|---|

| City | Plano | | State/Province | TX | Country of Residence | US |
|---|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 2817 Chancellor Drive | | | |
|---|---|---|---|---|
| Address 2 | | | | |
| City | Plano | State/Province | | TX |
| Postal Code | 75074 | Country i | | US |

| Inventor | 4 | | Remove |
|---|---|---|---|

Legal Name

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | James | C. | Stone | |

| Residence Information (Select One) | ◉ US Residency | ○ Non US Residency | ○ Active US Military Service |
|---|---|---|---|

| City | Addison | State/Province | TX | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 15826 Breedlove | | | |
|---|---|---|---|---|
| Address 2 | | | | |
| City | Addison | State/Province | | TX |
| Postal Code | 75001 | Country i | | US |

| All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. | Add |
|---|---|

## Correspondence Information:

Enter either Customer Number or complete the Correspondence Information section below.
For further information see 37 CFR 1.33(a).

☐ An Address is being provided for the correspondence Information of this application.

| Customer Number | 05073 | | |
|---|---|---|---|
| Email Address | ptomail1@bakerbotts.com | Add Email | Remove Email |

## Application Information:

| Title of the Invention | Matching Process System And Method | | |
|---|---|---|---|
| Attorney Docket Number | 076533.0146 | Small Entity Status Claimed | ☐ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| Total Number of Drawing Sheets (if any) | 11 | Suggested Figure for Publication (if any) | |

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 076533.0146 |
|---|---|---|
| | Application Number | |

| Title of Invention | Matching Process System And Method |
|---|---|

## Publication Information:

☐   Request Early Publication (Fee required at time of Request 37 CFR 1.219)

☐   **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing.

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32). Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ● Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | 05073 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.

| Prior Application Status | | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | non provisional of | 61/793866 | 2013-03-15 |

| Prior Application Status | | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | Continuation in part of | 12/339301 | 2008-12-19 |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 076533.0146 |
|---|---|---|
| | Application Number | |

| Title of Invention | Matching Process System And Method |
|---|---|

| | | | Remove |
|---|---|---|---|
| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.
NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☒ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 076533.0146 |
|---|---|---|
| | Application Number | |

| Title of Invention | Matching Process System And Method |
|---|---|

## Applicant 1

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

[ Clear ]

| ○ Assignee | ○ Legal Representative under 35 U.S.C. 117 | ○ Joint Inventor |
|---|---|---|
| ○ Person to whom the inventor is obligated to assign. | ○ Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here. ☐

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

### Mailing Address Information For Applicant:

| Address 1 | |
|---|---|
| Address 2 | |
| City | State/Province |
| Country | Postal Code |
| Phone Number | Fax Number |
| Email Address | |

Additional Applicant Data may be generated within this form by selecting the Add button.

## Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

### Assignee 1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

PTO/AIA/14 (03-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 076533.0146 |
|---|---|---|
| | Application Number | |

| Title of Invention | Matching Process System And Method |
|---|---|

If the Assignee is an Organization check here. ☐

| Prefix | **Given Name** | Middle Name | **Family Name** | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Non-Applicant Assignee:**

| Address 1 | |
|---|---|
| Address 2 | |

| City | | State/Province | |
|---|---|---|---|
| Country ͥ | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee Data may be generated within this form by selecting the Add button.

## Signature:

NOTE:  This form must be signed in accordance with 37 CFR 1.33.  See 37 CFR 1.4 for signature requirements and certifications.

| Signature | *[signature]* | Date (YYYY-MM-DD) | 2013-10-21 |
|---|---|---|---|
| First Name | Chad C. | Last Name | Walters | Registration Number | 48022 |

Additional Signature may be generated within this form by selecting the Add button.

This collection of information is required by 37 CFR 1.76.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14.  This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO.  Time will vary depending upon the individual case.  Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450.  DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS.  **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1.      The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2.      A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3.      A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4.      A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5.      A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6.      A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7.      A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8.      A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.

9.      A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

ATTORNEY'S DOCKET                         PATENT APPLICATION
076533.0146

1

## MATCHING PROCESS SYSTEM AND METHOD

### RELATED APPLICATION

This application is a continuation-in-part of Serial
No. 12/339,301, entitled "MATCHING PROCESS SYSTEM AND
METHOD," Attorney's Docket 076533.0130 filed December 19,
5    2008.

This application claims benefit under 35 U.S.C.
§ 119(e) to U.S. Provisional Application Serial No.
61/793,866, entitled "SOCIAL MATCHING SYSTEM AND METHOD,"
Attorney's Docket 076533.0146, filed March 15, 2013.

10

### TECHNICAL FIELD

This invention relates generally to computer
matching systems and more particularly to a matching
process system and method.

15

ATTORNEY'S DOCKET                        PATENT APPLICATION
076533.0146

2

## BACKGROUND

Networking architectures have grown increasingly complex in communications environments. In recent years, a series of protocols and configurations have been developed in order to accommodate a diverse group of end users having various networking needs. Many of these architectures have gained significant notoriety because they can offer the benefits of automation, convenience, management, and enhanced consumer selections.

Certain network protocols may be used in order to allow an end user to conduct an on-line search of candidates to fill a given vacancy. These protocols may relate to job searches, person finding services, real estate searches, or on-line dating. While some believe that on-line dating is simply a matter of matching supply and demand, there is statistical and empirical evidence to suggest that successful on-line dating entails far more.

For example, people having similar and/or compatible character traits and values should be matched together. However, effectively linking two participants together can prove to be a challenging endeavor. Coordinating a relationship between two like-minded individuals can be a significant chore, as there are a number of obstacles and barriers that must be overcome.

One problem that has arisen is that matching services are limited to searching for matches only within their own platform. Thus, only people who have gone through the process of signing up for the service are searched for a match. One solution to this problem is to have users register in multiple services. This is problematic because it can be expensive and time

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

3

consuming for users.   Further, the user must then visit
all of the services to monitor the search progress:   this
inefficiency may cause users to give up on the search
process.

5          Another problem is that the search results of these
services   contain   many   irrelevant   entities   to   the
searcher.   This costs the user of the service time and
may deter them from continuing through all of the search
results.

10         Another problem is that large numbers of unwanted
communication requests can become a nuisance to the user.
Too   many   nuisance   requests   may   deter   the   user   from
further   use   of   the   system.     Users   with   the   most
attractive profiles are oftentimes the ones that receive
15   the most unwanted attention.   If the users with the most
attractive profiles cease to use the system, the quality
of the user pool deteriorates.

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

4

## SUMMARY

In one embodiment, a method for profile matching comprises receiving a plurality of user profiles, each user profile comprising traits of a respective user. It also comprises receiving a preference indication for a first user profile of the plurality of user profiles. It further comprises determining a potential match user profile of the plurality of user profiles based on the preference indication for the first user profile. The method also comprises presenting the potential match user profile to a second user.

Receiving a preference indication for a first user profile may include receiving from a third user a recommendation of the first user profile for the second user. It may also include receiving from the second user a preference indication for the first user profile. The method may further include determining a score of a third user profile of the plurality of user profiles as a potential match for the second user. It may also include altering the score of the third user profile based on the preference indication for the first user profile.

In another embodiment, a method for profile matching comprises receiving a plurality of user profiles, each user profile comprising traits of a respective user. The method further comprises receiving a request for matches from a first user, the first user associated with a first user profile. The method also comprises scoring the plurality of user profiles for potential matching with the first user based on comparisons of the plurality of user profiles with the first user profile. It also comprises identifying a second user profile of the plurality of user profiles as a potential match for the

ATTORNEY'S DOCKET
076533.0146

PATENT APPLICATION

5

first user based on the scoring. The method further comprises identifying commonality between a third user profile of the plurality of user profiles and the second user profile. In addition, the method comprises presenting to the first user the third user profile as a potential match for the first user.

Depending on the specific features implemented, particular embodiments may exhibit some, none, or all of the following technical advantages. Various embodiments may be capable of dynamically updating match search results based on user activity. Some embodiments may be capable of enhancing match search results by reducing the impact of restrictive user preferences. In addition, some embodiments may provide the ability to evaluate the attractiveness of potential matches. Various embodiments may be capable of importing user profiles from other social-networking systems. Some embodiments may be capable of generating the pool of users based on both explicit and implicit criteria derived from other social networking systems. Other technical advantages will be readily apparent to one skilled in the art from the following figures, description and claims.

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

6

BRIEF DESCRIPTION OF THE DRAWINGS

Reference is now made to the following description taken in conjunction with the accompanying drawings, wherein like reference numbers represent like parts, and which:

FIGURE 1A is an overview of one embodiment of the matching system;

FIGURE 1B shows the contents of the terminal from FIGURE 1A;

FIGURE 1C shows the contents of the matching server from FIGURE 1A;

FIGURE 1D is a diagram of a database from FIGURE 1C showing one embodiment of how a matching server stores a pool;

FIGURE 1E is a diagram of the display from FIGURE 1B showing one embodiment of the presentation of search results to a user;

FIGURE 1F is a diagram of the display from FIGURE 1B showing one embodiment of the presentation of details of a match result entity to a user;

FIGURE 2 is a diagram depicting how a user may recommend an entity to another user, in accordance with a particular embodiment;

FIGURE 3 is a diagram of the display from FIGURE 1B depicting how the user may be made aware of fate characteristics the user shares with a match result entity, in accordance with a particular embodiment;

FIGURE 4 is a diagram depicting how two platforms may be searched for a match, in accordance with a particular embodiment;

ATTORNEY'S DOCKET                    PATENT APPLICATION
076533.0146

7

FIGURE 5 is a flow chart indicating how a result list may be generated, in accordance with a particular embodiment;

FIGURE 6 shows one embodiment of the matching system displaying to a user the profile information of a second user;

FIGURE 7 is a diagram of the display from FIGURE 6 showing the effect of a left swipe gesture;

FIGURE 8 is a diagram of the display from FIGURE 6 showing the effect of a right swipe gesture;

FIGURE 9 shows the matching system displaying a match of a first user and a second user, in accordance with a particular embodiment;

FIGURE 10 is a flowchart depicting a method for enabling communication between two users of the matching system of FIGURE 1 based on a mutual expression of approval, in accordance with a particular embodiment;

FIGURE 11 is a flowchart depicting a method for enabling communication between two users of the matching system of FIGURE 1 based on a user suggested matching proposal, in accordance with a particular embodiment; and

FIGURES 12A-D depict embodiments of a user interface.

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

8

DETAILED DESCRIPTION

     Referring to FIGURE 1A, one embodiment of a matching
system is shown.  FIGURE 1A is a simplified block diagram
of a system 100 for facilitating an on-line dating
5   scenario in a network environment.  In other embodiments,
system 100 can be leveraged to identify and to evaluate
suitable candidates in other areas (e.g.
hiring/employment, recruiting, real estate, general
person searches, etc.).  Users 14 interact with a
10  matching server 20 through terminals 10.  FIGURE 1B is a
diagram showing, in one embodiment, the contents of
terminal 10.  Terminal 10 comprises interface 16 (so that
user 14 may be able to interact with terminal 10) and
display 12.  FIGURE 1C is a diagram showing, in one
15  embodiment, the contents of matching server 20.  Matching
server 20 comprises memory 26 and at least one CPU 28.
Memory 26 may store multiple databases, such as databases
26a and 26b.  Terminal 10 and matching server 20 are
communicatively coupled via network connections 22 and
20  network 24.

     Users 14 are clients, customers, prospective
customers, or entities wishing to participate in an on-
line dating scenario and/or to view information
associated with other participants in the system.  Users
25  14 may also seek to access or to initiate a communication
with other users that may be delivered via network 24.
Users 14 may review data (such as profiles, for example)
associated with other users in order to make matching
decisions or elections.  Data, as used herein, refers to
30  any type of numeric, voice, video, text, or script data,
or any other suitable information in any appropriate

ATTORNEY'S DOCKET                        PATENT APPLICATION
076533.0146

9

format that may be communicated from one point to
another.

In one embodiment, terminal 10 represents (and is
inclusive of) a personal computer that may be used to
5      access network 24. Alternatively, terminal 10 may be
representative of a cellular telephone, an electronic
notebook, a laptop, a personal digital assistant (PDA),
or any other suitable device (wireless or otherwise: some
of which can perform web browsing), component, or element
10     capable of accessing one or more elements within system
100. Interface 16, which may be provided in conjunction
with the items listed above, may further comprise any
suitable interface for a human user such as a video
camera, a microphone, a keyboard, a mouse, or any other
15     appropriate equipment according to particular
configurations and arrangements. In addition, interface
16 may be a unique element designed specifically for
communications involving system 100. Such an element may
be fabricated or produced specifically for matching
20     applications involving a user.

Display 12, in one embodiment, is a computer
monitor. Alternatively, display 12 may be a projector,
speaker, or other device that allows user 14 to
appreciate information that system 100 transmits.

25     Network 24 is a communicative platform operable to
exchange data or information emanating from user 14.
Network 24 could be a plain old telephone system (POTS).
Transmission of information emanating from the user may
be assisted by management associated with matching server
30     20 or manually keyed into a telephone or other suitable
electronic equipment. In other embodiments, network 24
could be any packet data network offering a

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

10

communications interface or exchange between any two
nodes in system 100. Network 24 may alternatively be any
local area network (LAN), metropolitan area network
(MAN), wide area network (WAN), wireless local area
5    network (WLAN), virtual private network (VPN), intranet,
or any other appropriate architecture or system that
facilitates communications in a network or telephonic
environment, including a combination of any networks or
systems described above.  In various embodiments, network
10   connections 22 may include, but are not limited to, wired
and/or wireless mediums which may be provisioned with
routers and firewalls.

Matching server 20 is operable to receive and to
communicate information to terminal 10.    In some
15   embodiments, matching server 20 may comprise a plurality
of servers or other equipment, each performing different
or the same functions in order to receive and communicate
information to terminal 10.   Matching server 20 may
include software and/or algorithms to achieve the
20   operations for processing, communicating, delivering,
gathering, uploading, maintaining, and/or generally
managing data, as described herein.  Alternatively, such
operations and techniques may be achieved by any suitable
hardware, component, device, application specific
25   integrated circuit (ASIC), additional software, field
programmable gate array (FPGA), server, processor,
algorithm, erasable programmable ROM (EPROM),
electrically erasable programmable ROM (EEPROM), or any
other suitable object that is operable to facilitate such
30   operations.

In some embodiments, user 14, using terminal 10,
registers with matching server 20.   Registration may

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

11

include user 14 submitting information to matching server
20 about user 14 as well as characteristics user 14 is
seeking to be matched with.  Such information may include
a user handle, which may be a combination of characters
5    that uniquely identifies user 14 to matching server 20.
In various embodiments, matching server 20 may be
configured to collect this information; for example,
matching server 20 may be configured to ask user 14 to
respond to a series of questions.  Matching server 20 may
10   be configured to receive the information submitted by
user 14 and create a profile for user 14 based on that
information, storing the profile in memory 26.

As an example only, consider a case where user 14 is
interested in participating in an on-line dating
15   scenario.  User 14 can access the Internet via terminal
10, travel to a web site managed by matching server 20,
and begin the registration process.  As part of the
registration process, matching server 20 may ask user 14
a series of questions which identifies characteristics
20   about user 14.  Thus, matching server 20 may ask about
the height, weight, age, location, and ethnicity of user
14.  It may also ask about the birthplace, parents,
eating habits, activities, and goals of user 14.
Matching server 20 may further use the registration
25   process to discover what user 14 may be looking for in a
match, such as age, weight, height, location, ethnicity,
diet, education, etc.  Further, matching server 20 may
ask user 14 to indicate how important certain factors are
when looking for a match.  For example, matching server
30   20 may allow the user to indicate which characteristics
in a potential match are a necessity.  In another
example, matching server 20 may ask, "How important is it

ATTORNEY'S DOCKET                                    PATENT APPLICATION
076533.0146

12

that your match does not smoke?"  Matching server 20 may
also allow the user to indicate that certain
characteristics are not important search criteria.  For
example, when asking user 14 about what height or weight
5    user 14 is seeking in a match, matching server 20 may be
configured to receive "not important" as a response.  In
yet another example, matching server 20 may allow user 14
to rate which factors are important on a numerical scale.
For example, matching server 20 may ask user 14 the
10   following:  "On a scale of 1 - 10, how important is it
that your match has the same education level as you?"  In
some embodiments, matching server 20 may specify that any
number of questions or requested descriptions are
necessary before registration may be concluded.  As an
15   example only, matching server 20 may require that user 14
communicate the sex of user 14 and the sex user 14
prefers to be matched with.  After concluding the
registration process, matching server 20 may store the
responses of user 14 as a profile.  This same process may
20   be repeated by several different users 14, causing
matching server 20 to contain a plurality of profiles.

     FIGURE 1D depicts an embodiment in which matching
server 20 has a database 26a which contains a pool 30.
Each entry in database 26a has a pool entity 30a along
25   with information concerning that entity.  In one
embodiment, each pool entity 30a-e represents a user and
their profile.  In some embodiments, not all registered
users are in pool 30.  As discussed further below,
matching server 20 may use a selection process for
30   including stored profiles in pool 30.  As depicted in
FIGURE 1D, in this embodiment, the collection of users
and profiles forms pool 30 through which matching server

ATTORNEY'S DOCKET                           PATENT APPLICATION
076533.0146

13

20 may perform various functions such as searches for
matches.

Matching server 20 may be configured to search
through pool 30 and present matches to user 14. In
5   FIGURE 1E, one embodiment of this presentation is
depicted as occurring through display 12. In various
embodiments, matches may be presented to user 14
utilizing other communication schemes, such as electronic
messages (i.e., e-mail) or text messages (i.e., utilizing
10  SMS). In the depicted embodiment, a result list 31 is
presented to user 14. A match result entity 31a in a
result list 31 may be associated with a view button 33.
Using interface 16, user 14 may request that matching
server 20 provide more information about an entity in
15  result list 31 by pressing the associated view button 33.
Matching server 20 may then communicate to user 14 more
information about that entity by retrieving the
information from memory 26. In FIGURE 1F, one embodiment
of information that matching server 20 provides for user
20  14 is shown. Using display 12, user 14 views an entity
from result list 31. Matching server 20 may also provide
user 14 with the ability to contact the entity through a
contact button 35. In one embodiment, when contact
button 35 is utilized by user 14, matching server 20 may
25  provide user 14 with contact information of the entity
such as a telephone number or an e-mail address; in
another embodiment, matching server 20 may provide user
14 with a way to directly contact the entity, such as
sending a message or providing voice or video
30  communication between user 14 and the entity. Even
further, matching server 20 may be configured to allow
user 14 to express a negative preference for the entity

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

14

through dislike button 36.  In one embodiment, when, for
example, dislike button 36 is utilized by user 14,
matching server 20 may remove the entity from result list
31; in another embodiment, the entity may be removed from
5   pool 30 of users from which matches are identified.

As an example only, consider that user 14 has
submitted a search request to matching server 20.
Matching server 20 may search through pool 30, identify
results, and communicate result list 31 to user 14 which
10  would contain other users for whom matching server 20 had
created a profile and who were identified through a
search and selection process.  Next, user 14 may be
interested in learning more about Jane Doe, entity 31a;
thus, user 14 would click view button 33 associated with
15  Jane Doe.  Matching server 20 would receive this request
and respond by displaying Jane Doe's profile (stored in
memory 26), as depicted in FIGURE 1F.  Next, after
reading the profile, user 14 may be interested in
contacting Jane Doe; hence, user 14 would click contact
20  button 35.  Matching server 20 would respond by allowing
user 14 enter a message that matching server 20 would
then communicate to Jane Doe.

Matching server 20 may even further be configured to
allow user 14 to store a match result entity; in one
25  embodiment, the system may be configured to allow user 14
to utilize favorite button 34 that will add the desired
match result entity into another list.  In another
embodiment, utilizing favorite button 34 will remove the
associated match result entity from result list 31.

30  As an example only, user 14 may decide that he would
like to save Jane Doe's profile so that he can review it
later.  User 14 may click favorite button 34, and

15

matching server 20 may respond by placing Jane Doe's
profile into a separate list.   Further, matching server
20 may also remove Jane Doe from user's 14 result list
31.    As a result, user 14 may see another match result
5      entity populate result list 31.    This is beneficial
because it may focus user 14 on evaluating new entities
rather   than   reevaluating   previously-known   entities
because the entities still appear in result list 31.

In   some   embodiments,   matching   server   20   may   be
10     configured to generate pool 30 by default according to
various characteristics and preferences of user 14 and
other users of the system.   Matching server 20 may also
restrict entities from being included in pool 30 based on
the status of the profile, or if user 14 has rejected or
15     blocked an entity.   Matching server 20 may also restrict
entities from the pool that have blocked or rejected user
14.     For   example,   matching   server   20   may   not   allow
profiles that are not in good standing to be included in
pool 30.   In other embodiments, matching server 20 may be
20     configured to generate pool 30 by first choosing seeds.
Seeds include, but are not limited to, profiles that user
14 has sent a message to or profiles that user 14 has
expressed a preference for.   Each seed is then compared
to other entities to determine which entities will be
25     included in pool 30.   Any suitable method can be used to
determine which entities are included in pool 30.   For
example,   any   characteristics   or   algorithms   described
herein may form the basis of such a determination.   As
another example, a commonality score may be generated
30     based on the comparison between each entity and the seed.
In   some   embodiments,   this   commonality   score   can   be   a
measure of how physically similar the users are to each

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

16

other.   This score may be generated based on the number
of users that have expressed a positive preference for
both the seed and the entity being compared.   This score
may also be generated based on whether the seed and
5   entity have been viewed together in one session; further,
the more times the seed and entity have been viewed
together, the larger the commonality score.   The law of
large numbers may allow for a vast amount of such
commonalities to be established over a few days.   Testing
10   has revealed that using such commonality scoring methods
has yielded at least one physical match for 80% of users
whose profile has been viewed at least once, and between
6 and 1000 physical matches for 60% of users whose
profile has been viewed at least once.   Matching server
15   20 may be further configured to allow entities that have
a commonality score above a certain threshold to become a
part of pool 30.   Matching server 20 may further be
configured to update pool 30.   In some embodiments,
matching server 20 may do so by creating new seed
20   entities based on activity by user 14, such as indicating
a preference for that entity.   Further, matching server
20 may then compare the chosen seed entity with other
profiles stored in matching server 20 and determine
whether those profiles will be included in pool 30 using
25   a threshold score as described above.   At least one
advantage realized by this embodiment is that user 14 is
presented with updated potential matches which increases
the likelihood of user 14 finding a suitable match.
Another advantage present in certain embodiments is that
30   these updated potential matches have a greater likelihood
of compatibility with user 14 since they are chosen based

ATTORNEY'S DOCKET                           PATENT APPLICATION
076533.0146

17

on their commonality with entities user 14 has expressed
a preference for.

    As an example only, consider the case in which user
14 has registered, requested a search, and received from
5    matching server 20 results list 31.   Then, user 14
decides to contact Jane Doe and presses contact button
35.   Aside from providing user 14 with the ability to
contact Jane Doe, matching server 20 will designate Jane
Doe's profile as a seed.   Matching server 20 will then
10   compare Jane Doe's profile to other profiles stored in
memory 26 in order to identify other users who may be
similar to Jane Doe and thus be a good match for user 14.
In this example, matching server 20 will generate a
commonality score for each of these comparisons and
15   compare these scores to a preset threshold.   If the
commonality score is lower than the threshold, that
profile will not be added to pool 30.   However, if the
commonality score is higher than the threshold, matching
server 20 will add this profile to pool 30.   As an
20   example, further assume that the seed, Jane Doe, is being
compared to another entity, Susan Smith.   Based on the
fact that both Susan and Jane have three users (Tom,
Dick, and Harry) who have expressed a positive preference
for their profiles, matching server 20 generates a
25   commonality score of 100 for the comparison.   In
contrast, matching server 20 generated a commonality
score of 50 for the comparison between the seed (Jane
Doe) and yet another entity, Lucy Goosey.   This was
because only one user (Bob) had indicated a positive
30   preference toward both Lucy and Jane.   Continuing the
example, matching server 20 is using a commonality
threshold score of 70, which results in including Susan's

ATTORNEY'S DOCKET                           PATENT APPLICATION
076533.0146

18

profile (whose commonality score was greater than the threshold score) in pool 30 and excluding Lucy's (whose commonality score was less than the threshold score). Thus, user 14 gets the benefit of having more entities identified that may be good matches.

In some embodiments, matching server 20 may be configured to include behavioral scales. These may include multi-item scales for materialism and gender-role traditionalism. Such scales may provide the advantage of improved matching through deeper appreciation for the personality of entities in the system.

In some embodiments, matching server 20 may be configured to analyze profile text for categories. It may search for a number of text strings and then associate the profile with any number of categories. As an example only, matching server 20 may add any profile to the Cat category whose text contains any of the following strings:

        "cat" "cats" "cat." "cats." "cat," "cats,"

Matching server 20 may be configured to make it more likely that a profile will be in a result list if categories associated with the profile are also categories found in the user's profile who submitted the search request.

Matching server 20 may be configured to analyze one or more portions of the text of an entity's profile and generate a readability score that may be used in various ways, such as in the process of searching for matches for user 14. In some embodiments, matching server 20 may analyze factors such as, but not limited to: average

ATTORNEY'S DOCKET                                    PATENT APPLICATION
076533.0146

19

number of words per sentence, total number of words with
greater than three syllables, and total number of words
in the profile.   Matching server 20 may also concatenate
all  of  the  collected  responses  with  a  single  space
5       between them.    It  may  further  break  the  text  into
sentences, words, and syllables.   From these statistics,
matching server 20 may also be configured to generate a
readability  score  by,  in  one  embodiment,  taking  the
average  of  the  Flesch  Kincaid  Reading  Ease  test,  the
10      Flesch  Kincaid  Grade  Level  test,  and  the  Gunning  Fox
score.      Other  embodiments  may  utilize  any  other
combination  of  these  or  other  tests  to  determine  a
readability score.   In some embodiments, analyses may be
used to determine the IQ of an entity, the grade level of
15      the writing, or how nervous the entity generally is.   An
advantage  of  this  embodiment  may  be  that  the  system
provides  user  14  with  a  metric  for  determining
approximate intelligence of other users.   The readability
score may be used, for example, in the matching process
20      to identify potential matches.

As an example only, the Flesch Kincaid Reading Ease
score  may  be  generated  by  first  computing  the  following
intermediate score:

25          206.835 - {1.015 * [Average Words per Sentence]} -
{84.6 * [Average Syllables per Word]}

Then, the Flesch Kincaid Reading Ease score is determined
by using the following table:

30

ATTORNEY'S DOCKET                                    PATENT APPLICATION
076533.0146

20

| Intermediate Score Condition | Flesh Kincaid Reading Ease Score |
|---|---|
| < 100 | 4 |
| < 91 | 5 |
| < 81 | 6 |
| < 71 | 7 |
| < 66 | 8 |
| < 61 | 9 |
| < 51 | 10 |
| < 31 | 13 |
| < 0 | 14 |
| Else | 15 |

The Flesch Kincaid Grade Level may be computed according to the following:

5      (0.39 * [Average Words Per Sentence]) + (11.8 * [Average Syllables Per Word]) - 15.59

The Gunning Fox score may be computed according to the following:

10

([Average Words Per Sentence] + (([Number Of Words With More Than 3 Syllables] / [Number of Words In Entire Text]) + 100)) * 0.4

15     As indicated, any suitable tests may be utilized in any suitable manner to determine a readability score.

In some embodiments, matching server 20 may be configured to allow a user to interact with the result list of another user. Matching server 20 may be

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

21

configured to allow a user to express a preference for
entities within a result list of another user, and to
indicate to the other user of this preference.  Thus, a
user may be able to get advice from a friend regarding
5    what other users may constitute good matches for the user
and thus be able to find a better match.

As an example only, consider FIGURES 1A and FIGURE
2.   Two users 14, Harry and Sally, are connected to
matching server 20 via terminals 10.  Display 12a is used
10   by Harry while display 12b is used by Sally.   Matching
server 20 allows Sally to view Harry's result list 31 on
her terminal in display 12b.   By pressing recommend
button 37, Sally may indicate a preference for one or
more of the entities in result list 31.   Assume Sally
15   presses recommend button 37 associated with Jane Loe.
After doing so, matching server 20 will notify Harry of
Sally's preference.   On Harry's display 12a, matching
server  20  will  cause  notification  39  to  appear,
associating it with Jane Loe.   Notification 39 will
20   indicate to Harry that Sally has recommended Jane Loe as
a potential match.   Harry may find Sally's preference
helpful in determining which entities he should pursue
further if, for example, he believes Sally understands
the type of person he is looking for.

25   In one embodiment, matching server 20 may be
configured to analyze the profiles of both user 14 and
the entities in pool 30 for keywords.  Matching server 20
may be configured to search through the profile of user
14 for keywords that relate to things such as activities
30   and interests.  Matching server 20 may generate a score
for each entity in pool 30 based on a comparison between
the list of keywords found in user's 14 profile and a

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

22

similarly-generated list of keywords of each entity in
pool 30.   In one embodiment, this is accomplished by
storing a list of words in memory 26, and using it to
identify keywords in the searched profiles.   In some
5    embodiments, identified keywords may be used as a means
of weighting various scores.   As an example only, a
profile that contains the word "God" may be weighted much
differently than a profile which has merely indicated
that their religious preference is Christian.   In various
10   embodiments, this may provide an advantage to user 14 in
that user 14 is able to determine how similar he/she is
with a potential match.   In addition, the keyword
analysis may be used by the system when searching and
identifying matches for a user.

15        As an example only, consider two registered users,
Harry and Sally, both of whom have profiles stored in
matching server 20.   Matching server 20 then analyzes
each of these profiles by comparing it to a list of
predefined keywords.   Matching server 20 then associates
20   each word that matched the list of keywords with each
profile.   Now assume that Harry performs a search.   While
fulfilling Harry's query, matching server 20 evaluates
Sally's profile for inclusion in Harry's result list 31.
This evaluation includes comparing the list of keywords
25   found in Harry's profile to the keywords found in Sally's
profile.   The more keywords that Harry and Sally have in
common, the more likely it will be that matching server
20 will include Sally's profile in Harry's result list
31.

30        In some embodiments, matching server 20 may be
configured to impute a level of physical attractiveness
to an entity in pool 30.   Matching server 20 may be

ATTORNEY'S DOCKET                    PATENT APPLICATION
076533.0146

23

configured to monitor how frequent an entity in pool 30
has been viewed as well as how many times that entity has
been part of a result list in order to impute the level
of physical attractiveness. Matching server 20 may
5   further be configured to generate a score based on this
data. Further, in some embodiments, matching server 20
may impute physical attractiveness to an entity based on
the imputed physical attractiveness scores of other
entities. Matching server 20 may compute an average of
10   the imputed physical attractiveness scores of the other
entities weighted by the commonality score between each
of the other entities and the present entity. Empirical
data indicates that people are more likely to match with
people of similar attractiveness. Thus, in many
15   embodiments, a user may obtain an advantage in that they
are able to be presented with potential matches that,
according to one measurement, are as attractive as the
user.

      As an example only, consider a registered user,
20   Sally, whose profile was created by matching server 20 in
January. Since that time, matching server 20 has
recorded the number of times Sally's profile has appeared
in any user's result list 31; assume that this has
occurred 10 times. Further, matching server 20 has also
25   recorded the number of times a user has viewed Sally's
profile by clicking view button 33 associated with
Sally's profile; assume that this has happened 5 times.
In this manner, matching server 20 has constructed a
ratio that represents the imputed physical attractiveness
30   of Sally's profile. Still further, assume that Harry, a
registered user, now submits a query. Matching server 20
has evaluated the imputed physical attractiveness ratio

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

24

of Harry's profile.  When evaluating Sally's profile for
inclusion in result list 31 returned to Harry, matching
server 20 will compare the imputed physical
attractiveness of Sally's profile and Harry's profile.
5    The more similar the ratios associated with Harry and
Sally's profiles are to each other, the more likely it is
that Sally's profile will be selected by matching server
20 to be in Harry's result list 31.  In another example,
assume that Sally's profile has not been registered long
10   enough to generate a meaningful imputed physical
attractiveness ratio.  Matching server 20 may then
generate an imputed physical attractiveness score based
on entities that Sally does have commonality scores with.
This computed average may be weighted by the strength of
15   the commonality score between Sally and each entity with
whom she has a commonality score.    Continuing the
example, assume that Sally has a commonality score of 5
with Lucy and 10 with Julia.  When matching server 20
computes the Sally's average, it will give twice as much
20   weight to Julia's imputed physical attractiveness score
than to Lucy's.

In some embodiments, matching server 20 may be
configured to make an entity in result list 31 more
appealing to user 14 by pointing out coincidences in the
25   profile data that give user 14 a sense of fate with the
entity.  In one embodiment, matching server 20 may be
configured to search for similar initials, birthplaces,
birth dates, birth month, birth year, university, first
names, last names, user handles, parental occupations,
30   and keywords to identify users who may give another user
a sense of fate.  In other embodiments, matching server

25

20 may use the fate characteristics as a metric in the matching process.

As an example only, assume that Harry is a registered user who has performed a search. After matching server 20 returns a result list, Harry chooses to learn more about one of the entities in the result list and clicks view button 33. Consider FIGURE 3, which is only an example of information that matching server 20 may return to Harry after clicking view button 33. In Harry's display 12, matching server 20 presents certain details about the profile. In particular, matching server 20 presents to Harry a fate notification 32 which points out specific similarities between the profile of the entity and Harry's profile. Reading fate notification 32 gives Harry a sense of familiarity which enhances his appreciation for the profile.

In another example, fate characteristics may be used to decide whether a profile in pool 30 is included in user's 14 result list 31. Assume that Harry is a registered user who has submitted a matching query to matching server 20. While determining which entities to include in Harry's result list, matching server 20 considers two profiles: Sally and Roxy. Sally and Harry both have the same birth date, initials, and have parents that work in the same profession. In contrast, Roxy and Harry only share the same birth place. Matching server 20 may be configured to award more points to Sally than to Roxy based on these comparisons, making it more likely that Sally's profile will be included in Harry's result list.

In some embodiments, matching server 20 may be configured to evaluate the likelihood of contact between

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

26

user 14 and an entity in pool 30.  Matching server 20 may
be configured to compare demographic data between user 14
and pool entity 30a.  In another embodiment, matching
server 20 may be configured to weigh the demographic
5    similarities and differences based on the sex of user 14.
The demographic data may include, but is not limited to,
age, education, ethnicity, income, and location.

As an example only, assume that Harry and Sally are
registered users who have profiles in matching server 20.
10   Harry has submitted a search request to matching server
20.  While fulfilling this request, matching server 20
evaluates Sally's profile since her profile is in pool
30.  As part of the evaluation, matching server 20 looks
at the differences between Harry and Sally's stated age,
15   income, education, ethnicity, and location.  In this
example, Harry is 10 years older than Sally, makes
$10,000 more per year, and has a Master's degree while
Sally has a bachelor's degree.  Even with these
disparities, matching server 20 will give Sally's profile
20   a high score which makes it more likely that Sally's
profile will appear in Harry's result list.  However, if
it was Sally who submitted the search, and matching
server 20 was evaluating Harry's profile, a different
score is possible.  So, if it were Sally who was 10 years
25   older, made $10,000 more per year, and had a Master's
degree while Harry had a Bachelor's degree, matching
server 20 would give a low score to Harry's profile,
making it less likely that his profile would appear in
Sally's result list.  Matching server 20 may be
30   configured this way because empirical data has shown that
these demographic differences do not have an equivalent

ATTORNEY'S DOCKET                    PATENT APPLICATION
076533.0146

27

effect on the choices men and women make regarding
matches.

In another embodiment, matching server 20 may be
configured to compare the locations of user 14 and pool
5   entity 30a in increments of ten miles.  In yet another
embodiment, matching server 20 may be configured to score
the location comparison in light of other factors; as an
example, matching system 20 may be configured to return a
score consistent with a 10 mile difference in location
10   even though there is a 50 mile difference between user 14
and pool entity 30a if user 14 and pool entity 30a have
the same income, education, and age.  An advantage
realized in several embodiments is that it better
approximates how a user evaluates entities.  Entities
15   that live further away are generally less appealing to a
user; but, users may still be interested if the entity
matches their preferences in other categories.

As an example only, consider a registered user,
Harry, who submits a search request.  While fulfilling
20   this request, matching server 20 examines Sally's profile
in pool 30, and determines that the stated locations of
Harry's and Sally's profiles are 13 miles apart.
Matching server 20 will give Sally's profile a score as
if the distance between them were only 10 miles.
25   However, in yet another example, Sally's profile may
indicate that she lives 50 miles away from Harry.  Yet,
matching server 20 also notes that both Harry and Sally
make $100,000 per year, have Master's degrees, and that
Harry and Sally are one year apart in age (Harry is
30   older).  Given these similarities, matching server 20
will give a score to Sally's profile that is consistent
with a 20 mile difference in location even though they

ATTORNEY'S DOCKET                         PATENT APPLICATION
076533.0146

28

are actually 50 miles apart.  In this manner, matching
server 20 takes into account empirical data that shows
that people searching for matches who indicate that they
want to see matches who live close to them are still
5    willing to pursue a potential match that lives far away
if the potential match fits very closely with the other
search criteria.

In another embodiment, matching server 20 may be
configured to evaluate the age difference between user 14
10   and pool entity 30a using ranges as well as a sliding
scale.  By way of example only, matching server 20 may be
configured to assign a high value to an age difference
between 0 and -5, while assigning a lower value to an age
difference between +2 and 0.  An even lower value may be
15   assigned to an age difference between -6 and -8.  Even
lower values would be assigned incrementally as the age
difference increases outside of the ranges discussed.
The higher the assigned value is, the more likely it will
be that pool entity 30a will be included in result list
20   31.  Yet another embodiment may apply this combination of
ranges and a sliding scale but use different values and
ranges depending on the sex of user 14.

As an example only, consider a situation in which a
registered  user,  Harry,  requests  a  search  to  be
25   performed.   While  fulfilling  this  request,  matching
server 20 evaluates Sally's profile, which was in pool
30.   As  part  of  the  evaluation,  matching  server  20
compares the ages of Harry and Sally, and determines that
Harry is two years older than Sally; this determination
30   leads to matching server 20 assigning, in this example,
50 points to Sally's profile.   Matching server 20 may
also be configured to assign 50 points to Sally's profile

ATTORNEY'S DOCKET                                    PATENT APPLICATION
076533.0146

29

had she been five years younger than Harry; but, if she had been up to two years older than Harry, matching server 20 may have been configured to assign 40 points to her profile. Matching server 20 may be further
5    configured to assign 30 points to Sally's profile if she was 6 to 8 years younger than Harry. However, if Sally were more than 8 years younger than Harry, matching server 20 may be configured to further decrease the number of points assigned to her profile: if she was 9
10   years younger, then 25 points; if she was 10 years younger, 20 points; if she was 11 years younger, 15 points; etc. The more points assigned to Sally's profile, the more likely it is that her profile will appear in Harry's result list. Thus, matching server 20
15   may be configured to assign a score based on age difference using a combination of ranges and a sliding scale.

      In another example, matching server 20 may assign scores differently if it was Sally who was searching and
20   if it was Harry's profile that was being evaluated. In this example, matching server 20 may be configured to assign Harry's profile 50 points if he were between 1 and 5 years older than her. If he were 6 to 8 years older than her, matching server 20 may assign 45 points. If he
25   were greater than 8 years older than her, matching server 20 may assign points in the following fashion: if he was 9 years older, 40 points would be assigned; if he was 10 years older, 35 points would be assigned; etc. However, if he was up to two years younger than Sally, matching
30   server 20 may assign 50 points to his profile. If he were more than two years younger, matching server 20 may assign less points on a sliding scale: 45 points if he

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

30

were 3 years younger, 40 points if he were 4 years younger, etc. The more points assigned to Harry's profile, the more like it is that his profile will appear in Sally's result list. This example illustrates how matching server 20 may be configured to take the sex of user 14 into account when scoring based on age differences.

In various embodiments, matching server 20 may be configured to evaluate the attractiveness of an entity in pool 30 through collected feedback from other users. In one embodiment, matching server 20 may present an entity to user 14, prompting user 14 to rate the attractiveness of the entity on a scale from 1 - 9. This range gives the advantage of having a midpoint. Matching server 20 may further be configured to collect such responses and store them; in one embodiment, matching server 20 may store the data in memory 26, using a structure such as database 26b. Matching server 20 may further be configured to compute the average of such responses for the entity, and store this number as well. In various embodiments, these values may be used in order to help in the matching process. Empirical data indicates that people are more likely to match with people of similar attractiveness. Thus, in various embodiments, users whose attractiveness rating are similar will be more likely to appear in each other's result list. Further, a user may indicate that they only want profiles in their result list whose average attractiveness rating is higher than an indicated threshold.

As an example only, assume registered user, Harry, uses terminal 10, which in this example is Harry's personal computer, and establishes communication with

ATTORNEY'S DOCKET                           PATENT APPLICATION
076533.0146

31

matching server 20.   In this example, this communication
occurs by Harry using a Web browser to access a Web page
controlled by matching server 20.    Sometime after
visiting the Web page, matching server 20 may present
5   Harry with an option to rate the physical attractiveness
of other users registered with matching server 20.   Using
display 12 and interface 16, Harry may view profiles of
registered users and rank them on a scale of 1 – 9 by
entering the values using interface 16; in this example,
10   interface 16 comprises a mouse and/or a keyboard.   After
submitting this rating, matching server 20 will associate
it with the profile and store it.   Matching server 20
will also allow other users to rate profiles, thereby
collecting a plurality of rankings for profiles.
15   Matching server 20 may use this data when trying to find
matches for users.   One example of this is that matching
server 20 may allow user 14 to specify that he/she is
searching for profiles which have an average rating of 6
or above. In turn, matching server 20 may populate user's
20   14 result list from the pool only with profiles whose
average rating is at 6 or above.   Another example of how
matching server 20 may use this data involves making it
more likely that an entity will appear in a user's result
list if the entity and that user have a similar average
25   attractiveness rating.   So, if a user has an average
rating of 6, then an entity with an average rating of 5
may be more likely to appear in the user's result list
than an entity with an average rating of 2.

In another example, assume that Harry is a
30   registered user and has requested a search.   While
fulfilling this request, matching server 20 evaluates
Sally's profile.   As part of this evaluation, matching

ATTORNEY'S DOCKET                        PATENT APPLICATION
076533.0146

32

server 20 notices that Sally's profile contains feedback
from other users ranking the attractiveness of Sally's
profile.   Matching server 20, in this example, averages
that data; Sally's profile average is 6.   Matching server
5      20 may then examine Harry's profile to determine a
similar average.  If Harry's profile has an average close
to 6, it will be more likely that matching server 20 will
include Sally's profile in Harry's result list.     If
Harry's profile average is lower than 6, it will be less
10     likely that Sally's profile will be included in Harry's
result list.   If Harry's profile average is greater than
6, it will be even less likely that Sally's profile will
be included in Harry's result list.     The more Harry's
profile average deviates from that of Sally's, the less
15     likely it will be that matching server 20 will present
Sally's profile in Harry's result list.

In some embodiments, matching server 20 may be
configured to analyze profile information and received
activity information to construct "pairs" which link at
20     least two profiles.     These pairings may also be
associated with a value that ascertains the quality of
the pairing.   For example, a pairing which results from
one user viewing the profile of another user may be
assigned a value that is less than a pairing which
25     results from a first user viewing the profile of a second
user when the second user has also viewed the first
user's profile.   Matching server 20 may use these
pairings in order to generate search results for entities
within and outside of the pairing.   Each member of the
30     pair may be used as a seed entity for generating search
results for users in matching server 20.   In various
embodiments, an advantage may be realized as matching

ATTORNEY'S DOCKET                    PATENT APPLICATION
076533.0146

33

server 20 analyzes many of these pairs to develop dynamic results to users of the system, the results being potentially more relevant as matching server 20 leverages the interaction between users and profiles to generate
5    search results.

Pairs may be formed from a variety of user activity received by matching server 20.  This activity may include:  profile views, mutual profile views, one-way double blind communication, mutual double-blind
10   communication, declining double blind communication, one way wink, mutual wink, expressing disinterest in response to receiving a wink, one way favorite, and mutual favorite.  Other suitable activity may also be received by matching server 20 and utilized as a basis for
15   generating pairs.

For example, Harry may be a registered user who has expressed a positive preference for Sally.  Matching server 20 may be configured to generate a pair which includes Harry and Sally.  Matching server 20 may utilize
20   this pair when providing search results to other users. Betty may have requested matches, and Betty may be similar to Sally.  Matching server 20 may present Harry in Betty's result list as a result of the pairing between Harry and Sally.  Further, Jim may have executed a search
25   and Jim may be similar to Harry.  As a result of the pairing between Sally and Harry, matching server 20 may present Sally in Jim's list of search results.

In some embodiments, matching server 20 may be configured to encourage user 14 to interact with entities
30   in pool 30.  For example, matching server 20 may present a list of limited entities from pool 30 to user 14, but not present other entities to user 14 unless user 14

ATTORNEY'S DOCKET                    PATENT APPLICATION
076533.0146

34

interacts with the already presented entities.  Possible
interaction with these entities may include viewing more
information regarding the entity, expressing a positive
or negative preference for the entity, and choosing to
5    contact the entity.  Other suitable forms of interaction
may also be utilized.  For example, matching server 20
may prompt the user with a question about the list of
entities, such as asking whether or not the user likes
the entity. Responses to such prompts may include "yes,"
10   "maybe," "no," "remove," and "remove other." The
presented entities may be chosen using a variety of
methods.  For example, the presented entities may be
chosen based on various scoring algorithms as described
above.  In addition, presented entities may be chosen
15   using predictive analysis, such as logistical regression.
Other techniques may be used to determine the presented
entities.  For example, entities that have been presented
previously may be excluded.  As another example, entities
that have been blocked by user 14 may also be excluded.
20   In various embodiments, a combination of these techniques
as well as others may be used to determine the limited
number of entities presented to user 14.

For example, Harry may be a registered user of the
matching system.  Matching server 20 may be configured to
25   present to Harry a list of five entities that Harry must
interact with.  Once Harry has interacted with these
entities, matching server 20 may present five more
entities for Harry to interact with.  Previously, Harry
has blocked Sally, another registered user of the system.
30   As a result, matching server 20 may exclude Sally from
being presented to Harry in the list of five entities.
Further, Harry has already interacted with Betty, another

ATTORNEY'S DOCKET                    PATENT APPLICATION
076533.0146

35

registered user of the system:  Harry sent a message to
Betty utilizing matching server 20.   As a result, Betty
will be excluded from being presented to Harry in the
list of five entities.    Matching server 20 may then
choose two of the five entities using scoring algorithms
described above.   For example, matching server 20 may
choose Alice and Amy to be presented in the list of five
entities because Alice and Amy have received high scores
when their profiles were compared to Harry's profile.
Matching server 20 may choose the remaining three
entities using predictive analysis.    According to this
example, matching server 20 may use logistical regression
to identify Carla, Christi, and Camela as the other three
entities to present to Harry.    Thus, in this example,
Harry is presented with a list of five entities by
matching server 20.   Matching server 20 may not present
another set of five entities until Harry has interacted
with these five entities.   Harry may interact with these
entities in a variety of ways.   For example, Harry may
send a message to Alice and send a "wink" to Amy.    In
addition, Harry may choose to view more information about
Carla's profile, but express a negative preference
towards Christi and Camela.   After matching server 20
receives these types of interaction with the presented
five entities, another set of five entities may be
presented to Harry.

In this example, matching server 20 may further be
configured to process the user interaction provided by
Harry.    For example, matching server 20 may utilize
Alice's profile as a seed entity to generate other
possible entities to present to Harry since Harry sent a
message to Alice.   Thus, a benefit is from presenting a

ATTORNEY'S DOCKET                           PATENT APPLICATION
076533.0146

36

the five entities to Harry in that the interaction
between Harry and these entities may be utilized by
matching server 20 to generate other entities for
matching to Harry.  This serves as an example of how
5     preferences may be identified based on user behavior.

In FIGURE 4, one embodiment is disclosed wherein
matching server 20, with pool 30, may be configured to
interact with another platform, such as social networking
platform 50, containing a set 52 of users.  Users 14 are
10    communicatively coupled to matching server 20 and social
networking platform 50.  Matching server 20 may further
be configured to provide users of social networking
platform 50 a service by which they may search for users
within set 52 or within pool 30 using the algorithms and
15    processing of matching server 20.  Matching server 20 may
even further be configured to allow users of matching
server 20 to search through pool 30 and set 52.  Matching
server 20 may be configured to parse the profiles of the
entities in set 52, collecting data and applying
20    algorithms.

In another embodiment, matching server 20 may be
configured to allow users of social networking platform
50 to interact with matching server 20 using social
networking platform 50.  This level of integration
25    provides the advantage of users not having to learn and
sign up for a different platform.

Social networking platform 50, in one embodiment,
may be a service which stores profiles of its users.
This service may be further configured to provide access
30    to the stored profiles.  In one embodiment, social
networking platform 50 may also allow other services to

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

37

interact with users of social networking platform 50 through social networking platform 50.

In one embodiment, matching server 20 may be configured to collect requests from users of social networking platform 50 and perform a search through pool 30 and set 52. Matching server 20 may further be configured to present the results of this search from within social networking platform 50. Matching server 20 may further be configured to present entities in the search result from pool 30 as if they were entities of set 52; in one embodiment, matching server 20 may be configured to generate profiles of entities from pool 30 into set 52. Thus, users of social networking platform 50 may view all of the entities in the search result, regardless of their source (either from pool 30 or set 52), within the environment of social networking platform 50.

As an example only, consider two users: Harry, for whom matching server 20 has created a profile, and Sally, who has a profile stored in social networking platform 50. From within social networking platform 50, matching server 20 presents to Sally the ability to perform a search which Sally uses. The results of this search are presented to Sally within social networking platform 50. In this example, Harry's profile is displayed to Sally as a search result along with other entities from set 52 though Harry's profile was from pool 30. In this example, matching server 20 uses the algorithms discussed herein and searches through the profiles stored in pool 30 and set 52. In order to display Harry's profile to Sally, matching server 20 creates a profile in set 52 using the data stored in Harry's profile in pool 30. Sally is then

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

38

able to interact with this newly created profile from within social networking platform 50 in the same manner as she is other entities in set 52.

5      In another embodiment, matching server 20 may be configured to allow its users to interact with social networking platform 50 through matching server 20.   In one embodiment, matching server 20 supplements pool 30 with set 52.   In yet another embodiment, entities from set 52 appear as entities of pool 30 to the user in their
10     list of search results.   In one embodiment, matching server 20 may be configured to generate profiles within pool 30 from entities of set 52; the system may be configured to do so through capabilities provided by social networking platform 50, such as an application
15     programming interface.

       As an example only, consider two users: Harry, whose profile is stored in matching server 20, and Sally, whose profile is stored in social networking platform 50. Harry submits a search request to matching server 20.
20     Matching server 20 may return result list 31 to Harry, which, in this example, contains an entity representing Sally's profile.   Matching server 20 may accomplish this by creating profiles in pool 30 that correspond to the profiles found in set 52.   Once these profiles have been
25     imported into pool 30, matching server 20 may then search through pool 30.   While doing so, matching server 20 applies the algorithms and scores discussed herein. Thus, in this example, matching server 20 has been configured to both search and apply scoring algorithms to
30     entities in pool 30 and set 52.   Further, in one example, Harry is not able to distinguish that Sally's profile was originally stored in social networking platform 50.

ATTORNEY'S DOCKET                                    PATENT APPLICATION
076533.0146

39

Rather, matching server 20 presents Sally's profile in
the same manner as other profiles stored in pool 30.
Thus, in this example, Harry may use favorite button 34,
view button 33, and contact button 35 when interacting
5    with Sally's profile in the same manner as described
above.

One advantage present in various embodiments is that
a user has a wider pool of entities to search through.
Another advantage is that a user does not have to sign up
10   with several platforms to search through the users on
those platforms.

FIGURE 5 is a flowchart illustrating one embodiment
of how result list 31 may be generated.  At step 62,
matching server 20 generates pool 30, as described above.
15   At step 64, matching server 20 applies a filter to pool
30, removing certain entities; in various embodiments,
this filter is based on user's 14 own sex and the sex
user 14 desires to be matched with.  At step 66, matching
server 20 may be configured to apply algorithms to pool
20   30 that will generate a plurality of scores for each
entity in pool 30.   In one embodiment, these algorithms
may include analyzing the text of the profiles of the
entities in pool 30 to generate a readability score,
determining how attractive an entity of pool 30 is, or
25   measuring how likely it is that user 14 will contact an
entity of pool 30.  At step 68, matching server 20 may be
configured to collect all of the scores from step 66; in
one embodiment, matching server 20 may use database 26b
to store all of these scores.   At step 70, matching
30   server 20 may be configured to apply an ordering
algorithm which will determine the order in which
entities in result list 31 are presented to user 14.  In

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

40

one embodiment, this ordering algorithm is based, in part, on the scoring algorithms applied at step 66. The ordering algorithm assigns points to each entity and orders them based on these values, constructing result list 31. An embodiment of this ordering algorithm is summarized in the following table:

| Condition | Number of Points for Ordering |
|---|---|
| Readability score 1 point higher than user | +33554432 |
| Match result entity has expressed a preference for the user | +16777216 |
| Match result entity has been recommended by a friend of the user | +8388608 |
| User has viewed the details of match result entity | +2097152 |
| Match result entity has commonality with an entity user has expressed a preference for | +1048576 |
| Both have the same ambition | +128 |
| Both have the same beliefs | +16384 |
| Same answer for Build | +64 |
| Same answer for Car | +1 |
| Both have the same diet | +4 |
| Both have the same preference for drinking alcohol | +131072 |
| Same answer for Ethnicity | +1024 |
| Same answer for Fear | +256 |
| Same answer for Hair | +2 |
| Same answer for Number of children | +524288 |
| Same answer for morning | +32 |
| Same answer for "must have" | +32768 |
| Same answer for "night out" | +16 |
| Same answer for "pets" | +65536 |
| Same answer for politics | +8192 |
| Same answer for relationship status | +0 |
| Same answer for "romance" | +512 |

ATTORNEY'S DOCKET
076533.0146

PATENT APPLICATION

41

| Condition | Number of Points for Ordering |
|---|---|
| Same answer for smoking preferences | +262144 |
| Same answer for sports interests | +8 |
| Same answer for "system" | +4096 |

As an example only, consider a registered user, Harry, who desires to perform a search. Before processing the request, matching server 20 may ask Harry what sex he is and what sex does he desire to be matched with; in this example, Harry responds that he is a male seeking a female. After doing so, matching server 20 will generate pool 30 as described above. Next, matching server 20 will apply a filter to remove certain entities from pool 30. In this example, all males will be removed from pool 30 since Harry is seeking a female. Further, all females seeking females will be removed from pool 30 since Harry is a male. In other examples, other entities that are removed from pool 30 include entities that Harry has expressed a negative preference for before, or entities that have expressed a negative preference for Harry. After pool 30 has been filtered, matching server 20 applies a variety of scoring algorithms to the entities remaining in pool 30. These algorithms may account for various comparisons such as those based on readability, likelihood to contact, fate, and keywords described above. Matching server 20 will then tabulate these scores, storing them, in this example, in database 26b. Matching server 20 will then determine what order these entities are presented to Harry by applying an ordering algorithm. Here, matching server 20 assigns one ordering score to each entity by examining the results of

ATTORNEY'S DOCKET                              PATENT APPLICATION
076533.0146

42

the scoring algorithms.  After doing so, matching server
will present result list 31 to Harry, where the order of
the entities that appear in the result list is based on
the ordering algorithm.  In this example, it is possible
5 for result list 31 to change.  Consider another user,
Sally, who appears in Harry's result list.  If Harry
decides to add her into a separate list by using favorite
button 34, Sally will be removed from result list 31 (as
described above).  However, Sally will also become a seed
10 entity from which entities may be added to pool 30 (as
described above).  Hence, matching server 20 will update
the   pool,   apply   the   filters,   apply   the   scoring
algorithms,  tabulate  the  results,  apply  the  ordering
algorithm,  and  update  result  list  31.   As  another
15 example, an entity may update their profile which can
change  result  list  31.   For  example,  assume  Sally's
profile had an ordering algorithm score that placed her
within the top 20 entities in result list 31.  Sally then
changes her profile which results in keywords that match
20 Harry's  profile  being  added  to  her  profile.   Matching
server 20 will then update her scoring algorithms.  In
this example, the change in Sally's profile and resulting
increase   in   keyword   matches   with   Harry's   profile
significantly   increased   her   score.    This   was   then
25 reflected  in  the  ordering  algorithm  as  it  was  also
applied  to  the  updated  profile.   Afterwards,  Sally's
profile is now placed within the top 5 entities in result
list 31.

   In   some   embodiments,   matching   server   20   may   be
30 configured  to  receive  required  characteristics  from  user
14 regarding a match.  User 14 may be allowed to specify
such   restrictions   based   upon   any   number   of

ATTORNEY'S DOCKET                    PATENT APPLICATION
076533.0146

43

characteristics, including those described herein.  For
example, matching server 20 may allow user 14 to specify
that entities that indicate they have children should not
be displayed.  In another example, user 14 may specify
5      that only entities between the ages of 20 and 30 should
be present in result list 31.  In some embodiments,
matching server 20 may implement these restrictions in
step 64 of FIGURE 5.  In other embodiments, however,
matching server 20 may refuse to apply these restrictions
10     to certain entities based on the characteristics of the
entities.  Any number of characteristics, including those
described herein, may form the basis upon which matching
server 20 decides not to apply the restrictions submitted
by user 14.  As an example only, matching server 20 may
15     ignore the restrictions if the entity has a high enough
attractiveness rating.  In another example, though user
14 has requested that no profiles which are located more
than 50 miles away should be present in result list 31,
matching server 20 may include such profiles because
20     those profiles have over 5 matching keywords, a high
attractiveness rating, and have specified the same life
goals as user 14.  Thus, in some embodiments, matching
server 20 may refuse to apply restrictions submitted by
user 14 based on any combination of characteristics or
25     algorithms.

An advantage present in many embodiments is that
through taking into account various factors when scoring
potential matches and using only very few strict filters,
a large amount of result entities may be returned to the
30     user.  A further advantage is that the ordering algorithm
will put the most relevant search results first, saving
the user time.

ATTORNEY'S DOCKET                         PATENT APPLICATION
076533.0146

44

FIGURES 6-9 depict embodiments of a user interface presented to users of the matching system discussed above with respect to FIGURES 1 and 4. According to some embodiments, users 14 interact with matching server 20
5    through interface 16 presented by terminal 10. In addition to the embodiments of interface 16 described above in relation to FIGURE 1A, interface 16 may also comprise a touch screen interface operable to detect and receive touch input such as a tap or a swiping gesture.

10       In some embodiments, matching server 20 may import profiles from other social networking systems. This level of integration provides the advantage of users only having to update their profile information in one place. For example, when user 14 updates his profile within
15   social networking platform 50, matching server 20 is also able to access the updated profile information.

In some embodiments, matching server 20 may further be configured, as part of the user registration process, to link to a user's existing profile within social
20   networking platform 50. Matching server 20 may be configured to parse the profiles of the users in set 52, e.g., collecting data and applying algorithms. For example, matching server 20 may use explicit signals from social networking platform 50 such as common friends,
25   common interests, common network, location, gender, sexuality, or age to evaluate potential matches between users 14. Matching server 20 may also use implicit signals such as for whom a user 14 expresses approval and disapproval. Implicit signals may also include facial
30   recognition algorithms to detect ethnicity, hair color, eye color, etc., of profiles that user 14 has expressed interest in.

ATTORNEY'S DOCKET                                    PATENT APPLICATION
076533.0146

45

    In particular embodiments, matching server 20 may
have users 14 to link their user profiles to an existing
profile within social networking platform 50.  Matching
server 20 may be configured to generate and add profiles
5   to user profile pool 30 from entities of set 52; the
system may be configured to do so through capabilities
provided by social networking platform 50, such as an
application programming interface.  One advantage of
linking is that matching server 20 can use the
10  authentication features provided by social networking
platform 50.  For example, creating a user profile on
matching server 20 containing false information becomes
harder when the information must come from another
verifiable and peer monitored source such as social
15  networking platform 50.

    In some embodiments, matching server 20 may allow a
user 14 to propose a match between two of his connections
within social networking platform 50.  For example, Harry
may be friends with both Bob and Sally within social
20  networking platform 50.  Harry believes Bob and Sally are
a good match and therefore instructs matching server 20
to create a match between the two users in user profile
pool 30.  Once matched, matching server 20 allows Harry
and Sally to communicate with each other.

25      In some embodiments, matching server 20 may be
configured to apply a relevance algorithm which
determines the content and order in which matching server
20 displays potential matches to user 14.  A relevance
algorithm may be based on both explicit and implicit
30  signals from user 14.  Explicit signals include
information entered by user 14 as part of its user
profile, such as height, weight, age, location, income,

ATTORNEY'S DOCKET                    PATENT APPLICATION
076533.0146

46

and ethnicity. Explicit signals may also include
information about the characteristics user 14 is seeking
in a match, such as gender, hair color, eye color, or
occupation. Explicit signals may also be entered by user
5    14 as part of a search request. For example, user 14 may
request matching server 20 limit the pool of potential
matches to those users within a fixed geographic region.
Matching server 20 is operable to compare geographic
positions associated with the plurality of user profiles
10    in user profile pool 30 with a geographic position
associated with user 14. Explicit signals may be
imported from a social networking platform 50, such as
the number of shared entities in a social graph of user
14. Implicit signals may be based on the behavior of user
15    14 either within system 100 or other social networking
platforms 50. For example, if user 14 has expressed
disapproval of a user profile in the past, matching
server 20 may no longer present the disapproved of user
profile to user 14 in future searches. In various
20    embodiments, matching server 20 may be configured to
evaluate the attractiveness of a user in user profile
pool 30 through collected feedback from other users. For
example, matching server 20 may rank a user profile that
receives more likes as more relevant than a user profile
25    that receives fewer likes. In particular embodiments,
matching server 20 may assign a higher relevance to a
user profile if the other user has previously expressed a
preference for user 14. As an example, user Harry may
have previously expressed a preference for user Sally.
30    If Sally requests a set of user profiles from matching
server 20, and Harry's user profile is included in the
set, matching server 20 may assign Harry's user profile a

ATTORNEY'S DOCKET                    PATENT APPLICATION
076533.0146

47

higher relevance based on his expression of preference for Sally. This can result in Harry's profile being presented to Sally sooner than otherwise would have occurred. This may be advantageous in that it can
5    increase the chances of a match without compromising a user's feelings of privacy when expressing preferences for potential matches. In some embodiments, matching server 20 may be configured to use the fate characteristics as a metric in the relevance algorithm.
10   In some embodiments, terminal 10 is operable to determine its own geographic location by a global positioning satellite navigational system. Terminal 10 may also determine its own geographic location using cellphone-based triangulation techniques, Wi-Fi based
15   positioning system, Global Positioning Satellite (GPS) system, or network addresses assigned by a service provider.
     FIGURE 6 shows one embodiment of system 100 displaying to a user the profile information of a second
20   user. Matching server 20 may be configured to search through its plurality of profiles and present suggested matches to user 14. In FIGURE 6, one embodiment of this presentation is depicted as occurring through the display of terminal 10. In this embodiment, a plurality of user
25   profiles is presented to user 14. Using terminal 10, user 14 may request that matching server 20 present a subset of users from user profile pool 30 based on specified search parameters. The display may show an image of a suggested user and one or more aspects of the
30   suggested user's profile information. In some embodiments, the combination of image and one or more aspects of profile information is displayed as "card" 88

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

48

representing the suggested user. A set of suggested users may be displayed as stack of cards 88. User 14 may view information regarding one suggested user at a time or more than one of the suggested users at a time. User 14 may be presented with a summary of information regarding a suggested user. The summary may include one or more of: a picture, an icon, name, location information, gender, physical attributes, hobbies, or other profile information.

In some embodiments, terminal 10 may also display "information" button 84 which allows user 14 to request matching server 20 to retrieve and display more information about the presented user from user profile pool 30. In addition, user 14 may express approval or disapproval for a presented user. Expressing approval or disapproval can be accomplished through various methods. For example, terminal 10 may display "like" button 86 (represented by a green heart icon) and "dislike" button 82 (represented by a red "X" icon). Pressing like button 86 indicates to matching server 20 that user 14 approves of and is interested in communication with the presented user. Pressing dislike button 82 indicates that user 14 disapproves of and does not want to communicate with the presented user. The approval preference of user 14 is anonymous in that matching server 20 does not inform users 14 whether other users have expressed approval or disapproval for them.

As an example, consider two registered users, Harry and Sally, both of whom have profiles stored in matching server 20. Harry is at a restaurant and requests matching server 20 to present him users within a one-mile radius of his location. Matching server 20 compares a

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

49

geographic    position    associated    with    Sally    with    a
geographic position associated with Harry.   If Sally is
currently   within   the   one-mile   radius   of   Harry   and
matching   server   20   determines   her   profile   information
5       matches   Harry's   preferences,   matching   server   20   will
present   Harry   one   or   more   aspects   of   Sally's   profile
information.     If    other    users    also    meet    the    search
criteria,   matching   server   20   will   present   one   or   more
aspects   of   those   users'   profile   information   as   well.
10      Harry   may   request   more   information   about   Sally   by
pressing   information   button   84.    Harry   may   also   indicate
his   preference   to   communicate   directly   with   Sally   by
selecting   like   button   86.    In   another   example,   Harry   may
expand   his   search   to   a   twenty-five   mile   radius   to   meet
15      people   in   his   town,   not   just   his   immediate   vicinity.

FIGURES   7   and   8   are   diagrams   of   embodiments   of   the
display   from   FIGURE   6   showing   the   effect   of   a   left   swipe
gesture   (FIGURE   7)   and   the   effect   of   a   right   swipe
gesture   (FIGURE   8).    In   one   embodiment,   users   14   may
20      navigate   through   the   set   of   presented   users   by   swiping
through   stack   of   cards   88.    Users   14   may   also   express
approval   of   a   presented   user   by   performing   a   right   swipe
gesture   or   express   disapproval   by   performing   a   left   swipe
gesture.    In   some   embodiments,   user   14   performs   a   swiping
25      gesture   by   moving   a   finger   or   other   suitable   object
across   a   screen   of   terminal   10.    Other   suitable   gestures
or   manners   of   interacting   with   terminal   10   may   be   used
(e.g.,   tapping   on   portions   of   a   screen   of   terminal   10).

In   some   embodiments,   matching   server   20   creates   a
30      match   between   two   users   14   after   both   users   14   have
expressed   a   preference   for   each   other's   profiles   using
like   button   86   or   the   swiping   gesture   associated   with

ATTORNEY'S DOCKET                    PATENT APPLICATION
076533.0146

50

like button 86.  When matching server 20 creates a match,
it may also provide the matched users with the ability to
contact each other through a contact button.   In some
embodiments, when a match is created, matching server 20
5      may immediately (or soon thereafter) present an option to
users   14   that   have   been   matched   to   engage   in   a
communication session (e.g., a chat, an SMS message, an
e-mail, a telephone call, a voice communication session,
a video communication session).   This may be done in
10     response to a first user 14 expressing a preference for a
second  user  14  that  has  already  expressed  a  preference
for the first user 14.

        FIGURE 9 shows one embodiment of matching system 100
displaying a match of a first user and a second user, in
15     accordance with a particular embodiment.   Matching server
20 may provide first user 14 and second user 14 with each
other's contact information such as a telephone number or
an e-mail address. Matching server 20 may also provide
both first and second users 14 with a way to directly
20     contact the other, such as sending a message or providing
voice or video communication between the first and second
user.   In some embodiments, direct communication may be
initiated   by   pressing   "Send   a   Message"   button   92.
Alternatively, a user may choose to continue browsing the
25     set of presented users by pressing "Keep Playing" button
94.

        For example, user Harry may indicate a preference to
communicate directly with user Sally by selecting like
button 86.  At this point, Sally is not aware that Harry
30     expressed a preference for her.  If Sally also requests
matching  server  20  present  her  with  a  set  of  possible
matches, Harry may appear in her set.   Sally may select

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

51

like button 86 (or perform an associated swiping gesture)
when viewing Harry's profile.   Matching server 20 may
then notify both Harry and Sally that a match occurred.
At this point, both Harry and Sally are made aware that
5   they each expressed approval of each other's profile.
Matching server 20 then enables Harry and Sally to
directly communicate with each other (e.g., through a
private chat interface).

In some embodiments, one advantage of a system
10   disclosing preferences of profiles to users when mutual
approval has occurred is that a user can feel more secure
in their privacy knowing that their preferences will be
disclosed to those that have expressed a preference for
that user.  As an example, a user can avoid embarrassment
15   if their expression of preference for a profile was not
reciprocated.   This may lead to users more actively
expressing their preferences.   Such increased activity
can be used by the matching system to generate more
potential matches or better rankings of potential
20   matches.  In some embodiments, matching server 20 may be
configured to allow direct communication between users
when there has been a mutual expression of preference.
This may be advantageous because users can avoid
browsing, deleting, or responding to unwanted messages.

25   FIGURE 10 is a flowchart depicting a method for
enabling communication between two users of the matching
system of FIGURE 1 based on a mutual expression of
approval, in accordance with a particular embodiment.

At step 1002, in some embodiments, matching server
30   20 generates a set of user profiles in response to a
request for matching from a first user 14.  At step 1004,
matching server 20 presents the set of user profiles to

ATTORNEY'S DOCKET                           PATENT APPLICATION
076533.0146

52

first user 14.     Matching server 20 determines the
contents and ordering of the set of users profiles by
using, e.g., the relevance algorithms described above in
the discussion of FIGURE 4.  For example, matching server
5    20 may only include user profiles whose contents indicate
location within a specified geographical radius and order
the presentation of those user profiles based on the
number of mutual friends in common with first user 14.

At step 1006, in some embodiments, matching server
10   20 receives an indication of the preference of first user
14 regarding a presented user profile.    Matching server
20 determines if first user 14 expresses approval or
disapproval of the presented user profile at step 1008.
If first user 14 disapproves of the presented user
15   profile then a match is not made and, at step 1016,
matching server 20 will not allow communication between
the two users.   If first user 14 expresses approval for
the presented user profile at step 1008, then matching
server 20 will check if second user 14 represented by the
20   presented user profile has already expressed a preference
for first user 14 at step 1010.   If matching server 20
detects a mutual expression of approval then a match is
made between first and second users 14.    Then, at step
1012, matching server 20 allows private communications
25   between first and second users 14.     If a mutual
expression of approval is not detected at step 1010, then
matching server 20 stores the preference of first user 14
regarding the presented user profile for future
comparison and continues to step 1016 where private
30   communications are not yet allowed.

FIGURE 11 is a flowchart depicting a method for
enabling communication between two users of the matching

ATTORNEY'S DOCKET                    PATENT APPLICATION
076533.0146

53

system of FIGURE 1 based on a matching proposal suggested
by a user, in accordance with a particular embodiment.
At step 1102, matching server 20 receives interactions
from first user 14.   Interactions from first user 14 may
include  identification  of  user  profiles  for  two  other
users 14.   For example, Harry is connected to both Bob
and Sally within social networking platform 50.   Harry
believes Bob and Sally are a good match for each other
and  generates  a  matching  proposal  requesting  matching
server 20 to create a match between Bob and Sally.

At  step  1104,  in  some  embodiments,  matching  server
20  validates  the  suggested  matching  proposal  between
second and third users 14.   For example, matching server
20 verifies that Bob's profile indicates that he wants to
be  matched  with  a  woman,  and  Sally's  profile  indicates
that she wants to be matched with a man.   Matching server
20  may  also  verify  that  Sally  has  not  previously
expressed  disapproval  for  Bob.   If  matching  server  20
determines  the  suggested  matching  proposal  is  valid,
matching  server  20  creates  the  match  and  allows
communication  between  the  users  14  suggested  to  be
matched at step 1106.   If matching server 20 determines
the  suggested  matching  proposal  is  not  valid,  matching
server  20  does  not  create  a  match  and  does  not  allow
communication between second and third users 14 at step
1108.   In  some  embodiments,  step  1104  may  not  be
performed.   For  example,  if  a  matching  proposal  is
suggested, then matching server 20 may perform step 1106
with respect to the users suggested to be matched.

FIGURES  12A-D  depict  embodiments  of  a  user
interface.   In  some  embodiments,  the  interface  allows
user 14 of terminal 10 to enable communication between

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

54

other users 14 by suggesting a matching proposal to matching server 20.

FIGURE 12A illustrates one embodiment of an interface for proposing a match between two users. The interface is divided into three sections: connection list area 1202, search area 1204, and suggestion area 1206. Connection list area 1202 displays a set of connections user 14 has with other users of, e.g., system 100 of FIGURE 1. Connections may be based on prior matches created by matching server 20. Connections may also be imported from another social networking platform 50. Search area 1204 enables user 14 to search for particular connections within system 100. In some embodiments, the search may be limited to just the connections displayed in connection list area 1202. Suggestion area 1206 displays the connections that user 14 may use to form a suggested match.

FIGURE 12B illustrates suggestion area 1206 displaying a first selected user (i.e., "Jonathan Smith") of a proposed match between two users. User 14 identifies the first selected user through a set of interactions with connection list area 1202, search area 1204, and suggestion area 1206. For example, user 14 may locate a connection in connection list area 1202 by typing a user handle in search area 1204. User 14 may then add the connection to suggestion area 1206. In some embodiments, user 14 may drag the connection from connection list area 1202 to suggestion area 1206.

FIGURE 12C illustrates suggestion area 1206 displaying a proposed match between two suggested users (i.e., "Jonathan Smith" and "Mary Major"). For example, user 14 may locate a second connection in connect list

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

55

area 1202 that user 14 believes is a match for the first
connection.   User 14 may add the second connection to
suggestion area 1206.   When both connections are added to
suggestion area 1206, matching server 20 may create a
5    match between the two users and allow communication
between them.

FIGURE 12D illustrates an example communication
interface between users of the matching system.   User 14
is presented with chat box 1208 for each of the matches
10   that exist for user 14.   Users 14 may communicate with
each other through chat box 1208.   In some embodiments,
users 14 may communicate through SMS messages, e-mail,
telephone calls, online voice communication sessions,
and/or video communication sessions.

15   Modifications, additions, or omissions may be made
to the methods described herein (such as those described
above with respect to FIGURES 5, 10 and 11) without
departing from the scope of the disclosure.   For example,
the steps may be combined, modified, or deleted where
20   appropriate, and additional steps may be added.
Additionally, the steps may be performed in any suitable
order without departing from the scope of the present
disclosure.

Although several embodiments have been illustrated
25   and described in detail, it will be recognized that
substitutions and alterations are possible without
departing from the spirit and scope of the appended
claims.

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

56

WHAT IS CLAIMED IS:

    1.    A method for profile matching, comprising:

    receiving a plurality of user profiles, each user profile comprising traits of a respective user;

    receiving a preference indication for a first user profile of the plurality of user profiles;

    determining a potential match user profile of the plurality of user profiles based on the preference indication for the first user profile; and

    presenting the potential match user profile to a second user.

    2.    The method of Claim 1, wherein receiving a preference indication for a first user profile comprises receiving from a third user a recommendation of the first user profile for the second user.

    3.    The method of Claim 1, wherein receiving a preference indication for a first user profile comprises receiving from the second user a preference indication for the first user profile.

    4.    The method of Claim 1, further comprising prompting a user to submit a preference indication for the first user profile.

    5.    The method of Claim 1, wherein receiving a preference indication for a first user profile comprises receiving from the second user a request for communication with a first user associated with the first user profile.

ATTORNEY'S DOCKET                         PATENT APPLICATION
076533.0146

57

6.   The method of Claim 1, further comprising:

determining a score of a third user profile of the plurality of user profiles as a potential match for the second user; and

altering the score of the third user profile based on the preference indication for the first user profile.

7.   The method of Claim 1, wherein determining a potential match user profile based on the preference indication for the first user profile comprises determining a potential match user profile based on identified commonality between the potential match user profile and the first user profile.

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

58

8.   A method for profile matching, comprising:

receiving a plurality of user profiles, each user profile comprising traits of a respective user;

receiving a request for matches from a first user, the first user associated with a first user profile;

scoring the plurality of user profiles for potential matching with the first user based on comparisons of the plurality of user profiles with the first user profile;

identifying a second user profile of the plurality of user profiles as a potential match for the first user based on the scoring;

identifying commonality between a third user profile of the plurality of user profiles and the second user profile; and

presenting to the first user the third user profile as a potential match for the first user.

9.   The method of Claim 8, wherein scoring the plurality of user profiles for potential matching with the first user based on comparisons of the plurality of user profiles with the first user profile comprises:

generating readability scores for each of the plurality of user profiles and the first user profile; and

comparing the readability scores for each of the plurality of user profiles with the readability score for the first user profile.

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

59

10.   The method of Claim 8, wherein scoring the plurality of user profiles for potential matching with the first user based on a comparison of the plurality of user profiles with the first user profile comprises
5     scoring based on fate characteristics based on comparisons of the plurality of user profiles with the first user profile.

11.   The method of Claim 8, wherein scoring the
10    plurality of user profiles for potential matching with the first user based on comparisons of the plurality of user profiles with the first user profile comprises:
        generating scores based on comparisons of the plurality of user profiles with a plurality of user
15    preferences of the first user profile; and
        reducing a scoring impact of a difference between at least one user preference of the plurality of user preferences of the first user profile and a user profile of the plurality of user profiles based on an age
20    preference.

ATTORNEY'S DOCKET                           PATENT APPLICATION
076533.0146

60

12.  The  method  of  Claim  8,  wherein  scoring  the
plurality  of  user  profiles  for  potential  matching  with
the  first  user  based  on  comparisons  of  the  plurality  of
user  profiles  with  the  first  user  profile  comprises:

5        generating  scores  based  on  comparisons  of  the
plurality  of  user  profiles  with  a  plurality  of  user
preferences  of  the  first  user  profile;  and

reducing  a  scoring  impact  of  a  difference  between  at
least  one  user  preference  of  the  plurality  of  user
10   preferences  of  the  first  user  profile  and  a  user  profile
of  the  plurality  of  user  profiles  based  on  a  location
preference.

13.  The  method  of  Claim  8,  wherein  scoring  the
15   plurality  of  user  profiles  for  potential  matching  with
the  first  user  based  on  comparisons  of  the  plurality  of
user  profiles  with  the  first  user  profile  comprises:

generating  a  score  of  a  fourth  user  profile  of
the  plurality  of  user  profiles  for  potential  matching
20   with  the  first  user  based  on  a  comparison  of  the  fourth
user  profile  with  the  first  user  profile;  and

modifying  the  score  of  the  fourth  user  profile
for  potential  matching  with  the  first  user  based  on
receiving  selections  of  the  fourth  user  profile.

25

14.  The  method  of  Claim  8,  wherein  scoring  the
plurality  of  user  profiles  for  potential  matching  with
the  first  user  comprises  determining  an  attractiveness
rating  of  at  least  one  user  profile  of  the  plurality  of
30   user  profiles  by  at  least  analyzing  a  frequency  of
selections  of  the  at  least  one  user  profile.

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

61

15.  A system for profile matching, comprising:

an interface operable to:

receive a plurality of user profiles, each user profile comprising traits of a respective user; and

5              receive a preference indication for a first user profile of the plurality of user profiles;

a processor coupled to the interface and operable to determine a potential match user profile of the plurality of user profiles based on the preference indication for

10    the first user profile; and

the interface further operable to present the potential match user profile to a second user.

16.  The system of Claim 15, wherein an interface

15    operable to receive a preference indication for a first user profile comprises an interface operable to receive from a third user a recommendation of the first user profile for the second user.

20            17.  The system of Claim 15, wherein an interface operable to receive a preference indication for a first user profile comprises an interface operable to receive from the second user a preference indication for the first user profile.

25

18.  The system of Claim 15, wherein the processor is further operable to prompt a user to submit a preference indication for the first user profile.

ATTORNEY'S DOCKET                     PATENT APPLICATION
076533.0146

62

19.   The system of Claim 15, wherein an interface operable to receive a preference indication for a first user profile comprises an interface operable to receive from the second user a request for communication with a first user associated with the first user profile.

20.   The system of Claim 15, wherein the processor is further operable to:

determine a score of a third user profile of the plurality of user profiles as a potential match for the second user; and

alter the score of the third user profile based on the preference indication for the first user profile.

21.   The system of Claim 15, wherein a processor operable to determine a potential match user profile based on the preference indication for the first user profile comprises a processor operable to determine a potential match user profile based on identified commonality between the potential match user profile and the first user profile.

ATTORNEY'S DOCKET                          PATENT APPLICATION
076533.0146

63

22.   A system for profile matching, comprising:

an interface operable to:

receive a plurality of user profiles, each user profile comprising traits of a respective user; and

receive a request for matches from a first user, the first user associated with a first user profile;

a processor coupled to the interface and operable to:

score the plurality of user profiles for potential matching with the first user based on comparisons of the plurality of user profiles with the first user profile;

identify a second user profile of the plurality of user profiles as a potential match for the first user based on the scoring; and

identify commonality between a third user profile of the plurality of user profiles and the second user profile; and

the interface further operable to present to the first user the third user profile as a potential match for the first user.

ATTORNEY'S DOCKET
076533.0146

PATENT APPLICATION

64

## MATCHING PROCESS SYSTEM AND METHOD

ABSTRACT

A method for profile matching includes receiving a
plurality of user profiles, each user profile comprising
traits of a respective user.  The method includes
receiving a preference indication for a first user
profile of the plurality of user profiles.  The method
also includes determining a potential match user profile
of the plurality of user profiles based on the preference
indication for the first user profile.  The method also
includes presenting the potential match user profile to a
second user.

Title: Matching Process System And Method
Inventors: Sean Rad et al.
Attorney Docket No.: 076533.0148

*1/11*



*FIG. 1A*



*FIG. 1B*

*FIG. 1C*

Title: Matching Process System And Method
Inventors: Sean Rad et al.
Attorney Docket No.: 076533.0146

*2/11*

| NAME | PROPERTY 1 | PROPERTY 2 | o o o |
|---|---|---|---|
| Jane Doe 30a | | | |
| Jane Roe 30b | | | |
| Jane Boe 30c | | | o o o |
| Jane Loe 30d | | | |
| Jane Snoe 30e | | | |

30

26a

*FIG. 1D*



SEARCH RESULTS

31 {
1. Jane Doe 31a  [View] 33  [♡] 34
2. Jane Roe 31b  [View] 33  [♡] 34
3. Jane Boe 31c  [View] 33  [♡] 34

[See More]

12

*FIG. 1E*



Jane Doe

[Contact] 35

[☒] 36

12

Born: 10/01/75
Hometown: Dallas, TX
Likes: Chocolate, rollerblading
Dislikes: Body odor, arrogance, football

*FIG. 1F*

Title: Matching Process System And Method
Inventors: Sean Rad et al.
Attorney Docket No.: 976533.0146

*3/11*



*FIG. 2*



*FIG. 3*

Title: Matching Process System And Method
Inventors: Sean Rad et al.
Attorney Docket No.: 076533.0146

*4/11*



*FIG. 4*



*FIG. 5*

Title: Matching Process System And Method
Inventors: Sean Rad et al.
Attorney Docket No.: 076533.0146

*5/11*



FIG. 6

FIG. 7

FIG. 8

FIG. 9

Title: Matching Process System And Method
Inventors: Sean Rad et al.
Attorney Docket No.: 076533.0146

*6/11*



*FIG. 10*

Title: Matching Process System And Method
Inventors: Sean Rad et al.
Attorney Docket No.: 076533.0146

*7/11*



*FIG. 11*

Title: Matching Process System And Method
Inventors: Sean Rad et al.
Attorney Docket No.: 076533.0146

*8/11*



*FIG. 12A*

Title: Matching Process System And Method
Inventors: Sean Rad et al.
Attorney Docket No.: 076533.0146

*9/11*



*FIG. 12B*

Title: Matching Process System And Method
Inventors: Sean Rad et al.
Attorney Docket No.: 076533.6146

*10/11*



*FIG. 12C*

Title: Matching Process System And Method
Inventors: Sean Rad et al.
Attorney Docket No.: 078533.0146

*11/11*



*FIG. 12D*

Document code:  WFEE

United States Patent and Trademark Office
Sales Receipt for Accounting Date:  11/04/2013

MNGUYEN     SALE  #00000017     Mailroom Dt:  10/21/2013     020384    14059192
                          01      FC : 1202                        80.00  DA

Document code:  WFEE

United States Patent and Trademark Office
Sales Receipt for Accounting Date:  11/04/2013

MNGUYEN       ADJ #00000007        Mailroom Dt: 10/21/2013
              Seq No:        6439    Sales Acctg Dt: 10/22/2013   020384   14059192
                 04   FC : 1202                160.00  CR
                 05   FC : 1201                420.00  CR

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>14/059,192 | Filing Date<br>10/21/2013 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE  ☐ SMALL  ☐ MICRO

## APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | | |
|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
| ☒ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 280 |
| ☒ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | 600 |
| ☒ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | 720 |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | 21 minus 20 = | * 1 | x $80 = | 80 |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | 3 minus 3 = | * 0 | x $420 = | 0 |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | 1680 |

## APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| **AMENDMENT** | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $ | = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $ | = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

| | | (Column 1) | (Column 2) | (Column 3) | | |
|---|---|---|---|---|---|---|
| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
| **AMENDMENT** | Total (37 CFR 1.16(i)) | * | Minus | ** | = | x $ | = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | x $ | = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LDRC
/EVA GILLIS/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/SB/06 (09-11)
Approved for use through 1/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 14/059,192 | Filing Date 10/21/2013 | ☐ To be Mailed |
|---|---|---|---|

**ENTITY:** ☒ LARGE  ☐ SMALL  ☐ MICRO

## APPLICATION AS FILED – PART I

(Column 1)      (Column 2)

| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) |
|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $310 ($155 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | |

## APPLICATION AS AMENDED – PART II

(Column 1)    (Column 2)    (Column 3)

| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|
| **AMENDMENT** | **10/21/2013** | | | | | |
| | Total (37 CFR 1.16(i)) | * 21 | Minus ** 21 | = 0 | x $80 = | 0 |
| | Independent (37 CFR 1.16(h)) | * 3 | Minus *** 3 | = 0 | x $420 = | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | **0** |

(Column 1)    (Column 2)    (Column 3)

| | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|
| **AMENDMENT** | | | | | | |
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | x $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | x $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | |
| | | | | | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

LDRC
/EVA GILLIS/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*