UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **MATCH GROUP, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MUZMATCH LIMITED,**<br><br>Defendant.<br><br>―――――――――――――――<br><br>**MUZMATCH LIMITED,**<br><br>Counter-Plaintiff,<br><br>v.<br><br>**MATCH GROUP, LLC,**<br><br>Counter-Defendant. | §§§§§§§§§§§§§§§§§§§§§§<br><br>Case No. 6:21-CV-00147 |

## JOINT NOTICE EXTENDING DISCOVERY DEADLINES

Pursuant to the Court's June 18, 2021 Amended Standing Order, Defendant Muzmatch Limited ("Muzmatch") and Plaintiff Match Group, LLC("Match") file this Notice to respectfully inform the Court that they have agreed to extend the following deadlines as they continue working towards settlement of this case.

- Deadline for Muzmatch to serve its invalidity contentions to September 29, 2021;

- Deadline to exchange proposed claim constructions to October 4, 2021;

- Deadline to exchange claim terms to October 6, 2021; and

- Deadline to disclose extrinsic evidence to October 8, 2021

-1-

Dated:  September 22, 2021               Respectfully submitted,

                                                        **WINSTON & STRAWN LLP**

By:  *Rex A. Mann*
     Thomas M. Melsheimer
     State Bar No. 13922550
     tmelsheimer@winston.com
     Rex A. Mann
     State Bar No. 24075509
     rmann@winston.com
     Ahtoosa A. Dale
     State Bar No. 24101443
     adale@winston.com
     2121 N. Pearl Street, Suite 900
     Dallas, TX 75201
     Telephone: (214) 453-6500
     Facsimile: (214) 453-6400

     Irina Lyapis *(pro hac vice forthcoming)*
     CA Bar No. 298723
     ILyapis@winston.com
     101 California Street
     San Francisco, CA 94111-5840
     Phone: (415) 591-1000
     Fax: (415) 591-1400

     Michael Tomasulo *(Admitted PHV)*
     CA Bar No. 179389
     MTomasulo@winston.com
     333 S. Grand Avenue
     Los Angeles, CA 90071-1543
     Phone: (213) 615-1700
     Fax: (213) 615-1750

     *Attorneys for Muzmatch Limited*

*/s/ Robert Greeson (w/ permission)*
Brett C. Govett
Texas Bar No. 08235900
brett.govett@nortonrosefulbright.com
James Stephen Renard
Texas Bar No. 16768500
james.renard@nortonrosefulbright.com
Robert Greeson (*pro hac vice*)
Texas Bar No. 24045979
robert.greeson@nortonrosefulbright.com
Jacqueline G. Baker
Texas Bar No. 24109609
jackie.baker@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

Erik Janitens (*pro hac vice*)
Texas Bar No. 24097878
erik.janitens@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Stephanie Schmidt
Texas Bar No. 24106406
stephanie.schmidt@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 536-3051
Facsimile: (512) 536-4598

**NORTON ROSE FULBRIGHT US LLP**

*Attorneys for Plaintiff/Counter Defendant Match Group, LLC*

## CERTIFICATE OF SERVICE

     I hereby certify that on September 22, 2021, a true and correct copy of the foregoing document was filed via ECF and served on all counsel of record registered to receive service through such means.

                                          */s/ Rex A. Mann*
                                          Rex A. Mann