UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **MATCH GROUP, LLC,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **MUZMATCH LIMITED,** § <br> § <br> Defendant. § <br> _____ § <br> § <br> **MUZMATCH LIMITED,** § <br> § <br> Counter-Plaintiff, § <br> § <br> v. § <br> § <br> **MATCH GROUP, LLC,** § <br> § <br> Counter-Defendant. § | Case No. 6:21-CV-00147 |

**JOINT NOTICE EXTENDING DEADLINE TO SERVE INVALIDITY CONTENTIONS**

Pursuant to the Court's June 18, 2021 Amended Standing Order, Defendant Muzmatch Limited ("Muzmatch") and Plaintiff Match Group, LLC("Match") file this Notice to respectfully inform the Court that they have agreed to extend the deadline for Muzmatch to serve its invalidity contentions to October 1, 20201, as they continue working towards settlement of this case.

-1-

Dated:  September 28, 2021  Respectfully submitted,

**WINSTON & STRAWN LLP**

By: <u>*Rex A. Mann*</u>
Thomas M. Melsheimer
State Bar No. 13922550
tmelsheimer@winston.com
Rex A. Mann
State Bar No. 24075509
rmann@winston.com
Ahtoosa A. Dale
State Bar No. 24101443
adale@winston.com
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Irina Lyapis *(pro hac vice forthcoming)*
CA Bar No. 298723
ILyapis@winston.com
101 California Street
San Francisco, CA 94111-5840
Phone: (415) 591-1000
Fax: (415) 591-1400

Michael Tomasulo *(Admitted PHV)*
CA Bar No. 179389
MTomasulo@winston.com
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Phone: (213) 615-1700
Fax: (213) 615-1750

*Attorneys for Muzmatch Limited*

*/s/ Robert Greeson (w/ permission)*
Brett C. Govett
Texas Bar No. 08235900
brett.govett@nortonrosefulbright.com
James Stephen Renard
Texas Bar No. 16768500
james.renard@nortonrosefulbright.com
Robert Greeson (*pro hac vice*)
Texas Bar No. 24045979
robert.greeson@nortonrosefulbright.com
Jacqueline G. Baker
Texas Bar No. 24109609
jackie.baker@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-2784
Telephone: (214) 855-8000
Facsimile: (214) 855-8200

Erik Janitens (*pro hac vice*)
Texas Bar No. 24097878
erik.janitens@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Stephanie Schmidt
Texas Bar No. 24106406
stephanie.schmidt@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone: (512) 536-3051
Facsimile: (512) 536-4598

**NORTON ROSE FULBRIGHT US LLP**
*Attorneys for Plaintiff/Counter Defendant Match Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2021, a true and correct copy of the foregoing document was filed via ECF and served on all counsel of record registered to receive service through such means.

*/s/ Rex A. Mann*
Rex A. Mann